# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

MISC. NO. <u>20-MJ-03211-BECERRA</u>

IN RE SEALED COMPLAINT

_____/

## MOTION TO UNSEAL

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Motion to Unseal. Because both defendants in the above-referenced case number have been arrested and are now in custody, the Court's prior order sealing the criminal complaint, affidavit, arrest warrants, and accompanying documents is no longer required. Accordingly, the Government respectfully requests that the criminal complaint, affidavit, arrest warrants, accompanying documents, and any resulting order be UNSEALED.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: *Sean T. McLaughlin*
SEAN T. MCLAUGHLIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501121
99 NE 4th Street, 8th Floor
Miami, FL 33132
Phone: (305) 961-9013