UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.                                      CASE NO: 21-20005-CR-GAYLES

ALBERICO AHIAS CRESPO, et al.

    *Defendant.*
_____/

### ORDER REVALIDATING SUBPOENAS PREVIOUS SERVED

**THIS MATTER** came before the Court upon Defendant Alberico Ahias Crespo's Unopposed Motion for Order Revalidating Trial Subpoenas [ECF No. 196], and the Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant Crespo's motion is hereby **GRANTED**. Accordingly, the subpoenas previously served on witnesses for earlier trial settings are continued and revalidated, and the witnesses are continually bound by the requirements of the previously issued and served subpoenas for the new trial date of April 10, 2023 (at Wilkie D. Ferguson, U.S. Courthouse, 400 North Miami Ave., Miami, FL 33128, at 9:00 a.m.), until or unless released from the trial subpoena by the issuing attorneys or by further order of the Court. And service of a copy of this Order by email, regular mail, or hand-delivery shall be considered valid legal service requiring attendance for the trial period commencing on April 10, 2023.

DONE AND ORDERED in Miami, Florida, on March 6th, 2023.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc.     Counsel of record