UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-20005-CR-GAYLES

UNITED STATES OF AMERICA

v.

ALBERICO AHIAS CRESPO,
         **Defendant.**
_____/

**DRAFT GOVERNMENT EXHIBIT LIST**

      The United States submits the following exhibit list for the trial of the above-captioned matter.

                          Respectfully submitted,

                          MARKENZY LAPOINTE
                          UNITED STATES ATTORNEY

BY:   *s/ Sean T. McLaughlin*
           SEAN T. MCLAUGHLIN
           ASSISTANT UNITED STATES ATTORNEY
           Court ID No. A5501121
           11200 NW 20th Street, Suite 101
           Miami, FL 33172
           (305) 715-7642/7654
           Email: Sean.McLaughlin@usdoj.gov

Government Exhibit List - United States v. Crespo, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 1A | Title III #1 Certified Court Order (xxx-xxx-3906) | | | | | |
| 1B | Title III #1 Disc(s) – calls/texts/call log (xxx-xxx-3906) | | | | | |
| 2A | Title III #2 Certified Court Order (xxx-xxx-3906) | | | | | |
| 2B | Title III #2 Disc(s) – calls/texts/call log (xxx-xxx-3906) | | | | | |
| 3A | Title III #3 Certified Court Order (xxx-xxx-3906) | | | | | |
| 3B | Title III #3 Disc(s) – calls/texts/call log (xxx-xxx-3906) | | | | | |
| 4 | Title III #1, #2, & #3 Compilation Call/Text Disc (xxx-xxx-3906) | | | | | |
| 5 | CI Controlled Call Disc (9/24/19 & 12/20/19) | | | | | |
| 6 | FBI SA Lawless Controlled Call Disc (7/20/20) | | | | | |
| 7A1-XX | *Title III and Controlled Call/Text Transcripts* | | | | | |

Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| **Number** | **Exhibit** | **Witness Identifying** | **Date Offered** | **Admitted** | **Denied** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 8A | Subscriber/Toll/Pen Register Records Disc - CRESPO Personal Phone – T-Mobile xxx-xxx-3164 | | | | | |
| 8B | Subscriber/Toll/Pen Register Records Disc - CRESPO Govt Phone – Verizon xxx-xxx-2073 | | | | | |
| 8C | Screen Shot Photo of Incoming CRESPO Govt Phone Call on 10/2/19 | | | | | |
| 9A | Subscriber/Toll/Pen Register Records Disc – Jorge Diaz Title III Phone – T-Mobile & AT&T xxx-xxx-3906 | | | | | |
| 9B | Subscriber/Toll/Pen Register Records Disc – Jorge Diaz Burner Phone – Verizon xxx-xxx-5817 | | | | | |
| 10 | Toll, Text, and Email Summary Exhibit | | | | | |
| *11A-XX* | *Subscriber Records for Title III Intercepted Phone numbers* | | | | | |
| 12A | CRESPO Residence – Photo & Overhead Map | | | | | |
| 12B-C | CRESPO Residence - Pole Camera Footage (6/19/20 & 7/17/20) | | | | | |
| 12D1-2 | CRESPO Residence – Aerial Surveillance Footage 7/20/20) | | | | | |

Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 13A-B | CRESPO Photo & FL DAVID Record | | | | | |
| 13C-D | CRESPO DEA & HHS-OIG employment records | | | | | |
| 14A-H | CRESPO Arrest Evidence Photos | | | | | |
| 15A | CRESPO Personal Phone (xxx-xxx-3164) Signed Consent to Search Form | | | | | |
| 15B1-6 | CRESPO Personal Phone (xxx-xxx-3164) - CART Report Extracts | | | | | |
| 16A | CRESPO Government-Issued Phone (xxx-xxx-2073) | | | | | |
| 16B | CRESPO Government-Issued Phone (xxx-xxx-2073) – Forensic Extraction Report | | | | | |
| 17A-B | CRESPO Government-Issued Laptop Computers #1 and #2 | | | | | |
| 17C | CRESPO Government-Issued Laptop Computers #1 and #2 - Forensic Email Extracts | | | | | |
| 18 | CRESPO IRIS Log Activity Disc | | | | | |
| 19A-C | Jorge Diaz Photo, FL DAVID Record & Plea/Cooperation Agreement | | | | | |

Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| **Number** | **Exhibit** | **Witness Identifying** | **Date Offered** | **Admitted** | **Denied** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| *20A-XX* | *Jorge Diaz Arrest Evidence – 2 cellular telephones, purported Oxycodone pills etc.* | | | | | |
| 21A | Jorge Diaz Title III Phone (xxx-xxx-3906) | | | | | |
| *21B1-XX* | *Jorge Diaz Title III Phone CART Report Extracts (xxx-xxx-3906)* | | | | | |
| 22A | Jorge Diaz Burner Phone (xxx-xxx-5817) | | | | | |
| *22B1-XX* | *Jorge Diaz Burner Phone CART Report Extracts (xxx-xxx-5817)* | | | | | |
| 23 | Jorge Diaz Wells Fargo Bank Records xxx-8274 | | | | | |
| 24A-C | Yandre Trujillo Photo, FL DAVID Record & Plea/Cooperation Agreement | | | | | |
| 25A-C | Anais Lorenzo Photo, FL DAVID Record & Plea/Cooperation Agreement | | | | | |
| 26A-B | Carlos Pozo Photo & FL DAVID Record | | | | | |
| 27A-B | Ruben Sotolongo Photo & FL DAVID Record | | | | | |

Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| **Number** | **Exhibit** | **Witness Identifying** | **Date Offered** | **Admitted** | **Denied** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 28A-B | Lucia Alvarez Photo & FL DAVID Record | | | | | |
| 29A-B | Braulia Rego Photo & FL DAVID Record | | | | | |
| 30A-B | Anibal Amar Photo & FL DAVID Record | | | | | |
| 31A-C | Pedro Ruiz Photo, FL DAVID Record & Death Certificate | | | | | |
| 32A-B | Mercedes Perez Photo & FL DAVID Record | | | | | |
| 33A-C | Marta Cardero Photo, FL DAVID Record & Death Certificate | | | | | |
| 34 | Certified Indictment Copy - <u>United States v. Bosch et al.</u>, 18-20352-CR-LENARD | | | | | |
| 35A-B | David Bosch Photo & FL DAVID Record | | | | | |
| 36A-B | Tania Sanchez Photo & FL DAVID Record | | | | | |
| 37A-B | Ledif Machado Photo & FL DAVID Record | | | | | |
| 38A-B | Odalys Abreu Photo & FL DAVID Record | | | | | |

Government Exhibit List - United States v. Crespo, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 39A-B | Suyima Valdes Photo & FL DAVID Record | | | | | |
| 40 | Certified Indictment Copy - United States v. Dr. Gonzalez-Garcia et al., 19-20055-CR-ALTMAN | | | | | |
| 41A1-6 | West Medical Photos | | | | | |
| 41B1-XX | *West Medical Search Warrant Evidence – green coded patient files* | | | | | |
| 41C | West Medical Wells Fargo Bank Records xxx-1580 | | | | | |
| 42A | PDMP Data – Dr. Gonzalez (Nov. 2016- Feb. 2019) | | | | | |
| 42B | PDMP Summary Exhibit - Dr. Gonzalez (Nov. 2016- Feb. 2019) | | | | | |
| 43A-B | Dr. Rodolfo Gonzalez-Garcia Photo and FL DAVID Record | | | | | |
| 44A-B | Arlene Gonzalez Photo & FL DAVID Record | | | | | |
| 45A-B | Annie Suarez-Gonzalez Photo & FL DAVID Record | | | | | |
| 46A-B | Sucett Lopez Photo & FL DAVID Record | | | | | |
| 47A-B | Fidel Marrero-Casetellanos Photo & FL DAVID Record | | | | | |

Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 48A-B | Milka Lao Photo & FL DAVID Record | | | | | |
| 49 | Donate Medical Center Dialysis Institute Photo | | | | | |
| 50A | PDMP Data – Dr. Carpman (Jan. 2019 -Aug. 2020) | | | | | |
| 50B | PDMP Summary Exhibit – Dr. Carpman (Jan. 2019 - July 2020) | | | | | |
| 51A-B | Dr. Daniel Carpman Photo & FL DAVID Record | | | | | |
| 52A-B | Claudia Borges Photo & FL DAVID Record | | | | | |
| 53 | Trial Stipulations | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Government Exhibit List - United States v. Crespo, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on March 25, 2023, with the Clerk of the Court and counsel of record using CM/ECF.

<u>/s   Sean T. McLaughlin</u>
SEAN T. McLAUGHLIN
Assistant United States Attorney