UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **21-20005-CR-GAYLES**

UNITED STATES OF AMERICA

v.

**ALBERICO AHIAS CRESPO,**
        **Defendant.**
_____/

**FINAL GOVERNMENT EXHIBIT LIST**

The United States submits the following final exhibit list for the trial of the above-captioned matter.

                        Respectfully submitted,

                        MARKENZY LAPOINTE
                        UNITED STATES ATTORNEY

BY:   *s/ Sean T. McLaughlin*
        SEAN T. MCLAUGHLIN
        ASSISTANT UNITED STATES ATTORNEY
        Court ID No. A5501121
        11200 NW 20th Street, Suite 101
        Miami, FL 33172
        (305) 715-7642/7654
        Email: Sean.McLaughlin@usdoj.gov

Final Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 1A | Title III #1 Certified Court Order (xxx-xxx-3906) | | | | | |
| 1B | Title III #1 – Calls/Texts/Call Log (xxx-xxx-3906) | | | | | |
| 2A | Title III #2 Certified Court Order (xxx-xxx-3906) | | | | | |
| 2B | Title III #2 – Calls/Texts/Call Log (xxx-xxx-3906) | | | | | |
| 3A | Title III #3 Certified Court Order (xxx-xxx-3906) | | | | | |
| 3B | Title III #3 – Calls/Texts/Call Log (xxx-xxx-3906) | | | | | |
| 4 | Title III #1, #2, & #3 Compilation Calls/Texts (xxx-xxx-3906) | | | | | |
| 5 | CI Controlled Calls (9/24/19 & 12/20/19) | | | | | |
| 6 | FBI SA Lawless Controlled Call (7/20/20) | | | | | |
| 7-1-70 | Title III & Controlled Call/Text Transcripts | | | | | |

Final Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| **Number** | **Exhibit** | **Witness Identifying** | **Date Offered** | **Admitted** | **Denied** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 8A | Subscriber/Toll/Pen Register Records - CRESPO Personal Phone – T-Mobile xxx-xxx-3164 | | | | | |
| 8B | Subscriber/Toll Records - CRESPO Govt Phone – Verizon xxx-xxx-2073 | | | | | |
| 8C | Screen Shot Photo of Incoming CRESPO Govt Phone Call on 10/2/19 | | | | | |
| 9A | Subscriber/Toll/Pen Register Records – Jorge Diaz Title III Phone – T-Mobile & AT&T xxx-xxx-3906 | | | | | |
| 9B | Subscriber/Toll/Pen Register Records – Jorge Diaz Burner Phone – Verizon xxx-xxx-5817 | | | | | |
| 10A-N | Toll, Text, Video, & Email Summary Exhibits | | | | | |
| 11A-M | Subscriber Records for Remaining Title III Intercepted Phone Numbers | | | | | |
| 12A | CRESPO Residence – Photo & Overhead Map | | | | | |
| 12B-C | CRESPO Residence - Pole Camera Footage (6/19/20 & 7/17/20) | | | | | |
| 12D1-2 | CRESPO Residence – Aerial Surveillance Footage 7/20/20) | | | | | |
| 13A-B | CRESPO Photo & FL DAVID Record | | | | | |

Final Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| **Number** | **Exhibit** | **Witness Identifying** | **Date Offered** | **Admitted** | **Denied** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 13C-D | CRESPO DEA & HHS-OIG employment records | | | | | |
| 14A-I | CRESPO Arrest Evidence Photos | | | | | |
| 15A | CRESPO Personal Phone (xxx-xxx-3164) Signed Consent to Search Form | | | | | |
| 15B | CRESPO Personal Phone (xxx-xxx-3164) – Full Cellebrite CART Report | | | | | |
| 15B1-8 | CRESPO Personal Phone (xxx-xxx-3164) – CART Report Extracts | | | | | |
| 16A | CRESPO Government-Issued Phone (xxx-xxx-2073) - – *Physical Item* | | | | | |
| 16B | CRESPO Government-Issued Phone (xxx-xxx-2073) – Forensic Extraction Report | | | | | |
| 17A-B | CRESPO Government-Issued Laptop Computers #1 and #2 – *Physical Items* | | | | | |
| 17C | CRESPO Government-Issued Laptop Computers #1 and #2 - Forensic Email Extracts | | | | | |
| 18 | CRESPO IRIS Log Activity Records | | | | | |

Final Government Exhibit List - United States v. Crespo, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 19A-D | Jorge Diaz Photo, FL DAVID Record, Plea/Cooperation Agreement (21-20005-CR-GAYLES), & Factual Proffer (21-20005-CR-GAYLES) | | | | | |
| 20 | Jorge Diaz Arrest Evidence 7/21/20 –Suspected Oxycodone bottle/pills - – *Physical Item(s)* | | | | | |
| 21A | Jorge Diaz Title III Phone (xxx-xxx-3906) – *Physical Item* | | | | | |
| 21B | Jorge Diaz Title III Phone - Full Cellebrite CART Report (xxx-xxx-3906) | | | | | |
| 21B1-5 | Jorge Diaz Title III Phone - CART Report Extracts (xxx-xxx-3906) | | | | | |
| 22A | Jorge Diaz Burner Phone (xxx-xxx-5817) - – *Physical Item* | | | | | |
| 22B | Jorge Diaz Burner Phone - Full Cellebrite CART Report (xxx-xxx-5817) | | | | | |
| 22B1-3 | Jorge Diaz Burner Phone - CART Report Extracts (xxx-xxx-5817) | | | | | |
| 23 | Jorge Diaz Wells Fargo Bank Records xxx-8274 | | | | | |

