IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-20005CR-GAYLES

UNITED STATES OF AMERICA,

    *Plaintiff*

vs.

ALBERICO AHIAS CRESPO,

    *Defendant*
_____/

## DEFENDANT ALBERICO AHIAS CRESPO'S TRIAL WITNESS LIST

Defendant, ALBERICO AHIAS CRESPO ("Mr. Crespo"), may call the following witnesses at trial:

1. Special Agent Charles Lawless, Federal Bureau of Investigation
2. Special Agent Rolando Alvarez, HHS-OIG
3. Special Agent Henry Luna, HHS-OIG
4. Special Agent Victoria Buono, HHS-OIG
5. Nicholas Palmeri
6. Ivan Alvarez
7. Lazaro Perez

In addition, Mr. Crespo reserves the right to call additional witnesses, update witnesses on this list, or refrain from calling witnesses on this list, as the circumstances dictate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished via CM/ECF to all counsel of record on August 2, 2023.

    Respectfully submitted,

    JOSE M. QUINON, **P.A.**

BY:     */s/ Jose M. Quinon*
    Jose M. Quinon
    Fla. Bar No. 201944_____
    75 Valencia Ave., Suite 800
    Coral Gables, Florida 33134
    Tel.: 305-858-5700
    Email: jquinon@quinonlaw.com
    *Attorney for Alberico Ahias Crespo*