## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

        ***Plaintiff,***

    **v.**                          **CASE NO: 21-20005-CR-GAYLES**

**ALBERICO AHIAS CRESPO, et al.**

        ***Defendant.***
_____/

### DEFENDANT CRESPO'S EXHIBIT LIST

Defendant, ALBERICO AHIAS CRESPO, through undersigned counsel, hereby attaches Exhibit "A," which is his Trial Exhibit List, and reserves the right to add exhibits during the trial, such as documents received from the Government as part of discovery in this case, or other sources, as circumstances dictate.

                      Respectfully submitted,

                      s/Jose M. Quinon
                      Jose M. Quinon

                      JOSE M. QUINON, P.A.
                      2333 Brickell Avenue, Suite A-1
                      Miami, Florida 33129
                      Tel. (305) 858-5700
                      Fax (786) 358-7848
                      Email: jquinon@quinonlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Notice of Permanent Appearance was filed on August 6, 2020 via PACER, which will serve a copy on all concerned parties.

                      s/Jose M. Quinon
                      Jose M. Quinon

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF

## EXHIBIT AND WITNESS LIST

V.

Case Number:

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.