UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20005-CR-GAYLES

UNITED STATES OF AMERICA

vs.

ALBERICO AHIAS CRESPO,

    Defendant.
_____/

**QUESTION AND/OR COMMENT FROM THE JURY**

The following question and/or comment is asked by the jury: CAN A PERSON BE CONVICTED ON KNOWINGLY? (COUNT #1) CLARIFICATION NEEDED.

8/25/23
Date/Time

_____
Foreperson

_____
Print Name

Answer to question and/or comment from jury:

Ladies and gentlemen,
Please refer to the jury instructions for Count 1. As to the second element of Count 1, the Government must prove beyond a reasonable doubt that the Defendant knew the unlawful purpose of the plan and willfully joined in it.

Date

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

8/25/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20005-CR-GAYLES

UNITED STATES OF AMERICA

vs.

ALBERICO AHIAS CRESPO,

     Defendant.
_____/

**QUESTION AND/OR COMMENT FROM THE JURY**

The following question and/or comment is asked by the jury: THE JURORS ON ONE OF THE COUNTS ARE AT A GRID LOCK.

8/25
Date/Time

_____
Foreperson

_____
Print Name

Answer to question and/or comment from jury:

Ladies and gentlemen, Please continue your deliberations as to the remaining count. Please let me know whether you want to continue your deliberations today or return on Monday.

Date 8/25/23

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20005-CR-GAYLES

UNITED STATES OF AMERICA

vs.

ALBERICO AHIAS CRESPO,

    Defendant.
_____/

### QUESTION AND/OR COMMENT FROM THE JURY

The following question and/or comment is asked by the jury: THE JURORS HAVE DECIDED TO RETURN ON MONDAY. THE JURORS WILL RETURN AT 10:00 AM.

__8/25__
Date/Time

_____
Foreperson

_____
Print Name

---

Answer to question and/or comment from jury:

Have a good weekend. Please don't resume your deliberations Monday until all jurors are present.

__8/25/23__
Date

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-20005-CR-GAYLES

UNITED STATES OF AMERICA

vs.

ALBERICO AHIAS CRESPO,

    Defendant.
_____/

### QUESTION AND/OR COMMENT FROM THE JURY

The following question and/or comment is asked by the jury: *THE JURORS ON ONE OF THE COUNTS ARE STILL AT A GRID LOCK.*

_8/28/23_
Date/Time

_____
Foreperson

_____
Print Name

---

Answer to question and/or comment from jury:




_____
Date

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20005-CR-GAYLES

UNITED STATES OF AMERICA

vs.

**ALBERICO AHIAS CRESPO,**

    Defendant.
_____/

**QUESTION AND/OR COMMENT FROM THE JURY**

The following question and/or comment is asked by the jury:

*We Have come up with a verdict*

8/28/23
Date/Time

_____
Foreperson

_____
Print Name

Answer to question and/or comment from jury:

_____
Date

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**