UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20005-CR-GAYLES

UNITED STATES OF AMERICA

Plaintiff(s),

vs.
ALBERICO AHIAS CRESPO

Defendant(s).
_____/

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[X] Guns, jewelry, currency, drugs, explosives
Item Nos. Oxycodone Pills (GX 20)

[ ] Oversize records (larger than 10" x 12" x 15")
Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB

[X] Other (Explain): Transcript Binder (GX 7-1-7-7U), Gov Phone (GX 16A), Gov Comments (7A8), Diaz Phones (21A, 22A) Patient files (GX 5061-17)

[ ] Attachments
(Exhibit list, Order of Court)

Signature: _____
Print Name: AUSA Sean McLaughlin
Agency or Firm: USAO-SDFL
Address: 99 NE 4th
Miami, FL 33152
Telephone: 786-877-3123
Date: 8/28/23

Exhibits Released by:
_____
Rehan Ahmad
(Deputy Clerk)

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record