# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  21-20005-CR-GAYLES

**UNITED STATES OF AMERICA**

**v.**

**ALBERICO AHIAS CRESPO,**
                          **Defendant.**
_____/

## VERDICT

(1)     We, the Jury, unanimously find the Defendant, **ALBERICO AHIAS CRESPO**, as to
**Count 1** of the Indictment:

            GUILTY _____                    NOT GUILTY __✓__


(2)     We, the Jury, unanimously find the Defendant, **ALBERICO AHIAS CRESPO**, as to
**Count 5** of the Indictment:

            GUILTY __✓__                    NOT GUILTY _____


(3)     We, the Jury, unanimously find the Defendant, **ALBERICO AHIAS CRESPO**, as to
**Count 7** of the Indictment:

            GUILTY __✓__                    NOT GUILTY _____


(4)     We, the Jury, unanimously find the Defendant, **ALBERICO AHIAS CRESPO**, as to
**Count 8** of the Indictment:

            GUILTY __✓__                    NOT GUILTY _____

(5)     We, the Jury, unanimously find the Defendant, **ALBERICO AHIAS CRESPO**, as to

**Count 9** of the Indictment:

        GUILTY ___✓___           NOT GUILTY _____

(6)     We, the Jury, unanimously find the Defendant, **ALBERICO AHIAS CRESPO**, as to

**Count 10** of the Indictment:

        GUILTY ___✓___           NOT GUILTY _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida, this _28_ day of _Aug._ ,
2023.

_____        _____
Foreperson's Signature                    Foreperson's Printed Name

2