UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20005-CR-GAYLES

UNITED STATES OF AMERICA

v.

ALBERICO AHIAS CRESPO,

    Defendant.
_____/

### JUDGMENT OF ACQUITTAL ON COUNT 1

The above-named defendant appeared before the Court for trial and the jury rendered a verdict of not guilty on Count 1 of the indictment. Based on the jury's verdict, it is hereby

**ORDERED AND ADJUDGED** that a Judgment of Acquittal is hereby entered as to Count 1 of the indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida on August 29, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: Counsel of record