Final Government Exhibit List - United States v. Crespo, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 1A | Title III #1 Certified Court Order (xxx-xxx-3906) | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | |
| 1B | Title III #1 – Calls/Texts/Call Log (xxx-xxx-3906) | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | |
| 2A | Title III #2 Certified Court Order (xxx-xxx-3906) | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | |
| 2B | Title III #2 – Calls/Texts/Call Log (xxx-xxx-3906) | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | |
| 3A | Title III #3 Certified Court Order (xxx-xxx-3906) | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | |
| 3B | Title III #3 – Calls/Texts/Call Log (xxx-xxx-3906) | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | |
| 4 | Title III #1, #2, & #3 Compilation Calls/Texts (xxx-xxx-3906) | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | Lawless; Lorenzo, Diaz |
| 5 | CI Controlled Calls (9/24/19 & 12/20/19) | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | Diaz 8/18/23 Lorenzo 8/17/23 |
| 6 | FBI SA Lawless Controlled Call (7/20/20) | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | |
| 7-1-70 | Title III & Controlled Call/Text Transcripts | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | Alvarez 8/10/23; Lawless 8/10/23; 8/16/23; 8/14/23; Lorenzo 8/17/23; Diaz 8/18/23; 8/23/23; 8/28/23 |

1

Final Government Exhibit List - United States v. Crespo, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 8A | Subscriber/Toll/Pen Register Records - CRESPO Personal Phone – T-Mobile xxx-xxx-3164 | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | |
| 8B | Subscriber/Toll Records - CRESPO Govt Phone – Verizon xxx-xxx-2073 | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | |
| 8C | Screen Shot Photo of Incoming CRESPO Govt Phone Call on 10/2/19 | Alvarez 8/10/23 | 8/10/23 | 8/10/23 | | |
| 9A | Subscriber/Toll/Pen Register Records – Jorge Diaz Title III Phone – T-Mobile & AT&T xxx-xxx-3906 | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | |
| 9B | Subscriber/Toll/Pen Register Records – Jorge Diaz Burner Phone – Verizon xxx-xxx-5817 | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | Briando 8/23/23 |
| 10A-N | Toll, Text, Video, & Email Summary Exhibits | Slattery 10a, 10b, on 10s, 10c | 8/16/23 on 10s, 10c | 8/16/23 10a, 10b, 10c, 10d, 10e, 10f, 10g, 10h, 10i, 10j, 10k, 10l, 10m, 10n | | Lorenzo 8/17/23; Diaz 2/22/23 Diaz 8/23 |
| 11A-M | Subscriber Records for Remaining Title III Intercepted Phone Numbers | Slattery | 8/16/23 | 8/16/23 | | |
| 12A | CRESPO Residence – Photo & Overhead Map | Slattery | 8/8/23 | 8/8/23 | | |
| 12B-C | CRESPO Residence - Pole Camera Footage (6/19/20 & 7/17/20) | Slattery S, C | 8/8/23 S, C | 8/8/23 S, C | | |
| 12D1-2 | CRESPO Residence – Aerial Surveillance Footage 7/20/20 | Slattery 1, 2 | 8/8/23 1, 2 | 8/8/23 1, 2 | | Diaz 8/22/23 |
| 13A-B | CRESPO Photo & FL DAVID Record | Slattery A, B | 8/8/23 | 8/8/23 | | |

