# EXHIBIT 1

# Re: Available for an arrest Thurs Feb 7?

---

**From:** "Crespo, Alberico A (OIG/OI)" <alberico.crespo@oig.hhs.gov>
**To:** "Collison, Curtis L III (OIG/OI)" <curtis.collison@oig.hhs.gov>, "Alvarez, Rolando J (OIG/OI)" <rolando.alvarez@oig.hhs.gov>, "Mahmood, Stephen (OIG/OI)" <stephen.mahmood@oig.hhs.gov>, "Crespi, Daniel E (OIG/OI)" <daniel.crespi@oig.hhs.gov>, "Zayas, Cesar D (OIG/OI)" <cesar.zayas@oig.hhs.gov>
**Date:** Sun, 27 Jan 2019 14:56:32 -0500

---

Yes

Alberico Crespo
Special Agent/HHS-OIG
7900 Oak Lane#200
Miami Lakes, Florida 33016
Office: 305-530-7756
Fax: 305-530-7759
Cell:305-962-2073
Alberico.crespo@oig.hhs.gov

---

**From:** Collison, Curtis L III (OIG/OI) <curtis.collison@oig.hhs.gov>
**Sent:** Friday, January 25, 2019 11:26 AM
**To:** Alvarez, Rolando J (OIG/OI); Mahmood, Stephen (OIG/OI); Crespi, Daniel E (OIG/OI); Crespo, Alberico A (OIG/OI); Zayas, Cesar D (OIG/OI)
**Subject:** Re: Available for an arrest Thurs Feb 7?

Yes

Get Outlook for iOS

**From:** Alvarez, Rolando J (OIG/OI)
**Sent:** Friday, January 25, 2019 11:25:54 AM
**To:** Mahmood, Stephen (OIG/OI); Collison, Curtis L III (OIG/OI); Crespi, Daniel E (OIG/OI); Crespo, Alberico A (OIG/OI); Zayas, Cesar D (OIG/OI)
**Subject:** Available for an arrest Thurs Feb 7?

Are you available for an arrest Feb 7? Will be a Doctor in Weston…

**Rolando J . Alvarez**
Special Agent
DHHS/OIG/OI
Miami Regional Office
7900 Oak Lane, Suite 200
Miami Lakes, FL 33016
Office:   305.536-6933
Mobile:  305.968.1219
Fax:      305.530.7759

 

## Re: 6 Agents for a SW

**From:** "Crespo, Alberico A (OIG/OI)" <alberico.crespo@oig.hhs.gov>
**To:** "Collison, Curtis L III (OIG/OI)" <curtis.collison@oig.hhs.gov>, "Alvarez, Rolando J (OIG/OI)" <rolando.alvarez@oig.hhs.gov>, Miami Agents Only <miamiagentsonly@oig.hhs.gov>
**Date:** Mon, 28 Jan 2019 08:53:57 -0500

Let me know

Alberico Crespo
Special Agent/HHS-OIG
7900 Oak Lane#200
Miami Lakes, Florida 33016
Office: 305-530-7756
Fax: 305-530-7759
Cell:305-962-2073
Alberico.crespo@oig.hhs.gov

**From:** Collison, Curtis L III (OIG/OI)
**Sent:** Monday, January 28, 2019 8:53:10 AM
**To:** Alvarez, Rolando J (OIG/OI); Miami Agents Only
**Subject:** Re: 6 Agents for a SW

Yes

Get Outlook for iOS

**From:** Alvarez, Rolando J (OIG/OI)
**Sent:** Monday, January 28, 2019 8:16:31 AM
**To:** Miami Agents Only
**Subject:** 6 Agents for a SW

Please I need 6 additional agents to assist in a search warrant on Thursday Feb 7. The target is a small clinic office in Hialeah located 10 minutes from our office. Please respond with your availability.

I already received confirmation from the following agents: Fernando, David, Yeleina, Amber.

Thanks for your assistance.

Sent from my iPhone...

**Rolando J . Alvarez**
Special Agent
DHHS/OIG/OI
Miami Regional Office
7900 Oak Lane, Suite 200
Miami Lakes, FL 33016
Office:  305.536-6933
Mobile:  305.968.1219
Fax:    305.530.7759