# EXHIBIT 2

Linesheet

| Case: 58A-MM-3116055 | Target: Jorge Diaz Gutierrez (Prohibited Case) | Line: 7865423906 | File Number: |
|---|---|---|---|

JD: No I ate a breakfast at 9am in McDonald. and this is the hour that
Call Minimized
JD: You understand me
Raul (LNU):
JD: But I'm going to tell you something pay attention to this remember the turtle the turtle wins against the (UI) I can do something to (UI)
look it look it look it look it and in a few months I got my money back
Raul (LNU): Yes yes yes in two months you (UI)
JD: Of course I went making two and two, two, two, two ,two, two, two, two, two and you see it
RAUL (LNU): yes yes yes
JD: You understand (UI)
Raul (LNU): No but forget it last minute you (UI) two and two (UI) any way you have to wait for the fat boy calls you
JD: Yes I have to wait for the fat boy to call me yes
Raul (LNU): Remember when you can call that lady to see what she tells you
JD:  Yes yes no no (UI) I'm going to call her I will call her today.
LS

| Session: | 4114 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 07/11/2020 | Content: | Audio | Associate DN: | (786) 419-7103 |
| Start Time: | 16:34:34 EDT | Primary Language: | Spanish | In/Out Digits: | 7864197103 |
| Stop Time: | 16:36:19 EDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:01:45 | Monitor ID: | lsmith4 | Participants: | Aguilera, Valodia Gutierrez, Jorge Diaz |

| Synopsis 1 |
|---|

Incoming call to Jorge Diaz (JD) from Valodia Aguilera (VA)
Unintelligible: (UI)
JD: What's up

Linesheet

| Case: 58A-MM-3116055 | Target: Jorge Diaz Gutierrez (Prohibited Case) | Line: 7865423906 | File Number: |
|---|---|---|---|

VA: I need to see you today inference to what we talked about earlier today
JD: No I'm not interested anymore
VA: (UI)
JD: No I have to talk to you too but it will be tomorrow you know the man gave me lines for the $1,600 that I gave him and he didn't give me what I expected.
VA: Your lying (UI)
JD: Hey Papo I loss more then that playing $1,600 doesn't cause me to lose sleep. I will talk with you tomorrow relax I'm not worry about it. He locked himself up with me because with me he was going to make money.
VA: (UI)
JD: he screwed up up now it was $1,600 for shit and (UI) more and he is going to be more have to kill me or me him and after all with $1,600 I took off the problem from above
VA: (UI) You came out winning.
JD: Of course I came out a winner. because I know the situation was going to be worst when he would sold me the line for more and then I would not let him pass it because for me $1,600 is nothing but talking about other things is money, and he has to pay it some how you understand.
VA: (UI)
JD: Go ahead my son go ahead.
VA: Go go
LS

| Session: | 4115 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 07/11/2020 | Content: | Audio | Associate DN: | (786) 372-5484 |
| Start Time: | 17:10:03 EDT | Primary Language: | Spanish | In/Out Digits: | 17863725484 |
| Stop Time: | 17:10:28 EDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:00:25 | Monitor ID: | lsmith4 | Participants: | Gutierrez, Jorge Diaz / LNU, Omar [PH] |

### Synopsis 1

Outgoing call from Jorge Diaz (JD) to Omar (LNU)
Omar (LNU): Hey this girl hasn't gotten here yet my friend

N/A

UNCLASSIFIED

Linesheet

| Case: 58A-MM-3116055 | Target: Jorge Diaz Gutierrez (Prohibited Case) | Line: 7865423906 | File Number: |
|---|---|---|---|

AL: Ok perfect
JD: forget about that I will be at the hotel at 9am he has to leave or looks for someone with a driver's license and then I will come on Monday for the deposit.
Call Minimized
JD: It is what it is he screwed me out of $1,600
AL: No (UI)
JD: no for get being calm he is more calm then me he has look for money every day he doesn't have a family he is from motel to motel that means he's fucked his family
AL: He messed it up with you by messing up with you he messed up with me
JD: Mama because  there no good there no good that element is no good block them all that element is no good.
AL: (UI) calling me blocking them
JD: That's why he's doesn't even call you block them going to get something to eat.
AL: I called you through what's app.
JD: remember when I consult I turn down my ringer because I disconnect
Call becomes personal about the two kids he will be cleansing
LS

N/A

| Session: | 4121 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 07/11/2020 | Content: | Audio | Associate DN: | (786) 419-7103 |
| Start Time: | 20:07:31 EDT | Primary Language: | Spanish | In/Out Digits: | 7864197103 |
| Stop Time: | 20:11:26 EDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:03:55 | Monitor ID: | lsmith4 | Participants: | Aguilera, Valodia  Gutierrez, Jorge Diaz |

**Synopsis 1**

Incoming call from Valodia Aguilera (VA)  786-419-7103
JD and VA discuss [Pistolita]. JD explains that since Pistolita doesn't have a license, JD put his license down to rent a room where he's at and put $100 deposit down. JD says he's going to talk to Paula the manager and tell her not to rent him the room with his license.