# EXHIBIT 1

Nicholas Palmeri
288 Edgegrove Ave.,
Staten Island, NY 10312
(646) 245-8189
December 30, 2023

Honorable Darrin P. Gayles
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-1
Miami, Florida 33128

Your Honor,

I am writing this letter in support of former Drug Enforcement Administration (DEA), former Office of Inspector General (OIG) Investigator Alberico Crespo. My name is Nicholas Palmeri. I am a retired Federal Agent of the Drug Enforcement Administration (DEA), and former New York City Police Officer. I retired from the DEA as a senior executive with 25 years of experience, in addition to spending five very busy, enjoyable years with the NYPD. I have worked as an agent, supervisor and senior leader with DEA throughout the world, prior to retiring from my post as the Regional Director of North and Central Americas Region.

In 2006, while stationed in Guadalajara, Mexico, as a DEA Special Agent (SA), I met Al Crespo during a long term, high level joint case we were working with the Miami Field Division (MFD). Al was a brand new DEA Agent, thrust into one of the biggest DEA cases. Additionally, Al was the only Spanish speaker in the MFD group, thus he was immediately exposed to the highest level informants (approximately 6) that were being utilized as part of this investigation. The informants were all Spanish speakers. Being a "Baby Agent" in an active group is difficult in and of itself but given the level of the investigation and informants is extremely challenging for even seasoned agents. As I write this letter today I have a greater appreciation for the situation that was thrust upon Al, immediately upon entering the DEA as a SA. Al took it all in stride. He was eager to learn. The informants liked Al. he made them feel comfortable. He was sincere with them and they trusted him with their lives. At times we would tease Al or "Bust his chops" for silly inexperienced things that young agents do, without really appreciating his situation of being new as we all once were. Again, he took it in stride, and as time went on learned at a very fast rate and became one of the lead case agents on the team. Al not only handled the intricacies of this high level case but all the intricacies that go along with cultivating, maintaining and controlling informants. The case, which spanned several years, yielded seizures of over 100 tons of cocaine, numerous arrests, prosecutions, and extraditions.

In 2010, I learned that Al was leaving DEA and going to take a position with the OIG. I was upset to see Al leave. He was a good Agent, had a lot of potential in the DEA, and I thought

DEA should have done their best to keep Al in the agency. In any event I wished the best for Al and maintained sporadic contact with him. Subsequently, over the years, I spoke with Al a few times and we met socially a few times. Al was always excited to talk about his cases and the impact they were having on the public. Al was very proud to be doing good work and making good cases. It was always a pleasure talking to Al. He was the guy I knew as a "Baby agent" who rose up to be a good agent, making great cases.

Aside from the case work, as colleagues, I got to know Al personally. In all our interactions, and as per mutual friends and colleagues, Al was always professional, very sincere, and very passionate about whatever he was doing. I never had reason to doubt the integrity of Al.

When I learned of the problem that Al was experiencing in the Southern District of Florida, I was very upset, wished Al the very best, and prayed for and with him. I do not know the details of the case and I did not attend the trial. I do know that Al is a good person and has a good heart. Sometimes people are thrust into situations, which differ from their "norm", where they make decisions, and actions for which if they could do over, would. We have all had lapses in judgment times. It is the surrounding circumstance which dictates how that lapse will be subsequently judged. I imagine that if Al had the opportunity to go back and do things a little differently, he would. He has learned from this experience, and will grow from it because he is a good man who has demonstrated that through experience and desire to do good, HE WILL !!!

Al has served this Country, and Florida for many years. His efforts, and work has saved lives, benefitted communities, and "Kept the line". With this letter, I am begging for your mercy when you sentence Al. Al's generosity and helpfulness to the community deserves some balancing in contrast for some decisions he might have made in a difficult situation.

As you render judgment, please have mercy on former DEA Agent and former OIG Agent Alberico Crespo.

Thank You,

Nicholas Palmeri

Jan 16, 2024

Angie Crespo
Angie@adcmiami.com
786-515-8747

Re: Alberico A. Crespo
case number 21-cr-20005

To: The Honorable Judge Darrin P. Gayles

I am shaken by how difficult this letter is for me to write. I was told that you may need it to better understand my little brother (Alberico A. Crespo). I wish there was an ideal place to begin. But where does one start when a loved one's life is laid across someone else's table?

