UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No 21-CR-20005 GAYLES

UNITED STATES OF AMERICA
                Plaintiff

vs.

ALBERICO CRESPO

                Defendant
_____/

NOTICE OF APPEAL

Defendant Alberico Crespo hereby appeals to the Eleventh Circuit Court of Appeals the jury verdict of guilt [DE: 275] and sentence of this court [DE: 319] on January 24, 2024.

Respectfully Submitted,

S/*Philip L. Reizenstein*
Philip L. Reizenstein, Esq.
Reizenstein and Associates.
Florida Bar# 634026
2828 Coral Way
Suite 540
Miami, FL, 33145
(305) 444-0755
Phil@Reizensteinlaw.com
Service@Reizensteinlaw.com

Dated January 30, 2024