Final Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 24A-D | Yandre Trujillo Photo, FL DAVID Record, Plea/Cooperation Agreement (21-20005-CR-GAYLES), & Factual Proffer (21-20005-CR-GAYLES) | | | | | |
| 25A-F | Anais Lorenzo Photo, FL DAVID Record, Plea/Cooperation Agreement (21-20005-CR-GAYLES), Factual Proffer (21-20005-CR-GAYLES), Plea/Cooperation Agreement (23-20205-CR-WILLIAMS), & Factual Proffer (23-20205-CR-WILLIAMS) | | | | | |
| 25D | Amscot Financial Records - Anais Lorenzo | | | | | |
| 26A-B | Carlos Pozo Photo & FL DAVID Record | | | | | |
| 27A-B | Ruben Sotolongo Photo & FL DAVID Record | | | | | |
| 28A-B | Lucia Alvarez Photo & FL DAVID Record | | | | | |
| 29A-B | Braulia Rego Photo & FL DAVID Record | | | | | |
| 30A-B | Anibal Amar Photo & FL DAVID Record | | | | | |

Final Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 31A-C | Pedro Ruiz Photo, FL DAVID Record, & Death Certificate | | | | | |
| 32A-B | Mercedes Perez Photo & FL DAVID Record | | | | | |
| 33A-C | Marta Cardero Photo, FL DAVID Record, & Death Certificate | | | | | |
| 34A-C | Braulio Sotolongo Photo, FL DAVID Record, & Death Certificate | | | | | |
| 35A-B | Amanda Ponce Photo & FL DAVID Record | | | | | |
| 36A-B | Gustavo Ponce Photo & FL DAVID Record | | | | | |
| 37A-C | Jose Garcia Photo, FL DAVID Record, & Death Certificate | | | | | |
| 38A-B | Milka Lao Photo & FL DAVID Record | | | | | |
| 39A-B | Alexis Ortega Photo & FL DAVID Record | | | | | |
| 40A-B | Luis Paniagua Photo & FL DAVID Record | | | | | |

Final Government Exhibit List - United States v. Crespo, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 41A-B | Elisabeth Silio Photo & FL DAVID Record | | | | | |
| 42A-B | David Cossio Photo & FL DAVID Record | | | | | |
| 43 | Certified Indictment Copy - United States v. Bosch et al., 18-20352-CR-LENARD | | | | | |
| 44A-B | David Bosch Photo & FL DAVID Record | | | | | |
| 45A-B | Tania Sanchez Photo & FL DAVID Record | | | | | |
| 46A-B | Ledif Machado Photo & FL DAVID Record | | | | | |
| 47A-B | Odalys Abreu Photo & FL DAVID Record | | | | | |
| 48A-B | Suyima Valdes Photo & FL DAVID Record | | | | | |
| 49 | Certified Indictment Copy - United States v. Dr. Gonzalez-Garcia et al., 19-20055-CR-ALTMAN | | | | | |
| 50A1-5 | West Medical Photos | | | | | |
| 50B1-17 | West Medical Search Warrant Evidence – green coded patient files – *Physical Items* | | | | | |
| 50C | West Medical BoA Bank Records xxx-1580 | | | | | |

Final Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 50D | DEA Letter (10/12/18)– Dr. Gonzalez | | | | | |
| 50E | Overhead Map – AC Therapeutic & West Medical | | | | | |
| 51A-B | Dr. Rodolfo Gonzalez-Garcia Photo and FL DAVID Record | | | | | |
| 51C | PDMP Data – Dr. Gonzalez (Nov. 2016- Feb. 2019) | | | | | |
| 51D | PDMP Summary Exhibit - Dr. Gonzalez (Nov. 2016- Feb. 2019) | | | | | |
| 52A-B | Arlene Gonzalez Photo & FL DAVID Record | | | | | |
| 53A-B | Annie Suarez-Gonzalez Photo & FL DAVID Record | | | | | |
| 54A-B | Sucett Lopez Photo & FL DAVID Record | | | | | |
| 55A-B | Fidel Marrero-Casetellanos Photo & FL DAVID Record | | | | | |
| 56A-B | Dr. Victor Espinosa Photo and FL DAVID Record | | | | | |
| 56C | PDMP Data – Dr. Espinosa (Jan. 2018- Dec. 2018) | | | | | |
| 56D | PDMP Summary Exhibit - Dr. Espinosa (Jan. 2018- Dec. 2018) | | | | | |

Final Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| **Number** | **Exhibit** | **Witness Identifying** | **Date Offered** | **Admitted** | **Denied** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 57 | Donate Medical Center Dialysis Institute Photo | | | | | |
| 58A-B | Dr. Daniel Carpman Photo & FL DAVID Record | | | | | |
| 58C | PDMP Data – Dr. Carpman (July 2018 -Aug. 2020) | | | | | |
| 58D | PDMP Summary Exhibit – Dr. Carpman (July 2018 - July 2020) | | | | | |
| 59A-B | Claudia Borges Photo & FL DAVID Record | | | | | |
| 60 | Trial Stipulations | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Final Government Exhibit List - United States v. Crespo, 21-20005-CR-GAYLES

| **Number** | **Exhibit** | **Witness Identifying** | **Date Offered** | **Admitted** | **Denied** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Final Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on July 30, 2023, with the Clerk of the Court and counsel of record using CM/ECF.

/s   Sean T. McLaughlin
SEAN T. McLAUGHLIN
Assistant United States Attorney