2

Final Government Exhibit List - United States v. Crespo, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 13C-D | CRESPO DEA & HHS-OIG employment records | Slattery | 8/8/23 d | 8/8/23 d | | |
| 14A-I | CRESPO Arrest Evidence Photos | Slattery a-i | 8/8/23 a-i | 8/8/23 a-i | | Gordon 8/9/23 |
| 15A | CRESPO Personal Phone (xxx-xxx-3164) Signed Consent to Search Form | Slattery Gordon | 8/8/23 | 8/8/23 | | Gordon 8/9/23 |
| 15B | CRESPO Personal Phone (xxx-xxx-3164) – Full Cellebrite CART Report | Slattery Gordon | 8/8/23 | | | Gordon 8/9/23 |
| 15B1-89 | CRESPO Personal Phone (xxx-xxx-3164) – CART Report Extracts | Gordon | 8/9/23 | 8/9/23 | | Alvarez 8/10/23 (B7) Lawless 8/16/23 |
| 16A | CRESPO Government-Issued Phone (xxx-xxx-2073) – Physical Item | Slattery | 8/8/23 | 8/8/23 | | Stringer 8/9/23 |
| 16B | CRESPO Government-Issued Phone (xxx-xxx-2073) – Forensic Extraction Report | Slattery Stringer | 8/9/23 | 8/9/23 | | Lawless 8/15/23 |
| 17A-B | CRESPO Government-Issued Laptop Computers #1 and #2 – Physical Items | Slattery Gordon | 8/8/23 a b&n | 8/8/23 a b&n | | Stringer 8/9/23 |
| 17C | CRESPO Government-Issued Laptop Computers #1 and #2 - Forensic Email Extracts | Slattery Gordon | 8/8/23 8/9/23 | 8/9/23 | | Alvarez 8/10/23  Pino 8/22/23; Lawless 8/16/23;8/15/23 8/23/23 Barone 8/23/23; 8/24/23 |
| 18 | CRESPO IRIS Log Activity Records | Slattery 8/8/23 | - | | | |
| 18 A | Attachment A | Gordon 8/9/23 | 8/9/23 | 8/9/23 | | |
| 18 B | Attachment B | Gordon 8/9/23 | 8/9/23 | 8/9/23 | | Alvarez 8/10/23 |
| 18 C | Attachment C | Gordon | 8/9/23 | 8/9/23 | | |
| 18 D | Attachment D | Gordon | 8/9/23 | 8/9/23 | | |
| 18 E | Attachment E | Gordon | 8/9/23 | | | |
| 18 F | Attachment F | Gordon | 8/9/23 | 8/9/23 | | |

Final Government Exhibit List - United States v. Crespo, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 19A-D -AB | Jorge Diaz Photo, FL DAVID Record | Slattery / Diaz 8/15 | 8/8/23 a.s | 8/8/23 a.s | | Alvarez 8/16/23 Lawless 8/16/23 |
| 20 | Jorge Diaz Arrest Evidence 7/21/20 –Suspected Oxycodone bottle/pills - – *Physical Item(s)* | Slattery | 8/8/23 | 8/8/23 | | |
| 21A | Jorge Diaz Title III Phone (xxx-xxx-3906) – *Physical Item* | Slattery | 8/8/23 | 8/8/23 | | Gordon 8/9/23  Lorenzo 8/17/23  Lawless 8/15/23 / Diaz 8/17/23 |
| 21B | Jorge Diaz Title III Phone - Full Cellebrite CART Report (xxx-xxx-3906) | Slattery Gordon | | | | Gordon 8/9/23 |
| 21B1-5 | Jorge Diaz Title III Phone - CART Report Extracts (xxx-xxx-3906) | Gordon | 8/9/23 | 8/9/23 | | Lawless 8/10/23, 8/15/23  Lorenzo 8/17/23  Diaz 8/17/23 8/22/23 |
| 22A | Jorge Diaz Burner Phone (xxx-xxx-5817) - – *Physical Item* | Slattery | 8/8/23 | 8/8/23 | | Gordon 8/9/23  Diaz 8/17/23  Lawless 8/15/23  Lorenzo 8/17/23 |
| 22B | Jorge Diaz Burner Phone - Full Cellebrite CART Report (xxx-xxx-5817) | Slattery Gordon | 8/8/23 | | | |
| 22B1-3 | Jorge Diaz Burner Phone - CART Report Extracts (xxx-xxx-5817) | Gordon | 8/9/23 | 8/9/23 | | Gordon 8/9/23  Diaz 8/22/23  Lorenzo 8/17/23 |
| 23 | Jorge Diaz Wells Fargo Bank Records xxx-8274 | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | |

4

Final Government Exhibit List - United States v. Crespo, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 24A-B -AB | Yandre Trujillo Photo, FL DAVID Record | Slattery 8/8/23 a,S | 8/8/23 a,S | 8/8/23 a,S | | A. Alvarez 8/10/23 Lawless 8/10/23 Diaz A 8/17/23; 8/18/23; 8/22/23 |
| 25A-F -AB | Anais Lorenzo Photo, FL DAVID Record | Slattery 8/8/23 a,S Lawless, C Lorenzo, C 25E | 8/8/23 a,S | 8/8/23 a,S | | Lawless 8/10/23 A. Diaz 8/17/23; 8/22/23 |
| 25N6 | Amscot Financial Records - Anais Lorenzo | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | Lorenzo 8/17/23 |
| 26A-B | Carlos Pozo Photo & FL DAVID Record | Slattery 8/8/23 a,S | 8/8/23 a,S | 8/8/23 a,S | | A Alvarez 8/10/23  Diaz 8/18/23 Lawless 8/10/23 |
| 27A-B | Ruben Sotolongo Photo & FL DAVID Record | Alvarez | 8/10/23 | 8/10/23 | | Lawless 8/10/23 Diaz 8/18/23 |
| 28A-B | Lucia Alvarez Photo & FL DAVID Record | Slattery 8/8/23 a,S | 8/8/23 a,b | 8/8/23 a,S | | Lawless 8/10/23 Diaz 8/18/23 |
| 29A-B | Braulia Rego Photo & FL DAVID Record | Slattery 8/8/23 a,S | 8/8/23 a,S | 8/8/23 a,S | | Lawless 8/10/23 Diaz 8/22/23 |
| 30A-B | Anibal Amar Photo & FL DAVID Record | Slattery 8/8/23 a,S | 8/8/23 a,S | 8/8/23 a,S | | Lawless 8/10/23 Diaz 8/22/23 |