What keeps me loving him (Alberico A. Crespo) unconditionally is the fact that he is good person that came from a single mother's home with 4 children that she raised by herself with discipline, honesty, respect & humbleness most of all. Later on, in our life a man of impeccable character who I take pride to call my father (Jonas Rodriguez -RIP) came into our life and teaches us high standards in life (which in reality is our stepfather) since our dad die at age 52 from liver failure due to Alcoholism, when Alberico A. Crespo was only 11yrs old. I feel sad to write this to you, because it seems so contradictory, looking at what actually took place. However, it is the truth and it keeps me alive and always respectful towards others. I wish more than anything that you, the Honorable Judge who decides his fate, could know him (Alberico A. Crespo) Like I do.  So, a little bit of the Alberico A. Crespo that I know is where I will begin.

Growing up with Alberico as a big sister I always admired how  compassionate, helpful, respectful and always willing to help others, including his father who was missing a leg & always dealing with alcoholism, we (Alberico A. Crespo & Myself) became the parent to my dad till the day he died, at a very young age.

I believed Alberico A. Crespo's divorce, his daughter moving away, having my stepfather (our 2nd Dad) very ill (which he passed away on Nov 6, 2023) and my mother very ill too with AR stage 4, all those events in his life took him to

unrecognized depression, he felt alone, hopeless and lost without the guiding from his parents being so ill, of course I was there for him, but Alberico wanted to be strong for the family, neglecting his needs & his mental health and putting everyone else first, been who he is a selfless person . Alberico A. Crespo loss the sense of his needs, and in the process, he lost his path/direction in life.

While it is unfortunate that he has made some bad decisions, thus resulting in this case . I'm going to beg you Honor as a big sister for your leniency in sentencing of Alberico A. Crespo and plea that your sentence be merciful and not so punitive.

Alberico A. Crespo spending period of time incarcerate would only be a detriment to my family, his children and his mental health.

I thank you so much for taking the time to read this letter and God bless,

Sincerely,

Angie Crespo

October 2023

To whom it may concern:

This letter is to confirm we have known Alberico A. Crespo for a total of around 21 years.  He married our daughter Irene Leon on December 22, 2001, marriage ended in 2018.   During this time he was always present in family gathering during many occasions; he was always very polite, concern about others wellbeing; always willing to help others.

Alberico served in the Airforce, worked in the Hialeah Police Department as an undercover detective, fighting for drug control and gangs. In 2006 he became a DEA federal agent.

We always remember him as a very concern citizen and his love of this country in every aspect.

Our granddaughter is deeply hurt and sad with this situation, we please ask the judge to take in consideration the sacrifices for this country and safety of the citizens, and allow Mr. Crespo to serve his sentence at home, so he can be close to our granddaughter.  We deeply believe that it has been a misunderstanding situation and we wouldn't like him to be in jail with the real criminals.

Sincerely yours,

Lino Leon/786-897-2561

Carmen M. Poll/305-505-1483

Frank & Marilyn Papper
263 N.W. 69th Street
Boca Raton, Fl. 33487
954-415-1722
fpapper@gmail.com

09/01/2023

Honorable Darrin P. Gayles

Dear Judge Gayles,

My name is Frank Papper, and my wife is
Marilyn Papper. We are writing this letter in
hope that it will provide insight regarding the
character of Al Crespo. I first met Al some six
years ago. Al and Samantha arrived, quite
unexpectedly, at my office, and we had a
pleasant introductory conversation, after which
Al explained why he came to meet me. He was
very polite and somewhat formal in asking for
Samantha's hand in marriage. I found his

request to be refreshingly proper and respectful. It was the first of many examples showcasing his integrity and compassion.

I experienced another example of passion for his community. My wife and I joined Al and Samantha at Al's home in Hialeah for dinner. Al and I were sent to the local wine and spirit shop to purchase some wine. The owner of the shop was a friend of Al's, and after a friendly conversation and a tour of the shop, Al and I purchased what we were sent for, and headed back to Al's truck. I entered from the passenger's side, and before Al entered, he sees and elderly gentleman with car trouble. The next thing I know, Al is pushing the gentleman's van out in the middle of the parking lot, so the gentleman's son could come and attach cables to get it running. That kind act was typical of Al.

From that moment on, I referred to him as "The mayor of Hialeah".