Final Government Exhibit List - <u>United States v. Crespo</u>, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 31A-C –AB | Pedro Ruiz Photo, FL DAVID Record, & Death Certificate | Slattery 8/8/23 A-C | 8/8/23 A-C | 8/8/23 A-C | | Lawless 8/10/23 |
| 32A-B | Mercedes Perez Photo & FL DAVID Record | Slattery 8/8/23 A,S | 8/8/23 A,S | 8/8/23 A,S | | Lawless 8/10/23 Diaz 8/18/23 |
| 33A-C –AB | Marta Cardero Photo, FL DAVID Record, & Death Certificate | Slattery 8/8/23 A-C | 8/8/23 A-C | 8/8/23 A-C | | Lawless 8/10/23 Diaz 8/23/23 |
| 34A-C –AB | Braulio Sotolongo Photo, FL DAVID Record, & Death Certificate | Slattery 8/8/23 A-C | 8/8/23 A-C | 8/8/23 A-C | | Lawless 8/10/23 |
| 35A-B | Amanda Ponce Photo & FL DAVID Record | Slattery 8/8/23 A-S | 8/8/23 A-S | 8/8/23 A-S | | Lawless 8/10/23 Diaz 8/18/23 |
| 36A-B | Gustavo Ponce Photo & FL DAVID Record | Slattery 8/8/23 A,S | 8/8/23 A,S | 8/8/23 A,S | | Diaz 8/18/23 |
| 37A-C –AB | Jose Garcia Photo, FL DAVID Record, & Death Certificate | Slattery 8/8/23 A-C | 8/8/23 A-C | 8/8/23 A-C | | Diaz 8/17/23 |
| 38A-B | Milka Lao Photo & FL DAVID Record | Slattery 8/8/23 A,S | 8/8/23 A,S | 8/8/23 A,S | | Matterdero 8/10/23  Diaz 8/22/23 Alvarez Lawless 8/10/23 |
| 39A-B | Alexis Ortega Photo & FL DAVID Record | Slattery 8/8/23 A,S | 8/8/23 A,S | 8/8/23 A,S | | |
| 40A-B | Luis Paniagua Photo & FL DAVID Record | Slattery 8/8/23 A,S | 8/8/23 A,S | 8/8/23 A,S | | Lawless 8/10/23 |

Final Government Exhibit List - United States v. Crespo, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 41A-B | Elisabeth Silio Photo & FL DAVID Record | Slattery 8/8/23 a.s | 8/8/23 a.s | 8/8/23 a.s | | |
| | | | | | | |
| 43 | Certified Indictment Copy - United States v. Bosch et al., 18-20352-CR-LENARD | Alvarez 8/10/23 | 8/10/23 | 8/10/23 | | |
| 44A-B | David Bosch Photo & FL DAVID Record | Alvarez 8/10/23 | 8/10/23 | 8/10/23 | | |
| 45A-B | Tania Sanchez Photo & FL DAVID Record | Alvarez 8/10/23 | 8/10/23 | 8/10/23 | | Lawless 8/10/23 |
| 46A-B | Ledif Machado Photo & FL DAVID Record | Alvarez 8/10/23 | 8/10/23 | 8/10/23 | | |
| 47A-B | Odalys Abreu Photo & FL DAVID Record | Alvarez 8/10/23 | 8/10/23 | 8/10/23 | | Lawless 8/10/23 |
| 48A-B | Suyima Valdes Photo & FL DAVID Record | Alvarez 8/10/23 | 8/10/23 | 8/10/23 | | Lawless 8/10/23  Diaz 8/17/23 |
| 49 | Certified Indictment Copy - United States v. Dr. Gonzalez-Garcia et al., 19-20055-CR-ALTMAN | Alvarez 8/10/23 | 8/10/23 | 8/10/23 | | Lawless 8/10/23  Barranco 8/23/23  Diaz 8/17/23 |
| 50A1-5 | West Medical Photos | Alvarez 8/10/23 | 8/10/23 | 8/10/23 | | |
| 50B1-17 | West Medical Search Warrant Evidence – green coded patient files – Physical Items | Slattery 8/8/23 1-17 | Slattery 8/8/23 1-17 | 8/8/23 1417 8/10/23 1-10,14,12,13 | | Alvarez 8/10/23 (1-17)  Lawless 8/10/23  Diaz 8/17/23 8/18/23 |
| 50C | West Medical BoA Bank Records xxx-1580 | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | Diaz 8/17/23 |