The family is very disappointed in Al's lack of good judgement, and his failure to think about the toll this has taken on all of us. He feels and understands our disappointment. Each one of us love him dearly and will support he and Samantha throughout this difficult time in their lives. Al is most deserving of it.

My wife and I would like to thank you for taking the time to read this letter, and hope it acts as an aid to see what type of man Al has been, and how important of a presence he has been to his family, colleagues, and community.

In closing your Honor, with humility, we respectfully request you take this information into consideration when considering Al's sentence. He will be greatly missed, not only by his family, but the community as well.

If you have any questions regarding this letter, or simply wish to speak to me for further

insight regarding Al's character, I am at your disposal.

Sincerely,
Frank & Marilyn Papper

Eugenio A. Llamera  09/28/2023

Dear Judge Darrin P. Gayles,

I hope this letter finds you in good health and high spirits. I am writing to respectfully request leniency in the sentencing of Alberico Ahias Crespo in the aforementioned case. I understand the gravity of the situation and the need for justice, but I believe that Alberico Ahias Crespo deserves consideration due to their dedicated service in both the police and military.

I have had the privilege of knowing Alberico Ahias Crespo for 20 years and can attest to their character and commitment to upholding the law. During their time in law enforcement and the military, Alberico Ahias Crespo displayed unwavering dedication, integrity, and a strong sense of duty. Alberico Ahias Crespo has consistently demonstrated a deep respect for the law and a desire to protect and serve the community.

In light of their service history, I firmly believe that Alberico Ahias Crespo has the potential for rehabilitation and continued contribution to society. I am not seeking to minimize the seriousness of their actions, but rather to emphasize that their past service and commitment to duty should be considered in determining an appropriate sentence.

Furthermore, I would like to highlight Alberico Ahias Crespo's strong support system, including their family, friends, and colleagues. Many of us are willing to provide the necessary assistance and guidance to help Alberico Ahias Crespo reintegrate into society as a law-abiding citizen.

I kindly request that you take into account Alberico Ahias Crespo's service to our country and community, as well as their potential for rehabilitation when considering the sentencing in this case. I believe that a more lenient sentence, which includes opportunities for rehabilitation and reintegration, would be a just and balanced outcome.

Thank you for taking the time to consider my request. I trust in your wisdom and discretion as you make this difficult decision.

Sincerely,

Eugenio A. Llamera (305-318-7899) (ellamera1182@outlook.com)

Tania Moro   10/03/2023

Dear Judge Darrin P. Gayles

I am writing this letter to express my support for Alberico Ahias Crespo and to provide insight into their character, as you consider their sentencing. I understand the gravity of the situation and the importance of the decision you are tasked with making.

I have known Alberico Ahias Crespo for 10 years, and during this time, I have had the opportunity to observe them closely. It is my belief that Alberico Ahias Crespo is a person of good character who has made a positive impact on their community and has the potential for rehabilitation.

I firmly believe that Alberico Ahias Crespo has the capacity to learn from their mistakes and take the necessary steps to become a productive member of society once again. Their commitment to change and their willingness to make amends for their actions have been evident in the time leading up to this sentencing.

I kindly request that you consider a more lenient sentence for Al as we all call him here at home, that takes into account their potential for rehabilitation and the positive contributions they can make to society in the future. I believe that a reduced sentence, or alternatives to incarceration such as community service or rehabilitation programs, would provide them with the opportunity to make amends and demonstrate their commitment to change.

I trust in your wisdom and impartiality in this matter and believe that your decision will be just and fair. Thank you for taking the time to consider my perspective and the impact it may have on Alberico Ahias Crespo future.

If you have any questions or require additional information, please feel free to contact me at  by phone 786-800-1906 or email tmoro45@yahoo.com.

Sincerely,

Tania Moro

Frank & Marilyn Papper
263 N.W. 69ᵗʰ Street
Boca Raton, Fl. 33487
954-415-1722
fpapper@gmail.com

09/01/2023

Honorable Darrin P. Gayles

Dear Judge Gayles,

My name is Frank Papper, and my wife is
Marilyn Papper. We are writing this letter in
hope that it will provide insight regarding the
character of Al Crespo. I first met Al some six
years ago. Al and Samantha arrived, quite
unexpectedly, at my office, and we had a
pleasant introductory conversation, after which
Al explained why he came to meet me. He was
very polite and somewhat formal in asking for
Samantha's hand in marriage. I found his

request to be refreshingly proper and respectful. It was the first of many examples showcasing his integrity and compassion.