7

Final Government Exhibit List - United States v. Crespo, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 50D | DEA Letter (10/12/18) – Dr. Gonzalez | Lawless 8/10/23 | 8/10/23 | 8/10/23 | | |
| 50E | Overhead Map – AC Therapeutic & West Medical | Slattery | 8/16/23 | 8/16/23 | | Diaz 8/18/23 |
| 51A-B | Dr. Rodolfo Gonzalez-Garcia Photo and FL DAVID Record | Slattery a.s. 8/8/23 | 8/8/23 a.s. | 8/8/23 a.s. | | Alvarez 8/10/23  Diaz 8/18/23 8/22/23  Lawless 8/10/23 |
| 51C | PDMP Data – Dr. Gonzalez (Nov. 2016- Feb. 2019) | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | Poima DEA 8/9/23 |
| 51D | PDMP Summary Exhibit - Dr. Gonzalez (Nov. 2016- Feb. 2019) | Slattery | 8/16/23 | 8/16/23 | | Diaz 8/18/23; 8/18/23 |
| 52A-B | Arlene Gonzalez Photo & FL DAVID Record | Alvarez 8/10/23 | 8/10/23 | 8/10/23 | | Diaz 8/18/23 |
| 53A-B | Annie Suarez-Gonzalez Photo & FL DAVID Record | Alvarez 8/10/23 | 8/10/23 | 8/10/23 | | Lawless 8/10/23  Diaz 8/18/23 |
| 54A-B | Sucett Lopez Photo & FL DAVID Record | Alvarez 8/10/23 | 8/10/23 | 8/10/23 | | Diaz 8/18/23 |
| 55A-B | Fidel Marrero-Casetellanos Photo & FL DAVID Record | Alvarez 8/10/23 | 8/10/23 | 8/10/23 | | |
| 56A-B | Dr. Victor Espinosa Photo and FL DAVID Record | Slattery a.s. 8/8/23 | 8/8/23 a.s. | 8/8/23 a.s. | | 8/14/23 |
| 56C | PDMP Data – Dr. Espinosa (Jan. 2018- Dec. 2018) | Slattery 8/8/23 | 8/8/23 | 8/8/23 | | |
| 56D | PDMP Summary Exhibit - Dr. Espinosa (Jan. 2018- Dec. 2018) | Slattery | 8/16/23 | 8/16/23 | | |

8

Final Government Exhibit List - United States v. Crespo, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 57 | Donate Medical Center Dialysis Institute Photo | Slattery | 8/8/23 | 8/8/23 | | Diaz 8/18/2023  Lorenz 8/17/2023 |
| 58A-B | Dr. Daniel Carpman Photo & FL DAVID Record | Slattery a.s | 8/8/23 a.s | 8/8/23 a.s | | 8/18/2023 |
| 58C | PDMP Data – Dr. Carpman (July 2018 -Aug. 2020) | Slattery | 8/8/23 | 8/8/27 | | Ocasio DEA 8/9/23  Lawless 8/15/23 |
| 58D | PDMP Summary Exhibit – Dr. Carpman (July 2018 - July 2020) | Slattery | 8/16/23 | 8/16/23 | | |
| | | | | | | |
| | | | | | | |
| 61 | IRIS Demonstrative Exhibit | | | | | |
| 62 | Lawless Report | Lawless ID only 7/15/23 | | | | |
| 63 | Lawless Report – Alvarez | Lawless ID only 8/4/23 | | | | |
| 64A-B | Picture of Crespo's Knife | Burrance | | | | |
| | | | | | | |
| | | | | | | |

## DEFENSE EXHIBITS

Final DEFENSE Exhibit List - United States v. Crespo, 21-20005-CR-GAYLES

| Number | Exhibit | Witness Identifying | Date Offered | Admitted | Denied | Other Witness Referring |
|---|---|---|---|---|---|---|
| 1a,5 | Coopers Hawk receipt | Stuckey | 8/8/23 | 8/8/23 | | |
| 2a,b | Audio Recording SA Buono / Transcript | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

10