I experienced another example of passion for his community. My wife and I joined Al and Samantha at Al's home in Hialeah for dinner. Al and I were sent to the local wine and spirit shop to purchase some wine. The owner of the shop was a friend of Al's, and after a friendly conversation and a tour of the shop, Al and I purchased what we were sent for, and headed back to Al's truck. I entered from the passenger's side, and before Al entered, he sees and elderly gentleman with car trouble. The next thing I know, Al is pushing the gentleman's van out in the middle of the parking lot, so the gentleman's son could come and attach cables to get it running. That kind act was typical of Al.

From that moment on, I referred to him as "The mayor of Hialeah".

The family is very disappointed in Al's lack of good judgement, and his failure to think about the toll this has taken on all of us. He feels and understands our disappointment. Each one of us love him dearly and will support he and Samantha throughout this difficult time in their lives. Al is most deserving of it.

My wife and I would like to thank you for taking the time to read this letter, and hope it acts as an aid to see what type of man Al has been, and how important of a presence he has been to his family, colleagues, and community.

In closing your Honor, with humility, we respectfully request you take this information into consideration when considering Al's sentence. He will be greatly missed, not only by his family, but the community as well.

If you have any questions regarding this letter, or simply wish to speak to me for further

insight regarding Al's character, I am at your disposal.

Sincerely,
Frank & Marilyn Papper

Gregory Martinez

14110 SW 45 Street

Miami, FL 33175

01/18/2024

The Honorable Judge Darrin P. Gayles

Re: Sentencing of Alberico Crespo

Dear Judge Gayles,

I hope this letter finds you well. I am writing to you today on behalf of my brother-in-law, Al Crespo, who is soon to be sentenced for crimes he was found guilty of committing. I understand that Al's actions have brought him before your court, and I am not writing to dispute his culpability. Instead, I wish to shed some light on the remarkable life he has led, and the profound impact his incarceration will have on those who depend on him.

Al has dedicated the past 27 years of his life to various forms of law enforcement. He has demonstrated unwavering commitment to upholding the law and protecting our communities. He is an honorable, decent, and god fearing man. His journey, from the Air Force, to a police officer to a DEA agent and, most recently, as an agent for the Department of HHS OIG, stands as a testament to his dedication and integrity in the field of law enforcement. His personal relationships, circle of friends, family, and loved ones will all attest to the positive impact he has had on each and every one of us.

It is crucial to emphasize that the charges against Al do not reflect a pattern of intentional wrongdoing on his part. Rather, they stem from a grave error in judgment. A lapse in reason. And what will surely be the biggest mistake of his life. Al's immense trust and admiration for Jorge were exploited, resulting in the regrettable situation before us.

The consequences of this single mistake have been devastating. Al's life, career, livelihood, and freedom now hang in the balance. He is not merely a statistic or a case number; he is a good person who has positively impacted countless lives, including his family, friends, and colleagues.

Al's family, including my sister, his children, and extended family, depend on him emotionally, financially, and for the love and support he provides. His absence will create an irreplaceable void that cannot be measured by mere words. His friends and

colleagues in law enforcement speak to his character and the positive influence he has had within the community.

I humbly implore your compassion, leniency, and understanding as you consider Al's sentencing. While he accepts responsibility for his actions, I ask that you also consider the gravity of the collateral damage that a harsh sentence would inflict on those who care deeply for him.

In closing, I ask you, Your Honor, to weigh the totality of Al's life, his contributions, and the love and support he provides to those around him when determining an appropriate sentence. I believe that a fair and compassionate judgment will not only serve justice but also preserve the hope of redemption for a man who has given so much to his community and his country. Please, I beg of you to think of us; all of us who care so deeply for Al, before you decide his fate which is now in your hands.

Thank you for your time and consideration.

Sincerely,

Gregory Martinez

To whom it may concern


My name is Natalia M Lopez, I was Alberico Ahias Crespo mother-in-law for 21 years. I have known Alberico since 1997, he has always shown a very correct behavior, respectful, always helping others, no mater race, sex, color, ethnic origin, gender, age, sexual orientation or religion.

He has been a person who repeatedly risked his like to take care of this country and its citizens. Not only during his years with the Hialeah Police Department, but during his years in the Air Force and as a Federal Agent. He has always behaved as humanly possible, always fulfilling all the assignments he has had to face with integrity and honor. I do not believe he is guilty of everything he is accused of, I understand that unfortunately, there are many people who would do anything, say or fabricate any kind of lies to help themselves and harm others.

I believe and would like for this case to be analyzed and all Alberico's merits taken into consideration when determining his sentence. He has a daughter who is going through a lot of pain to see his father who has always helped others go through this painful situation and would be devastated to not see him. I highly ask for him to be allowed to do his sentence at home, so his daughter can at least see him and spend time with him.

I am available for any questions you may have in reference to Alberico Crespo, you can call me at 786-877-4216.


Gratefully,

Natalia M Lopez

To whom it may concern

My name is Irene Leon, I am Alberico Ahias Crespo ex-wife and would like to talk a little bit about Mr. Crespo.

Always since early age, Alberico Crespo has been against crime and injustice, he has always been a person willing to help others; of course, always doing what's right. His love for justice, people and this country inspired him to join the Air Force right after High school. This is where his journey of fighting crime and risking his life for other begins.

We meet in 1997, since then, I have always admired Mr. Crespo's integrity and love for people and this country. He was a very respected Police Officer for the City of Hialeah, always fighting for what is right, always against crime, drugs and everyone breaking the law.

During our time together, while he was with the City of Hialeah, I witnessed; in several occasions, how he risked his life to save others, a perfect example is when he went into a burning house full of flames to save someone's lives, he did not think twice about risking his life, all he thought at that time was to save a life he didn't even know. During his years as a Detective with the Hialeah Police Department, he worked on different task forces to include gangs, drugs and MOST (Multiple Offender Surveillance Team), always fighting crime and making sure that everyone was safe.

In 2006 he became a Federal Agent with the division of Drug Enforcement Administration, he traveled as an undercover agent to many countries, fighting criminal drug networks; again, not only risking his life, but risking his family's life too, always putting the life and safety of others over his own. Always available to help other teams, willing to help at all times.

We have a beautiful 13-year-old daughter who loves her dad dearly, she has been devastated and under a lot of stress with all this situation and would be thrilled if she is allowed to face time with him daily instead of not seeing him for a long time. It is why I greatly ask the judge to please allow him to stay in house arrest and maybe do community hours instead of sending him to jail.

Living with him so many years, being next to him and witnessing how he cares for this country and others, just like I told the prosecutor when he contacted me back in 2020 "I would put my hands on the fire that I do not believe Mr. Crespo is guilty of everything he is accused of". He has always been an outstanding citizen and does not deserve to go to jail with real criminals.

If I can be of any help in determining his sentence, please feel free to contact me at 305-978-4932. I will be more than happy to answer any questions.


Respectfully,

Irene Leon

Diana Viera
14110 SW 45 Street
Miami, FL 33175
9/11/2023
The Honorable Judge Darrin P. Gayles

Re: Sentencing Leniency Request for Alberico Crespo

Dear Judge Gayles,

I never thought I would have ever been in this position to write a letter to defend a man that has almost killed himself for this country. As I struggle to find the right words, I hope this letter helps you to see who Al Crespo truly is as a man of honor and respect to his friends and family but also this country we all are standing in. This is not something anybody should take lightly because the courage and dedication and sacrifice its takes to do what Al has done is not easy and I can tell you that out of everyone I know, he's the only that has done any of it.

Al Crespo, my friend and what I consider family, is a person that I truly look up to and someone I go to for advice. I know Al because he is my husband's sister's fiancé and I don't know the technical word for what he is to me but he's my like my brother and together we share an amazing family together. For all the years he has been with Samantha we have spent so many moments together. Every moment has brought us closer and closer together and for that I am so grateful. I can say I know he talks a lot but really he just means the best in every way. His intentions are always true. True of love, of care, and that's just him being Al. Your honor, I wish you knew who he is, who he represents to his family and you would see this whole trial so differently. Because If you knew him, you would see how his intentions would be misconstrued.

I know for a fact that the consequences of AL's actions have weighed heavily on him, and I know he understands the gravity of the situation. I ask you to please consider the broader context of Al's life and career when making your sentencing decision. I ask that you look deeply into all the files, the history, the actual proof, and see if from a different point of view. I hope you see in his 27 years of service how he has positively impacted countless lives.

The devastation of incarceration will extend far beyond Al himself. His family, especially his children, will suffer the absence of a loving father and provider. Friends like myself will miss his unwavering support. Please consider that you are not only sentencing Al; you are sentencing all of us.
I ask for your sympathy, compassion, and understanding as you deliberate on his fate. Please.

Furthermore, I kindly request, if at all possible, that Al be allowed to serve his sentence at home. And if not then at least close to home. This will allow his family, friends, and support network to visit him regularly, offering the emotional and moral support that will be crucial during these trying times. Al has always been there for us, and we wish to reciprocate the love and support back to him in his time of need.

There are not enough words I can say that can truly say everything that Al represents. I hope you see it in your heart and I hope you see it the truth as well. And together I pray day and night for your consideration.

Thank you very much,

Sincerely,
Diana Viera

Your Honor Gayles-

As parents of Alberico ahic Crespo, we kindly beg you to take mercy on our Son's case.

He is a good person who committed human errors, like we all do, one way or another. Alberico was 4 years old when he entered legally with a Resident Status to United Estate of America accompanied by a Brother 16 and a sister 14 on 3/2/1984, all paperwork done in Dominican Republic Embassy, his country of Origin.

study -① Flomengo Elementary and then
    to Sorah Park Elementary sch
  ② Miami Spring meddle        "
  ③   Miami Spring High        "


Never got envolved in illegal Drugs any other wrongdoing because his only dream was to get into the Airforce to defend this country wh Needed.

next

As soon as he graduated High schoo
he got recluted to the airforce wher
he was for 4 years. when he left an
went directly to:

· Hialeah police Dpt for 9 year
as a police officer — a Detective o
as a Gang unit then
· Work for DEA — was desplac
To: colombia — Mexico o
Puerto Rico (Huracaine Me
Alberico Love this country which
consedered His. He has served U.
estate of America, in one way
another, for about 30 years
I know there we conseceences for mesta
we, human beings, makes. Please
touch your heart and have mercy on m
son Alberico's case.

Way back Alberico had some episo
of depression, as a mother I Noti
it, he never said any thing.
the above mentioned events in th
adeelt life with his works and
the 3 1/2 years of investigation h
depression. have gone worse

your Honor:

Alberico has a 13 year old beautiful daughter, that more than ever need her father, specially a this age.

please have piety of this:

| 13 years old | daughter |
| 78 | 4 | 4 | Mother |
| 89 | 11 | 4 | Father who is very su |

— PASSED AWAY

May God Bless you your Honor

Thank

Sesora L. Reyes —

Jonas E Rodriguez —

Your Honor,

I have been blessed to know Al for the past 8 years, he has shown me nothing but respect, loyalty and love.

He is the man that would give you his last dollar if he knew you needed to eat, he would give you the shirt off his back if he knew you were cold.

Al is and has been the best son, husband, father and sibling anyone could ask for.
If someone needed help, under any circumstances they would come to Al because he would always come through for them and they knew it.

As you heard in the trial, he went to Puerto Rico after hurricane Maria to help his co-worker do what needed to be done.

Al honored the United State Law Enforcement's codes of honor when he swore in as a Military Police in the Air Force.  Hialeah Police Department, DEA, OIGHHS, because it's all believed in, it's all he wanted to do in his life was uphold the law and what it stands for.

I believe that Al has more than served his sentence with the 3 1/2 years that he has been under scrutiny, his not being able to work, and live his life as a free American because of his unfortunate mistake, after all he is human, and whatever mistake he made, it was made innocently, not being aware that it would get him where he is today.

Respectfully,

Rosa Papper

Nicholas Palmeri
288 Edgegrove Ave.,
Staten Island, NY 10312
(646) 245-8189
December 30, 2023

Honorable Darrin P. Gayles
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-1
Miami, Florida 33128

Your Honor,

I am writing this letter in support of former Drug Enforcement Administration (DEA), former Office of Inspector General (OIG) Investigator Alberico Crespo. My name is Nicholas Palmeri. I am a retired Federal Agent of the Drug Enforcement Administration (DEA), and former New York City Police Officer. I retired from the DEA as a senior executive with 25 years of experience, in addition to spending five very busy, enjoyable years with the NYPD. I have worked as an agent, supervisor and senior leader with DEA throughout the world, prior to retiring from my post as the Regional Director of North and Central Americas Region.

In 2006, while stationed in Guadalajara, Mexico, as a DEA Special Agent (SA), I met Al Crespo during a long term, high level joint case we were working with the Miami Field Division (MFD). Al was a brand new DEA Agent, thrust into one of the biggest DEA cases. Additionally, Al was the only Spanish speaker in the MFD group, thus he was immediately exposed to the highest level informants (approximately 6) that were being utilized as part of this investigation. The informants were all Spanish speakers. Being a "Baby Agent" in an active group is difficult in and of itself but given the level of the investigation and informants is extremely challenging for even seasoned agents. As I write this letter today I have a greater appreciation for the situation that was thrust upon Al, immediately upon entering the DEA as a SA. Al took it all in stride. He was eager to learn. The informants liked Al. he made them feel comfortable. He was sincere with them and they trusted him with their lives. At times we would tease Al or "Bust his chops" for silly inexperienced things that young agents do, without really appreciating his situation of being new as we all once were. Again, he took it in stride, and as time went on learned at a very fast rate and became one of the lead case agents on the team. Al not only handled the intricacies of this high level case but all the intricacies that go along with cultivating, maintaining and controlling informants. The case, which spanned several years, yielded seizures of over 100 tons of cocaine, numerous arrests, prosecutions, and extraditions.

In 2010, I learned that Al was leaving DEA and going to take a position with the OIG. I was upset to see Al leave. He was a good Agent, had a lot of potential in the DEA, and I thought

DEA should have done their best to keep Al in the agency.  In any event I wished the best for Al and maintained sporadic contact with him.  Subsequently, over the years, I spoke with Al a few times and we met socially a few times.  Al was always excited to talk about his cases and the impact they were having on the public.  Al was very proud to be doing good work and making good cases.  It was always a pleasure talking to Al.  He was the guy I knew as a "Baby agent" who rose up to be a good agent, making great cases.

Aside from the case work, as colleagues, I got to know   Al personally.   In all our interactions, and as per mutual friends and colleagues, Al was always professional, very sincere, and very passionate about whatever he was doing.  I never had reason to doubt the integrity of Al.

When I learned of the problem that Al was experiencing in the Southern District of Florida, I was very upset, wished Al the very best, and prayed for and with him. I do not know the details of the case and I did not attend the trial.  I do know that Al is a good person and has a good heart.  Sometimes people are thrust into situations, which differ from their "norm", where they make decisions, and actions for which if they could do over, would. We have all had lapses in judgment times. It is the surrounding circumstance which dictates how that lapse will be subsequently judged.   I imagine that if Al had the opportunity to go back and do things a little differently, he would.  He has learned from this experience, and will grow from it because he is a good man who has demonstrated that through experience and desire to do good, HE WILL !!!

Al has served this Country, and Florida for many years.  His efforts, and work has saved lives, benefitted communities, and "Kept the line".  With this letter, I am begging for your mercy when you sentence Al.  Al's generosity and helpfulness to the community deserves some balancing in contrast for some decisions he might have made in a difficult situation.

As you render judgment, please have mercy on former DEA Agent and former OIG Agent Alberico Crespo.

Thank You,

Nicholas Palmeri

November 10, 2023

To Whom This May Concern,

*Re: Character Reference for Al Crespo*

My name is Samira Cambridge and would like to offer this letter as a character reference for Al Crespo. I have personally known for Al as a friend since 2020. We met at Transitions Recovery, at a point in our lives when we were both tasked with absolute, undeniable and much needed personal transformation.

It has since been a wonderful journey watching Al **"put in the daily work"** of transforming his life, beginning with intense and uncomfortable therapy, being fully engaged in the Recovery community (albeit this community also covers those recovering from mental health challenges—not solely drugs and alcohol issues, as may be perceived) as well as spearheading and maintaining an enduring and helpful on-line recovery forum for his Transitions counterparts since 2020 (of which I am apart).

During my relationship with Al, I have experienced an individual who has an undying commitment to better himself and others. He understands, is aware of and accepts the indisputable errors he's made. Al Crespo has the resolve to attest and account for them. He is not in any way looking to skirt his responsibility. Mr. Crespo shows up when asked, works hard, and carries himself in a polite, respectable and humble manner.

We have all fallen short of our moral compass at different points in our lives. We have all required forgiveness, support, understanding, and leniency in correction (when complete acceptance and understanding of self was lacking), and we all have the opportunity to transform our lives by first changing the way we think and perceive the world around us. I believe that Mr. Crespo is continually and steadily doing this. He has committed to a journey of personal change, awareness, integrity as well as living a life of substance, not show.

Please do not hesitate to contact me, should you require any further information.

Best,

Samira Cambridge
Samiracambridge93@gmail.com
305-879-7153

November 21st, 2023

Judge Darrin P. Gayles
US District Court Judge for the Southern District of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Ave
Miami, FL 33128

Re: Alberico Ahias Crespo

Case No: 20-mj-03211

Your Honor,

    I am writing this letter in support of my brother, Alberico Ahias Crespo, in anticipation of his upcoming sentencing hearing. I understand the gravity of the situation, and I would like to provide the court with some insights into my brother's character, background, and the positive aspects of his life.

    My brother has always been a very integral part of my life. Being 11 years older than me, he has always been a very protective older brother and sometimes even acted as a father figure to me. While I was in school, he would show up for parent-teacher conferences, chaperone field trips, and even attend school functions when my parents were not able to. During my high school years, he would constantly pop into school, since he was part of the Hialeah Police Department Gang Unit, to ensure that I was protected. While at the time I saw it as being intrusive and considered it an annoyance, I see now that all of his actions stemmed from love and his enormous heart.

    When my first son was born, back in June 2016, he was born prematurely and spent some time in the Neonatal Intensive Care Unit. As a new mom, my mental health was greatly affected by this. My brother, having his Psychology Degree, greatly helped me navigate through that very trying time. I will always be so appreciative of that. He has a very close relationship with both my sons (who are 7 and 4 now). He is the best uncle to them both.

Although he has been such a positive influence in so many people's lives, it has not come without struggle. My brother enlisted in the Air Force right out of High School. Served his country for many years and then decided to move back home to serve his community. He became a Hialeah Police Department Officer, was promoted to Gang Unit, and ultimately a Detective. My brother has always aspired to help people which led him to apply for a position with the Drug Enforcement Agency. We were, and still are, so very proud of him. That position, and his past experiences with the Air Force and Hialeah Police Department, led him to see some things that have affected his mental state. We believe his PTSD acquired from all those experiences while in the line of duty has led him to make questionable choices.

I believe that Alberico is capable of rehabilitation and that a harsh sentence would not serve the best interests of justice. He would benefit more from probation or community service than from incarceration. If that is not a possibility, we ask for the least amount of incarceration time possible. We unfortunately lost our dad on November 6, 2023. As you can imagine, this has hit our family very hard. Our mom is also elderly. She is 78 years old. Having to recently bury her husband and also potentially having to lose her son for a period of time would be detrimental for her and our family. My brother also has two children. One of which is his thirteen-year-old daughter who needs her father during this very delicate and sensitive time in her life. She is growing up and not having a father figure around, I believe, would cause emotional distress for her.

I urge you to consider my brother's character and potential for rehabilitation when determining his sentence. He is very remorseful and understands the severity of his actions. He has never been in trouble with the law, prior to this, and has served his country/community for 30 years. I believe that he deserves a second chance.

Thank you for your time and consideration. I hope you find it in your heart to have some mercy on him during this time.

Sincerely,

Sunelia B. Mas

Honorable Judge D. Gayles

     My name is Taleah Crespo, I am 13 years old. My dad is Alberico Ahias Crespo. I would like to ask your honor to please not send my dad to jail. If your honor finds it in your heart, please leave him home in house arrest. I understand you must punish my dad.  I need to be able to face time with him every day and if he is in jail, it will be impossible. Please don't take my dad away from me.

He was always an excellent police officer, detective and federal agent. Always risking his life to protect everyone and making sure that everyone follows the law. He taught me to be honest and do the right thing at all times no matter what. My dad enlisted in the Air Force and served this country his entire adult life, please take all this into consideration and let my dad stay in house arrest.

I'm sure his mistakes were human mistakes which we all make. Please don't forget he was always fighting against drugs and criminals. Please help me keep my dad home.


Thank you

Taleah Crespo