```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
                      CASE NO. 21-CR-20005-DPG
 3

 4    UNITED STATES OF AMERICA,           Miami, Florida

 5              Plaintiff,                August 7, 2023

 6    vs.                                 9:39 a.m. to 4:50 p.m.

 7    ALBERICO AHIAS CRESPO,              Volume 1

 8              Defendant.                Pages 1 to 231

 9    _____

10                            JURY TRIAL
                  BEFORE THE HONORABLE DARRIN P. GAYLES
11                   UNITED STATES DISTRICT JUDGE

12
      APPEARANCES:
13

14    FOR THE GOVERNMENT:      CHRISTOPHER CLARK, ESQ.
                               SEAN McLAUGHLIN, ESQ.
15                             ASSISTANT UNITED STATES ATTORNEY
                               UNITED STATES ATTORNEY'S OFFICE
16                             99 Northeast Fourth Street
                               Miami, Florida 33132
17

18    FOR THE DEFENDANT:       JOSE QUINON, ESQ.
                               JOSE M. QUINON, P.A.
19                             75 Valencia Avenue
                               Suite 800
20                             Coral Gables, Florida 33134

21
      STENOGRAPHICALLY REPORTED BY:
22
                               PATRICIA DIAZ, FCRR, RPR, FPR
23                             Official Court Reporter
                               United States District Court
24                             400 North Miami Avenue
                               11th Floor
25                             Miami, Florida 33128
                               (305) 523-5178
```

```
1                         I N D E X
                                                    PAGE
2
     JURY VOIR DIRE
3            BY THE COURT                               7
             BY MR. CLARK                             142
4            BY MR. QUINON                            160

5    JURY SELECTION                                  171

6    JURORS SWORN                                    187

7    PRELIMINARY JURY INSTRUCTIONS                   188

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    (Call to the Order of the Court.)

 2            THE COURT:  All right.  Please be seated.

 3            COURTROOM DEPUTY:  Calling case 21-CR-20005.  United

 4    States of America versus Alberico Ahias Crespo.  Counsel,

 5    please state your appearances, starting with the Government.

 6            MR. MCLAUGHLIN:  Good morning, Your Honor, Sean

 7    McLaughlin on behalf of the United States.

 8            Also with me at counsel table is my co-counsel, AUSA

 9    Chris Clark, and the case agent, FBI Special Agent Sean

10    Slattery.

11            THE COURT:  Good morning.

12            MR. QUINON:  Good morning, Your Honor, Jose Quinon on

13    behalf of Alberico Crespo, who is here to my right, and also

14    sitting with us at the table is Jose Gonzalez, my

15    paralegal/investigator.

16            THE COURT:  Good morning.

17            Is the government ready to proceed?

18            MR. MCLAUGHLIN:  We are, Your Honor.

19            THE COURT:  Is the defense ready to proceed?

20            MR. QUINON:  Yes, Your Honor.

21            THE COURT:  I received the defendant's objections to

22    the government's proposed jury instructions, but we can take

23    care of those at the charge conference.

24            Is there anything we need to take up before we bring in

25    the jury from the government?
```

 1          MR. MCLAUGHLIN:  I don't believe so, Your Honor.

 2          THE COURT:  All right.  From the defense?

 3          MR. QUINON:  No, Your Honor.  What I filed yesterday

 4   was just towards the charge conference, which is really, you

 5   know, a couple of proposed instructions and my objections so

 6   that you would know what they were before then.

 7          THE COURT:  Okay.  There is the original indictment.

 8          There is no superseding indictment.

 9          Correct?

10          MR. MCLAUGHLIN:  That's correct, Your Honor.

11          THE COURT:  I'll read at some point when I'm speaking

12   to the jury the charges against the defendant, and it's as to

13   Count 1, Count 5 and Count 7, 8, and 9.

14          Is that correct?

15          MR. MCLAUGHLIN:  That's correct, Your Honor.

16          THE COURT:  I'm sorry, and Count 10.

17          MR. MCLAUGHLIN:  One second, Your Honor.

18          I am getting copies of the indictment.

19          Yes, the defendant is charged in Count 1, Count 5,

20   Count 7, Count 8, Count 9 and Count 10.

21          THE COURT:  When I read the charges, I don't typically

22   read the general allegations or the manner or means.

23          I simply just read the substantive allegations from the

24   counts.

25          Now, there were obviously co-defendants who are not

1    going to be tried with this defendant, so are you both fine

2    with me just saying the defendant's name and others, or do you

3    want me to read the names of those?

4              MR. QUINON:  Just "others" would do, Judge.

5              MR. MCLAUGHLIN:  I would object to that.

6              I think we do need to have the names read.

7              Some of these jurors might know the co-defendants, and

8    I don't want that coming out in trial, Your Honor.

9              There is no problem with the Court reading who the

10   co-defendants are.

11             MR. QUINON:  The only ones that would matter are if

12   they are coming in to testify, and they would be on the witness

13   list that the Court will read.

14             THE COURT:  What I will do is I will say "and others,"

15   but I will make sure that those names are added to the list

16   when I read off the name of potential witnesses.

17             Also, the defendant's, the correct pronunciation of his

18   name is Alberico Ahias Crespo.

19             THE DEFENDANT:  Alberico Ahias.

20             THE COURT:  Alberico?

21             THE DEFENDANT:  Yes, Your Honor.

22             THE COURT:  Ahias?

23             THE DEFENDANT:  Ahias, yes, Your Honor.

24             THE COURT:  If there is nothing else, the jury is still

25   downstairs, so why don't you take a few moments to go over the

1    questionnaires.

2              MR. CLARK:  I have one question, Judge.

3              I see that we have 50 jurors listed on the roster, and

4    I see designations for 44 in the box.

5              COURTROOM DEPUTY:  The last jurors will sit on this

6    side.

7              MR. CLARK:  They will be in the first row?

8              THE COURT:  Right.

9              MR. CLARK:  Right to left?

10             THE COURT:  Right.  So, for those of you that are

11   seated in the gallery behind defense counsel, we are going to

12   ask you to sit back in the last two rows because we need space

13   for the jury, please.

14             MR. QUINON:  Just to make sure, on this row here we are

15   going to put some additional jurors starting with 45 to 50,

16   that way?

17             Okay.  That's all I needed to know.

18             COURTROOM DEPUTY:  46, starting with 46.

19             MR. CLARK:  45 will be on the end here?

20             COURTROOM DEPUTY:  Right.

21             THE COURT:  Temperature-wise, are you okay or do you

22   need it cooler?

23             MR. QUINON:  A little bit cooler, I think.

24             MR. MCLAUGHLIN:  Whatever defense counsel wants, I am

25   fine, Your Honor.

1          MR. QUINON:  A little bit cooler.  It will help us stay

2     awake.

3          THE COURT:  Understand, we don't control the

4     temperature.  We request the building manager to make the

5     adjustment.  We will see if it happens.

6          So we will be in recess for now until we get the jury.

7          (Brief recess.)

8          THE COURT:  All right.  Please be seated.  Do you still

9     need a few more minutes?

10          MR. QUINON:  Yes.

11          (Brief recess.)

12          MR. QUINON:  Judge, we can start.

13          THE COURT:  Okay.  Thank you.

14          COURT SECURITY OFFICER:  All rise for the jury.

15          (The prospective jurors entered the courtroom at

16     10:16 a.m.)

17          THE COURT:  Please watch your step as you go up the

18     incline.

19          All right.  Everyone, please be seated.

20                         JURY VOIR DIRE

21          THE COURT:  Good morning, ladies and gentlemen.  My

22     name is Darrin Gayles.

23          I am a United States District Judge for the Southern

24     District of Florida.  The Southern District of Florida is a

25     federal judicial district that runs from Fort Pierce all the

1    way down through to Key West.

2          I have the pleasure of presiding over the case, United

3    States of America versus Alberico Ahias Crespo.

4          Is the government ready to proceed?

5          MR. MCLAUGHLIN:  We are, Your Honor.

6          THE COURT:  Is the defense ready to proceed?

7          MR. QUINON:  Yes, Your Honor.

8          THE COURT:  In a few moments, I will give the attorneys

9    an opportunity to introduce themselves as well as their clients

10   to you.

11         The first thing that I am going to have you do while

12   you remain seated is for each of you to please raise your right

13   hand and the oath will be administered.

14         I need all the jurors to please raise your right hands.

15         (The prospective jurors were duly sworn.)

16         THE COURT:  You may put your hands down.

17         The oath is administered because there are a lot of

18   questions that I am going to have to ask you and the attorneys

19   will ask you during this, the jury selection process.

20         I know our summons for jury duty may not have come at a

21   convenient time for you.  However, you should understand how

22   important it is to all of us that you are here today.  The

23   United States Constitution guarantees that we all have the

24   right to a trial by a jury of our peers if we are accused of a

25   crime.  In fact, the right to a jury trial is central to our

1    criminal justice system.

2         Jury service is the highest form of service that a

3    civilian can give to this country.  Of course, our men and

4    women in the armed services pledge to protect and defend the

5    Constitution with their lives.

6         What you are being asked to do is, of course, very

7    different but it is no less important.  It is to protect and

8    defend the Constitution through your jury service.

9         All that is asked of us as citizens of this great

10   country is, of course, to pay our taxes and to serve as jurors

11   when requested to do so.

12        Now, before we get to the charges, I want to take a

13   moment to introduce the courtroom personnel.

14        You have already met my courtroom deputy, Mr. Rehan

15   Ahmad.

16        You will see him quite a bit during the trial.  He is

17   charged -- well, he is responsible for the overall mechanics of

18   the trial.  He will -- for those of you selected -- tell you

19   when and where to report, provide you with whatever

20   documentation you need for school or work, and deal with the

21   mechanics of the trial.

22        We have our two court security officers here today,

23   Officer David Gonzalez right here, and Officer Orlando Silva in

24   the back.

25        Their primary responsibility is the security of this

1   courtroom and for all of us, and you will see other court

2   security officers rotate in and out throughout the trial.  They

3   will do it quietly.  You probably won't even notice until you

4   look up and you will see another person there.

5        But if any issues come up outside of my presence,

6   please notify the court security officers or Mr. Ahmad, my CRD,

7   and they will notify me.  And I say "outside of my presence,"

8   because if there is something that comes up in this jury room

9   or in this courtroom, just raise your hand and get my attention

10   and then I will address it.

11        Seated right in front of me is our court reporter,

12   Ms. Patricia Diaz.

13        She is typing down everything that we say during this

14   proceeding.  So when we are questioning the jurors, we always

15   have you start with your name and your juror number before

16   asking a question or responding to a question.  That way,

17   Ms. Diaz can have an accurate record of what is being said.

18        You will see me occasionally refer, look over to this

19   computer, this laptop on my desk.  That's because I am getting

20   a real-time transcription of what is being said.  So,

21   understand if I am looking at the computer, I am not playing

22   games, I am just trying to see or verify what I believe I

23   heard.

24        Seated to my right in front of me are the attorneys for

25   the government.  At this time I will let them introduce

1    themselves and the agent sitting there.

2              MR. MCLAUGHLIN:  Thank you, Your Honor.

3              Good morning, ladies and gentlemen, my name is Sean

4    McLaughlin.  I am an Assistant United States Attorney.

5              Also with me at my counsel table is my co-counsel, also

6    an Assistant United States Attorney.  His name is Chris Clark,

7    and also at counsel table is the case agent in this case, FBI

8    Special Agent Sean Slattery.

9              Thank you and good morning.

10             THE COURT:  All right, and seated to my left in front

11   of me is the attorney representing the defendant, as well as

12   the defendant.

13             Would you like to introduce yourself and your client?

14             MR. QUINON:  Yes, Your Honor.  Good morning, ladies and

15   gentlemen.  Good morning to you.

16             I don't want to give you my back.

17             My name is Jose Quinon, and I represent Alberico Ahias

18   Crespo.  Mr. Crespo is to my right here.  And with me is Jose

19   Gonzalez, who is a paralegal and investigator who works in my

20   office, and he is going to be assisting me during the course of

21   the trial.

22             Good morning again.

23             THE COURT:  All right.  Thank you.

24             Ladies and gentlemen, do any of you know any of the

25   people that were introduced this morning, anyone on my staff,

1    the court security officers, the attorneys, the agent or the

2    defendant, or the paralegal?

3          Do any of you know those individuals?

4          All right.  For the record, I see no hands.

5          Now, the defendant is charged in this case by an

6    indictment.  The indictment is a formal charging document, and

7    in Count 1, it alleges that beginning no later than in or

8    around November of 2016 and continuing through on or about July

9    21st of 2020, in Miami-Dade County, in the Southern District of

10   Florida and elsewhere, the defendant, Alberico Ahias Crespo,

11   and others, did knowingly and willfully combine, conspire and

12   agree with each over and others, known and unknown, to

13   distribute and possess with intent to distribute a controlled

14   substance in violation of Title 21, United States Code,

15   Section 841(a)(1), all in violation of Title 21, United States

16   Code, Section 846.

17         The controlled substance involved in the conspiracy

18   attributable to the defendant, as a result of his own conduct

19   and the conduct of other conspirators reasonably foreseeable to

20   them, is a mixture and substance containing a detectable amount

21   of Oxycodone, a Schedule II controlled substance, in violation

22   of Title 21, United States Code, Section 841(b)(1)(C).

23         In short, in Count 1, the defendant is charged with

24   conspiracy to distribute and possess with intent to distribute

25   a controlled substance.

1           The defendant is also charged in Count 5 of the

2    indictment which alleges that beginning no later than in or

3    around September of 2019, and continuing through on or about

4    July 21st of 2020, in Miami-Dade County, in the Southern

5    District of Florida, and elsewhere, the defendant, Alberico

6    Ahias Crespo, and another person, did knowingly and willfully

7    combine, conspire and agree with each other and others, known

8    and unknown, to corruptly persuade another person and knowingly

9    engage in misleading conduct toward another person with intent

10   to hinder, delay and prevent the communication to a law

11   enforcement officer of the United States, of information

12   relating to the commission and possible commission of a federal

13   offense in violation of Title 18, United States Code,

14   Section 1512(b)(3), all in violation of Title 18, United States

15   Code, Section 1512(k).

16           In sum, in Count 5 the defendant is charged with

17   conspiracy to commit witness tampering.

18           For Counts 7, 8, and 9 of the indictment, it alleges

19   that on or about the date set forth as to each count below, in

20   Miami-Dade County, in the Southern District of Florida, and

21   elsewhere, the defendant, as set forth in each count below, did

22   corruptly persuade and knowingly engage in misleading conduct

23   with another person with intent to hinder, delay and prevent

24   the communication to a law enforcement officer of the United

25   States of information relating to the commission and possible

1    commission of a federal offense in violation of Title 18,

2    United States Code Sections 1512(b)(3) and (2).

3          For Count 7, as to July 8th of 2020, it relates to that

4    date for this defendant.

5          For Count 8, it relates to July 17th of 2020, for this

6    defendant, and in Count 9, it relates to the date July 20th of

7    2020, for this defendant, and for those three counts, in 7, 8,

8    and 9, the defendant is charged with witness tampering.

9          In Count 10, it alleges that beginning no later than in

10   or around September of 2019, and continuing through on or about

11   July 21st of 2020, in Miami-Dade County, in the Southern

12   District of Florida, and elsewhere, the defendant, Alberico

13   Ahias Crespo, and another person, did knowingly and willfully

14   combine, conspire and agree with each other and others, known

15   and unknown, to corruptly otherwise obstruct, influence and

16   impede an official proceeding in violation of Title 18, United

17   States Code, Section 1512(c)(2), all in violation of Title 18,

18   United States Code, Section 1512(k).

19         In sum, in Count 10, the defendant is charged with

20   conspiracy to obstruct justice.

21         The definitions of each of those crimes will be

22   provided to you later during the trial.

23         Now, I want to explain to each of you that an

24   indictment, that is, the formal charging document that I read

25   from, is merely the charging document in the case.

 1          It is not evidence of guilt.  Therefore, you cannot

 2     draw any inferences of guilt merely because an indictment was

 3     returned in this case.

 4          Does everyone here understand that the indictment is

 5     merely the formal charging document in the case?

 6          All right.  Is there anyone here that does not

 7     understand that?

 8          All right.  For the record, I see no hands.

 9          As to each of the charges in the indictment, the

10     defendant has entered a plea of not guilty.  This means you

11     must presume or believe the defendant is innocent.  That

12     presumption stays with the defendant as to each material

13     allegation in the indictment through each stage of the trial

14     unless it has been overcome by the evidence to the exclusion of

15     and beyond a reasonable doubt.

16          Does everyone here understand that the defendant is

17     presumed innocent of the charges in the indictment?

18          All right.  Is there anyone here that does not

19     understand that?

20          All right.  Again, for the record, I see no hands.

21          The government, meaning the attorneys that are seated

22     at the table in front of me to my right, the government has the

23     burden of proving the defendant guilty of the charged crimes by

24     the standard beyond a reasonable doubt.  At no time is a

25     criminal defendant ever required to prove his innocence or to

1   furnish any evidence whatsoever.  This is a right guaranteed to

2   all of us by the United States Constitution.

3          Do all of you understand that the government has the

4   burden of proof in this case?

5          All right.  Is there anyone here that does not

6   understand that the government has the burden of proof?  All

7   right.  Again, for the record, I see no hands.

8          In addition to the presumption of innocence, and the

9   government's burden of proof, the Constitution guarantees every

10  defendant the right to remain silent.  As the government has

11  the burden of proving the defendant guilty beyond a reasonable

12  doubt, the defendant does not have to testify or present

13  evidence, and you must not hold it against him in any way if he

14  exercises that right.  Nor, may it be a factor in your

15  deliberations in any way.

16         Does everyone here understand the defendant has the

17  absolute right to remain silent?

18         All right.  Is there anyone here that does not

19  understand that?

20         All right.  For the record, I see no hands.

21         Now, I want to take a moment to discuss with you

22  scheduling.  After consulting with the parties, we think this

23  trial is going to take up to three weeks to try.  We are going

24  to work a full day, typically between 9:30 and about 5:30 each

25  day.

 1              We will have an hour break for lunch every day and we

 2      will have short breaks in the morning and in the afternoon.  We

 3      will work four days this week, so we will select a jury today

 4      and we will work full days through Thursday, and then we will

 5      be off on Friday.  We also, because of some conflicts, we are

 6      going to be off, some scheduling conflicts, we will be off on

 7      Monday as well, so next week we will resume on Tuesday.

 8              We will be off Friday, then we will resume on Tuesday

 9      and we will work Tuesday, Wednesday, Thursday, and Friday.

10      Then we will resume the third week that following Monday, but I

11      fully expect the case to conclude before that Friday of the

12      third week.

13              Now, with that schedule in mind, does it pose a

14      hardship to anyone?

15              I will start here in the jury box.

16              So, please raise your hand.

17              Okay.  We will hand each of you a microphone.

18              Remember, please state your name and your juror number

19      first.

20              PROSPECTIVE JUROR:  Lisa Rafkin, Juror Number 2.

21              I am already committed to leaving town on next Tuesday

22      for a week.

23              THE COURT:  Okay.  Is that for business or pleasure?

24              PROSPECTIVE JUROR:  It's neither.  It's a personal

25      obligation for my son who is in the process of moving to

1    Boston.

2         THE COURT:  Okay.  All right.  I have to ask, is that

3    something that can be rescheduled?

4         PROSPECTIVE JUROR:  No.

5         THE COURT:  All right.  Thank you, ma'am.

6         Who is the next person with the hand?

7         Okay.  If we can pass the microphone, please tell me

8    your name and jury number.

9         PROSPECTIVE JUROR:  Gabriela Gutierrez, Juror Number 3,

10   and I have my dorm move-in scheduled next week.

11        THE COURT:  Where are you going to school?

12        PROSPECTIVE JUROR:  University of Miami.

13        THE COURT:  What day is your dorm move-in?

14        PROSPECTIVE JUROR:  We can start on the 15th so I think

15   I am moving in on the 15th and 16th.

16        THE COURT:  What day of the week is that?  I don't have

17   my calendar up.

18        COURTROOM DEPUTY:  Tuesday and Wednesday, Judge.

19        THE COURT:  Okay.  When do you start school?

20        PROSPECTIVE JUROR:  The 21st, I believe, so that Monday

21   after.

22        THE COURT:  Okay.  All right.  Thank you.

23        The next person.

24        PROSPECTIVE JUROR:  Juror Number 4, Hung Do.

25        THE COURT:  Okay.

1           PROSPECTIVE JUROR:  I just had a new employee start at

2     my department, a department of two, and he just started

3     training last Wednesday.  So, I just have to clear it with work

4     to make sure it is -- you know, I have everything planned out

5     for him.

6           I am technically the only one in my department that has

7     my job title in all of the county.

8           THE COURT:  Where do you work?

9           PROSPECTIVE JUROR:  Miami-Dade County, Zoo Miami.

10          THE COURT:  What do you do there?

11          PROSPECTIVE JUROR:  I am the zoo exhibit technician.

12          I do a lot of electronics, IT, surveillance systems,

13    you know, all the interactives, all the event lighting and

14    stuff that we, unfortunately, have a couple of events coming up

15    right at the end of the month.

16          THE COURT:  Okay.  The conflict that you are talking

17    about is you've got someone else starting --

18          PROSPECTIVE JUROR:  Yeah, he is not ready to go.

19          I have two events.

20          You said it's going to take three weeks.

21          We have a conference coming up for the board of

22    directors for the AZA, which is the American Zoological

23    Association, they are nationwide so they are coming to our

24    facility, and it's quite a big event that we have to set up

25    for.

1          I believe it's on the 26th, and I need at least a week

2     to set up for those events, for that kind of stuff.

3          As long as -- I mean, you said the trial is going to

4     start tomorrow.

5          I have to talk to my supervisor and everything, get all

6     of that.

7          THE COURT:  Well, technically the trial has started.

8          PROSPECTIVE JUROR:  Yeah, that's just the only conflict

9     I have.

10         THE COURT:  When do you normally work?  You work Monday

11    through Friday or do you work on the weekends?

12         PROSPECTIVE JUROR:  I work Sunday through Thursdays.

13    The zoo doesn't close.

14         THE COURT:  Given the fact that we are, for example,

15    going to be off Friday, Saturday, Sunday and Monday of this

16    week, would that help alleviate some of those?

17         PROSPECTIVE JUROR:  I would have to clear it with them,

18    like I say, you know, the county is going to pay me for my time

19    on the jury so I could care less about that.  It's just getting

20    the new guy up to speed and then, yeah, I probably can come in.

21         They will probably have to pay me overtime and all of

22    that but, hey, I am good for it.

23         I just have to clear it up with my supervisor and the

24    people and all that.

25         THE COURT:  All right.  Thank you, sir.

1          Yes, sir.

2          PROSPECTIVE JUROR:  Eduardo Llado, Juror Number 6.  I

3    am a commercial director for the company.  I am the only

4    employee in the U.S., for the U.S., and we have an RFP coming

5    up this month, so the three weeks would basically close down

6    our office, per se, for that time period.

7          THE COURT:  What do you do for a living?

8          PROSPECTIVE JUROR:  I am a commercial director for

9    Knowmad Mood.

10          THE COURT:  I'm sorry, for?

11          PROSPECTIVE JUROR:  Knowmad Mood.  It's a company based

12    out of Spain.

13          THE COURT:  Would you spell that, please?

14          PROSPECTIVE JUROR:  Sure.  K-N-O-W, M-O-O-D, M-A-D.

15          THE COURT:  I'm sorry to have you repeat it because I

16    don't write as fast as Ms. Diaz can type.  The issue is what,

17    exactly?

18          PROSPECTIVE JUROR:  Well, I am the only one really

19    handling the U.S.  So while I am in the office, I work with

20    colleagues outside the country but I direct the U.S.

21          Then we have an RFP coming up this month; I am not sure

22    what time, which needs to be addressed and answered.

23          THE COURT:  When you say RFP, please --

24          PROSPECTIVE JUROR:  Request for Proposal, sorry.

25          THE COURT:  Is that something that you think that would

1  take the bulk of the time or you just need some time to set

2  aside?

3          PROSPECTIVE JUROR:  No, that would take the bulk of the

4  time.  It hasn't been issued as of yet, but they said it would

5  be out for this month.

6          THE COURT:  All right.  Thank you.

7          Next hand.

8          PROSPECTIVE JUROR:  Regina Solorzano.  Juror Number 8.

9  I am flying back to school next Tuesday.

10          I am in college in North Carolina.

11          THE COURT:  All right.  Where do you go to school?

12          PROSPECTIVE JUROR:  Elon University.

13          THE COURT:  All right.  Thank you, ma'am.

14          PROSPECTIVE JUROR:  My name is Maily Santana.  My

15  number is ten.  My English is very bad but I understand you

16  need to know, I have a travel in 19, August 19th.

17          THE COURT:  Is that for work or for pleasure?

18          PROSPECTIVE JUROR:  No, pleasure.

19          THE COURT:  So, how much have you been able to

20  understand so far of what I have said to the jury?

21          PROSPECTIVE JUROR:  The half.

22          THE COURT:  About half?

23          PROSPECTIVE JUROR:  Yes, more or less.  I know he has

24  problem with a drug or something like that.  I have the idea

25  but --

1          THE COURT:  Okay.  All right.  Thank you, ma'am.

2          PROSPECTIVE JUROR:  You are welcome.

3          THE COURT:  All right.  The next hand regarding

4     scheduling.

5          PROSPECTIVE JUROR:  Abel Fernandez, Juror Number 11.  I

6     have a trip out of the country scheduled for the 19th to the

7     25th of August.

8          THE COURT:  Let's see, so that would eliminate the

9     third week.

10          All right.  Thank you, sir.

11          Yes, ma'am.

12          PROSPECTIVE JUROR:  My name is Chernea Young.  I am

13     Juror Number 13.

14          I actually have a couple of conflicts.  One, I work for

15     a sole proprietor in a law firm.

16          We recently had our junior paralegal to resign, so I am

17     the senior paralegal there and the attorney is scheduled to go

18     out of the country on Wednesday.  We have a couple of hearings

19     that are scheduled.  I have covering attorneys, but I still

20     have to be there for the office.  That's one conflict for me.

21          The other thing is I attend law school online, but

22     Mondays and Wednesdays and it starts at 5:30.

23          THE COURT:  Okay.  Let's back up.

24          You are the senior paralegal for a solo practitioner?

25          PROSPECTIVE JUROR:  Yes.

```
 1              THE COURT:  Who is that that you work for?
 2              PROSPECTIVE JUROR:  Nexcy De La Rosa-Monroe Law in
 3    Miami Lakes.
 4              THE COURT:  What kind of law does she practice?
 5              PROSPECTIVE JUROR:  She is family law.
 6              THE COURT:  And you were saying earlier, I believe,
 7    that right now you are the only paralegal?
 8              PROSPECTIVE JUROR:  Actually, I am the only person left
 9    in the office, honestly.
10              We have one remote and she only does the office
11    portion.
12              She doesn't handle clients or anything like that, so I
13    am the one that's there.
14              THE COURT:  Okay.  And you are saying that Ms. De La
15    Rosa will be out of town?
16              PROSPECTIVE JUROR:  Out of the country.
17              THE COURT:  Out of the country, there are attorneys
18    covering, but you would be the only one in the office?
19              PROSPECTIVE JUROR:  Yes.
20              THE COURT:  Where are you attending law school?
21              PROSPECTIVE JUROR:  American Law Institute.  It's
22    online.
23              THE COURT:  You said that's 5:30 every day.
24              PROSPECTIVE JUROR:  Yes.  No, 5:30 Monday and
25    Wednesdays.
```

```
 1              THE COURT:  Okay.  Okay.  Thank you, Ms. Young.
 2              Yes, sir.
 3              PROSPECTIVE JUROR:  Good morning.
 4              My name is Ibrahim Franco.  My juror number is 15,
 5    one-five.
 6              THE COURT:  Yes.
 7              PROSPECTIVE JUROR:  I work for Dade County Schools
 8    Transportation and this week is really a conflict of interest
 9    because today I am supposed to be going, I was scheduled here,
10    which is mandatory, we are supposed to be going viewing routes
11    to make a decisions.
12              Tomorrow I have an appointment with an attorney with my
13    wife for the process of her residency change of status.
14              Wednesday, I have to be on mandatory appointment in
15    order to choose a route.  Otherwise, they will bypass me and I
16    definitely don't want to be bypassed and be given whatever they
17    want.
18              On Friday, we have a mandatory practice run, which we
19    have to be there for.
20              On Monday, we have mandatory in-service meeting, and on
21    Tuesday we have to be going to check our equipment and that's
22    also mandatory, I've got it here in writing, so that kind of
23    poses a problem.
24              THE COURT:  So, you are a Miami-Dade School --
25              PROSPECTIVE JUROR:  Transportation, yes.
```

1           THE COURT:  Does that mean you are a bus driver?

2           PROSPECTIVE JUROR:  Yes.

3           THE COURT:  You are saying that you have a couple of

4      meetings to go over routes.

5           PROSPECTIVE JUROR:  Today, we have until four o'clock

6      to go view our routes.  Tomorrow, I have an AM appointment with

7      the attorneys with my wife for a change of status.

8           THE COURT:  I want to deal with the work stuff first.

9           PROSPECTIVE JUROR:  Okay.

10          THE COURT:  How long does it take to review the routes?

11          PROSPECTIVE JUROR:  Well, we have until -- it's about

12     an hour, you know, whatever.  Like today, we have from 7 a.m.,

13     7:30 a.m. until 4:30.  Tuesday -- rather, Wednesday, we are

14     supposed to be going there to choose, and I am scheduled to

15     show there -- rather, I'm sorry, Wednesday, we are there to,

16     August the 9th, we are there to choose, and on Friday we have

17     the practice run, which is all a.m. until around 2 p.m.

18          THE COURT:  So, Friday, we are not in session Friday.

19          As far as, where do you go to look at the routes?  Is

20     it at the school board here downtown?

21          PROSPECTIVE JUROR:  My compound, close to the Metro

22     Zoo, 117th Ave., close to 152nd Street, Southwest.

23          THE COURT:  This selection, is it done by seniority or

24     how is the selection?

25          PROSPECTIVE JUROR:  We are scheduled there by

1   seniority.  Like today, we -- it's open because, like I said,

2   we go either from 7:30 a.m. until 4:30.

3          That's how much time we have on the window.  So either

4   we go there.  It takes about an hour.  So, considering that I

5   have to come here, I said, "Well, I think I can make it before

6   4:30."

7          THE COURT:  So, that's just to look at the routes.

8          PROSPECTIVE JUROR:  I got to view, I got to jot down

9   the pros and the cons in order to be ready to go back and

10  choose what would be the most appropriate for me for the rest

11  of the year, for the remainder of the year.

12         THE COURT:  How long -- when you decide which one is

13  the best, when you actually choose on Wednesday?

14         PROSPECTIVE JUROR:  I am scheduled to be there at 3:55

15  on Wednesday.  That's according to my seniority and I am being

16  given about a ten-minute window to choose.

17         THE COURT:  Okay.

18         Do you have to be in-person for that?

19         PROSPECTIVE JUROR:  In-person, yes.

20         THE COURT:  Okay.  So, now, the appointment tomorrow to

21  see the lawyer, what time is that?

22         PROSPECTIVE JUROR:  In the a.m. hours.

23         THE COURT:  What time is that?

24         PROSPECTIVE JUROR:  They open around nine or ten,

25  something like that.

 1          I don't have the information with me as far as change

 2     in status.

 3          THE COURT:  And that's just a consultation?

 4          PROSPECTIVE JUROR:  No, the process already began.

 5          We've already been through an agency which did not

 6     work.  We already spent over 7,000 to no avail.

 7          So, this is a nonprofit so they are really helping us

 8     out because they have seen a lot of mishaps so we got to follow

 9     up.  Because this is our last chance for her to get her change

10     of status.

11          THE COURT:  Okay.

12          PROSPECTIVE JUROR:  Because I am starting school pretty

13     soon.  The following week, we are starting on the 17th.

14          THE COURT:  The schedule that you just mentioned was

15     for next week.

16          For the next two weeks, are there any conflicts for the

17     second or the third week?

18          PROSPECTIVE JUROR:  The following week we have checking

19     of the equipment, setting it up on Monday -- no, rather, Monday

20     we have the in-service meeting which is from -- it's an

21     eight-hour mandatory, and then Tuesday we have the checking of

22     the equipment which is all a.m. hours, and then we won't start

23     until the 17th when school starts, which will be, I believe,

24     Thursday.

25          THE COURT:  Okay.

1          PROSPECTIVE JUROR:  Officially.

2          THE COURT:  We may follow up with you a bit more with

3  the attorneys.

4          Thank you, sir.

5          Yes, sir, your name and juror number?

6          PROSPECTIVE JUROR:  Gianmarco Carrera, Juror Number 16.

7          THE COURT:  Okay.

8          PROSPECTIVE JUROR:  I have classes at like the third

9  week, so I don't know how -- but the first two weeks I will be

10  free.

11          THE COURT:  Okay.  Where do you go to school?

12          PROSPECTIVE JUROR:  Miami-Dade College?

13          THE COURT:  Which campus?

14          PROSPECTIVE JUROR:  Kendall campus.

15          THE COURT:  Your classes start on, when?

16          PROSPECTIVE JUROR:  August 20th or 21st.  I know it's

17  in that week.

18          THE COURT:  The 21st is a Monday.

19          PROSPECTIVE JUROR:  Okay.

20          THE COURT:  What do you study there?

21          PROSPECTIVE JUROR:  I am studying for accounting for --

22  it's my third year like, it's a concentration in accounting,

23  but I get some business management supervision.

24          THE COURT:  Okay.

25          What is your class schedule, do you know?

1      PROSPECTIVE JUROR:  I know like I have two, but they

2   are like eight-week courses, so I don't know how, like, how the

3   due dates and assignments are going to go for those classes yet

4   or who my professor is, if they give any, like, gruesome

5   assignments or not.

6      THE COURT:  So, I mean, like, are you going to class

7   like Monday, Wednesday, Friday or Tuesday, Thursday?

8      PROSPECTIVE JUROR:  No, it's online, but I don't know

9   how gruesome -- how many assignments I will be given in those

10   eight weeks.

11      THE COURT:  Okay.  Can you take the classes at any time

12   or is there a set time for the class?

13      PROSPECTIVE JUROR:  I think any time.

14      THE COURT:  Okay.  Thank you, sir.

15      So, anyone with a scheduling issue in the center, in

16   the rear of the courtroom.

17      PROSPECTIVE JUROR:  Yes, hello, everybody.  I am Number

18   29, my name is Tod Raphaely.  I have eye surgery next Tuesday.

19   It's been scheduled.  I have been waiting three years for it

20   because due to the pandemic they haven't been doing elective

21   surgeries and I'd like to get that done without any

22   postponement.

23      If I didn't have that, otherwise I am okay.

24      THE COURT:  I'm sorry, what day is your eye surgery?

25      PROSPECTIVE JUROR:  Tuesday, next Tuesday.

1          I think it's the 15th.  Correct?

2          THE COURT:  It is the 15th.  What is your recovery time

3    for that, do you know?

4          PROSPECTIVE JUROR:  From the last time I had my right

5    eye done about a month ago, it took about a week until I was

6    all right.

7          THE COURT:  Okay.  Thank you, sir.

8          Next hand.

9          PROSPECTIVE JUROR:  Hello, Raymond Suits, Number 25.  I

10   am a teacher at South Dade Senior High, teachers report back on

11   the 10th.

12         Also, school starts on the 17th so we will have

13   meetings for that week and preparation for the school year.

14         I also have an appointment on this Thursday at 1 p.m.

15   with my doctor.

16         THE COURT:  Where do you teach?

17         PROSPECTIVE JUROR:  South Dade Senior High.

18         THE COURT:  What do you teach?

19         PROSPECTIVE JUROR:  This year I will be teaching

20   probability and statistics.

21         THE COURT:  Okay.  Is there another hand?

22         PROSPECTIVE JUROR:  Hi, my name is Hector Barrios, 23.

23         THE COURT:  I'm sorry, I am going to have everyone in

24   the back stand up because we can see everyone in the jury box

25   because it's raised, but it's hard to see people in the back.

1            Thank you.

2            PROSPECTIVE JUROR:  Yes, my name is Hector Barrios.

3            I am 23.

4            Would you please repeat the schedule?

5            You said you did not have this Friday and next Friday?

6            THE COURT:  No, we are off this Friday and we are off

7    the following Monday.

8            PROSPECTIVE JUROR:  Okay.  Because I have two doctors'

9    appointments, this Friday and next Friday morning, eight to 10

10   a.m.

11           Tomorrow I have to take my car to the mechanic.  It has

12   a wheel bearing problem.  There's nothing tomorrow or is there

13   something tomorrow?

14           THE COURT:  No, we will be working all day tomorrow?

15           PROSPECTIVE JUROR:  Starting at what time?

16           THE COURT:  At 9:30.

17           PROSPECTIVE JUROR:  Might be here late, because they

18   open at eight.  I can drop it off, take the bus and the

19   Metrorail, but let's see.

20           THE COURT:  We can make a slight accommodation for you.

21           So, if we just want to start after you drop your car

22   off tomorrow, then you are fine for the rest of this week.

23           Correct?

24           PROSPECTIVE JUROR:  Correct.

25           THE COURT:  And next week we are off that Monday.

1          Does that give you time to do whatever else you need to

2    do?

3          PROSPECTIVE JUROR:  The only thing I had the other week

4    was just another Friday results with the doctor, lab one week,

5    results the next week.

6          THE COURT:  And next -- a week from this Friday, that

7    doctor's appointment, what time is that?

8          PROSPECTIVE JUROR:  Eight to 10 a.m.

9          THE COURT:  What part of the county is that?

10          PROSPECTIVE JUROR:  I live in Kendall, way up there in

11    Kendall, southwest Kendall.

12          THE COURT:  So that's an appointment you think will

13    take just about two hours?

14          PROSPECTIVE JUROR:  Correct.

15          THE COURT:  Okay.

16          PROSPECTIVE JUROR:  Good morning, Your Honor.  My name

17    is Jason Gray, and right now as I stand here speaking to you,

18    my wife at home who suffers from bipolar schizophrenia, is

19    watching our two kids.

20          She is stable at this time and the grandmother is

21    popping in throughout the day to make sure that things stay

22    okay, and I don't have a problem sneaking away for a few days

23    to help out with court, but to commit to a three-week stretch

24    is going to be a real hard press.

25          The Department of Children and Families does not want

1   me leaving her alone with my kids for long durations of time.

2   I work from home.  My kids are not in summer camp at this time

3   and school has not yet begun, and I can't commit to a

4   three-week period where I am leaving my kids alone with my wife

5   all day.  She was hospitalized earlier this year and a number

6   of years back.

7          It's going to cause a problem with the Department of

8   Children and Families for me if I try to do that.

9          THE COURT:  All right.  I appreciate that.  Thank you,

10  sir.

11         Anyone else with their hands up regarding the schedule?

12         PROSPECTIVE JUROR:  My name is Jese Feijoo, Number 33,

13  and I start school on the 21st.

14         THE COURT:  I'm sorry, just a moment.

15         Where do you go to school?

16         PROSPECTIVE JUROR:  I am going to be going to FIU.

17         THE COURT:  And what do you study at FIU?

18         PROSPECTIVE JUROR:  Computer science.

19         THE COURT:  What's your class schedule for the

20  semester?

21         PROSPECTIVE JUROR:  I think it's Monday and Wednesday.

22  On one of those days it has to be through Zoom online.

23         THE COURT:  Do you know -- well, what time are your

24  classes on Monday and Wednesday?

25         PROSPECTIVE JUROR:  Well, it's in the morning so

1    from -- I believe it's like 9:30 to 11:30.

2            THE COURT:  So, your classes are 9:30 to 11:30 on

3    Mondays and Wednesdays, one of them is by Zoom?

4            PROSPECTIVE JUROR:  Yeah, Wednesday.

5            THE COURT:  And that would be in the third week because

6    you start on the 21st.  Right?

7            PROSPECTIVE JUROR:  Yeah, the 21st.

8            THE COURT:  I don't know if I asked you, what are you

9    studying?

10           PROSPECTIVE JUROR:  What do I study?

11           THE COURT:  Yes.

12           PROSPECTIVE JUROR:  Computer science.

13           THE COURT:  You also work for the Florida Health

14   Department?

15           PROSPECTIVE JUROR:  Yeah.

16           THE COURT:  What do you do there?

17           PROSPECTIVE JUROR:  I am just a clerk.  I register

18   clients in.

19           THE COURT:  Are you a full-time or part-time employee?

20           PROSPECTIVE JUROR:  Full-time.

21           THE COURT:  Will you keep that full-time job when

22   school starts?

23           PROSPECTIVE JUROR:  Well, they are going to do like a

24   flex schedule to help me out.

25           THE COURT:  So regarding your full-time job, for that,

```
1    though, if you were selected you would be paid?

2              PROSPECTIVE JUROR:  For this?

3              THE COURT:  During your jury service.

4              PROSPECTIVE JUROR:  I think so, yeah.

5         I confirmed with them for today but I don't know about

6    like the whole three weeks.

7              THE COURT:  You will be paid.

8              PROSPECTIVE JUROR:  Okay.

9              THE COURT:  You will be paid.  You will be paid.

10             PROSPECTIVE JUROR:  Okay.

11             THE COURT:  And I will say that for the benefit of

12   everyone here.  So for full-time employees -- you can have a

13   seat, sir, it's directed to everyone -- well, federal and state

14   law prohibit employers from discriminating against a person

15   based on jury service.

16             There is also a Dade County ordinance that requires

17   full-time employers that have a certain number of employees, I

18   will have to look, it's either 10 or 14, that they provide --

19   that they pay you during your jury service.

20             Now, that ordinance does not apply to part-time

21   employees.  So, if you work part-time, unless the employer

22   agrees to pay you, there is no way we can force them to pay

23   you.

24             Now, some larger employers often recognize the

25   importance of jury service and they will pay their employees
```

1   anyway for even their part-time employees but, if you work for

2   a company with at least 10 or 14 employees and you are a

3   full-time employee, then your employer is required to pay your

4   salary, so just to make sure everyone understands.

5          There is another hand.

6          PROSPECTIVE JUROR:  I'm sorry, quick question.

7          THE COURT:  We have to wait for the microphone because

8   it's a big courtroom so we will pass the microphone up.

9          We will go back up here.

10          State your name and juror number.

11          PROSPECTIVE JUROR:  Erica Rojkes, Juror Number 17.

12          And I have a quick question about what you just said.

13          I am a full-time employee and they told me they would

14   pay only one week, not three.

15          THE COURT:  Who do you work for?

16          PROSPECTIVE JUROR:  Audi North Miami.

17          THE COURT:  I'm sorry, who?

18          PROSPECTIVE JUROR:  It's a car dealership, Audi North

19   Miami.

20          THE COURT:  I assume they have quite a few employees?

21          PROSPECTIVE JUROR:  About a hundred-plus.

22          THE COURT:  Okay.  What do you do for Audi of North

23   Miami?

24          PROSPECTIVE JUROR:  Title clerk.

25          THE COURT:  What does the title clerk do?

```
 1              PROSPECTIVE JUROR:  Registration, title work.

 2              THE COURT:  Are you the only person that does that for

 3    Audi of North Miami?

 4              PROSPECTIVE JUROR:  Mainly.  I have somebody that helps

 5    me but I am the main title clerk.

 6              I mean, I didn't raise my hand not to be available but

 7    I just wanted to ask about the -- if they have to pay me for

 8    the three weeks, I have no problem coming.

 9              THE COURT:  Yes, and if I need to speak to them, I

10    will.

11              PROSPECTIVE JUROR:  Okay.

12              THE COURT:  They are obligated by law to pay you.

13              PROSPECTIVE JUROR:  They told me they will pay one week

14    and after that it will be taken out of my vacation or sick

15    days.

16              THE COURT:  That's not accurate.

17              I will make sure you have all the necessary

18    information, and I will talk to your employer if I have to.

19              PROSPECTIVE JUROR:  Okay.  Thank you.

20              THE COURT:  Yes, ma'am.

21              PROSPECTIVE JUROR:  That was going to be --

22              THE COURT:  I'm sorry, I need your name and juror

23    number.

24              PROSPECTIVE JUROR:  My name is Rode Gonzalez, Number

25    20.
```

1          That was my question.  I mean, they -- I am sure they

2     would pay me, but would they take it out of my PTO hours or I

3     can tell them that they cannot take it out of my PTO hours?

4          THE COURT:  They are not supposed to take it out of

5     your vacation time.

6          I am referring to Miami-Dade County Ordinance 11-32.  I

7     think they are required to pay you but, again, it's usually not

8     a problem once we provide the information.  If I have to call

9     your employer into federal court to explain to me why they

10    refuse to follow the law, that will usually take care of it.

11    So, they are required to pay you if you are a full-time

12    employee.

13         PROSPECTIVE JUROR:  Yes, thank you.

14         THE COURT:  And not take it out of your vacation time.

15         Okay.

16         PROSPECTIVE JUROR:  Good morning.  My name is Dulce

17    Rodriguez and my number is 35.

18         I don't have problem with my job but my English a

19    little.  I can't understand -- I can't well and I can't speak

20    well.

21         I only write and I don't know.

22         THE COURT:  Okay.  How much have you been able to

23    understand so far?

24         PROSPECTIVE JUROR:  How much?

25         THE COURT:  Yes.

```
1              PROSPECTIVE JUROR:  So far?  I don't know.

2              THE COURT:  Okay.  Thank you, ma'am.

3              PROSPECTIVE JUROR:  You're welcome.

4              THE COURT:  Some other issues regarding scheduling?

5              PROSPECTIVE JUROR:  Yes, my name is Christopher

6      Vasquez, Number 27.  Regarding what you mentioned about the job

7      and the payment, I work for a company, an HVAC technician

8      company, Cyclone Mechanical.

9              Currently, we only have six people that work as

10     technicians and my boss did tell me -- he told me that I would

11     not be penalized and my job is secure, but they would not be

12     able to pay me during the time I am in jury service.

13             THE COURT:  What company do you work for?

14             PROSPECTIVE JUROR:  Cyclone Mechanical.

15             THE COURT:  Can you spell that name for me?

16             PROSPECTIVE JUROR:  C-Y-C-L-O-N-E.

17             THE COURT:  Cyclone.

18             PROSPECTIVE JUROR:  Correct.

19             THE COURT:  How big is that company?

20             PROSPECTIVE JUROR:  We have six technicians and in

21     total we have eight people working in the company.

22             THE COURT:  Okay.  That number falls below what is

23     required by the county.  So, they could lawfully not pay you

24     for your jury service because they don't meet that requisite

25     number of employees.
```

      1           PROSPECTIVE JUROR:  Correct.

      2           THE COURT:  So, if your employer does not pay your

      3    salary, would that pose a financial hardship for you?

      4           PROSPECTIVE JUROR:  I believe so, yes, sir.

      5           THE COURT:  Thank you, sir.

      6           Anyone else with a scheduling issue or employment

      7    issue?

      8           PROSPECTIVE JUROR:  Hi, my name is Mithza Pardo.  My

      9    number is 41.

     10           This Thursday I have a travel with my family.  It's a

     11    pleasure, we already reserved like long time ago.  For next

     12    week, I have a daughter that have 14 years.

     13           She start school, Miami Senior, Miami Springs Senior

     14    High School on Thursday, but also she is cheerleading so on

     15    Monday, Tuesday and Wednesday, she has practice on the school

     16    because on Friday they have the pep rally and they have a show

     17    -- a game after school.

     18           THE COURT:  So this Thursday, you are traveling with

     19    your family?

     20           PROSPECTIVE JUROR:  Yes.

     21           THE COURT:  And next week you've got scheduling issues

     22    for your daughter?

     23           PROSPECTIVE JUROR:  Yes.

     24           THE COURT:  Now, Ms. Pardo, you also wrote on your

     25    questionnaire that you don't speak English very well.

1          How much have you been able to understand what I have

2     talked about so far this morning?

3          PROSPECTIVE JUROR:  I understand something about

4     *substancia*, controlled substance and Oxycodone or something

5     like that.  Half.

6          THE COURT:  All right.  Thank you, ma'am.

7          Anyone else with a scheduling or work issue?

8          PROSPECTIVE JUROR:  Good morning.

9          My name is Jairo Valencia.  I am Juror Number 43, and

10    the problem is my son is getting married in Boston,

11    Massachusetts, August 17 -- I mean 18, and we are going to be

12    traveling from August 17th all the way to the 27th.

13         THE COURT:  Thank you, sir.

14         Congratulations.

15         PROSPECTIVE JUROR:  Hi, my name is Lizandra Matos and I

16    am Juror Number 44.

17         I have an issue with the schedule.  I am currently

18    unemployed.  I lost my employment a week ago, but I do some

19    side gigs on the side.  I am a bartender and I am a teacher, a

20    dance teacher, and I have two days out of the week that I am

21    not going to be available because I will be teaching.  That

22    will be Tuesdays and Thursdays, and then on the weekend,

23    Friday, Saturday and Sunday, which will be only Friday, I will

24    be doing the bartender.

25         THE COURT:  Okay.  So when you work on Tuesdays and

1   Thursdays, what time are you doing that part-time work?

2           PROSPECTIVE JUROR:  I have to be in the studio at four.

3           THE COURT:  Four p.m.?

4           PROSPECTIVE JUROR:  Yeah.

5           THE COURT:  What part of the county would you need to

6   be in for that?

7           PROSPECTIVE JUROR:  Doral.

8           THE COURT:  Okay.  And that is on Tuesdays and

9   Thursdays?

10          PROSPECTIVE JUROR:  Yeah.

11          THE COURT:  What about Fridays?

12          PROSPECTIVE JUROR:  Fridays, they are event gigs so

13  it's not set.  Like this Friday I have an event gig but this

14  Friday we are not doing the trial, but I am not going to know

15  until the following week so I can't commit Fridays.

16          THE COURT:  Now, I mean, I am just assuming, bartending

17  would take place later in the day?

18          PROSPECTIVE JUROR:  Well, we start at three.  Why,

19  because it's an event for a wedding.  It's a wedding event.

20          THE COURT:  Okay.  All right.  Thank you, ma'am.

21          Anyone else in this part of the courtroom regarding

22  scheduling?

23          All right.  How about this side?

24          PROSPECTIVE JUROR:  Hello, my name is Rosemary

25  Rodriguez.  I am Juror 46.  My issue is that I am the caregiver

1    of my mother.  She is 91.  I do work from home and down the

2    street from her so I have cameras and I watch her during the

3    day, and for lunch I will go over there and help her with her

4    lunch, and I am the only one there for her.

5           She does have assistance that come in 19 hours a week,

6    but the rest of the time, I am her caregiver.

7           THE COURT:  The assistance is only 19 hours a week?

8           PROSPECTIVE JUROR:  Yes, the state provides her

9    19 hours for someone to come in and help her.

10          THE COURT:  Okay.  So, during the day, the time that

11   you are speaking of, is there anyone else that could assist her

12   if you were called to serve?

13          PROSPECTIVE JUROR:  No, there is nobody else.

14          THE COURT:  All right.  Thank you, ma'am.

15          Anyone else?

16          PROSPECTIVE JUROR:  Hi, my name is Selin Pichs, Juror

17   Number 47.  I have two conflicts.

18          First is that I will be traveling out of the country

19   starting the 18th through the 26th.

20          THE COURT:  Is that for business or pleasure?

21          PROSPECTIVE JUROR:  Both.

22          THE COURT:  And these are tickets you have already

23   purchased?

24          PROSPECTIVE JUROR:  Yeah, they are nonrefundable.

25          THE COURT:  Anyone else?

1          PROSPECTIVE JUROR:  Hi, my name is Benedict, Juror

2   Number 49.

3          THE COURT:  Okay.

4          PROSPECTIVE JUROR:  Yes, next week -- I am a teacher

5   next week so I have to report on Monday.  I am teaching for

6   Miami-Dade.

7          THE COURT:  You start on Monday?

8          PROSPECTIVE JUROR:  I have to report on Monday, and

9   Tuesday we have the in-service mandatory.

10          THE COURT:  What do you teach?

11          PROSPECTIVE JUROR:  I teach math, calculus, pre-

12   calculus.

13          THE COURT:  For not being a teacher -- what happens if

14   you miss the first week or two?  I mean, would they not simply

15   get a substitute to come in?

16          PROSPECTIVE JUROR:  Most of the time if school has

17   already started it's easier for them but when we don't start,

18   when it's the beginning of the school year, it's tough to get

19   substitutes.

20          THE COURT:  All right.  Okay.  Thank you, sir.

21          Is there anyone else with a scheduling issue or work

22   issue?

23          PROSPECTIVE JUROR:  How are you doing?  My name is

24   Antonio Havard, Juror Number 50.

25          My problem happens to be with my father, 30 years of

1    service in the Air Force.  Now he has dementia, cancer, high

2    blood pressure.

3              We have an aide that is only allotted two hours,

4    five days a week, and she comes early in the morning.

5              My job has given me a lot of leniency.

6              I can run home in between.  I work for the Miami-Dade

7    School Board, too.

8              So they allow me on my routes to go home and help

9    because he falls a lot now.

10             There are days he doesn't even remember who I am.  He

11   gets belligerent with everybody.  My momma calls me in to help.

12   He is on the floor.  I have to help.  She can't pick him up.

13             The aide is only there for two hours.

14             He helps during that time, which I believe the aide

15   from 9 to 11, and maybe even earlier now.  And I run in between

16   doing my job to helping him and trying to calm him down.

17   Several times the police had to show up at the house.

18             Now that's turned into seven days a week.

19             THE COURT:  Where do you work?

20             PROSPECTIVE JUROR:  I work for Miami-Dade County School

21   Board.  I am a sprinkler mechanic.

22             THE COURT:  Do you go to different locations as needed?

23             PROSPECTIVE JUROR:  Yes, sir.  Well, we have routes.

24   We actually cover from Florida City all the way to Flagler but

25   we have different groups of twos.

1          My route is usually set from Cutler Ridge on down

2    because I live in Homestead.

3          THE COURT:  You are a full-time employee?

4          PROSPECTIVE JUROR:  Yes, sir.

5          THE COURT:  Ordinarily, from what you are saying your

6    father is home with your mother?

7          PROSPECTIVE JUROR:  Yes, she is his caretaker now but

8    they -- the VA has allotted a person to come in for only two

9    hours.

10         She was willing to give up the money or whatever so

11   they can have more time, but it didn't work out that way.

12         There are a lot of things he hasn't received and we had

13   to do.

14         THE COURT:  So if -- so, you work your full-time job

15   and if there is an issue, then you --

16         PROSPECTIVE JUROR:  We have --

17         THE COURT:  Let me finish my question first.

18         You work a full-time job but if there are any issues

19   that arise with your father, your job gives you leave to go

20   take care of it?

21         PROSPECTIVE JUROR:  Yes, while I'm on the job.

22         All I do is -- we have a cell phone for the job.  I

23   just call my director or my coordinator and say, "I am going by

24   the house."

25         Just about everybody knows what's going on, the

1   situation with him, because I was going to resign.  His

2   situation is not getting any better.

3          She can't handle him.  She is older.  She is having

4   heart problems.

5          I had no other choice.  I was going to leave and they

6   said, "No, no, we will take care of you.  We got you."

7          They have done more than the VA or the military has

8   done for him.

9          THE COURT:  How frequently in a week --

10          PROSPECTIVE JUROR:  He might --

11          THE COURT:  Sir, you got to let me finish my questions

12   first.

13          How frequently in a week do you have to leave your

14   route to rush to your parents' home?

15          PROSPECTIVE JUROR:  At least four days.  At least four

16   days.

17          He might have one good day.  That day might end up

18   being on a Saturday and I don't work on Saturday or Sunday.

19          THE COURT:  So, if you were selected, with the

20   understanding that if you need to leave when you have a

21   personal issue, would that satisfy your concern?

22          PROSPECTIVE JUROR:  Well, being that I live in

23   Homestead, the timing would be a problem for me.  Having to

24   take the Metrorail or if I drove, however it be to get to him.

25          I have a company vehicle.  So I am in -- from Cutler

1    Ridge to get to my house is like five minutes or less.

2         THE COURT:  Okay.  All right.  Thank you, sir.

3         Was there anyone else with a scheduling or employment

4    issue?

5         Okay.

6         I am going to read off a list of potential witnesses

7    that may be called to testify during the trial.  I need all of

8    you to listen because then I am going to ask you if you know

9    any of these people.

10        Special Agent Sean Slattery from the Federal Bureau of

11   Investigations.  Special Agent Charles Lawless, also from the

12   Federal Bureau of Investigations, or FBI.  Special Agent Jose

13   Subias, S-U-B-I-A-S, with the Federal Bureau of Investigations.

14   Special Agent Regino Chavez with the FBI.  Special Agent Juan

15   Valenzuela with the FBI.  Special Agent Timothy Lawler with the

16   FBI.  Special Agent Alexander Gordon, also with the FBI.

17   Special Agent Robert Herbster, with the FBI.

18        Assistant Special Agent in Charge Jesus Barranco with

19   the U.S. Department of Health and Human Services.  Special

20   Agent Rolando Alvarez with the U.S. Department of Health and

21   Human Services.  Special Agent Joel Stringer with the

22   U.S. Department of Health and Human Services.  Special Agent

23   Jennifer Bliss with the U.S. Department of Health and Human

24   Services.  Kevin Latimer with the U.S. Department of Health and

25   Human Services.

1          Major Fernando Villa with the Hialeah Police

2     Department.

3          Special Agent Carlos Ayala with the Drug Enforcement

4     Administration, also known as DEA.  Diversion Investigator

5     Donna Richards, with the DEA.

6          Lucia Alvarez, Braulia Rego, Anibal Amaro, Mercedes

7     Perez, Suyima Valdes, S-U-Y-I-M-A, Jorge Diaz, Yandre Trujillo

8     Hernandez, Anais Lorenzo, Jorge Diaz Gutierrez.

9          Special Agent Henry Luna, U.S. Department of Health and

10    Human Services.  Special Agent Victoria Buono, with the

11    U.S. Department of Health and Human Services, Nicholas Palmeri,

12    Ivan Alvarez, and Lazaro Perez.

13         Do any of you know any of those individuals?

14         All right.  For the record I see no hands.

15         We all know just from our life experiences that

16    sometimes we might not recognize a name but we might recognize

17    the person if we see him or her, so for those of you ultimately

18    selected to sit on the jury, if you recognize anyone that's

19    called to testify, raise your hand and get my attention

20    immediately to let me know.

21         Last, but not least, is the jury which we will begin to

22    select in a few moments from among all of you.

23         The jury's job will be to decide what the facts are and

24    what the facts mean.  Jurors must remain neutral until you have

25    been charged to begin your deliberations.

1          Now, before we start those individual questions, we are

2    going to take just a short break.

3          I will give you a chance just to use the restroom.

4          The restrooms are across the hall.

5          I will ask that you don't talk anything at all about

6    the case.

7          You really don't know much about the case because I

8    haven't told you very much other than the charges, but I don't

9    want you to even talk about that, and I will call you back in

10   in about ten minutes.

11         We will take a lunch break at about -- well, before

12   12:30, and then we will break for an hour then, but for now,

13   why don't we take ten minutes and you will remain outside until

14   we start back up again.

15         COURT SECURITY OFFICER:  All rise for the jury.

16         THE COURT:  You can go out this way or you can push the

17   end and go out that way as well.

18         (The prospective jurors exited the courtroom at

19   11:30 a.m.)

20         THE COURT:  All right.  Please be seated.

21         So, one, I wanted to give you all a break if you need

22   it, but also I thought it would make sense to excuse certain

23   jurors for cause and cut down on the time we need to spend on

24   this part of jury selection.

25         Do you need a break first before we do that or do you

1    want to look at your notes now?

2          MR. MCLAUGHLIN:  Your Honor, I think it would be

3    helpful just to take a quick break so we can use the restroom

4    and come back and do it, if that works for Mr. Quinon.

5          THE COURT:  All right.  So, for the lawyers, you can

6    use the restrooms here in the jury room.  Just walk through

7    this way.

8          MR. MCLAUGHLIN:  Thank you, Your Honor.

9          THE COURT:  For the defendant, I am just going to ask

10   that if you need to use the restroom, don't do it on this

11   floor.  Just go either a floor below or above because we don't

12   want any contact with the jury.

13         THE DEFENDANT:  Yes, sir.

14         THE COURT:  Likewise, for everyone that is here,

15   presumably in support of either of the government or the

16   defense, I am going to ask that you use a restroom on a

17   different floor as well during the break so you don't have any

18   unnecessary contact with the jurors.

19         We will resume back here in about five minutes.

20         (Brief recess.)

21         THE COURT:  All right.  Please be seated.

22         MR. QUINON:  Judge, my client, he had to use another

23   floor so he is running a little bit --

24         THE COURT:  That's fine.  Sure.

25         All right.  We are back on the record.  I note the

1   presence of the attorneys as well as the defendant who has been

2   present at all parts of this proceeding.

3          During the break, the other CRD -- Mr. Rehan is my

4   regular CRD and we are assisted by Mr. Rodriguez, the other CRD

5   today.  He said that a juror -- was it Juror Number 26?

6          COURTROOM DEPUTY:  Yes, Judge.

7          THE COURT:  She has got some conflict information.  She

8   told him that she has some difficulty speaking in public, so

9   she -- he said she was kind of visibly shaken, that she doesn't

10  like to speak in public, but I think we need to have her come

11  in and explain what the problems are, so we can bring her in

12  now and ask her what those issues are.

13         MR. QUINON:  Certainly, Your Honor.

14         MR. CLARK:  Sure, Your Honor.

15         THE COURT:  Let's bring her in.  Juror Number 26,

16  Ms. Garcia Calero.

17         COURT SECURITY OFFICER:  All rise for the juror.

18         (Prospective Juror 26 entered the courtroom at

19  11:45 a.m.)

20         THE COURT:  We are going to have you -- she can have a

21  seat over here by me.

22         Just watch your step as you go up the incline.

23         Ma'am, right here.

24         All right.  Please be seated, everyone.

25         All right.  You are Mariana Garcia Calero, Juror Number

1    26?

2                PROSPECTIVE JUROR:  Yes.

3                THE COURT:  Mr. Rodriguez, one of the courtroom

4    deputies told me that you talked a bit about some scheduling

5    difficulties and that you don't like to talk in public and I

6    understand that difficulty.  A lot of people don't feel

7    comfortable.

8                The only problem is we have to do this on the record

9    and so I kept out the other jurors so at least hopefully that

10   would alleviate some of your concern.

11               But can you tell us what your issues are as far as

12   serving?

13               PROSPECTIVE JUROR:  I've been not feeling well.  I've

14   been going to the chiropractor.  I've been having therapies

15   this last week and this coming week and, I also have my

16   psychiatrist appointment on Wednesday, and in my job I have

17   been going to my job every day but I still have a lot of things

18   to do that are pending.

19               THE COURT:  Is that regarding something physical or

20   something emotional?

21               Both?

22               PROSPECTIVE JUROR:  (Nods head.)

23               THE COURT:  I'm sorry, for the court reporter, you just

24   have to answer yes or no.

25               PROSPECTIVE JUROR:  Both of them, emotional and

1   physical.

2          THE COURT:  And you have appointments for both this

3   week?

4          PROSPECTIVE JUROR:  Yes.

5          THE COURT:  Okay.  Based on your physical and emotional

6   state, do you think that you are able to serve as a juror in

7   this case?

8          PROSPECTIVE JUROR:  Well, depending on the case, I

9   don't know.

10          THE COURT:  Is there anything about the nature of the

11   charges that might affect your ability to serve?

12          PROSPECTIVE JUROR:  I don't understand the question,

13   I'm sorry.

14          THE COURT:  Well, I told you earlier what the

15   allegations were against the defendant.  Is there anything

16   about the allegations that might affect your ability to serve?

17          PROSPECTIVE JUROR:  No.

18          THE COURT:  Okay.  So, let me ask you specifically, the

19   appointments you have with the chiropractor, when is that?

20          PROSPECTIVE JUROR:  Today at five.  It's very close by.

21          On Wednesday, actually I have it at 1:20, but it

22   interferes with my psychiatric part, so I have to reschedule it

23   for five and then Friday at one.

24          THE COURT:  Okay.

25          PROSPECTIVE JUROR:  But Friday we are not supposed

1   to -- it's off.  Right?

2         THE COURT:  We are not going to be here Friday.

3         So, are you in physical pain?

4         PROSPECTIVE JUROR:  My back, my lower back and my...

5         THE COURT:  By standing, would that help or is it going

6   to matter at all?

7         PROSPECTIVE JUROR:  It doesn't matter because it's more

8   like emotional, stressful.  I have a pinching nerve here.

9         It depends.

10        THE COURT:  I have to rely on you to tell me because

11   it's an important trial for everyone here.

12        PROSPECTIVE JUROR:  No, I know.

13        THE COURT:  I mean, is this a case where you can give

14   your full attention or are all those other things, your

15   physical pain and the emotional issues, are they going to --

16        PROSPECTIVE JUROR:  It's hard for me to concentrate.

17        THE COURT:  It's hard for you to concentrate.

18        All right.  Any questions from the government?

19        MR. CLARK:  No objection to cause, Your Honor.

20        THE COURT:  Any questions?

21        MR. QUINON:  No objection, Your Honor.

22        THE COURT:  We will have you remain outside for just a

23   few moments, and don't discuss with anyone what we have talked

24   about here today.

25        Thank you.

1           (Prospective Juror 26 exited the courtroom at

2      11:50 a.m.)

3           THE COURT:  All right.  Please be seated.

4           So --

5           MR. QUINON:  Judge, in order to expedite, we are in

6      agreement that she is emotionally not in a position to serve.

7           THE COURT:  All right.  I will strike Juror Number 26,

8      Ms. Garcia Calero, for cause.

9           Are there any other people, any cause challenges we can

10     take up now?

11          I will, if there is a -- I will strike anyone where the

12     parties agree.  If there is any disagreement, I will just save

13     them for another time and hear argument later.

14          MR. QUINON:  We can expedite that as well, because

15     we --

16          MR. CLARK:  We can just go in order and then just start

17     going through them.

18          MR. QUINON:  Whichever, I mean, we basically agree on

19     just about everybody, except two.

20          THE COURT:  All right.  Why don't you tell me the ones

21     where you agree?

22          MR. CLARK:  I think it would be easier, Judge, if we

23     just went in order.

24          THE COURT:  Okay.  That's fine.

25          You are going to just read off the ones you agree to?

 1              MR. CLARK:  Could you, Judge, just highlight those that

 2    you think are worthy of discussion for cause, and then we will

 3    respond?

 4              THE COURT:  All right.  Juror Number 2, Rafkin?

 5              MR. CLARK:  No objection.

 6              MR. QUINON:  No objection.

 7              THE COURT:  She will be stricken for cause without

 8    objection.

 9              Juror Number 3, Gutierrez?

10              MR. CLARK:  No objection.

11              MR. QUINON:  No objection.

12              THE COURT:  All right.  She will be stricken for cause

13    without objection.

14              Mr. Do spoke but he didn't seem to have a clear

15    problem, Juror Number 4?

16              MR. CLARK:  Agreed.

17              THE COURT:  Juror Number 6, Eduardo Llado.  He is the

18    one that said he had the RFP coming up.

19              MR. CLARK:  It was kind of hard to get a handle on that

20    fellow.

21              MR. QUINON:  I agree he should be for cause.

22              MR. CLARK:  That's fine, Judge.

23              THE COURT:  Both sides are in agreement?

24              MR. QUINON:  Yes.

25              THE COURT:  All right.  I will strike Mr. Llado for

1    cause.

2            MR. QUINON:  Judge, going back to Mr. Do, we discussed

3    him before and I understand your position as well as our

4    position.  I just want to make sure because --

5            THE COURT:  Let me just say, I don't have a position

6    yet until I hear from the two of you.

7            MR. QUINON:  What I meant to say is that you understood

8    that he was not a clearcut cause.  That's what I meant.

9            I just want to make sure that he said he had to check

10   with his supervisor or something to that effect.  I just want

11   to make sure that we don't get a jury today and he will come in

12   tomorrow and say that he is not able to.  I just want to

13   mention that.

14           THE COURT:  Yeah.  So, we will make sure we have him

15   call his boss to find out today.

16           Juror Number 8, Regina Solorzano?

17           MR. CLARK:  No objection.

18           MR. QUINON:  No objection, Judge.

19           THE COURT:  All right.  She will be stricken for cause.

20           MR. CLARK:  Was it just me or were those two jurors

21   sitting in each other's seats, eight and nine?

22           COURTROOM DEPUTY:  They were swapped, Judge, but we

23   fixed them afterwards.

24           THE COURT:  All right.

25           Can we get Mr. Rodriguez, the CRD, and have him come

1   back in for a moment, please?  Thank you.

2          COURTROOM DEPUTY:  Yes, Your Honor.

3          THE COURT:  Juror Number 10, Maily Santana.

4          MR. CLARK:  No objection because of language.

5          MR. QUINON:  No objection.

6          THE COURT:  All right.  She will be stricken for cause.

7          Juror Number 11, Abel Fernandez Gonzalez, any objection

8   from the government?

9          MR. CLARK:  None, Your Honor.

10          THE COURT:  From the defense?

11          MR. QUINON:  None, Your Honor.

12          THE COURT:  Can you tell them it's going to take us

13   another 10, 15 minutes and then we will bring them in.

14          Juror Number 4, Mr. Do, can you ask him to call the

15   supervisor about the scheduling issue so we can address it when

16   he comes back?

17          Thank you.

18          COURTROOM DEPUTY:  Sure, Judge.

19          THE COURT:  Juror 13, Chernea Young, from the

20   government is there an objection?

21          MR. CLARK:  I think that's one of those cases, Judge,

22   where she can work around the situation.

23          MR. QUINON:  I agree.

24          THE COURT:  Okay.  We will leave it for now.

25          Juror Number 15, Ibrahim Franco, the bus driver.

1            MR. CLARK:  No objection.

2            MR. QUINON:  No objection.

3            THE COURT:  All right.  I will strike him for cause.

4            Juror Number 16, Gianmarco Carrera.

5            MR. CLARK:  No objection.

6            MR. QUINON:  I just want to make sure.

7            This fellow is a student at Miami-Dade College.

8            Classes begin the 21st.  He had two courses online.

9            THE COURT:  You know, because he was one that spoke up

10   I called his name, but this might be one where you might want

11   to explore a little bit more so we will leave him for now.

12            Likewise, Juror Number 17, Erica Rojkes, the one with

13   Audi of North Miami, I mean, clearly, they are required to pay

14   her.  I think the only issue might be because she works -- I

15   don't know how many title clerks they have, if that is an issue

16   but I assume we keep her for now and follow up with her a bit

17   more later.

18            Juror Number 25, Raymond Suits, any motion as to him?

19            All right.  Hearing none.

20            MR. QUINON:  Judge, I think 23 was the gentleman with

21   the two doctors' appointments on Friday, had to drop the car

22   off.

23            THE COURT:  I understood that he said that -- well, I

24   understood that we might be able to accommodate his schedule.

25            He said that if we need to start at ten as opposed to

1   9:30, I think we can work around that schedule.

2           So, 25, Mr. Suits?

3           MR. CLARK:  No objection.

4           THE COURT:  Mr. Suits is the one that says school

5   starts on the 17th and he has some appointment on Thursday.

6           Again, you don't have to commit now.

7           MR. QUINON:  I am not going to agree to this one

8   because I think he may be able to work it out.

9           THE COURT:  Okay.  We have already stricken Juror

10  Number 26.

11          Juror Number 29, Tod Raphaely.  He is the gentleman

12  with the eye surgery.

13          MR. CLARK:  No objection.

14          MR. QUINON:  No objection, Judge.

15          THE COURT:  All right.  We will strike him for cause.

16          Jason Gray, Juror Number 30, the wife has issues.

17          MR. CLARK:  No objection.

18          MR. QUINON:  No objection.

19          THE COURT:  All right.  We will strike him for cause.

20          Juror Number 33, Jese Feijoo.  He is the FIU student.

21          He starts school on the 21st and he -- we might have to

22  adjust the schedule that Monday and Wednesday of the third

23  week, but otherwise, it seems like he can serve.

24          Any issues with him?  Hearing none we will move on.

25          Juror Number 35, Dulce Rodriguez.  There is a language

1    issue.

2              MR. CLARK:  No objection.

3              MR. QUINON:  No objection.

4              THE COURT:  All right.  She will be stricken for cause.

5              Christopher Vasquez, Juror Number 37, he works for a

6    small company with less than ten employees and he is not sure

7    if he is going to get paid.

8              MR. CLARK:  No objection.

9              MR. QUINON:  No objection.

10             Same, we don't want him here if he's not going to get

11   paid.

12             THE COURT:  We will strike him for cause without

13   objection.

14             Juror Number 41, Mithza Pardo.  She is traveling and

15   she said she understood about 50 percent.

16             MR. CLARK:  No objection.

17             MR. QUINON:  No objection.

18             THE COURT:  I will strike her for cause.

19             Juror Number 43, Jairo Valencia.

20             His son is getting married.  He said he will be away

21   the 17th to the 27th.

22             MR. CLARK:  No objection.

23             MR. QUINON:  No objection.

24             THE COURT:  I will strike for cause.

25             Lizandra Matos, Juror Number 44.  Is there a motion as

1   to her?

2           MR. CLARK:  No objection.

3           MR. QUINON:  No objection.

4           THE COURT:  All right.  I will strike her for cause.

5           Rosemary Rodriguez, Juror 46, the caregiver for her

6   91-year-old mother.

7           MR. CLARK:  No objection.

8           MR. QUINON:  No objection.

9           THE COURT:  All right.  I will strike her for cause.

10          Juror Number 47, Selin Pichs, is there an objection?

11          MR. CLARK:  None.

12          MR. QUINON:  No objection.

13          THE COURT:  I will strike her for cause.

14          Juror Number 49, Benedict Jouissance, a teacher.

15          MR. CLARK:  No objection.

16          MR. QUINON:  No objection.

17          THE COURT:  All right.  I will strike him for cause.

18          MR. CLARK:  Your Honor, can I have a moment with

19   co-counsel.

20          THE COURT:  Mr. Antonio Havard, Juror Number 50.

21          What's the government's position as to Mr. Havard?

22          MR. CLARK:  Unfortunately, I think we can't accommodate

23   him.

24          I think we can work with him, Judge.

25          MR. QUINON:  Number 50, I think we can deal.

1          MR. CLARK:  I think we can deal with Mr. Havard's

2     issue, Judge.

3          THE COURT:  We will leave him for now.

4          MR. CLARK:  No objection to Havard, Juror 50.

5          THE COURT:  When you said you can work with him, were

6     you talking about Juror Number 50?

7          MR. CLARK:  No, I got confused, Judge.

8          So no objection to excusal for Mr. Havard, Number 50,

9     for cause.

10          THE COURT:  What is the defense position as to Juror

11     Number 50, Havard?

12          MR. QUINON:  We will agree for cause.

13          THE COURT:  All right.  I will strike him for cause.

14          So, we have stricken Juror Number 2, Rafkin; Juror

15     Number 3, Gutierrez; Juror Number 6, Llado; Juror Number 8,

16     Solorzano; Juror Number 10, Santana; Juror Number 11, Fernandez

17     Gonzalez; Juror Number 15, Franco; Juror Number 26, Garcia

18     Calero; Juror Number 29, Raphaely; Juror Number 30, Gray; Juror

19     Number 35, Rodriguez; Juror Number 37, Vasquez; Juror Number

20     41, Pardo; Juror Number 43, Valencia; Juror Number 44, Matos;

21     Juror Number 46, Rodriguez; Juror Number 47, Pichs; Juror

22     Number 49, Jouissance; and Juror Number 50, Havard.

23          Is that what you have for the government?

24          MR. CLARK:  Yes, Judge.

25          THE COURT:  For the defense?

1          MR. QUINON:  Yes, sir.

2          We will bring them in and I will excuse them.

3          Since, it's already noon, I would just as soon send

4     them to lunch now.

5          MR. CLARK:  I believe 31.  We excused 19.

6          THE COURT:  We have 31 jurors remaining.  When we

7     called earlier, the only other jurors we had downstairs -- we

8     only had one other juror, although Judge Altman is also

9     selecting a jury; there may be some leftovers.

10          Do you want me to bring others or just proceed with

11     what we have now?

12          MR. MCLAUGHLIN:  I think we should bring a handful

13     down, Judge, just for alternates because we have 31 left, we

14     have 16 strikes among us.  That leaves 15.  We don't know if we

15     are going to lose a few more for cause, so I think if we have

16     an additional six jurors, that may cover the alternates as

17     well.

18          MR. QUINON:  It's hard to say these things, so I will

19     go along with it, Judge.

20          THE COURT:  Well, I hope that we have some people but

21     we should know, we will get an update soon.

22          I will bring them in.  I will excuse the ones that we

23     struck for cause.

24          I know you have your charts.

25          Do you wanted me to start condensing them or leave them

 1   where they are?

 2          MR. QUINON:  No, don't condense them.

 3          THE COURT:  All right.  We will leave them where they

 4   are.

 5          Let's bring them in.

 6          COURT SECURITY OFFICER:  All rise for the jury.

 7          (The prospective jurors entered the courtroom at

 8   12:06 p.m.)

 9          THE COURT:  All right, everyone, please be seated.

10          Welcome back, ladies and gentlemen.  Thank you very

11   much for your patience.

12          You should understand that we were hard at work while

13   you were away because a number of you had scheduling conflicts

14   and we wanted to discuss whether or not we need to keep all of

15   you here for the duration of jury selection in this case.

16          Before I proceed, Mr. Do, Juror Number 4, did you get a

17   chance to -- if we can give him the microphone, please?

18          Did you get a chance to speak to your employer?

19          PROSPECTIVE JUROR:  I did, it's on, it's not synced.

20   It's part of what I do.

21          Okay.  It's on now.

22          Yes, I did speak with my supervisor.  He had not gotten

23   back to me to confirm the day, but I can make it work.

24          Like I said, the new guy could sink or swim, you know.

25          Yeah, I can make it work.  The only thing is I know I

1    have a meeting on the 16th, but I could probably get them to

2    reschedule that.

3            It's a pre-construction meeting where I get to tell

4    them I am not giving them the money to do something.  So they

5    will love me cancelling that one.

6            That's it.

7            I can make it work.

8            Like I said, it's just getting back to confirm the

9    dates.  Some of the work will be at night, so if we leave by

10   5:30-ish.

11           THE COURT:  Yes.  All right.  Thank you, sir.

12           PROSPECTIVE JUROR:  I think that's him but I don't know

13   if I should take it, my supervisor.

14           THE COURT:  We are going to take a break in just a

15   moment so you will get a chance to call him right back.

16           So, ladies and gentlemen, when I call your name, you

17   are the people that will be excused from this trial but you

18   will have to report back to the fifth floor.

19           There are still other trials going on in the courthouse

20   and you may be in another panel like this for another trial,

21   but you will be excused for this trial.

22           So when I call your name, you can report now to the

23   fifth floor jury room.

24           Juror Number 2, Rafkin.  You may exit now to the fifth

25   floor.  Juror Number 3, Gutierrez, report back to the fifth

1    floor.  Juror Number 6, Llado, if you will report back to the

2    fifth floor.  Juror Number 8, Solorzano, please report to the

3    fifth floor.

4           Juror Number 10, Santana; Juror Number 11, Fernandez

5    Gonzalez, please go back to the fifth floor.

6           Juror Number 15, Mr. Franco, please report back to the

7    fifth floor.

8           Juror Number 26, Ms. Garcia Calero, please report to

9    the fifth floor.  Juror Number 29, Mr. Raphaely, please report

10   to the fifth floor, and Juror Number 30, Mr. Gray.

11          Juror Number 35, Ms. Rodriguez.

12          Juror Number 37, Mr. Vasquez, please report to the

13   fifth floor.

14          Juror Number 41, Mithza Pardo, please report to the

15   fifth floor.

16          Juror Number 43, Valencia, and Juror Number 44, Matos,

17   please report to the fifth floor.

18          Juror Number 46, Ms. Rodriguez, and Juror Number 47,

19   Ms. Pichs, please report to the gift floor.

20          Juror Number 49, Mr. Jouissance, and Juror Number 50,

21   Mr. Havard, please report to the fifth floor.

22          For those of you remaining, this is now probably a good

23   time to take our lunch break.

24          I would have sent you earlier but I didn't think it was

25   going to take us this long, but we wanted to -- it will make

1   jury selection, the rest of it go faster if we eliminated the

2   people that should be eliminated.

3          We are going to recess for an hour for lunch.  We will

4   come here at 1:15 to resume jury selection.

5          A couple of things.

6          We are going to report back to this floor, not the

7   fifth floor.

8          At 1:15, you will report back to the 11th floor.

9          Please don't discuss anything about the case which,

10  again, should be easy because you don't know much about the

11  case.

12         Also, during the break, you could use the fifth floor

13  cafeteria but you don't have to.

14         You can go across the street.  There are other options

15  around the courthouse.

16         If you see any of the attorneys or the special agent

17  seated at the government's table or the defendant and they

18  don't say "good afternoon" or exchange the kinds of

19  pleasantries you would expect a good, fine person to exchange

20  with you or even otherwise acknowledge your presence, do not

21  hold that against them because they are following my

22  instructions.  They are to have no contact with you at all and

23  we don't even want the appearance of any impropriety.

24         Now, you can be on the same elevator but, again, they

25  shouldn't -- no one should talk to you and you should not talk

1    to them.

2           Also, there are other trials going on in this

3    courthouse so make sure if you are in the courthouse you wear

4    your jury badge so no one talks about another case in your

5    presence.

6           We will see you back here at 1:15.

7           All right.  Enjoy your lunch.

8           COURT SECURITY OFFICER:  All rise for the jury.

9           THE COURT:  All right.  You may step down.

10          (The prospective jurors exited the courtroom at

11   12:15 p.m.)

12          THE COURT:  All right.  Please be seated.  We will

13   check to see if there are any other jurors downstairs and we

14   will let you know as soon as we find out as well as give you

15   copies of the questionnaires.

16          If Rehan has your phone cell numbers.  If not, just

17   write it down so that we have that and give it to the CSO.  And

18   we will see where we are at 1:15.

19          MR. CLARK:  Judge, how many alternates do you think we

20   are going to go with?

21          THE COURT:  Alternates on a three-week trial, I err on

22   more than less.

23          How many are you suggesting?

24          MR. CLARK:  I guess we have a box that accommodates 15.

25   Is that right?

1          THE COURT:  Seventeen.  And we can add another couple

2     of chairs, but 17 should be fine.

3          MR. QUINON:  Three is fine.

4          MR. CLARK:  Three will suffice.

5          I don't think we have the luxury of getting five

6     alternates with this group.

7          THE COURT:  Normally, it goes without saying, but I had

8     an issue in the trial before.

9          Mr. Quinon, please make sure the friends and family

10     members know that they are to have no contact with the jurors.

11     I just had that problem in another trial.  I don't want to

12     repeat that.  All right.  Thank you.

13          We will be in recess until 1:15.

14          COURTROOM DEPUTY:  All rise.

15          (Lunch recess taken at 12:15 p.m.)

16          THE COURT:  Back on the record.  I note the presence of

17     the attorneys as well as the defendant.

18          We still don't have any additional jurors to bring.

19          Judge Altman is still in jury selection, so I suggest

20     we just proceed with what we have.  We will see where we are

21     and by then we will bring additional jurors as we need them.

22          Anything before we get started?

23          MR. CLARK:  Not from the government, Your Honor.

24          MR. QUINON:  Nothing, Judge.

25          THE COURT:  All right.  Let's bring them in.

1          (The prospective jurors entered the courtroom at

2     1:19 p.m.)

3          THE COURT:  All right.  If you will return to your

4     original seats.  Please return to your original seats.

5          COURT SECURITY OFFICER:  Your Honor, I had one of the

6     jurors from here sit over here because she was by herself.

7          THE COURT:  All right.  We will have her sit with

8     everyone else.

9          Please be seated, everyone.

10         Welcome back.

11         Hopefully, everyone had a good lunch.  The next thing

12    before we select a jury is explain to you how the selection

13    process works.

14         This is the part of the case where the parties and

15    their lawyers have an opportunity to get to know a little bit

16    about you in order to help them come to their own conclusions

17    about your ability to be fair and impartial.

18         That way, the lawyers can decide who they think should

19    be the jurors in the case.

20         How we will go about that is as follows:

21         First, I am going to ask some general questions of you

22    based on your answers to the questions.

23         Then the lawyers, one for each side, will have an

24    opportunity to ask more specific questions.

25         After the lawyers have asked all of their questions, I

1    will meet with them and they will tell me their choices for

2    jurors.

3           Each side can ask that I exclude a person from serving

4    on a jury if they can give me a reason to believe that the

5    person is unable to be fair and impartial.

6           That is what we call a challenge for cause.

7           In addition, each side has a certain number of what we

8    call peremptory challenges by which a party can exclude a juror

9    without giving a specific reason for doing so.

10          By this process of elimination, the remaining persons

11   are selected as the jury.

12          The questions that you are going to be asked during

13   this process are not intended to embarrass you or to

14   unnecessarily pry into your personal affairs, but it is

15   important that the parties and their attorneys know enough

16   about you to make this important decision.

17          If a question is asked that you prefer not to answer in

18   front of the rest of the jury panel, just let me know and we

19   will take that answer in private outside the presence of the

20   other jurors.

21          If you don't understood a question, please let me know

22   and I will provide an explanation or the attorneys will.

23   Remember, there are no right or wrong answers to the questions

24   that will be asked of you.  The only thing we ask is that you

25   answer the questions as frankly, honestly and as completely as

1    you can.

2          You have each taken an oath to answer questions

3    truthfully and completely, and you must do some.

4          Also, remaining silent when you have information you

5    should disclose is a violation of that oath as well.

6          If a juror violates this oath, it not only may result

7    in having to try the case all over again, but it can also

8    result in civil and criminal penalties against the juror

9    personally.

10          So, again, it is very important that you be as honest

11    and complete with your answers as you possibly can.

12          Again, if you do not understand the question, raise

13    your right hand and ask for an explanation or clarification.

14          In sum, this is a process to assist the parties and

15    their attorneys to select a fair and impartial jury.  All the

16    questions they ask are for this purpose.

17          If for any reason you do not think that you can be fair

18    and impartial, you must tell us.

19          Now, with regard to the questionnaires, I just want to

20    provide one bit of clarity.

21          In Question 10, the question is, "Have you or any

22    immediate family member ever been the victim of a crime?"  And

23    then you answer yes or no and then there are some follow-up

24    questions.

25          Now, conversely, Question 11 is, "Have you, any family

1    member or close friend ever been accused of a crime?  If yes,

2    for what crime?"

3            So, again, Question 10 asks whether or not you or a

4    family member has been a victim.  Question 11 asks whether or

5    not you, a family member or close friend have ever been accused

6    of a crime.

7            I do want to note in Question 11, it asks whether you

8    have been accused of a crime, not whether you have been

9    convicted of a crime.

10           So, if you were arrested and you were found not guilty

11   after a trial, your answer is yes, and then you get an

12   opportunity to explain, or if you were accused of a crime and

13   you entered a guilty or no contest plea, or if you went to a

14   diversion program or if the case was just otherwise dropped,

15   your answer is yes and then you provide the explanation.

16           And I am taking the time to do it because sometimes

17   jurors don't quite understand so I am telling you now.

18           So, if you need -- any of you need to amend your

19   answer, just tell me you need to amend your answer and then we

20   will take it.  It is not a problem.

21           That goes for any question.

22           Sometimes listening to other jurors answer the

23   questions, it may remind you of something, and if that is the

24   case, just, again, let me know and you can amend your answer.

25           It's not a problem.

1          Again, there are certain types of crime where one might

2     be a victim and it might embarrass you or, likewise, if you

3     have been accused of a crime and for some people, it's

4     embarrassing.  They don't want to talk about it in public and

5     that's fine.

6          We will take the answers in private.  Just tell me you

7     would like to tell me in private and we will do that, but we

8     need to know.

9          I want to emphasize, this is a federal trial.  We are

10    going to know the answers to these questions ultimately.

11         We can't know all the stuff right now, but we will know

12    and we will find out.

13         Please don't make me go through this process only to

14    find out that you were not truthful.

15         So, with that being said, I want to start with Juror

16    Number 1, Mr. Harris.

17         I just have a few questions for you.

18         You work in IT?

19         PROSPECTIVE JUROR:  Yes.

20         THE COURT:  Where do you work?

21         PROSPECTIVE JUROR:  NOAA.

22         THE COURT:  Nova?

23         PROSPECTIVE JUROR:  NOAA, National Oceanographic and

24    Atmospheric Administration.

25         THE COURT:  How long have you been going to that?

 1              PROSPECTIVE JUROR:  25 years in IT, and I have been

 2    there for 35 years.

 3              THE COURT:  Are you a full-time employee?

 4              PROSPECTIVE JUROR:  Yes, sir.

 5              THE COURT:  Any issue with being paid if you are

 6    selected?

 7              PROSPECTIVE JUROR:  No, issue.

 8              THE COURT:  You write that your ex-wife is a lawyer.

 9              PROSPECTIVE JUROR:  She was a lawyer.

10              THE COURT:  What kind of law did she practice?

11              PROSPECTIVE JUROR:  Corporate and probate.

12              THE COURT:  Is there any reason why you cannot be fair

13    to both sides in this case?

14              PROSPECTIVE JUROR:  Not that I see.

15              THE COURT:  Okay.  Thank you, sir.

16              If you can pass the microphone down to Juror Number 4,

17    Mr. Do.  Is it Do?

18              PROSPECTIVE JUROR:  Yes.

19              THE COURT:  So we talked about your career, what you

20    do.

21              So have you now talked to your supervisor?  Did you

22    call back?

23              PROSPECTIVE JUROR:  Yes, I was able to speak with him.

24    We can take care of it, like I said, on the days off that we

25    are here this week, I can take care of what needs to be done

1   for one of the event and then the meeting I already told them

2   they could reschedule it.

3          THE COURT:  You indicate that you had -- you or a

4   family member was previously the victim of a crime.  Was it you

5   or someone else?

6          PROSPECTIVE JUROR:  Mine was just credit card theft.

7   But my mom and my sister were both identity theft, credit card

8   fraud.

9          THE COURT:  Was anybody caught?

10          PROSPECTIVE JUROR:  No, not that I know of.  I think

11   the insurance company just paid.

12          THE COURT:  How long ago did -- let's start with you.

13   How long ago were you the victim of credit card theft?

14          PROSPECTIVE JUROR:  About five or six years ago.

15          THE COURT:  When you say credit card theft, you mean

16   someone compromised your account?

17          PROSPECTIVE JUROR:  Yeah, my debit card.  They were

18   able to get it and use it and I was able to prove that it was

19   not my purchase.

20          THE COURT:  And then your family members?

21          PROSPECTIVE JUROR:  That was plain identity theft.

22          Somebody took ID, got like a new mortgage, bought a

23   car, that kind of stuff.  So it was a nice mess to deal with.

24          THE COURT:  Did you have to speak to law enforcement

25   officers?

         1              PROSPECTIVE JUROR:  Me personally, no.

         2              THE COURT:  Is there anything about your experience or

         3     your family members' experience that would affect your ability

         4     to be a fair and impartial juror?

         5              PROSPECTIVE JUROR:  It shouldn't.

         6              I have law enforcement in my family.

         7              My answer on Number 9 so --

         8              THE COURT:  Yes, you did write "yes" as to Question

         9     Number 8.

        10              What law enforcement members do you have in your

        11     family.

        12              PROSPECTIVE JUROR:  My sister-in-law is City of Miami.

        13              One of my cousins is City of Coral Gables.  Another one

        14     is City of Hialeah.

        15              I have one of my good friends is a Miami-Dade, a

        16     sergeant in Miami-Dade Police Department, and my two nieces are

        17     in the process of going into criminal law to become FBI agents.

        18              THE COURT:  Okay.  Your nieces.  You said they are in

        19     the process of becoming FBI agents.  Do you know --

        20              PROSPECTIVE JUROR:  Oh, no, they are going to go to

        21     school.

        22              Their goal is -- they are dead-set on becoming FBI

        23     agents, don't ask me why, but they are going to study criminal

        24     law and all that stuff.

        25              THE COURT:  Is there anything about the fact that you

1    have family members in law enforcement that would affect your

2    ability to be fair in this trial?

3         PROSPECTIVE JUROR:  I don't think so.  But like I said,

4    my friends are in law enforcement.  I hear stories about the

5    arrests they make and stuff like that, stuff you see on the

6    news and whatnot.  I don't think so.  I think I am a very fair

7    and competent person that I can make my own decisions and

8    stuff.

9         THE COURT:  There may be a number of law enforcement

10   officers that will testify during the trial.  Can you listen

11   and evaluate their testimony as you would any other witness?

12        PROSPECTIVE JUROR:  Yeah.  Though, I have never been on

13   a jury before.

14        THE COURT:  Well, it's -- that's fine.

15        I think most of the people here, based on the

16   questionnaires, have not been jurors before but, you know, any

17   witness, whether it be a law enforcement officer or a teacher

18   or an expert witness or whoever it is, what we want is for

19   people -- we want people not to automatically believe or

20   disbelieve any witness.

21        We want jurors to listen to the testimony that you get

22   from the witness stand and decide whether or not you believe

23   that testimony, in whole or in part, or not at all based on all

24   the evidence in the case.

25        It doesn't make sense to you.  Those are individual

1   decisions jurors have to make but we want people to keep an

2   open mind as opposed to deciding who they believe or don't

3   believe because of who they are or what they do in the

4   beginning.

5          Is that something you think you can do, wait until you

6   hear all the evidence before deciding?

7          PROSPECTIVE JUROR:  Yeah, I think I can.

8          THE COURT:  Is there any reason why you cannot be fair

9   to either the government or the defense in this case?

10         PROSPECTIVE JUROR:  No.

11         THE COURT:  Okay.  Thank you.

12         Juror Number 5, Ms. Jones.

13         Good afternoon, you are a medical coder?

14         PROSPECTIVE JUROR:  I am.

15         THE COURT:  For whom do you work?

16         PROSPECTIVE JUROR:  VA Medical.

17         THE COURT:  You are a full-time employee?

18         PROSPECTIVE JUROR:  Yes.

19         THE COURT:  Any issue with being paid if you are

20  selected?

21         PROSPECTIVE JUROR:  There shouldn't be.

22         THE COURT:  You indicate that you are -- so I explained

23  the difference between questions 10 and 11.

24         PROSPECTIVE JUROR:  Yes.  The answer I have for ten

25  should be actually for 11, and 10 should actually be no.

1          THE COURT:  Okay.  And your response to Question 11, do

2     you mind answering some questions about that now?

3          PROSPECTIVE JUROR:  Regarding my son?

4          THE COURT:  Yes.

5          PROSPECTIVE JUROR:  Yes, my son, he have gun charges

6     and right now he is doing time over at the federal prison in

7     Mississippi.

8          THE COURT:  That was prosecuted in Mississippi?

9          PROSPECTIVE JUROR:  No, it was here in the same

10    building.

11         THE COURT:  Well, you were introduced to the

12    prosecutors here today.  You didn't indicate that you knew

13    either one of them.

14         PROSPECTIVE JUROR:  I don't remember.  No, I don't.

15         THE COURT:  But it would have been the same U.S.

16    Attorney's Office?

17         PROSPECTIVE JUROR:  Yeah.  Right in the same

18    building -- I think it was -- I can't remember which one.

19         I don't know.  I just came here.  It's something I

20    wasn't familiar with.  That was my first time coming.  This is

21    like my second time.

22         THE COURT:  Did you watch any of the court proceedings

23    for your son?

24         PROSPECTIVE JUROR:  Well, they end up giving him a

25    plea-out of like 36 months or something like that.  But that's

1   all I really -- I just showed up as, you know, just to support

2   him.  I wasn't there to ask questions.

3          THE COURT:  Okay.  Are you going to hold it against

4   these prosecutors or law enforcement because of what happened

5   to your son?

6          PROSPECTIVE JUROR:  Not at all.

7          THE COURT:  I assume I was not the Judge in that case?

8          PROSPECTIVE JUROR:  No, it was a lady Judge.

9          THE COURT:  Okay.  Is there any reason why you could

10  not be fair to either side in this case?

11         PROSPECTIVE JUROR:  No.

12         THE COURT:  Okay.  Thank you, ma'am.

13         Juror Number 7, Ms. Sanchez.  You work in customer

14  service?

15         PROSPECTIVE JUROR:  Yes.

16         THE COURT:  For what company do you work?

17         PROSPECTIVE JUROR:  Neiman Marcus.

18         THE COURT:  Are you a full-time employee?

19         PROSPECTIVE JUROR:  No, I'm retired.

20         THE COURT:  Do you have any issues with serving these

21  three weeks, if you are selected?

22         PROSPECTIVE JUROR:  No.

23         THE COURT:  Is there any reason why you could not be

24  fair to both sides?

25         PROSPECTIVE JUROR:  No.

 1          THE COURT:  Okay.  Thank you, ma'am.

 2          We will go to Juror Number 9, Susana Bombino.  Good

 3   afternoon.

 4          PROSPECTIVE JUROR:  Good afternoon.

 5          THE COURT:  You are a clinical research coordinator?

 6          PROSPECTIVE JUROR:  Yes.

 7          THE COURT:  And what do you do in that capacity?

 8          PROSPECTIVE JUROR:  I work for Baptist Health.  I am a

 9   research coordinator.  We do clinical trials.

10          THE COURT:  Are you a full-time employee?

11          PROSPECTIVE JUROR:  Yes.

12          THE COURT:  Any issue with being paid if you are

13   selected?

14          PROSPECTIVE JUROR:  No.

15          THE COURT:  Now, in response to Question 15, we are

16   here for a criminal trial.  The defendant is charged by an

17   indictment.  I told you, as in any criminal case, you have to

18   presume the defendant to be innocent and the government has the

19   burden of proving him guilty beyond a reasonable doubt.

20          Is that something you think you can do?

21          PROSPECTIVE JUROR:  Yes, I think so.

22          The only reason why I answered it like that is because

23   answering Question 11, I, myself, have not been accused of any

24   crime but I do have a family member that was over 25 years ago.

25   He was sentenced to two years.

1          THE COURT:  Okay.  So, the family member what was he

2   accused of doing?

3          PROSPECTIVE JUROR:  It was a drug charge.

4          THE COURT:  Okay.  Do you recall the type of drug?

5          PROSPECTIVE JUROR:  Sorry, it was a long time ago.  I

6   don't remember.  I went through radiation because I had also

7   breast cancer three years ago, so it has affected my mind a

8   little bit.  I get foggy brain on and off because of the

9   radiation.

10          THE COURT:  All right.

11          PROSPECTIVE JUROR:  So I don't remember much.  But I

12   felt that that was important to mention on the questionnaire

13   for you.

14          THE COURT:  All right.  So let me try to stick with the

15   most recent things.

16          Okay.  So the effect of the radiation, do you think

17   that would affect your ability to serve in this trial?

18          PROSPECTIVE JUROR:  I don't think so.

19          THE COURT:  So, when you said that sometimes you get

20   the foggy brain, I mean, how does that manifest itself?

21          PROSPECTIVE JUROR:  I meant foggy brain because I can't

22   remember 20 years ago, you know, the exact details of that

23   case.

24          I'm sorry, if that's what you were asking before.

25          THE COURT:  Okay.  So, I guess listening to the

 1    evidence in this case and everything, that's something you

 2    think you would be able to do?

 3              PROSPECTIVE JUROR:  Yes.

 4              THE COURT:  When you say that -- when wrote you are not

 5    sure if you can be fair to criminals, just explain to me, what

 6    did you mean by that?

 7              PROSPECTIVE JUROR:  I guess I just -- well, first of

 8    all, not knowing what the case is about and, second of all, I

 9    guess being in the situation that I was, you know, with having

10    a spouse prosecuted 20 years ago.  Having some, like, iffy

11    emotional feelings.

12              THE COURT:  Okay.  So did you feel that -- I'm sorry,

13    was it your husband or ex-husband?

14              PROSPECTIVE JUROR:  Husband.

15              THE COURT:  Do you feel like your husband was treated

16    fairly or unfairly?

17              PROSPECTIVE JUROR:  I'm not sure.  I'm not sure.

18              THE COURT:  The reason I am asking these questions is

19    because, on one hand, I think when you talk about your

20    ex-husband, you are saying that -- I am sensing that you are

21    saying you might not be fair to the government but then your

22    statement seems that you might not be fair to the defense.

23              PROSPECTIVE JUROR:  That's why I said I'm not sure.

24              I guess I have to hear all the evidence.

25              THE COURT:  One of the things, and Mr. Do talked about

1    it before, like you haven't served as a juror -- you have never

2    served as a juror before?

3            PROSPECTIVE JUROR:  I have not, no.

4            THE COURT:  Some of these things that we think about, I

5    mean, sometimes we think about the criminal justice system kind

6    of in the abstract, but when you are actually in court to serve

7    on a jury, what you are being asked to do is significant, but

8    it's actually fairly simple, right, you listen to the evidence

9    and you decide who do you believe?  It's almost as simple as

10   that, and in deciding who you believe, that's important because

11   the jury decides what the facts are.

12           The jury decides what happened, and then the jury

13   decides what happened and they apply that to the law that I am

14   going to give you.

15           Is that something you think you can do?

16           PROSPECTIVE JUROR:  Yes.

17           THE COURT:  In doing that, can you be fair to the

18   government?

19           PROSPECTIVE JUROR:  Yes.

20           THE COURT:  And in doing that, do you think you can be

21   fair to the defendant?

22           PROSPECTIVE JUROR:  Yes.

23           THE COURT:  All right.  Thank you, ma'am.

24           Juror Number 12, Ms. Cardenas.  Good afternoon.  You

25   are an ad evaluator?

1          PROSPECTIVE JUROR:  Yes.

2          THE COURT:  What is that exactly?

3          PROSPECTIVE JUROR:  So, I rate ads online for a search

4     engine.

5          THE COURT:  That's an interesting job.

6          How long have you been doing that?

7          PROSPECTIVE JUROR:  About six years.

8          THE COURT:  Are you a full-time --

9          PROSPECTIVE JUROR:  No.

10          THE COURT:  Well, first, do you work for yourself or do

11    you work for a company?

12          PROSPECTIVE JUROR:  A company.

13          THE COURT:  How many employees does that company have?

14          PROSPECTIVE JUROR:  I'm not sure.

15          THE COURT:  What company is it that you work for?

16          PROSPECTIVE JUROR:  Rater Labs, R-A-T-E-R, Labs,

17    L-A-B-S.

18          THE COURT:  Are there a lot of people that do what you

19    do for Rater Labs?

20          PROSPECTIVE JUROR:  I think so, yeah.

21          THE COURT:  Have you talked to your supervisor about

22    being called for jury duty?

23          PROSPECTIVE JUROR:  No.

24          THE COURT:  So, I mean, are you able to serve if you

25    are selected?

1          PROSPECTIVE JUROR:  Probably, but I don't think that

2     they would be covering any payment.

3          THE COURT:  How many hours a week do you work?

4          PROSPECTIVE JUROR:  29.

5          THE COURT:  29.  So you are a part-time employee?

6          PROSPECTIVE JUROR:  Yes.

7          THE COURT:  Okay.  Do you have any -- well, let me

8     start with that.

9          What hours do you normally work or do you set your own

10    hours?

11         PROSPECTIVE JUROR:  It depends.  It depends on when

12    they have tasks available.

13         THE COURT:  When they have what available?

14         PROSPECTIVE JUROR:  Tasks available.

15         THE COURT:  So how does that work?  They contact you

16    and say, "We want you" --

17         PROSPECTIVE JUROR:  No, so I would log on and if there

18    is work available, I would be able to work for however long it

19    lasts.  It's been fluctuating, so I don't really have a set

20    schedule.

21         THE COURT:  So, is this work that you could do after

22    5:30?

23         PROSPECTIVE JUROR:  If there are tasks, yeah.

24         THE COURT:  What time of day do you normally work?

25         PROSPECTIVE JUROR:  Normally, maybe around 11, I will

1   start and it depends on how much they have available.

2          THE COURT:  How many days a week do you normally do it?

3          PROSPECTIVE JUROR:  Five.

4          THE COURT:  Okay.  Is there a conflict with our regular

5   time for the trial for you to do your work, or is it something

6   that you can, I guess, fit within your schedule?

7          PROSPECTIVE JUROR:  I wouldn't really be able to say

8   because I can't really say when they would have tasks

9   available.

10         THE COURT:  And if you were not able to do those tasks

11  for Rater, would that be a financial hardship for you?

12         PROSPECTIVE JUROR:  Yes.

13         THE COURT:  Do you work in any other capacity, for any

14  other company?

15         PROSPECTIVE JUROR:  No, I don't.

16         THE COURT:  Like many jurors, you write that you are

17  somewhat nervous.

18         We get that, especially the speaking in public.

19         Jury selection is really the only time that jurors have

20  to talk to us.  Otherwise, other than deliberation when the

21  jurors have to talk to one another, that's really the only time

22  that jurors are required to talk.

23         Is that something you think you would be able to do?

24         PROSPECTIVE JUROR:  Probably, yes.

25         THE COURT:  Okay.  Is there any reason why you could

1    not be fair to the government or to the defense?

2          PROSPECTIVE JUROR:  I don't think so.

3          THE COURT:  Okay.  Thank you, ma'am.

4          Number 13, Ms. Young, we got a chance to speak earlier.

5          So, how long have you been a paralegal?

6          PROSPECTIVE JUROR:  Fifteen-plus years as a Florida Bar

7    registered paralegal, 15-plus.

8          THE COURT:  Have you ever worked on criminal cases?

9          PROSPECTIVE JUROR:  I have.

10         THE COURT:  In what capacity?

11         PROSPECTIVE JUROR:  Murder and DUI criminal, traffic

12   criminal.

13         THE COURT:  Were you working for an attorney or for

14   a --

15         PROSPECTIVE JUROR:  For an attorney, private attorney.

16         THE COURT:  Who was that private attorney?

17         PROSPECTIVE JUROR:  Neil Odessky.

18         THE COURT:  Was that primarily in state court?

19         PROSPECTIVE JUROR:  Yes, but that was like 2005 or

20   something.  But yes, that was state.  That was so long ago.

21         THE COURT:  So the principles that I talked about

22   earlier, that a defendant is innocent until proven guilty, that

23   the government has the burden of proof -- to prove the

24   defendant guilty beyond a reasonable doubt, and the defendant

25   has a right to remain silent, you are familiar with those

1   principles?

2           PROSPECTIVE JUROR:  Very familiar.

3           THE COURT:  You indicate that you or a family member

4   was the victim of a crime.

5           Is that correct?

6           PROSPECTIVE JUROR:  Yes.

7           THE COURT:  Was it you or someone else?

8           PROSPECTIVE JUROR:  Well, mine was burglary, but it was

9   stemming from a contentious divorce that I was going through

10  but I have family members that have gone through identity

11  theft, you know, ID theft.

12          THE COURT:  Any of those things that would affect your

13  ability to be a fair and impartial juror?

14          PROSPECTIVE JUROR:  No, because my dream is being a

15  criminal lawyer, so no.

16          THE COURT:  You want to be a criminal lawyer?

17          PROSPECTIVE JUROR:  Criminal and family is my area of

18  expertise, yes.

19          THE COURT:  So, do -- would you hope to work on the

20  prosecution side or on the defense side?  Have you given some

21  thought about that?

22          PROSPECTIVE JUROR:  I am still on the fence because I

23  kind of like the excitement of being on the prosecutor -- I

24  worked for the State Attorney's Office, too, at one point.  So

25  I know what it's like to work on that side so I kind of like

1    that area, but I am not sure yet.

2          THE COURT:  We talked before about -- you worked for a

3    solo practitioner and she is going to be out of the country for

4    the next week?

5          PROSPECTIVE JUROR:  A week and a half.

6          THE COURT:  And she has got attorneys covering for her

7    but I want to follow up with that part, you would be the only

8    person in the office?

9          PROSPECTIVE JUROR:  There is no office staff.  I'm the

10   office, everything.

11         THE COURT:  So, if clients call, if you are serving

12   there would be no one to answer the phones.  Is that what you

13   are saying?

14         PROSPECTIVE JUROR:  That is correct.

15         Nobody will be there to attend to any emergencies or

16   the Judge's office or anything.  It's me.

17         THE COURT:  Okay.  Thank you, ma'am.

18         Juror Number 14, Daylin, is it Breijo?

19         PROSPECTIVE JUROR:  Breijo.

20         THE COURT:  Thank you.

21         You are a case manager with a health insurance company?

22         PROSPECTIVE JUROR:  Yes.

23         THE COURT:  Which health insurance company?

24         PROSPECTIVE JUROR:  Aetna.

25         THE COURT:  Are you a full-time employee?

1            PROSPECTIVE JUROR:  Yes, ma'am.

2            THE COURT:  Any issue with being paid if you were

3    selected?

4            PROSPECTIVE JUROR:  I don't think so.

5            THE COURT:  In response to Question 14, you mentioned

6    one medical issue.  Is that going to be any issue if you were

7    selected to serve?

8            PROSPECTIVE JUROR:  Maybe, I'm not sure.

9            THE COURT:  Okay.  I mean, is that something that's

10   under control with --

11           PROSPECTIVE JUROR:  No.  That's why I mention it.

12           THE COURT:  Okay.  Sometimes we get jurors with a

13   variety of medical issues and we do whatever we can to

14   accommodate that, whether it be breaks or if the juror needs to

15   stand as opposed to sit, time to take medication or to do an

16   examination.

17           I mean, is there something that if you are selected we

18   would need to be mindful of to make sure that everything is

19   okay for you?

20           PROSPECTIVE JUROR:  All right.

21           THE COURT:  I mean, is there anything that we would

22   need to do?

23           PROSPECTIVE JUROR:  No, as long as I take my medicine,

24   I'm fine.

25           THE COURT:  Okay.  Is there any reason why you could

1   not be fair to the government or the defendant?

2           PROSPECTIVE JUROR:  No.

3           THE COURT:  Okay.  Thank you, ma'am.

4           Juror Number 16, Mr. Carrera.  You told me before about

5   your classes.  You are a student at Miami-Dade's Kendall

6   campus.

7           When do you start school?

8           PROSPECTIVE JUROR:  August 21st.

9           THE COURT:  Both of your classes are online or only one

10  of them is online?

11          PROSPECTIVE JUROR:  Both of them are online.

12          THE COURT:  I can't recall, did you know your schedule?

13          PROSPECTIVE JUROR:  No, I think it's any time, though.

14  The problem is I don't know how much assignments I will be

15  assigned in the week or whatever.

16          THE COURT:  I mean, I will say, you know, just like

17  employers, universities are very accommodating of students that

18  have jury duty.

19          Have you spoken to either of your soon-to-be professors

20  about the fact that you might be called as a juror?

21          PROSPECTIVE JUROR:  No, I haven't.  I haven't contacted

22  them.

23          THE COURT:  Okay.  I will say, if you are selected, we

24  will make sure that they do whatever they can to accommodate

25  you.

1          That's something that the schools are used to doing.

2          PROSPECTIVE JUROR:  Oh, okay.

3          THE COURT:  Is there any reason why you cannot be fair

4    to either the government or the defense?

5          PROSPECTIVE JUROR:  No.

6          THE COURT:  Okay.  Thank you, sir.

7          We will move to Juror Number 17.

8          Is it Ms. Rojkes?

9          PROSPECTIVE JUROR:  Yes.

10          THE COURT:  Hi.

11          PROSPECTIVE JUROR:  Hi.  I do have to amend Number 10.

12          THE COURT:  You or an immediate family member has been

13    the victim of a crime?

14          PROSPECTIVE JUROR:  Yeah, me.

15          THE COURT:  What type of crime?

16          PROSPECTIVE JUROR:  It was a robbery at gunpoint.

17          THE COURT:  A robbery.

18          PROSPECTIVE JUROR:  At gunpoint.

19          THE COURT:  How long ago did that happen?

20          PROSPECTIVE JUROR:  Ten years, something like that.

21          THE COURT:  Where did that occur?

22          PROSPECTIVE JUROR:  I was working at a used car

23    dealership and I was by myself.  It was the -- the owner was my

24    brother.  He went out for, I don't know, to buy something.  I

25    don't even remember, and somebody came in.  It was like late.

1    It was winter, between six, seven, already dark.  It was a

2    warehouse and a young guy came in with a gun and just asked me

3    to give him everything, to go under the desk and just grabbed

4    whatever he could and ran off.

5             THE COURT:  Did you call the police?

6             PROSPECTIVE JUROR:  Yes.

7             THE COURT:  Was anyone caught?

8             PROSPECTIVE JUROR:  No.  They called me to see pictures

9    after a few days but, no, they couldn't find him.

10            THE COURT:  You no longer work at that dealership.

11   Right?

12            PROSPECTIVE JUROR:  No, I mean, it's my brother's.  I

13   mean, I stopped working for a while because I was, you know, a

14   bit scared but then, I mean, I went back.

15            He moved and, you know, things changed a little bit.

16   Then I started working where I am right now.  So...

17            THE COURT:  Okay.  Is there anything about that

18   experience that would affect your ability to be a fair juror in

19   this case?

20            PROSPECTIVE JUROR:  No, I don't think so.

21            THE COURT:  You indicate that you are divorced.

22            What did your ex-spouse do for a living?

23            PROSPECTIVE JUROR:  He worked for a waste management

24   company.

25            THE COURT:  Okay.  So, we talked earlier about your

1    employer.  Have you, over lunch or anything, had a chance to

2    follow up with --

3          PROSPECTIVE JUROR:  No, no, I didn't talk to them yet

4    because until I know for sure, I don't think -- I mean, I just

5    went back to the e-mail to confirm that's what he told me, but

6    that was about it.

7          I mean, I want to talk to them if I get selected.  If

8    not, there is --

9          THE COURT:  Well, the only problem is we kind of need

10   to know before we select you if there is going to a problem.

11   And I am not saying you are going to be selected, I mean as a

12   candidate, we need to know because, just from what you have

13   told me and what I just understand, I mean, it's a big company.

14   They would be required to pay you, as long as you are a

15   full-time employee.

16         PROSPECTIVE JUROR:  Well, I went with what you said, if

17   it's the law, I mean, I don't think they can say no but --

18         THE COURT:  Right.

19         Yeah.

20         PROSPECTIVE JUROR:  But they work pretty much under the

21   law.  So I don't know if they don't know it or --

22         THE COURT:  That's usually the case.  They just don't

23   know and then we have to --

24         PROSPECTIVE JUROR:  I mean, I don't know if it defers

25   from state to state because it's a company that has several

1   dealerships on the country.  The human resources manager is in

2   Georgia, so I don't know if that changes over there and he is

3   not aware.

4           THE COURT:  It could be all that.  Usually when a

5   federal Judge notifies them of the law, then it seems to help.

6           PROSPECTIVE JUROR:  I trusted that.

7           THE COURT:  But, otherwise, are you able to serve as a

8   fair and impartial if we ask you to do so?

9           PROSPECTIVE JUROR:  Yeah.  Yeah.

10          THE COURT:  All right.  Thank you, ma'am.

11          Juror Number 18, Lance Kaplan.

12          Good afternoon.

13          PROSPECTIVE JUROR:  Good afternoon.

14          THE COURT:  You are a finance executive?

15          PROSPECTIVE JUROR:  Yes.

16          THE COURT:  For what company?

17          PROSPECTIVE JUROR:  Right now I am unemployed working

18   for myself, but I have worked for 30 years straight so I am

19   taking a little bit of a well-earned sabbatical.

20          THE COURT:  Any issue with serving if you are selected?

21          PROSPECTIVE JUROR:  No.

22          THE COURT:  Any reason why you could not be fair with

23   the Government and the defense if selected?

24          PROSPECTIVE JUROR:  No.

25          THE COURT:  The medical issue that you mentioned in

1    response to Question 14, would that in any way affect your

2    ability to serve?

3          PROSPECTIVE JUROR:  No, I wear glasses when I drive.

4    If there were exhibits, it might be hard for me to see from

5    afar.  That's it.

6          THE COURT:  So the good thing about the technology,

7    there are computer screens in the jury box.

8          PROSPECTIVE JUROR:  Perfect.

9          THE COURT:  The exhibits are usually shown either on

10   the computer or the ELMO and they are right up close.

11         PROSPECTIVE JUROR:  Great.

12         THE COURT:  And otherwise, to the extent you can't see

13   something, you just let us know and we will make sure you see

14   it, if you are selected.

15         PROSPECTIVE JUROR:  Okay.

16         THE COURT:  Although, I will say, witnesses testify

17   from the witness box here, depending on where a juror sits in

18   the box.

19         So to the extent that you need to bring your glasses,

20   you should do that.

21         Thank you, sir.

22         Juror Number 19, Sandelman Galsky.  Good afternoon.

23         PROSPECTIVE JUROR:  Good afternoon.

24         THE COURT:  You are a business manager and owner?

25         PROSPECTIVE JUROR:  Yes.

1          THE COURT:  What business do you own?

2          PROSPECTIVE JUROR:  Real estate investment company.

3          THE COURT:  If you were selected to serve at trial,

4    would this be any kind of hardship for you?

5          PROSPECTIVE JUROR:  No.  As I mentioned, English is not

6    my first language.  I do understand most of what has been

7    discussed in the courtroom, but I don't know if I am going to

8    understand all the legal terms in the trial.

9          THE COURT:  So we live in a community in South Florida

10   where probably the majority of people, English is not their

11   first language, so that's an issue we deal with all the time.

12         But for anyone, we don't expect that non-lawyers would

13   understand legal terms.  So, when we provide the instructions

14   on the law, we try to give them in simple terms that an average

15   person would understand.

16         If we do that, do you think that would be helpful?

17         PROSPECTIVE JUROR:  Yeah, I think so.

18         THE COURT:  Okay.  Is there any reason why you could

19   not be fair to the government in this case?

20         PROSPECTIVE JUROR:  So, it's not that I want to amend

21   any of the answers, it's the way that the question was asked.

22         I was involved in a company, a company that invest in

23   real estate that a few years ago was investigated by the

24   government for, not money laundering, but like we -- we raised

25   money from private investors and apparently one of the

1   investors sent money using the black-market peso from Mexico,

2   and the company was investigated by the DEA and it was a case

3   with the Southern District of New York.

4          No one was accused.  The case was settled.  We never

5   went to trial.

6          I believe that the government abused a little bit of

7   their position of power at that time, but I still feel that I

8   can be impartial in this case.

9          THE COURT:  Okay.  So you said that that was an

10  investigation from the Southern District of New York?

11         PROSPECTIVE JUROR:  Yes.

12         THE COURT:  To your knowledge, was the prosecutors in

13  South Florida involved at all in that investigation?

14         PROSPECTIVE JUROR:  No, not that I am aware of.

15         THE COURT:  Okay.  What's the name of the company

16  that --

17         PROSPECTIVE JUROR:  Sefira Capital.

18         THE COURT:  How do you spell that?

19         PROSPECTIVE JUROR:  S-E-F-I-R-A, Capital.

20         THE COURT:  And to your knowledge, is that

21  investigation over?

22         PROSPECTIVE JUROR:  Yeah, it's over.

23         THE COURT:  And you said that was resolved with a civil

24  penalty?

25         PROSPECTIVE JUROR:  Yeah, a settlement.

          1              THE COURT:  A settlement.  Okay.

          2              Was it a criminal settlement or civil settlement?

          3              PROSPECTIVE JUROR:  Civil.

          4              THE COURT:  Okay.  Is there anything about that

          5      experience that would affect your ability to be fair to the

          6      government in this case?

          7              PROSPECTIVE JUROR:  No, as I said, I don't think so.

          8      As I said, I think they didn't act the right way with the

          9      company but I don't think it's going to affect my decision.

         10              THE COURT:  Okay.  Is there any reason why you could

         11      not be fair and impartial towards the defendant in this case?

         12              PROSPECTIVE JUROR:  No.

         13              THE COURT:  Okay.  Thank you, sir.

         14              PROSPECTIVE JUROR:  Thank you.

         15              THE COURT:  Juror Number 20, Ms. Gonzalez.

         16              PROSPECTIVE JUROR:  Hello.

         17              THE COURT:  Hello again.

         18              You are an x-ray technologist?

         19              PROSPECTIVE JUROR:  Yes.

         20              THE COURT:  I know we discussed earlier, you are a

         21      full-time employee?

         22              PROSPECTIVE JUROR:  Yes.

         23              THE COURT:  For which facility?

         24              PROSPECTIVE JUROR:  For Baptist Health Systems.

         25              THE COURT:  During the break, did you have any

1    follow-up discussions with your employer?

2         PROSPECTIVE JUROR:  No, I mean, I know they are going

3    to pay me.  I just need to clarify with them that it shouldn't

4    be taken out from my PTO hours.

5         THE COURT:  It should not at all.  I will help clarify

6    that for you, if necessary.

7         You were called for jury duty but you never served.

8         Is that correct?

9         PROSPECTIVE JUROR:  Yes, 2011 actually, on 9/11, I was

10   at the one by Jackson Memorial and that's when 9/11 happened,

11   so I didn't even get to --

12        THE COURT:  Okay.  So, in response to Question 15, you

13   wrote, "Not sure, fair is one thing, being right is another."

14        I didn't quite understand what you meant.

15        PROSPECTIVE JUROR:  Well, probably neither did I

16   myself.

17        I think just listening to everybody else and the

18   question, I think I overanalyzed the question like I do a lot

19   of times.

20        I don't think I will have an issue but, then again,

21   I've never been in a position like this.  So, nothing that

22   triggers for me, nothing that happened.

23        THE COURT:  Okay.

24        That's why I try to take the time to explain really

25   what jury service is.

1          It really isn't that complicated.  The people selected

2     sit in the jury box, they listen to the evidence presented from

3     the witness stand or if there is physical evidence they look at

4     it and the jury decides who they believe, what the facts are,

5     you know, in the case and then at the end of the trial I will

6     read you the instructions on the law and you apply the facts as

7     you believe them to be to the law and that's how you reach a

8     verdict.

9          Is that something you think you can do?

10         PROSPECTIVE JUROR:  I guess.

11         THE COURT:  Okay.  Is there any hesitation regarding

12    that?

13         PROSPECTIVE JUROR:  Again, I've never been in this

14    situation.  I have never gone through this and it is a big

15    responsibility for each one of us so...

16         THE COURT:  Again, you know, it's not something that

17    should be taken lightly.  Right?

18         It's important for everyone here that we have jurors to

19    take the time that consider all the evidence and, of course,

20    the jury, they talk, you know, and I will give further

21    instructions about it later but it's -- to some degree, it's a

22    collaborative process for the jury once you are charged to

23    begin or told you can begin discussing the case.

24         Until then, you can't discuss the case but is there any

25    reason why you could not be fair to either the government or

 1   the defendant?

 2          PROSPECTIVE JUROR:  No.

 3          THE COURT:  Thank you, ma'am.

 4          PROSPECTIVE JUROR:  Thank you.

 5          THE COURT:  Juror Number 21, Clara Sanchez.

 6          Good afternoon.

 7          PROSPECTIVE JUROR:  Good afternoon.

 8          THE COURT:  You are a senior IT auditor.

 9          PROSPECTIVE JUROR:  Yes, I am.

10          THE COURT:  What do you do in that capacity?

11          PROSPECTIVE JUROR:  I look at controls for IT, rules,

12   regulations, and I report findings and recommendations based on

13   my analysis.

14          THE COURT:  For what company do you work?

15          PROSPECTIVE JUROR:  For City National Bank.

16          THE COURT:  Are you a full-time employee?

17          PROSPECTIVE JUROR:  Yes, I am.

18          THE COURT:  Any issue with being paid if you are

19   selected?

20          PROSPECTIVE JUROR:  No.

21          I want to amend my response to Number 11.  My cousin

22   30 years ago, her ex-husband went to jail.  He was a drug

23   dealer.  He was found guilty.

24          THE COURT:  Was that case in South Florida?

25          PROSPECTIVE JUROR:  Yes.

 1          THE COURT:  Do you recall if it was state or federal

 2    court?

 3          PROSPECTIVE JUROR:  No, I don't.  I don't remember.  It

 4    was more than 30 years ago.  It was probably 35 years ago.

 5          THE COURT:  Did you attend any court proceedings?

 6          PROSPECTIVE JUROR:  No.

 7          THE COURT:  Is there anything about your cousin's ex-

 8    husband that would affect your ability to be a fair and

 9    impartial juror in this case?

10          PROSPECTIVE JUROR:  No.

11          THE COURT:  Is there any reason why you could not be

12    fair to both sides?

13          PROSPECTIVE JUROR:  No.

14          THE COURT:  You served on a civil jury?

15          PROSPECTIVE JUROR:  I did.

16          THE COURT:  Was that in state court or federal court?

17          PROSPECTIVE JUROR:  I think it was federal.

18          THE COURT:  Do you recall if it was this building or

19    another building?

20          PROSPECTIVE JUROR:  No, it was the old building.

21          THE COURT:  Across the street?

22          PROSPECTIVE JUROR:  Yes.

23          THE COURT:  Anything about that experience that would

24    affect your ability to serve?

25          PROSPECTIVE JUROR:  No.

1          THE COURT:  Thank you, ma'am.

2          PROSPECTIVE JUROR:  Thank you.

3          THE COURT:  Junior Number 22, Lorraine Rodriguez.

4     Good afternoon.

5          PROSPECTIVE JUROR:  Good afternoon.

6          THE COURT:  Where do you work as a manager?

7          PROSPECTIVE JUROR:  JBT Aerotech.

8          THE COURT:  JBT Aerotech.  What do you do for that

9     company?

10         PROSPECTIVE JUROR:  I manage the baggage system for

11    West Palm Beach.

12         THE COURT:  So you work in West Palm?

13         PROSPECTIVE JUROR:  West Palm Beach Airport, yeah.

14         THE COURT:  Do you live in Dade County?

15         PROSPECTIVE JUROR:  Yes, I do.

16         THE COURT:  That's a big commute.

17         PROSPECTIVE JUROR:  I don't do that everyday but, yes,

18    it is.

19         THE COURT:  Are you a full-time employee?

20         PROSPECTIVE JUROR:  Yes, I am.

21         THE COURT:  Any issue with being paid if you are

22    selected?

23         PROSPECTIVE JUROR:  No.

24         THE COURT:  You write that your -- your spouse is a

25    manager, of what kind of company?

1          PROSPECTIVE JUROR:  Actually, he does the same thing I

2     do.  He manages the baggage system in Miami International

3     Airport.

4          THE COURT:  You also write that your father is a

5     retired officer with FHP?

6          PROSPECTIVE JUROR:  Yes.

7          THE COURT:  Anything about the fact that your father

8     was a law enforcement that would affect your ability to serve?

9          PROSPECTIVE JUROR:  No.

10         THE COURT:  Is there any reason why you cannot be fair

11    to both sides?

12         PROSPECTIVE JUROR:  No.

13         THE COURT:  Thank you, ma'am.

14         Juror Number 23, Hector Barrios.

15         I know we talked earlier about some scheduling things

16    but I think that we can accommodate those issues.

17         PROSPECTIVE JUROR:  It depends on when it starts, the

18    proceeding starts because my issues are from 8 a.m. to 10 a.m.

19         THE COURT:  Okay.  Was it an appointment?

20         PROSPECTIVE JUROR:  Well, I had two doctors'

21    appointments on Friday, and I had the car mechanic tomorrow.

22         THE COURT:  So, whatever happens on this Friday is not

23    an issue.

24         PROSPECTIVE JUROR:  Right.

25         THE COURT:  The car mechanic, do you think you can make

1    it here by 9:30 tomorrow or a little later?

2         PROSPECTIVE JUROR:  I don't know because I have to take

3    the bus and then the Metrorail so I don't know.  I am not going

4    to tell you yes because I don't know.

5         THE COURT:  So, can you give me an approximation, by

6    ten, do you think you could make it here.

7         PROSPECTIVE JUROR:  It depends.  Because I live way out

8    there, southwest Kendall.

9         So I have to take the Kendall bus to the Metrorail

10   station over there and have to come all the way to here.

11        Honestly, I haven't taken -- I have driven so many

12   years, I haven't taken it in like over ten years.

13        THE COURT:  So you are taking your car to a mechanic in

14   Kendall.

15        PROSPECTIVE JUROR:  That's right.

16        THE COURT:  And then you would have to take public

17   transportation to get here?

18        PROSPECTIVE JUROR:  Get the bus and then the Metrorail.

19        THE COURT:  Okay.  And you are dropping your car off at

20   what time?

21        PROSPECTIVE JUROR:  Eight a.m. when they open.

22        THE COURT:  Okay.  So.  By ten o'clock I think that's

23   probably -- we have staff that takes that Kendall Metrorail

24   here so that should be a reasonable amount of time.

25        You write that you or someone was the victim of a car

1    theft.

2           Is that correct?

3           PROSPECTIVE JUROR:  I was the victim but that was in

4    Puerto Rico.

5           I'm Puerto Rican and I lived many years in Puerto Rico.

6           THE COURT:  Was anyone caught?

7           PROSPECTIVE JUROR:  No, they stripped it.  They found

8    the car but it was stripped.  The wheels were gone.

9           THE COURT:  Anything about that experience that would

10   affect your ability to be fair in this case?

11          PROSPECTIVE JUROR:  No.

12          THE COURT:  In response to Question 12, you indicate

13   that you were selected as a juror but the case was resolved?

14          PROSPECTIVE JUROR:  Yes, that was in Miami-Dade, the

15   other one, the criminal one in Miami-Dade County.

16          THE COURT:  By Jackson Hospital?

17          PROSPECTIVE JUROR:  Yeah, that one.

18          THE COURT:  How long ago was that?

19          PROSPECTIVE JUROR:  Years.  Several years.

20          THE COURT:  Do you recall what kind of case it was?

21          PROSPECTIVE JUROR:  Shoplifting.  I think he had robbed

22   JC Penney or something.

23          THE COURT:  Is there any reason why you could not be

24   fair to the government or the defendant in this case?

25          PROSPECTIVE JUROR:  No.

```
 1            THE COURT:  All right.  Thank you, sir.

 2            Juror Number 24, Ms. Rodriguez.

 3            Good afternoon.

 4            PROSPECTIVE JUROR:  Good afternoon.

 5            THE COURT:  You work as a benefit integrity analyst?

 6            PROSPECTIVE JUROR:  Yes.

 7            THE COURT:  What is that exactly?

 8            PROSPECTIVE JUROR:  We do -- well, my specific job

 9   duty, I work with law enforcement agencies and do the research

10   for Request For Information regarding subjects and I provide to

11   them whatever analytics, investigative research to support

12   whatever they are investigating.

13            THE COURT:  Who do you work for?

14            PROSPECTIVE JUROR:  Safeguard Services, LLC.

15            THE COURT:  What's the name of the company?

16            PROSPECTIVE JUROR:  Safeguard Services, LLC.

17            THE COURT:  And so through your work you provide

18   certain analytics to law enforcement to help them in their

19   investigations?

20            PROSPECTIVE JUROR:  Yes.

21            THE COURT:  Those investigations are usually car thefts

22   and things like that?

23            PROSPECTIVE JUROR:  We are a government contractor for

24   the Centers For Medicaid and Medicare Services, so we work with

25   DOJ, FBI, local and state law enforcement.
```

1          THE COURT:  Okay.

2          Have you ever been called to testify in a trial?

3          PROSPECTIVE JUROR:  No, we have a professional witness

4  that does that.

5          THE COURT:  Okay.  Is there anything about the nature

6  of your work that might affect your ability to be a fair and

7  impartial juror in this case?

8          PROSPECTIVE JUROR:  No.

9          THE COURT:  You or a family member was once the victim

10  of a crime?

11         PROSPECTIVE JUROR:  Yes.  I was and so was my sister.

12  Basically, for me they broke into the car and they stole, like,

13  parts and my sister, they broke into her house.

14         THE COURT:  Okay.  Was anyone caught from either of

15  those incidents?

16         PROSPECTIVE JUROR:  No.

17         THE COURT:  Anything about those experiences that would

18  affect your ability to be a fair and impartial juror?

19         PROSPECTIVE JUROR:  No.

20         THE COURT:  Is there any reason why you cannot be fair

21  to both the government and the defendant?

22         PROSPECTIVE JUROR:  No.

23         THE COURT:  Yes, ma'am.

24         PROSPECTIVE JUROR:  I need to clarify Number 8.  I took

25  it as current employees.

1          My cousin is a retired sergeant in the police

2    department and my cousin's husband is a corrections, retired

3    corrections officer.

4          THE COURT:  Okay.

5          Your cousin retired from which department?

6          PROSPECTIVE JUROR:  Miami-Dade County.

7          THE COURT:  Did your cousin work in a particular

8    department?

9          PROSPECTIVE JUROR:  Kendall.  She was a sergeant.

10         THE COURT:  Okay.  Anything -- and your cousin's spouse

11   worked for corrections?

12         PROSPECTIVE JUROR:  Correct, Miami-Dade as well.

13         THE COURT:  Anything about your cousin and her

14   husband's work that would affect your ability to be fair?

15         PROSPECTIVE JUROR:  Not at all.

16         THE COURT:  Okay.  Thank you very much.

17         Juror Number 25, Raymond Suits.  Good afternoon again.

18         You told me for you school starts on the 17th and

19   you've got an appointment.

20         PROSPECTIVE JUROR:  This Thursday it starts for op

21   days, for Thursday and Friday, but that's not a problem.

22         Monday and Wednesday is mandatory meetings all day.

23         THE COURT:  Okay.

24         PROSPECTIVE JUROR:  And Tuesday it's supposed to be a

25   workshop day, professional development.

1          The students show up on the 17th.

2          THE COURT:  Okay.  I asked another juror about whether

3     or not at the beginning of the school year, whether or not

4     there would be any difficulty getting a substitute.

5          PROSPECTIVE JUROR:  There are difficulties all year.

6     We didn't have them at the end of the year this past year, so

7     they ended up piling the students up in the auditorium.  That's

8     not the big problem.

9          The big problem is I have meetings on Monday and

10    Wednesday, and my professional development day, which is

11    required.

12         THE COURT:  Okay.  In response to Question 11, is this

13    about you or someone else?

14         PROSPECTIVE JUROR:  What's that?

15         THE COURT:  Question 11, have you, any family member or

16    a close friend ever been accused of a crime?

17         PROSPECTIVE JUROR:  Accused of a crime?

18         THE COURT:  Yes.

19         PROSPECTIVE JUROR:  Yes, I was in New York about

20    20 years ago and adjudication was withheld.

21         THE COURT:  What were you accused of doing?

22         PROSPECTIVE JUROR:  Endangering the welfare of a minor.

23         THE COURT:  Is there anything about that experience

24    that would affect your ability to be a fair and impartial juror

25    in this case?

1          PROSPECTIVE JUROR:  No.

2          THE COURT:  The medical issues that you mention in

3    response to Question 14, would that in any way affect your

4    ability to serve?

5          PROSPECTIVE JUROR:  Sometimes.  I got, what is it, I've

6    got pills in my pocket now that are nitroglycerin because I

7    have atrial fibrillation, so I have an irregular heartbeat,

8    sometimes it revs up, sometimes it dies down.

9          I take medicine in the morning and the afternoon, so I

10   do those twice a day.

11         Right now it's pretty much under control, but I have to

12   go see my doctor on Thursday.

13         In the past, I had issues with blacking out when my

14   blood pressure went too high.

15         THE COURT:  All right.  Thank you, sir.

16         PROSPECTIVE JUROR:  Thank you.

17         THE COURT:  Juror Number 27, Ms. Gonzalez Ramos.

18         PROSPECTIVE JUROR:  Hello.

19         THE COURT:  Good afternoon.

20         PROSPECTIVE JUROR:  Good afternoon.

21         THE COURT:  Where do you work doing behavior therapy?

22         PROSPECTIVE JUROR:  Yes, behavior analysis.

23         THE COURT:  What company do you work for?

24         PROSPECTIVE JUROR:  Behavioral Family Solution.

25         THE COURT:  Are you a full-time employee of that

1   company?

2          PROSPECTIVE JUROR:  Uh-huh.

3          THE COURT:  I'm sorry, you have to answer yes or no.

4          PROSPECTIVE JUROR:  Yes, sorry.

5          THE COURT:  Any issue being paid if you are selected?

6          PROSPECTIVE JUROR:  Hopefully no.  I just asked them

7   but they haven't answered me back.

8          THE COURT:  How big a company is this company?

9          PROSPECTIVE JUROR:  It's big, yes, around Florida.

10          THE COURT:  To the extent you that you need any

11   assistance with that --

12          PROSPECTIVE JUROR:  I believe so.

13          THE COURT:  -- we will assist you with that.

14          PROSPECTIVE JUROR:  Thank you.

15          THE COURT:  Is there any reason why you cannot be fair

16   either to the government or the defense in this case?

17          PROSPECTIVE JUROR:  No.

18          THE COURT:  All right.  Thank you, ma'am.

19          PROSPECTIVE JUROR:  Thank you.

20          THE COURT:  All right.  Juror Number 28, Ms. Barrameda?

21          PROSPECTIVE JUROR:  Yes.

22          THE COURT:  Good afternoon.

23          Where do you work as a Registered Nurse?

24          PROSPECTIVE JUROR:  Jackson Memorial Hospital.

25          THE COURT:  Are you a full-time employee?

1          PROSPECTIVE JUROR:  Yes, full-time.

2          THE COURT:  Any issue with being paid if you are

3    selected?

4          PROSPECTIVE JUROR:  No.

5          THE COURT:  You have, I guess, a friend or family

6    member that's a lawyer?

7          PROSPECTIVE JUROR:  Yes.

8          THE COURT:  Well, first, who is that person?

9          PROSPECTIVE JUROR:  My partner's brother.

10         THE COURT:  What is his name?

11         PROSPECTIVE JUROR:  Raymond Dieppa.

12         THE COURT:  Does he do criminal or civil work?

13         PROSPECTIVE JUROR:  I believe civil.

14         THE COURT:  Is there any reason you cannot be fair to

15   both sides in this case?

16         PROSPECTIVE JUROR:  No.

17         THE COURT:  All right.  Thank you?

18         PROSPECTIVE JUROR:  Thank you.

19         THE COURT:  Juror Number 31, Evan Peters.

20         PROSPECTIVE JUROR:  Good afternoon.

21         THE COURT:  Good afternoon.  You are a student and you

22   do freelance work.

23         Is that right?

24         PROSPECTIVE JUROR:  Yes, that's correct.

25         THE COURT:  Let's start with the student part.

1          PROSPECTIVE JUROR:  I graduated FIU in 2018, so that

2    was kind of muscle memory, I just kind of wrote that.

3          THE COURT:  So you are not in school anymore?

4          PROSPECTIVE JUROR:  I am not currently enrolled, no.

5          THE COURT:  What did you study?

6          PROSPECTIVE JUROR:  Digital media.

7          THE COURT:  What kind of work do you do now?

8          PROSPECTIVE JUROR:  I do freelance work for any sort of

9    digital media production.  All sort of things from crafty to PA

10   work.

11         THE COURT:  So in that capacity, are you working for

12   yourself doing contracting?

13         PROSPECTIVE JUROR:  Self-employed, yes.

14         THE COURT:  Would serving on this jury, would that pose

15   any kind of financial hardship for you?

16         PROSPECTIVE JUROR:  No.

17         THE COURT:  Are you able to serve if you are selected?

18         PROSPECTIVE JUROR:  Yes.  I would like to amend Number

19   10 and 11.

20         For Number 10, I was a victim of a banking theft, which

21   was a very simple case.  I just disputed the charges.

22         THE COURT:  Meaning someone --

23         PROSPECTIVE JUROR:  My checking account.

24         THE COURT:  Was anyone arrested?

25         PROSPECTIVE JUROR:  No.

1          THE COURT:  Okay.

2          PROSPECTIVE JUROR:  Then, for Number 11, this is very

3    long ago, like 20 years ago, but I do believe my mother was

4    arrested.  I am not sure for what.

5          THE COURT:  Okay.  Anything about her experience that

6    would affect your ability to be a fair juror?

7          PROSPECTIVE JUROR:  No, I don't hold any resentment.

8          THE COURT:  All right.  Well, when you say you don't

9    hold any resentment, were you involved?

10          PROSPECTIVE JUROR:  No, I must have been like ten years

11    old.  I believe my family just like kept the details from me

12    because they didn't want me knowing.

13          THE COURT:  Your response to Question 14, would that in

14    any way affect your ability to serve?

15          PROSPECTIVE JUROR:  No, that was a general anxiety that

16    I mentioned, like public speaking like right now.

17          THE COURT:  Again, this is the only time in jury

18    selection that you will have to talk, other than with other

19    jurors.

20          Any other reason why you cannot be fair to either the

21    government or the defense?

22          PROSPECTIVE JUROR:  I don't believe so.

23          THE COURT:  All right.  Thank you.

24          Juror Number 32, Rose Marie Staropoli.

25          Good afternoon.

1             PROSPECTIVE JUROR:  Good afternoon.

2             THE COURT:  You are a flight attendant.

3             PROSPECTIVE JUROR:  Yes.

4             THE COURT:  Do you do that full-time?

5             PROSPECTIVE JUROR:  Yes.

6             THE COURT:  Is there any issue with serving if you are

7   selected?

8             PROSPECTIVE JUROR:  The pay will not be my full pay,

9   but no.

10            THE COURT:  Which airline do you work for?

11            PROSPECTIVE JUROR:  American.

12            THE COURT:  You will get your full pay.

13            PROSPECTIVE JUROR:  No, they pay you vacation.  They

14   don't pay you working lost pay.

15            THE COURT:  The law requires American Airlines to pay

16   you your full salary.

17            I will bring in someone from American if they don't pay

18   you.  So, whoever is over your human resources department, you

19   should tell them that the Judge says that the law requires you

20   to pay me my full-time salary, that you not take it from my

21   vacation pay, and if they disagree, then you let me know.

22            PROSPECTIVE JUROR0:  They don't take your vacation pay.

23   They just pay you a lesser rate.

24            THE COURT:  They are not allowed to do that under the

25   law.

 1           If they try to do that, then what I told you before,

 2    you tell me or you tell Mr. Rodriguez or Mr. Ahmad, then we

 3    will contact American Airlines and that will be taken care of.

 4           PROSPECTIVE JUROR:  All right.

 5           THE COURT:  Now, in response to -- well, in response to

 6    Question 15, you wrote, the question is, "Is there any reason

 7    why you cannot be fair to both parties?"

 8           You wrote, "Depends on the case but no."

 9           Is there any reason to believe that you cannot be fair

10    to both sides in this case?

11           PROSPECTIVE JUROR:  No, what I mean by depends on the

12    case is depends on the evidence.

13           THE COURT:  Okay.  Right.

14           Well, that's what we want the jury to do, listen to all

15    the evidence before making a decision.

16           Is that something that you think you can do?

17           PROSPECTIVE JUROR:  Yes.

18           THE COURT:  You served on a jury before, as you write,

19    many years ago.

20           Is there anything about that experience that would

21    affect your ability to serve?

22           PROSPECTIVE JUROR:  No, it was a good experience.

23           THE COURT:  So, is there any reason why you cannot

24    serve as a fair and impartial juror in this case?

25           PROSPECTIVE JUROR:  No.

1          THE COURT:  Thank you, ma'am.

2          PROSPECTIVE JUROR:  There is something that I would

3   like to amend and it is Number 14, I do have a medical

4   condition that I don't care to explain in public but it would

5   not preclude me from being a juror so it doesn't affect my jury

6   service.  I just would like to explain it.

7          THE COURT:  So to the extent that you need any

8   accommodation from us, if you are selected, then let us know

9   and then we will make that accommodation.

10          PROSPECTIVE JUROR:  Perfect.  Thank you.

11          THE COURT:  Thank you.

12          Juror Number 33, Mr. -- is it Feijoo?

13          PROSPECTIVE JUROR:  Yes.

14          THE COURT:  We talked before about your school

15   schedule.  We told me before you work as a senior clerk in the

16   Florida Health Department.

17          What do you do as a clerk?

18          PROSPECTIVE JUROR:  I just register clients in.  I put

19   in their information, address, emergency contacts, all that

20   stuff into the system.

21          THE COURT:  All right.  Is there any reason why you

22   could not be fair to either the government or the defense?

23          PROSPECTIVE JUROR:  No.

24          THE COURT:  All right.  Thank you.

25          Juror Number 34, Diana Nelson.

1           PROSPECTIVE JUROR:  Good afternoon, Your Honor.

2           THE COURT:  Good afternoon.

3           You do marketing for a home health company?

4           PROSPECTIVE JUROR:  Yes.

5           THE COURT:  What company is that?

6           PROSPECTIVE JUROR:  Parx Home Health Care.

7           THE COURT:  I'm sorry, what's the name?

8           PROSPECTIVE JUROR:  Parx, with an X.

9           THE COURT:  Are you a full-time employee?

10          PROSPECTIVE JUROR:  Yes, sir, I am.

11          THE COURT:  Is there any issue with being paid if you

12  are selected?

13          PROSPECTIVE JUROR:  I don't believe so, sir.

14          THE COURT:  Your answer to Question 10, is that

15  something that should be in Question 11?

16          PROSPECTIVE JUROR:  It was possible that I was going to

17  ask for an amendment but he was wrongly accused so it kind of

18  was against him also.

19          THE COURT:  So, what was he accused of?

20          PROSPECTIVE JUROR:  So, a terrible aunt of mine accused

21  him of touching inappropriately her granddaughter.

22          THE COURT:  And how long ago did that occur?

23          PROSPECTIVE JUROR:  Oh, over 30 years ago.

24          THE COURT:  And that case was dismissed?

25          PROSPECTIVE JUROR:  Yes, sir.

1          THE COURT:  That case, I am assuming, was investigated

2    by law enforcement?

3          PROSPECTIVE JUROR:  Yes, for a long, long time.  When

4    they finally brought the charges, it was just ridiculous.

5          THE COURT:  Was that by a local police department?

6          PROSPECTIVE JUROR:  Yes, sir.

7          THE COURT:  By which one?

8          PROSPECTIVE JUROR:  The South Miami Police Department.

9          THE COURT:  And so did you have to attend any court

10   proceedings?

11         PROSPECTIVE JUROR:  My father did, yes.

12         THE COURT:  Did you attend any of those court

13   proceedings?

14         PROSPECTIVE JUROR:  No, sir, I actually went to the

15   first one where all my girl cousins came with us and spoke to

16   the Judge and explained how they had lived with us during their

17   youth and nothing had ever occurred.  They all stood up for

18   him.

19         THE COURT:  Is there anything about your father's

20   experience that would affect your ability to be a fair and

21   impartial juror in this case?

22         PROSPECTIVE JUROR:  Absolutely not.

23         THE COURT:  Is there any reason why you could not be

24   fair to both sides in this case?

25         PROSPECTIVE JUROR:  No, sir.

1          THE COURT:  Thank you, ma'am.

2          Juror Number 36, Ms. Gilliam.

3          PROSPECTIVE JUROR:  Yes.

4          THE COURT:  Hi, how are you?

5          PROSPECTIVE JUROR:  Hi.

6          THE COURT:  What do you do for Miami-Dade County Public

7    Schools.

8          PROSPECTIVE JUROR:  Secretary-treasurer of an

9    elementary school.

10         THE COURT:  You are a full-time employee?

11         PROSPECTIVE JUROR:  Yes.

12         THE COURT:  Any issue with serving if you are selected?

13         PROSPECTIVE JUROR:  Not at all.

14         THE COURT:  The person that you write about in response

15   to Question 11, was that you or a close friend or a family

16   member?

17         PROSPECTIVE JUROR:  Family member.

18         THE COURT:  That person was accused of drug

19   trafficking?

20         PROSPECTIVE JUROR:  Yes.

21         THE COURT:  Was it state or federal court?

22         PROSPECTIVE JUROR:  I believe federal, I'm not sure.

23         THE COURT:  Did you attend any of the court

24   proceedings?

25         PROSPECTIVE JUROR:  No.

1      THE COURT:  Anything about that relative's situation

2  that would affect your ability to be a fair and impartial juror

3  in this case?

4      PROSPECTIVE JUROR:  No, not at all.

5      THE COURT:  Is there any reason why you cannot be fair

6  to both sides?

7      PROSPECTIVE JUROR:  No.

8      THE COURT:  All right.  Thank you, ma'am.

9      Juror Number 38, Stephanie Camargo-Merino.

10      PROSPECTIVE JUROR:  Hello, good afternoon.

11      THE COURT:  Good afternoon.

12      You are an after-sales coordinator?

13      PROSPECTIVE JUROR:  Yes.

14      THE COURT:  What is that, exactly?

15      PROSPECTIVE JUROR:  I am a repair specialist.  I work

16  for Chanel, and we specialize in servicing, it's basically like

17  the property management side for real estate.  We take care of

18  that after-sales experience for clients to keep business going.

19      THE COURT:  Are you a full-time employee?

20      PROSPECTIVE JUROR:  Yes.

21      THE COURT:  Any issue with being paid if you are

22  selected?

23      PROSPECTIVE JUROR:  No.

24      THE COURT:  Your best friend is a police officer in New

25  York at Penn station?

1          PROSPECTIVE JUROR:  Yes, she is a sergeant for the

2     PAPD.  I mean, I say that because I like to be truthful with my

3     answers, but that will not affect my ability to be fair to both

4     sides.

5          THE COURT:  Okay.  Is there any reason why you cannot

6     be fair to both sides?

7          PROSPECTIVE JUROR:  No.

8          THE COURT:  All right.  Thank you.

9          Juror Number 39, Pedro --

10         PROSPECTIVE JUROR:  -- Cosculluela.

11         THE COURT:  Thank you, sir.

12         PROSPECTIVE JUROR:  How are you doing?

13         THE COURT:  You do landscaping.

14         PROSPECTIVE JUROR:  Yes.

15         THE COURT:  Do you work for yourself or do you work for

16    someone else?

17         PROSPECTIVE JUROR:  For somebody else.

18         THE COURT:  And how big a business is that?

19         PROSPECTIVE JUROR:  Small.  We got about six or

20    seven people.

21         THE COURT:  Of course, that person is not required to

22    pay you if you are selected.

23         PROSPECTIVE JUROR:  I know.  I understand.

24         THE COURT:  Would that be a hardship for you if you

25    were selected for this trial?

1          PROSPECTIVE JUROR:  No, not really, no.

2          THE COURT:  Are you willing to serve if they select

3   you?

4          PROSPECTIVE JUROR:  Sure.

5          THE COURT:  Is there any reason why you could not be

6   fair to the government and the defense in this case?

7          PROSPECTIVE JUROR:  I can be fair.

8          THE COURT:  Thank you, sir.

9          Juror Number 40, Erica Marines.

10          PROSPECTIVE JUROR:  Good afternoon.

11          THE COURT:  Did I say it right?

12          PROSPECTIVE JUROR:  Yes.

13          THE COURT:  You are an airport ramp clerk?

14          PROSPECTIVE JUROR:  That's correct.

15          THE COURT:  What airport?

16          PROSPECTIVE JUROR:  Miami International for American

17   Airlines.

18          THE COURT:  What do you do as a ramp clerk?

19          PROSPECTIVE JUROR:  We have a variety of duties but

20   mainly is to just make sure that the aircraft arrives in time

21   and the outbound goes out on time, and that includes servicing

22   and baggage.

23          THE COURT:  Now, I know you do very different things,

24   but do you know Ms. Staropoli?

25          PROSPECTIVE JUROR:  No.

 1          THE COURT:  Okay.  Are you a full-time employee?

 2          PROSPECTIVE JUROR:  I'm part-time.

 3          THE COURT:  Now, as I have now said a few times,

 4   American is not required by law to pay a part-time employee.

 5   Some companies will do it as a gesture of goodwill.

 6          Do you know whether or not they are going to pay you?

 7          PROSPECTIVE JUROR:  I'm not sure.  I haven't discussed

 8   it with them because I do my own scheduling, so I was planning

 9   on just modifying my days.

10          It doesn't affect me at all.

11          THE COURT:  So you can modify your days?

12          PROSPECTIVE JUROR:  Yes.

13          THE COURT:  Is there any reason why you cannot sit as a

14   fair and impartial juror in this case?

15          PROSPECTIVE JUROR:  There isn't, but I would like to

16   amend 10 and 11, please.

17          THE COURT:  Okay.

18          PROSPECTIVE JUROR:  For Number 10, I don't remember

19   exactly when, but it was like 12 years ago, maybe more, I was a

20   victim of domestic violence.

21          THE COURT:  And was the person that -- was the other

22   person arrested?

23          PROSPECTIVE JUROR:  Yes.

24          THE COURT:  How was the case resolved?

25          PROSPECTIVE JUROR:  I know he did jail time, but I

1    don't know how long.

2        THE COURT:  Okay.  Did you have to attend court

3    proceedings?

4        PROSPECTIVE JUROR:  No.

5        THE COURT:  Is there anything about that incident that

6    would affect your ability to be a fair and impartial juror?

7        PROSPECTIVE JUROR:  Absolutely not.

8        THE COURT:  And is there anything else you wanted to

9    say regarding Question 10?

10       PROSPECTIVE JUROR:  No, that was all.

11       THE COURT:  And you said you wanted to amend your

12   answer for Question 11.

13       PROSPECTIVE JUROR:  Yes, earlier this year, my 17-year

14   old daughter was caught with her friends shoplifting at a store

15   and she got caught and arrested.

16       THE COURT:  How was that resolved?

17       PROSPECTIVE JUROR:  She is currently on a juvenile

18   program or something that lasts like four months and they told

19   me that after she is done, as long as she is following her

20   community service and her therapy, then they will, like, not

21   show it in her record or something, her arrest, and she is

22   almost done.

23       THE COURT:  Okay.  Anything about that that would

24   affect your ability to serve?

25       PROSPECTIVE JUROR:  No.

 1            THE COURT:  Okay.

 2            Juror Number 42, Patrick Metz.

 3            Good afternoon.

 4            PROSPECTIVE JUROR:  Good afternoon, sir.

 5            THE COURT:  You work as a manager.

 6            PROSPECTIVE JUROR:  Yes.

 7            THE COURT:  For what company?

 8            PROSPECTIVE JUROR:  I work as a manager for Floor and

 9   Decor.

10            THE COURT:  You are a full-time employee?

11            PROSPECTIVE JUROR:  Yes.

12            THE COURT:  Any issue with being paid if you are

13   selected?

14            PROSPECTIVE JUROR:  Yes, they only pay up to three days

15   and I know that because I was in a jury sometime this year in

16   civil.

17            THE COURT:  Okay.  Floor and Decor is a big company?

18            PROSPECTIVE JUROR:  Very big.

19            THE COURT:  I know you are a manager, but you are head

20   of --

21            PROSPECTIVE JUROR:  I am head of the installation

22   department.

23            THE COURT:  So, I am drawing a blank.  The people that

24   handle your scheduling and all that stuff, you are going to

25   have to have them contact my chambers and then I will have a

1    discussion with them about what their obligations are.

2            PROSPECTIVE JUROR:  Okay.

3            THE COURT:  Because they are required to pay you.

4            I mean, it's -- but other than that, I mean, as long as

5    you are paid, are you able to serve?

6            PROSPECTIVE JUROR:  Yes.

7            I have to amend my answer to Number 10.  So, like six

8    months ago my daughter was assaulted, battery, domestic

9    violence.

10           THE COURT:  Okay.

11           PROSPECTIVE JUROR:  There was an arrest.

12           It happened in front of my house and, therefore, the

13   person she is with now or was with, he can't see his son, so

14   his son and my daughter are at home.

15           I watch my grandson every night Sunday through Saturday

16   because she works Sunday through Saturday at Baptist Hospital.

17           THE COURT:  Is that case still ongoing or is that

18   resolved?

19           PROSPECTIVE JUROR:  That case is resolved and I want to

20   say he has visitation and he is counselor -- he has to go seek

21   help.

22           THE COURT:  Okay.  Now, was there anything else you

23   needed to add?

24           PROSPECTIVE JUROR:  No.

25           THE COURT:  You previously served on a jury, as you

1   just said a moment ago, and you write in your questionnaire.

2          That was a criminal case?

3          PROSPECTIVE JUROR:  Yes, it was civil, I want to say.

4   It was in the other court up north.

5          THE COURT:  Okay.  You write, "Robbery and attempted

6   burglary."

7          That would be a criminal case.

8          PROSPECTIVE JUROR:  Okay, sorry.

9          THE COURT:  Was that at the courthouse near Jackson

10  Hospital?

11         PROSPECTIVE JUROR:  Yes.

12         THE COURT:  And without discussing what the verdict

13  was, did the jury reach a verdict?

14         PROSPECTIVE JUROR:  On two counts, not on Count 3.

15         THE COURT:  Okay.  Is there anything about that

16  experience that would affect your ability to serve as a fair

17  and impartial juror on this case?

18         PROSPECTIVE JUROR:  Not at all.

19         THE COURT:  Is there any reason why you cannot be fair

20  to both sides?

21         PROSPECTIVE JUROR:  Not at all.

22         THE COURT:  I don't know why I was drawing a blank.

23         Your human resources department, whoever the head of

24  that is in your store, if you -- during a break, because we

25  will take a break, you should contact them to let them know

1    that they may have to come to court and have this discussion

2    with me.  I will give you a copy of the local ordinance in case

3    they are not aware of it, but they are required to pay your

4    salary.

5          All right.  Thank you.

6          Juror Number 45, Edison Berdugo.

7          PROSPECTIVE JUROR:  Good afternoon, sir.

8          THE COURT:  You are a retired -- what is CBP?

9          PROSPECTIVE JUROR:  Custom and Border Protection.

10         THE COURT:  How long did you do that?

11         PROSPECTIVE JUROR:  Twenty-four years.

12         THE COURT:  What was the nature of your work?

13         PROSPECTIVE JUROR:  Being more or less an inspector,

14   inspect cargo, passengers, at the port of entry.

15         THE COURT:  Okay.  Were you ever called to testify as a

16   witness in a trial?

17         PROSPECTIVE JUROR:  No, never.

18         THE COURT:  Is there anything about the nature of the

19   charges in this case that would affect your ability to serve as

20   a fair juror?

21         PROSPECTIVE JUROR:  No.

22         THE COURT:  You indicate that one of your children is a

23   K9 handler.

24         PROSPECTIVE JUROR:  Yes.

25         THE COURT:  For which department?

1        PROSPECTIVE JUROR:  Excuse me, it's for a regular

2    company.

3        THE COURT:  Okay.  Is that a K9 handler for

4    investigations or law enforcement?  In what capacity?

5        PROSPECTIVE JUROR:  He said a company that inspect

6    cargo at the airport.

7        THE COURT:  Is there any reason why you cannot be fair

8    to either the government or the defendant in this case?

9        PROSPECTIVE JUROR:  No.

10        THE COURT:  All right.  Thank you.

11        PROSPECTIVE JUROR:  Sir.

12        THE COURT:  Yes, sir.

13        PROSPECTIVE JUROR:  I'd like to amend Number 10 and

14    Number 11.

15        Number 10, my son was the victim of a credit card theft

16    and Number 11, my brother was accused of DUI.

17        THE COURT:  Okay.  Did you attend any court proceedings

18    for your brother?

19        PROSPECTIVE JUROR:  No, that was 24 years ago.

20        THE COURT:  Is there anything about your son being the

21    victim of credit card theft or your brother being charged with

22    a DUI that would affect your ability to be fair?

23        PROSPECTIVE JUROR:  No.

24        THE COURT:  All right.  Thank you, sir.

25        Juror Number 48, Ms. Pierre-Louis?

        1              PROSPECTIVE JUROR:  Yeah.

        2              THE COURT:  Do you pronounce it Louis or Louis?

        3              PROSPECTIVE JUROR:  Either one.

        4              THE COURT:  You are a pharmacy technician?

        5              PROSPECTIVE JUROR:  Yes.

        6              THE COURT:  For whom do you work?

        7              PROSPECTIVE JUROR:  Walgreens.

        8              THE COURT:  Are you a full-time employee?

        9              PROSPECTIVE JUROR:  Yes.

       10              THE COURT:  Any issue with being paid if you are

       11     selected?

       12              PROSPECTIVE JUROR:  No.

       13              THE COURT:  Is there any reason why you cannot be fair

       14     to both sides in this case?

       15              PROSPECTIVE JUROR:  No.

       16              THE COURT:  All right.  That's all my questions.

       17              All right.  Ladies and gentlemen, the attorneys have an

       18     opportunity to now ask you some questions.  Normally I take a

       19     break after an hour and a half to give my court reporter a

       20     break because she has been typing everything that we say.

       21              So, why don't we just take ten minutes so we can give

       22     her a break.

       23              Then we will come back, the attorneys will resume with

       24     their questioning, but we will complete jury selection well

       25     before five o'clock.

1              Again, please don't discuss anything about the case.

2              COURT SECURITY OFFICER:  All rise for the jury.

3              (The prospective jurors exited the courtroom at

4      2:43 p.m.)

5              THE COURT:  All right.  Anything we need to take up

6      before we break?

7              MR. MCLAUGHLIN:  Your Honor, speaking with Mr. Quinon,

8      we would ask the Court and the Court's indulgence whether we

9      could pick our jury today, hopefully, and then start tomorrow

10     with openings instead of rushing through openings late in the

11     day.

12             THE COURT:  That's fine.

13             MR. MCLAUGHLIN:  Thank you, Your Honor.

14             MR. QUINON:  Thank you.

15             THE COURT:  All right.  Let's take ten minutes.

16             THE COURT:  I'm sorry, before you all go.

17             COURT SECURITY OFFICER:  One of the jurors wants to ask

18     you a question.

19             THE COURT:  After the break.

20             One of the jurors wanted to talk to us about something

21     but we will figure out who it is.

22             (Recess.)

23             THE COURT:  We are back on the record.  Note the

24     presence of the attorneys as well as the defendant.

25             All right.

```
 1              Are we ready to resume?

 2              MR. MCLAUGHLIN:  We are, Your Honor.

 3              THE COURT:  All right.  Juror Number 39 wanted to speak

 4    to us.

 5              That is Mr. Cosculluela.

 6              All right.  We will bring him in.

 7              COURT SECURITY OFFICER:  All rise for the juror.

 8              (Prospective Juror 39 entered the courtroom at

 9    2:57 p.m.)

10              THE COURT:  If you will come up here.

11              Just watch your step as you come up the incline.

12              You can have a seat, sir.  I was told you wanted to

13    amend your answer to one of the questions.

14              PROSPECTIVE JUROR:  I didn't answer all your questions.

15              I didn't answer Number 6.  My wife is a discrimination

16    supervisor.  It's a federal job.

17              THE COURT:  Who does she work for?

18              PROSPECTIVE JUROR:  EOC, or something like that,

19    discrimination.

20              THE COURT:  EEOC?

21              PROSPECTIVE JUROR:  Yeah.

22              THE COURT:  Okay.

23              PROSPECTIVE JUROR:  She is a supervisor.  And Number 5,

24    you know, I answer because I am still married, but I am

25    planning to getting a divorce.
```

1          I already present the papers to get divorced but I am

2    still married.

3          I don't know if the answer is right or --

4          THE COURT:  It's fine.

5          PROSPECTIVE JUROR:  That's all I wanted to say.

6          THE COURT:  All right.  Well, thank you.

7          You can take your old seat now, sir.  We are going to

8    bring everyone else in.

9          (The prospective jurors entered the courtroom at

10   2:59 p.m.)

11         THE COURT:  Please take your old seats.

12         All right.  Please be seated.

13         As I told you before, ladies and gentlemen, the

14   attorneys will have an opportunity to ask you some questions.

15   The same rules apply.  If any questions are asked that you

16   prefer to answer in private, outside the presence of the other

17   jurors, just let me know and we will take those answers in

18   private.

19         All right.  Let's see, for those of you, especially in

20   the back -- well, all of you, if there is anyone that was

21   sitting next to you that is not present, can you let me know?

22         All right.  By procedure, the government always goes

23   first, followed by the defense.

24         Is the government ready to proceed?

25         MR. CLARK:  I am, Your Honor.

1          Good afternoon, ladies and gentlemen.  By way of

2     reintroduction, my name is Christopher Clark, and along with

3     Mr. McLaughlin, it is our honor to present this case on behalf

4     of the United States to those of you who will be selected as

5     jurors in this case.

6          I can tell you in advance that you are going to hear

7     much more from Mr. McLaughlin than myself, if you are selected

8     which may be good or bad, depending on your perspective.

9          But we appreciate your candor that you have extended to

10    us to this point; your continued attention here late in the

11    afternoon on Monday.

12         I am just going to begin by following up on some of the

13    questions and responses that you previously provided to Judge

14    Gayles to certain issues that may or may not become part of

15    this case if you are selected as jurors.

16         I am sure you will understand my first follow-up

17    question to those of you jurors who have to have family members

18    prosecuted by the government, particularly the federal

19    government.

20         You can understand Mr. McLaughlin and my, not concern,

21    but just we want assurances that that won't provide any kind of

22    impediment for you being seated as a juror in this case.

23         I know you went over this with Judge Gayles.

24         I just want to put a fine point on it.

25         Ms. Bombino, I want to begin with you, if you can pass

    1    the microphone to Juror Number 9.

    2            Ms. Bombino, I know you mentioned that you had a spouse

    3    who had been convicted of drug charge, a couple of years ago,

    4    was it?

    5            PROSPECTIVE JUROR:  Yes, almost 25 years ago.

    6            MR. CLARK:  Twenty-five years ago?

    7            PROSPECTIVE JUROR:  Yes.

    8            MR. CLARK:  Did you at all attend court as part of his

    9    case?

   10            PROSPECTIVE JUROR:  No, only once and that was it.

   11            MR. CLARK:  Because that was so distant in the past,

   12    that's nothing that's in the forefront of your mind if you are

   13    selected as a juror in this case.

   14            PROSPECTIVE JUROR:  Yes, that's correct.

   15            THE COURT:  I'm sorry, I couldn't hear you, ma'am.

   16            PROSPECTIVE JUROR:  No.

   17            MR. CLARK:  So if you are selected as a juror in this

   18    case, you wouldn't feel disposed for the defendant because he

   19    is charged with a crime like your spouse was at the time.

   20            Correct?

   21            PROSPECTIVE JUROR:  Yes.

   22            MR. CLARK:  You wouldn't retaliate against

   23    Mr. McLaughlin and me because somebody prosecuted your husband

   24    25 years ago and now we are prosecuting this case?

   25            PROSPECTIVE JUROR:  No.

1          MR. CLARK:  Ms. Jones, I am going to follow up with the

2    same questions.

3          If we could please pass the microphone to Ms. Jones.

4          Ms. Jones, your situation is a little more immediate

5    than Ms. Bombino's.  Hers was 25 years ago.

6          Yours was more recent.

7          PROSPECTIVE JUROR:  Yes.

8          MR. CLARK:  It was in this very building.

9          PROSPECTIVE JUROR:  Yeah.

10         MR. CLARK:  So I suppose when you received the jury

11   summons in this case, you thought to yourself, "Oh, no, not

12   again, I have to come to court."

13         PROSPECTIVE JUROR:  True.

14         MR. CLARK:  That would be natural.  Coming in the very

15   same courthouse?

16         PROSPECTIVE JUROR:  Same courthouse.

17         MR. CLARK:  Different Judge.

18         PROSPECTIVE JUROR:  Different Judge.

19         MR. CLARK:  Different prosecutors.

20         PROSPECTIVE JUROR:  Different prosecutors.

21         MR. CLARK:  Nevertheless, it must hit home for you.

22         PROSPECTIVE JUROR:  Not really.  My son created his own

23   issues, so he has to deal with them.

24         I don't make his burden mine.  Do you know what I'm

25   saying?

1        He has to do his own time.  I am not doing his time

2    with him.

3        That's not going to happen.

4        MR. CLARK:  You feel he was treated fairly by the

5    justice system.

6        PROSPECTIVE JUROR:  He caused the crime.  He did a

7    crime.  He has to pay it, the time, unfortunately.

8        MR. CLARK:  So your heart didn't drop when you came

9    into this courthouse this morning for jury service?  No, you're

10   shaking your head.  You have to say yes or no.

11       PROSPECTIVE JUROR:  No, my heart didn't drop.

12       It was okay.

13       MR. CLARK:  You feel that you would be a fair and

14   impartial juror, and you wouldn't be favorably disposed to the

15   defendant because he is sitting in the same shoes as your son

16   once had?

17       PROSPECTIVE JUROR:  No, I wouldn't be.

18       MR. CLARK:  Nor would you have any --

19       PROSPECTIVE JUROR:  None, not at all.

20       MR. CLARK:  -- prejudice against the prosecution?

21       Okay.  Thank you, Ms. Jones.

22       If we can then pass the microphone to this side of the

23   room.

24       Let me begin, I am going to target you, Ms. Rodriguez.

25       Ms. Rodriguez, as part of your duties as a benefit

1   integrity analyst with Safeguard, you are kind of tangentially

2   involved in law enforcement, are you not?

3          PROSPECTIVE JUROR:  Correct.

4          MR. CLARK:  It's your agency that oversees the Center

5   For Medicare and Medicaid Services, commonly known as CMS?

6          PROSPECTIVE JUROR:  Yes.

7          MR. CLARK:  CMS administers the federal benefit

8   programs that are extended to the elderly and the disabled and

9   persons who are financially disadvantaged?

10         PROSPECTIVE JUROR:  Correct.

11         MR. CLARK:  It's your job to respond for Request For

12  Information, ROIs, that are extended by federal agencies, who

13  are charged with investigating healthcare fraud, investigating

14  physicians and pharmacies who may be breaking the law with

15  respect to providing healthcare services, including

16  medications?

17         PROSPECTIVE JUROR:  Correct.  RFIs and RFAs, yes.

18         MR. CLARK:  And among those agencies that you interface

19  with include the FBI, the Federal Bureau of Investigations like

20  Agent Slattery?

21         PROSPECTIVE JUROR:  Yes, sir.

22         MR. CLARK:  Another lead agency along with the FBI in

23  the investigation of providers, doctors, pharmacies who are

24  violating the healthcare laws, and other federal laws, is the

25  United States Department of Health and Human Services.

1           PROSPECTIVE JUROR:  Yes, HHS.

2           MR. CLARK:  And they, like these other federal

3    agencies, go by a three letter other acronym, like CBP, FBI,

4    DEA --

5           PROSPECTIVE JUROR:  OIG.

6           MR. CLARK:  ATF, HHS, and you mentioned OIG?

7           PROSPECTIVE JUROR:  Correct.  OIG, DOH, DOJ.

8           MR. CLARK:  And Health and Human Services, along with

9    the FBI investigates healthcare fraud?

10          PROSPECTIVE JUROR:  Correct.

11          MR. CLARK:  They will send you, I would think by fax or

12   by some device, some request that you provide information of a

13   particular doctor or pharmacy that's under investigation for

14   potentially breaking the law?

15          PROSPECTIVE JUROR:  Correct.

16          MR. CLARK:  Now, in doing that job, you don't directly

17   deal with the agents, do you?

18          PROSPECTIVE JUROR:  They will contact us with

19   questions, yes.

20          MR. CLARK:  By phone, by --

21          PROSPECTIVE JUROR:  By phone, e-mails.  We receive

22   requests different ways and when we fulfill the request, if

23   they have follow-up questions, they will contact us for

24   clarifications.

25          MR. CLARK:  But you are not law enforcement yourself?

 1          PROSPECTIVE JUROR:  No, no, no, no.  We work with law

 2   enforcement.  We are not law enforcement.

 3          MR. CLARK:  And primarily you are collecting data on

 4   behalf of the agencies?

 5          PROSPECTIVE JUROR:  Correct.

 6          MR. CLARK:  Because all of these records of all of

 7   these claims being submitted through Medicare or Medicaid, are

 8   all within your agency's control.

 9          PROSPECTIVE JUROR:  And we do also investigations, our

10   own internal investigations, leads, cases.  We do referrals.

11          MR. CLARK:  Are you stationed here in South Florida?

12          PROSPECTIVE JUROR:  We are in Miramar, Florida.

13          MR. CLARK:  Miramar.

14          PROSPECTIVE JUROR:  Correct.

15          MR. CLARK:  And you are familiar with all the Strike

16   Force, Task Group?

17          PROSPECTIVE JUROR:  Correct.  HEAT.  SDF.

18          THE COURT:  One of you at a time, please.

19          MR. CLARK:  Yes, Judge, sorry.

20          You were saying, ma'am, HEAT?

21          PROSPECTIVE JUROR:  Yes, HEAT and the Strike Force,

22   yes.

23          MR. CLARK:  And the Strike Force is a joint task group

24   between FBI agents and HHS-OIG agents who are dedicated

25   primarily to investigating healthcare fraud?

 1                PROSPECTIVE JUROR:  Correct.  Yes.

 2                MR. CLARK:  Do you ever testify in court as part of

 3      your professional duties?

 4                PROSPECTIVE JUROR:  No, we have a professional witness

 5      that testifies.

 6                MR. CLARK:  Have you dealt firsthand face-to-face with

 7      any of these FBI, HHS, OIG agents, or engaged in healthcare

 8      investigations?

 9                PROSPECTIVE JUROR:  Face-to-face, they will come into

10      the office just to pick up the information.  That's as much

11      contact as we have, other than the clarification for questions

12      with the information we provided.

13                MR. CLARK:  You don't recognize Agent Slattery?

14                PROSPECTIVE JUROR:  No.

15                MR. CLARK:  I don't believe Agent Slattery ever

16      investigated healthcare fraud.

17                PROSPECTIVE JUROR:  No, I don't remember the name.

18                MR. CLARK:  The names that were mentioned on the

19      witness list are individuals with the FBI and with HHS who have

20      investigated healthcare fraud.

21                PROSPECTIVE JUROR:  Correct.

22                MR. CLARK:  Did you recognize any of those names that

23      the Judge read to you earlier?

24                PROSPECTIVE JUROR:  Only one.

25                MR. CLARK:  Which one?

1           PROSPECTIVE JUROR:  Jennifer Bliss.  She sounds

2    familiar, but, again, I process a lot of requests.

3           So some of the names don't stand out right away.  I

4    would have to do research to see if I have ever processed

5    anything for her.

6           MR. CLARK:  One name that is going to figure very

7    prominently in this case is Alberico Crespo.

8           PROSPECTIVE JUROR:  Doesn't sound familiar.

9           MR. CLARK:  Do you have any knowledge of that name?

10          PROSPECTIVE JUROR:  No.

11          MR. CLARK:  Have you ever met that individual?

12          PROSPECTIVE JUROR:  No.

13          MR. CLARK:  Do you recognize the defendant sitting here

14    in court today?

15          PROSPECTIVE JUROR:  No.

16          MR. CLARK:  Because, in fact, the defendant in this

17    case, at the time of the charged conduct, was acting as an

18    HHS-OIG special agent.  He is accused by the indictment in this

19    case for having used his access to privileged information to

20    assist individuals who are involved in drug trafficking and

21    violating the healthcare laws.

22          Does that at all register with you?

23          PROSPECTIVE JUROR:  No.

24          MR. CLARK:  If you were selected as a witness in this

25    case or as a juror, is the fact that you work for Safeguard and

1    that you responded to Requests For Information on behalf of the

2    FBI and HHS, would that at all color your ability to be a fair

3    and impartial juror?

4           PROSPECTIVE JUROR:  Not at all.

5           MR. CLARK:  Do you know anything at all about the

6    allegations in this case?

7           PROSPECTIVE JUROR:  Not at this moment.

8           MR. CLARK:  So if you were seated as a juror, you would

9    follow the Judge's law.

10          PROSPECTIVE JUROR:  Of course.

11          MR. CLARK:  You would presume the defendant not guilty?

12          PROSPECTIVE JUROR:  Absolutely.

13          MR. CLARK:  You would hold the government to its burden

14   beyond a reasonable doubt?

15          PROSPECTIVE JUROR:  Absolutely.

16          MR. CLARK:  Thank you, Ms. Rodriguez.

17          The other jurors having been now made aware of the fact

18   that the defendant, at the time of the charged conduct in this

19   case, was acting and performing as a federal agent, as somebody

20   who had a badge, who had arrest authorities, who could carry a

21   weapon, does that at all affect your ability to sit as fair and

22   impartial jurors in this case?

23          I see no affirmative responses.  So, I take it, similar

24   to Ms. Rodriguez, that despite the fact that the defendant in

25   this case is accused of dishonoring his badge, using his

1   position to assist a drug trafficking organization, you will

2   hold him to the same standard as any other criminal defendant.

3           Is that correct?

4           Now, among the charges in this case, you will hear

5   testimony about the fact that the drugs that were being

6   distributed illegally, being obtained illegally, were primarily

7   Oxycodone, which, as you will learn, is a Schedule II

8   controlled substance because of its potent effect and its

9   likelihood of being abused.

10           Do any of you have any familiarity with oxycodone.

11           Sir, Mr. Do?

12           PROSPECTIVE JUROR:  Yes.

13           MR. CLARK:  With the microphone, could you please tell

14   us your familiarity or experience with Oxycodone?

15           PROSPECTIVE JUROR:  I am kind of accident-prone.  I

16   have had three ACL reconstructions and a separated shoulder.

17   So when I had my surgery, it was prescribed to me each time to

18   take a course of the painkillers for postsurgical recovery.

19           MR. CLARK:  When you sought out that medical attention,

20   was it through your primary physician or a specialist?

21           PROSPECTIVE JUROR:  It's a specialist.  My orthopedic

22   surgeon.

23           MR. CLARK:  In order to get a -- not to get, but attend

24   to the fact that you injured yourself and you were suffering

25   discomfort and pain, the doctor prescribed Oxycodone to you?

1              PROSPECTIVE JUROR:  Yes, legally prescribed.

2              I have eight doctors in my family and I checked with

3      them before I took anything like that by myself.  I was aware

4      of its potency and everything, so, yes.

5              MR. CLARK:  And your doctor advised you of the risks

6      that were that are associated with Oxycodone?

7              PROSPECTIVE JUROR:  Yes.

8              MR. CLARK:  And he examined you in advance to assure

9      himself and yourself that you needed this, that it was

10     medically necessary?

11             PROSPECTIVE JUROR:  I hope so, yes.

12             MR. CLARK:  You are sitting here today?

13             PROSPECTIVE JUROR:  Yeah.

14             MR. CLARK:  Then you went to a pharmacy and you filled

15     the prescription?

16             PROSPECTIVE JUROR:  Exactly.

17             MR. CLARK:  Do you recall what strength of Oxycodone

18     you were prescribed?

19             PROSPECTIVE JUROR:  They gave me 30 days' worth.

20             I think they were each 250 milligrams.

21             Drilling holes in your knee, it kind of hurts.

22             But I got off of them as quick as I can because that

23     stuff messes you up.

24             MR. CLARK:  You just had the one 30-day prescription?

25             PROSPECTIVE JUROR:  No, I took like -- I probably -- at

1   most I was one it for a week, as-needed.  I think it was every

2   12 hours or so you need to take it.

3          MR. CLARK:  And you discontinued the use?

4          PROSPECTIVE JUROR:  Oh, yeah.  Yeah.

5          MR. CLARK:  Do any other jurors have any similar

6   experiences as Mr. Do?  The lady in the back?

7          PROSPECTIVE JUROR:  Well, I have two.  I work --

8          MR. CLARK:  You're Ms. Young, right?

9          PROSPECTIVE JUROR:  Yes.  I worked as a personal injury

10  paralegal, so back in the early 2000s they were giving Oxys

11  like it was Skittles basically, so at that time --

12         MR. CLARK:  Like Skittles, you said?

13         PROSPECTIVE JUROR:  Yes, they were giving it out for

14  pain management for car accidents, soft tissue.

15         So during that period of time, that's how I became

16  aware of Oxy.

17         But recently my husband was released from the hospital

18  with several herniated discs, and they prescribed him a 3-day

19  supply of Oxy, so they limited it.

20         MR. CLARK:  Three day?

21         PROSPECTIVE JUROR:  Yeah.  They limited it because of,

22  you know, the strength, you know, because it's Oxy, so they

23  only gave him three days' worth and put him on other regimens.

24         So that is my most recent.

25         MR. CLARK:  That was your only exposure to somebody who

1    was using Oxy?

2           PROSPECTIVE JUROR:  Yes.

3           MR. CLARK:  You, yourself, have never been prescribed

4    Oxycodone?

5           PROSPECTIVE JUROR:  No.

6           MR. CLARK:  Any other jurors.  If we could turn to this

7    group, in the third row.

8           PROSPECTIVE JUROR:  Yes, sir, my sister-in-law was

9    addicted to hydrocodone and later took her life.

10          MR. CLARK:  I'm sorry to hear that, ma'am.

11          PROSPECTIVE JUROR:  She was addicted and later took her

12   life.

13          MR. CLARK:  You are Ms. Nelson?

14          PROSPECTIVE JUROR:  Yes.

15          MR. CLARK:  How recent was that?

16          PROSPECTIVE JUROR:  Twelve years ago, about,

17   approximately.

18          MR. CLARK:  Now, this is very traumatic within your

19   life and the fact that if you are selected as a juror in this

20   case, that the subject matter of this prosecution involves

21   Oxycodone, what effect would this have upon you if you are

22   seated as a juror?

23          PROSPECTIVE JUROR:  I want to believe it would have

24   none.

25          MR. CLARK:  No effect?

1          PROSPECTIVE JUROR:  I am kind of tender-hearted, so

2     maybe -- I think I can separate it.

3          MR. CLARK:  So, despite your own personal experience,

4     tragic experience with loved ones who are involved with Oxy,

5     died as a result of their abuse of Oxy, you will not let that

6     figure into your deliberations as a juror in this case?

7          PROSPECTIVE JUROR:  No, sir.

8          MR. CLARK:  You can fairly and impartially --

9          PROSPECTIVE JUROR:  Also, I took it when I had a

10    C-section and put it away just as quick, and I am in the health

11    field so I have seen it and people deal with it.

12         It was just very tragic for my sister-in-law.

13         MR. CLARK:  As long as you and the other jurors

14    understand that this case is not a referendum on Oxy, whether

15    it's a good drug, bad drug, whether people suffer from its

16    abuse, merely the charges as it relates to the defendant's

17    assistance of an organization peddling these drugs, but as you

18    just stated, you can fairly and partially judge the facts if

19    you are selected as a juror in this case?

20         PROSPECTIVE JUROR:  I believe I can.

21         MR. CLARK:  You would not hold the government to any

22    lower standard because you have personal feelings about

23    Oxycodone?

24         PROSPECTIVE JUROR:  No, sir.

25         MR. CLARK:  Thank you, Ms. Nelson.

1           THE COURT:  Four minutes.

2           MR. CLARK:  Thank you, Judge.

3           Any other similar responses?

4           The lady -- well, let's keep going down the third row

5   for convenience sake.

6           Yes, Mr. Peters.

7           PROSPECTIVE JUROR:  Yes.

8           I have been to the emergency room like four or five

9   times for a knee injury where I am pretty sure that I was

10  prescribed Oxycodone.

11          MR. CLARK:  Was that short-term use?

12          PROSPECTIVE JUROR:  Yes, short-term, probably no more

13  than a week.

14          MR. CLARK:  You are an athlete?

15          PROSPECTIVE JUROR:  Used to be.  Until my fifth time.

16          MR. CLARK:  The same questions I posed to the other

17  jurors.  You would be a fair and impartial juror?

18          PROSPECTIVE JUROR:  Absolutely.

19          MR. CLARK:  Any other jurors who would respond in a

20  similar manner?

21          In front of you, Mr. Peters.

22          PROSPECTIVE JUROR:  My late husband was diagnosed with

23  Stage 4 colon cancer that went to -- metastasized his liver.

24          They gave him Oxycodone for the pain.  He only took it

25  for a few days.  He didn't like the way it made him feel, but

1    that's the only exposure that I had to that.

2         MR. CLARK:  Thank you, Ms. Rodriguez.

3         The next area of my inquiry of you has to do with some

4    evidence you will hear in this case, that the FBI, once they

5    were alerted to the allegations concerning the Defendant

6    Crespo, took various investigative means such as obtaining

7    phone records and obtaining a Court-ordered wiretap that a

8    federal judge, much like Judge Gayles, had reviewed the

9    affidavit provided by the FBI agents to investigate the

10   Defendant Crespo, and granted authority to listen in on the

11   conversations of the codefendant in this case who has plead

12   guilty, who was the one who was distributing these Oxycodone

13   illegally.

14        How many of you have any fundamental issues about the

15   whole process of the FBI obtaining a Court-ordered wiretap

16   authorization to listen in on the conversations of persons who

17   there is probable cause to believe were engaged in illegal

18   processes?

19        Do any of you have any difficulty whatsoever with that?

20        If I can just have a moment to consult my notes, Judge,

21   to see if there is any other area.

22        I think I have exhausted my time, but got to all the

23   points that I wished to, so one last thing.

24        Mr. Galsky Sandelman, I think I missed you earlier in

25   that line of questioning about persons who have been exposed to

1    criminal investigations.

2              PROSPECTIVE JUROR:  Yes.

3              MR. CLARK:  And you mentioned the company that you were

4    associated with was investigated by the U.S. Attorney's Office

5    in New York.

6              PROSPECTIVE JUROR:  Yes.

7              MR. CLARK:  In connection with that investigation, were

8    you ever called as a witness?  Did they ever interview you?

9              PROSPECTIVE JUROR:  No, so the company has its own

10   lawyer and I had my own lawyer.

11             My lawyer advised not to go as a witness.  I was part

12   of the company.  As I said, the case was resolved with a

13   settlement so I was never required to go.

14             MR. CLARK:  So you had representation of an attorney?

15             PROSPECTIVE JUROR:  Yes.

16             MR. CLARK:  Was that an attorney who practiced criminal

17   law?

18             PROSPECTIVE JUROR:  White collar, so I guess, yes.

19             MR. CLARK:  He advised you to rely upon your Fifth

20   Amendment right and not talk about your knowledge of the case?

21             PROSPECTIVE JUROR:  No, I think it wasn't the Fifth

22   Amendment.  It's just they made some conditions for me to go

23   and they never reached an agreement.

24             MR. CLARK:  That must have been an uncomfortable

25   situation for you.

    1        PROSPECTIVE JUROR:  Yes, of course.  And costly.

    2        MR. CLARK:  How do you feel you were treated by the

    3  prosecutors and the agents in connection with that

    4  investigation?

    5        PROSPECTIVE JUROR:  So the problem in the case is that

    6  the prosecutors never shared information with us.  They said

    7  that the information was confidential, that they were only

    8  going to disclose information during discovery in the trial,

    9  and we never end up going to trial, so we pay the settlement

   10  amount, which was a big amount, and we settled.

   11        THE COURT:  Time, Mr. Clark.

   12        MR. CLARK:  Thank you, Judge.  No further questions.

   13  Thank you all for your time and attention.

   14        THE COURT:  For the defense.

   15        MR. QUINON:  Thank you, Your Honor.

   16        Good afternoon.  Just to reintroduce myself, because we

   17  have been here quite a while, Jose Quinon, and I represent

   18  Alberico Crespo, and he goes by Al, by the way, so I may refer

   19  to Mr. Crespo at times by his first name, like we all do in a

   20  normal conversation.

   21        Okay.

   22        So you just heard from Mr. Clark who is one of the

   23  prosecutors in this case.

   24        Now, Mr. Clark is not a witness.  He doesn't have any

   25  personal knowledge.  He was just asking you questions but --

1    and that's important because this is a criminal case and what

2    we have at this point are allegations.

3         So I want to ask you at this point, that we are

4    starting out, it's important to know that there are going to be

5    certain rules that apply in a court of law.

6         The Judge already went through some of those rules.

7         One of them is the burden of proof being beyond a

8    reasonable doubt, and that that burden is always on the

9    government.  And I believe every one of you said that you could

10   follow the instructions of the Court to that effect.

11        My question to you is:  Do any of you feel that holding

12   the government to that kind of burden, beyond a reasonable

13   doubt, that's the highest burden known in the law.

14        Do any of you feel that that is unfair, that that is

15   too high of a burden for the government to take somebody's

16   liberty?

17        Do any of you feel that way?  And if you do, that's

18   fine.  That's another thing here today.  You can have your

19   opinion.  There is no such thing as a good opinion or a bad

20   opinion.  We all have opinions.  So, please, be honest with us.

21   Let's share these things.

22        Do any of you feel that it's too high of a burden to

23   ask the government to prove a case beyond a reasonable doubt,

24   which is the highest burden in the legal system?

25        Do any of you feel that way?

1          Okay.  No response for the record.  Okay.

2          Now, another thing, another rule that is going to be,

3     the Judge is going to instruct you in a criminal case you are

4     going to have witnesses that are going to come in, and one of

5     the instructions is concerning particular type of witness,

6     because not all witnesses are alike or the same.

7          These are witnesses who may have or may be looking for

8     a benefit from the government.  There is an instruction, and

9     the Judge will give it to you at the end of the case, and what

10    that instruction tells you essentially is, with certain types

11    of witnesses, you have to be on the lookout, stop, this is not

12    a normal witness, you have to be, this person is looking for a

13    benefit from the government.

14         Would you be able to follow that instruction at the end

15    when the Judge gives you an instruction that tells you

16    basically, witnesses like this, who are looking for benefits,

17    when they testify for themselves, reductions in sentences, need

18    to be treated differently, or may be treated differently?

19         Would you be able to follow that instruction if the

20    Judge gives you that instruction at the end of the case?

21         Is there anybody who is not able to or feels they

22    wouldn't be able to follow that instruction?

23         Now, at this point in the proceedings, we just started

24    this actually, Mr. Harris, if I ask you at this point, if you

25    were to go back to the jury room and deliberate, what would be

 1    your verdict at this point?

 2            MR. CLARK:  Objection, Your Honor.  This goes to

 3    preconditioning the jurors to vote a certain way.

 4            THE COURT:  Overruled.

 5            PROSPECTIVE JUROR:  I have no opinion at this point.

 6            MR. QUINON:  Because you haven't heard any evidence.

 7    Correct?

 8            PROSPECTIVE JUROR:  Correct.

 9            MR. QUINON:  So, at this point, the point I wanted to

10    bring across, without any evidence at this point you have to

11    follow the law and your verdict has to be not guilty.  You

12    don't have any evidence before you.  Correct?

13            PROSPECTIVE JUROR:  Correct.

14            MR. QUINON:  The point being that at this point,

15    Mr. Crespo, and I should say Agent Crespo, Prosecutor Clark

16    said "ex-agent," he is not an ex-agent.  He is an agent.

17            Agent Crespo at this point is presumed to be innocent.

18            Would you be able to follow that, Mr. Harris, at this

19    point?

20            PROSPECTIVE JUROR:  Yes.

21            MR. QUINON:  All right.  Does anybody have a problem

22    with that, looking at Al right now, Mr. Crespo, and understand

23    that as every citizen in this country, he is entitled to the

24    presumption of innocence?

25            Does anybody have a problem with that?

1          Is there anybody who cannot follow that?

2          And if some people feel, listen, if you are in a

3    courtroom, you must have done something and if you feel that

4    way, let it be known.  You are entitled to your opinion.

5          Does anybody feel that they cannot presume him innocent

6    at this point?

7          The Judge already went over that the indictment is a

8    mere accusation, like a traffic ticket.  It tells you what it

9    is that you are accused of so you know when you go to court

10   what it is they are going to accuse you of, so you can defend.

11   That's what an indictment is.  Important.  It is not evidence.

12         Can we all agree on that?

13         Now, have any of you ever served on a grand jury?

14   That's not this type of jury.  It's a different type of jury.

15         Is there anyone here who has served on a grand jury?

16         No, for the record, nobody has.  Thank you.

17         Now, another question that I have for you, and I am

18   asking questions as a panel and later on I am going to ask a

19   couple of people questions individually, but I am asking

20   questions of the panel so we can go faster because this

21   thing -- it's kind of late in the day, and this is as enjoyable

22   for any of us as going to the dentist for a root canal, you

23   know.  I mean, after a while it gets to be difficult.  So I am

24   going to try to get through it as quickly and as painless as I

25   can with all of you.

1          At this point, have any of you ever applied for a law

2    enforcement job, not that you got the job, have any of you ever

3    applied for a law enforcement job?

4          It's a question that hasn't been asked.

5          I know, sir, in the back, Mr. Berdugo, you were a

6    Customs agent, but I am talking about people who applied, not

7    who got the job.

8          Has anybody applied for a job before?

9          Yes, sir.

10         PROSPECTIVE JUROR:  I didn't apply but they got my

11   application through, I guess, the pool through the county for

12   the corrections department, not as an officer but it would be

13   in the corrections department in the IT video surveillance.

14         MR. QUINON:  In the IT department?

15         PROSPECTIVE JUROR:  Yeah.

16         MR. QUINON:  Okay.  But it wasn't going to be in the

17   law enforcement part of it?

18         PROSPECTIVE JUROR:  Yeah, I don't believe so.  I don't

19   know how that umbrella works.  I would still be in the

20   facility.  I think there was some training involved that I had

21   to be aware of, obviously, and work conditions.

22         MR. QUINON:  You didn't apply for it?  In other words,

23   they just sent it to you?

24         PROSPECTIVE JUROR:  Yeah, they pulled my application.

25   I guess I met their standards, and I was in search for a

1    promotion at the time, so I took the interview and everything.

2           THE COURT:  I'm sorry, for the record, that's Mr. Do.

3           MR. QUINON:  Thank you, sir.

4           Ms. Bombino, let me just ask a question.

5           Mr. Clark asked you questions about this issue of your

6    husband many years ago had a problem.  Again, we are just

7    trying to get a feel.  We have never met before, and I just

8    want to make sure that if you are selected, you are going to be

9    able to provide a fair adjudication of whatever you -- whatever

10   you see, I just want you to have a fair mind and to make sure

11   that my client gets a fair shot in this case.

12          Is there anything at all about your experience that

13   happened with your ex-husband that you think may prevent you in

14   any way from giving a fair trial to Mr. Crespo in this case?

15          PROSPECTIVE JUROR:  In all honesty, it happened such a

16   long time ago but I am going to say no.

17          MR. QUINON:  All right.  Would you be able to treat him

18   as he is entitled to be, and all the citizens.  This is not

19   just for the benefit of Mr. Crespo, this applies to all of us,

20   under the Constitution, okay, we are entitled to a jury trial

21   and fair trial.

22          I am trying to get across questions kind of prodding to

23   see if we have a problem that anybody feels they cannot do it.

24          So my question to you is, and only you know the answer.

25          In your heart, are you able to put everything aside

1    from the past to be able to give him a fair trial in this case?

2              PROSPECTIVE JUROR:  Yes.

3              MR. QUINON:  Ms. Rodriguez, Juror 24.  Again, I'm not

4    picking on you, but you have been asked a number of questions

5    so don't feel that I am picking on you.

6              PROSPECTIVE JUROR:  That's okay.

7              MR. QUINON:  Look, Mr. Clark brought up the fact that

8    you work closely with law enforcement and that's understood

9    because of the nature of your job.  Right?

10             PROSPECTIVE JUROR:  Yes, correct.

11             MR. QUINON:  Again, I just want to make sure, and only

12   you can give me the right answer and the truthful answer.

13             Because of the fact that you were closely providing

14   information and you have exchanges with people involving law

15   enforcement, do you feel that you would be able to give

16   Mr. Crespo a fair trial and put away whatever relationships you

17   develop with the people that you work with in law enforcement

18   and give him a fair trial on this case?

19             PROSPECTIVE JUROR:  Absolutely.

20             MR. QUINON:  Now, his case is different.

21             He is law enforcement.  He has been in law enforcement

22   for 27 years, all right, not only HHS-OIG, he worked for DEA.

23   He worked as a police officer here locally as well for a

24   municipality, a life of law enforcement, Mr. Crespo.

25             Would you be able to give him a fair shot in this case

1    and assess the evidence fairly?

2            PROSPECTIVE JUROR:  Absolutely.

3            MR. QUINON:  Ms. Nelson, again, this case is -- and I

4    think Mr. Clark mentioned that, not some type of referendum

5    about Oxycodone or anything of that sort, but we are all

6    affected in our lives by things that touch us or our close

7    circle of family, and you have been touched in this case you

8    mentioned by this Oxycodone.

9            This is not a test about that.  This is not a

10   referendum about it.

11           I submit to you -- I don't want to get into the

12   evidence.  I am not permitted to and I am not going to get

13   into, okay?  That comes later in the trial, but I can tell you

14   now that there is no evidence that he was dispensing or selling

15   drugs to anyone.

16           The question is, would you be able to assess what other

17   people did in the case and be able to separate that from

18   whatever his actions may have been in this case, or do you

19   think that the fact that somebody was touched in a bad way by

20   Oxycodone may come into play and blame or shift some of the

21   culpability to Mr. Crespo for actions of other people?

22           PROSPECTIVE JUROR:  No.

23           MR. QUINON:  My question was basically, kind of awkward

24   in the way that I phrased it.  Basically, I want to make sure

25   that your experience with this drug, Oxycodone, is not going to

1    cloud your judgment and say, "You know what?  Somebody has to

2    pay for this whether they did something or not"?

3          PROSPECTIVE JUROR:  No, sir, it will not.

4          MR. QUINON:  Thank you.

5          Now, some of you worked in management positions and I

6    wanted to know that, those people that stated before that they

7    worked in their jobs in a management position, can you do me a

8    favor, just raise your hand for a second so I can see managers.

9          Thank you, I appreciate it.  Thank you.

10         Judge, I believe that those are all the questions that

11   I have.  I wanted to thank you all for being so patient this

12   afternoon.

13         Thank you so much.  I appreciate it.

14         THE COURT:  Ladies and gentlemen, the last thing for us

15   to do is to select the jury.  That requires me having

16   discussions openly with the attorneys and we can't do that with

17   you in the courtroom, so one last time, I am going to have you

18   step outside.

19         This does take a little while, probably usually 15 to

20   20 minutes.

21         Please don't discuss anything about the case.  You will

22   remain outside and when we call you back in, we will have

23   selected a jury and we will proceed from there.

24         COURT SECURITY OFFICER:  All rise.

25         (The prospective jurors exited the courtroom at 3:38

1    p.m.)

2             THE COURT:  All right.  Please be seated.

3             You can take a moment to go over your notes.

4             Let me know when you are ready.  If either of you need

5    to use the rooms outside to discuss this process in private,

6    you are welcome to do that.

7             MR. QUINON:  Judge, before we do that, I neglected to

8    ask you at the very outset, or maybe before we even started

9    trial, and the hearings that we had, the method that you use

10   for the striking.  I just want to make sure if you can explain

11   that.

12            THE COURT:  Yes.

13            So I will say first, there are no backstrikes.  So once

14   each side has agreed, that juror will be sat.

15            I will alternate between the government and the defense

16   as to each juror.

17            If there are any agreed cause challenges, I take those

18   first before the alternating.  So, if you have agreed cause

19   challenges, you can raise them then.  Otherwise, we will get to

20   them as we go through them one by one.

21            MR. QUINON:  And you will do it then -- some judges do

22   it differently.

23            Government goes first, they exercise their first, and

24   then defense and it goes back, one and one.

25            THE COURT:  I go back and forth alternating, yes.

 1          MR. QUINON:  Perfect.  Understood, Judge.  Thank you.

 2          We will have a few minutes, we will step out into our

 3     room and we will go over this.

 4          THE COURT:  Okay.  That's fine.

 5          (Recess.)

 6          THE COURT:  All right.  We are back on the record.  I

 7     note the presentation of the attorneys as well as the

 8     defendant.

 9          Are we ready to proceed?

10          MR. QUINON:  Yes, Your Honor.

11          THE COURT:  All right.

12          There don't seem to be any obvious challenges, except

13     for maybe one.

14          Are there any agreed challenges for cause from the

15     parties?

16          MR. CLARK:  Suits, Number 25.

17          MR. QUINON:  Why?

18          MR. CLARK:  With the teaching, all the programs he has

19     to attend in the next week, so I move to excuse for cause

20     Mr. Suits, Judge, Number 25.  He falls in the same category

21     with other similarly situated jurors, who, because of their

22     commitments to the start of school, it would be onerous for him

23     to serve as a juror in this case.

24          THE COURT:  Is this an agreed cause challenge?

25          MR. QUINON:  Judge, that's not an agreed cause

1   challenge.

2          THE COURT:  All right.  We will take them up one by

3   one.

4          Starting with Juror Number 1, Jessie Harris.

5          Government, do you accept?

6          MR. CLARK:  Accept.

7          THE COURT:  Defense?

8          MR. QUINON:  We will challenge.

9          THE COURT:  All right.  That is the defense's first

10  peremptory.

11         That takes us to Juror Number 4, Hung Do.

12         Defense, do you accept?

13         MR. QUINON:  We will challenge.

14         THE COURT:  All right.  That is the defense's second

15  peremptory.

16         That takes us to Juror Number 5, Veronica Jones.

17         Government, do you accept?

18         MR. CLARK:  Accept.

19         THE COURT:  Defense?

20         MR. QUINON:  Accept.

21         THE COURT:  She will be our first juror.

22         That takes us to Marlene Sanchez, Juror Number 7.

23         Defense, do you accept?

24         MR. QUINON:  We will accept.

25         THE COURT:  Government?

1          MR. CLARK:  Accept.

2          THE COURT:  All right.  Ms. Sanchez will be our second

3    juror.

4          That takes us to Juror Number 9, Susana Bombino.

5          Government, do you accept?

6          MR. CLARK:  Strike.

7          THE COURT:  That is the government's first peremptory.

8          That takes us to Juror Number 12, Karina Cardenas.

9          Defense, do you accept?

10         MR. QUINON:  We will strike.

11         THE COURT:  That is the defense's third peremptory.

12         That takes us to Juror Number 13, Chernea Young.

13         Government, do you accept?

14         MR. CLARK:  Accept.

15         MR. QUINON:  We will accept as well.

16         THE COURT:  Hold on.  She is the person -- she is the

17   paralegal.  She says she works for a solo practitioner.  I know

18   who that solo practitioner was.  She was a former JA for one of

19   the judges when I was a state Judge.

20         She has got a solo practice, there is no requirement

21   that she pay Ms. Young and Ms. Young said she is the only

22   person that's going to be in the office while the attorney is

23   away.  It seems to me that's a sufficient basis to strike her

24   for cause.

25         MR. CLARK:  That's fine, Judge.

1           MR. QUINON:  Judge, we don't agree.

2           THE COURT:  All right.  Well, we will bring her in and

3    make sure that we are all clear.

4           Can you bring Ms. Young in, Juror Number 13?

5           COURTROOM DEPUTY:  All rise for the jury, please.

6           (Prospective Juror 13 entered the courtroom at

7    4:00 p.m.)

8           THE COURT:  Ms. Young, would you come up to the jury

9    box, please?

10          Just watch your step as you go up the incline.

11          Just have a seat in the first chair.

12          Please be seated, everyone.

13          I know we have talked about this a few times.

14          So, you work for a solo practitioner and you do

15   everything else in the office.  The law does not require that

16   you be paid if you are selected on the jury because it's a

17   small office.

18          Have you discussed that issue at all with your

19   employer?

20          PROSPECTIVE JUROR:  Once I received the notice, I did.

21          Unfortunately, I will not be compensated for the time.

22   My PTO time was used with my husband in the hospital last week,

23   so I actually exhausted my little time when he was in the

24   hospital.

25          THE COURT:  So, if you are not paid, would that pose a

1    hardship for you, a financial hardship for you?

2         PROSPECTIVE JUROR:  It will be because he is still out

3    pending a cardio review waiting to go back to the doctor or

4    back to work.  He is not cleared.

5         So, he is done with his flex time as well so, yes, it

6    would.

7         THE COURT:  Any questions from the government?

8         MR. CLARK:  None, Your Honor.

9         THE COURT:  Any questions from the defense?

10        MR. QUINON:  None.

11        THE COURT:  All right.  Thank you, Ms. Young, if you

12   will just wait outside.

13   (Prospective Juror 13 exited the courtroom at 4:02 p.m.)

14        MR. QUINON:  Judge, with these additional facts, we

15   withdraw our objection.

16        THE COURT:  All right.  Without objection, I will

17   strike Ms. Young for cause.

18        That takes us to Juror Number 14, Daylin Breijo.

19        Defense, do you accept Ms. Breijo?

20        PROSPECTIVE JUROR:  Yes, Your Honor.

21        THE COURT:  Government?

22        MR. CLARK:  Accept.

23        THE COURT:  All right.  Ms. Breijo will be our third

24   juror.

25        That takes us to Gianmarco Carrera.

1          Government, do you accept?

2          MR. CLARK:  Strike.

3          THE COURT:  That is the government's second peremptory.

4          That takes us to Erica Rojkes, Juror Number 17.

5          Defense, do you accept?

6          MR. QUINON:  Just give us a second.

7          Strike her, Judge.

8          THE COURT:  All right.  That is the defense's fourth

9   peremptory.

10          That takes us to Juror Number 18, Lance Kaplan.

11          Government, do you accept?

12          MR. CLARK:  Accept.

13          THE COURT:  Defense?

14          MR. QUINON:  Yes, accept.

15          THE COURT:  All right.  Mr. Kaplan will be our fourth

16   juror.

17          That takes us to Juror Number 19, Aby Galsky Sandelman.

18          Defense, do you accept?

19          MR. QUINON:  Yes.

20          THE COURT:  Government?

21          MR. CLARK:  Strike.

22          THE COURT:  That's the government's third peremptory.

23          That takes us to Rode Gonzalez, Juror Number 20.

24          Government, do you accept?

25          MR. CLARK:  Accept.

```
 1              THE COURT:  Defense?

 2              MR. CLARK:  Accept.

 3              THE COURT:  All right.  That will be our fifth juror.

 4              That takes us to Juror Number 21, Clara Sanchez.

 5              Defense, do you accept?

 6              MR. QUINON:  If I can just have a second here.

 7              21, we strike.  That's 21, Juror 21, right?

 8              THE COURT:  Juror Number 21.  That is the defense's

 9  fifth peremptory.

10              Juror Number 22, Lorraine Rodriguez.

11              Government, do you accept?

12              MR. MCLAUGHLIN:  Accept.

13              THE COURT:  Defense?

14              MR. QUINON:  We will take her.

15              THE COURT:  All right.  You are fine with

16  Ms. Rodriguez?

17              MR. QUINON:  Pardon me?

18              THE COURT:  You accept Ms. Rodriguez?

19              MR. QUINON:  Yes.

20              THE COURT:  All right.  Ms. Rodriguez will be our sixth

21  juror.

22              That takes us to Juror Number 23, Hector Barrios.

23              Defense, do you accept?

24              MR. QUINON:  We accept.

25              THE COURT:  Government.
```

1           MR. CLARK:  We accept.

2           THE COURT:  All right.  Mr. Barrios will be our 7th

3    juror.

4           That takes us to Juror Number 24, Elsa Rodriguez.

5           Government, do you accept?

6           MR. CLARK:  Yes.

7           THE COURT:  Defense?

8           MR. QUINON:  We will strike.

9           THE COURT:  That is the defense's 6th peremptory.

10          That takes us to Juror Number 25, Raymond Suits.

11          Defense, do you accept?

12          MR. QUINON:  Accept.

13          THE COURT:  Government?

14          MR. CLARK:  Strike.  I moved for cause, Judge, but you

15   rejected the cause?

16          THE COURT:  I'm sorry?

17          MR. CLARK:  I previously moved to excuse that juror for

18   cause.

19          THE COURT:  Well, I only took it up at that moment if

20   they are agreed, but if they are going to be argued then I just

21   take them as we are going through them one by one.

22          So I haven't ruled on a cause challenge.

23          MR. CLARK:  So I would move to excuse this juror for

24   cause.

25          THE COURT:  All right.  And just me the basis.

1          MR. CLARK:  The person is a high school teacher and he

2     reported that he has several upcoming commitments that are

3     vital on August 10th, on August 17th.

4          There were these orientations, these programming

5     seminars that he said were mandatory.

6          And then on a Thursday, he also mentioned he has some

7     medical appointments.  So we have had several jurors like that

8     that because of the start of school and how vital it is that

9     they be there at the beginning of school, that they can't get

10    substitutes, that we excuse them.

11         THE COURT:  And your response?

12         MR. QUINON:  Judge, some of the other people have been

13    able to make arrangements and work out that are either similar-

14    situated, some of them even in more difficult circumstances.

15    I think he can work it out and I just want to make sure we

16    select a jury and I think he can work it out.

17         THE COURT:  Mr. Suits, he also said he had a doctor's

18    appointment on Thursday.

19         Nobody has focused on that, but he did say that as

20    well.

21         I am going to strike him for cause based on the unique

22    point in the school year, the beginning and he described in

23    great detail all the things that he was responsible for at the

24    beginning of the year, which was similar to another juror,

25    Juror Number 49, which the parties agreed to strike for the

1    exact same reason and, in addition, Mr. Suits has his doctor's

2    appointment on Thursday.

3            That takes us to Juror Number 27, Yessica Gonzalez

4    Ramos.

5            Government, do you accept?

6            MR. CLARK:  Accept.

7            THE COURT:  Defense?

8            MR. QUINON:  Accept.

9            THE COURT:  All right.  She will be our eighth juror.

10           That takes us to Juror Number 28, Arabella Barrameda.

11           Defense, do you accept?

12           MR. QUINON:  Let me just have a second, Your Honor.

13           We will strike her.

14           THE COURT:  All right.  That is the defense's 7th

15   peremptory.

16           That takes us to Juror Number 31, Evan Peters.

17           Does the government accept?

18           MR. CLARK:  Judge, I'm on 28.

19           THE COURT:  They just struck Barrameda.

20           MR. CLARK:  So 27 we sat, 28 we are striking.

21           THE COURT:  We sat Juror Number 27.  On 28, the defense

22   used their 7th peremptory, so we are on Juror Number 31.

23           MR. CLARK:  Accept.

24           THE COURT:  All right.  Defense?

25           MR. QUINON:  Accept.

1          THE COURT:  All right.  Mr. Peters will be our 9th

2   juror.

3          That takes us to Juror Number 32, Rosemary Staropoli.

4          Defense, do you accept?

5          MR. QUINON:  Give me a second again, Judge.  Hold on.

6          We accept.

7          THE COURT:  All right.  Government?

8          MR. CLARK:  Juror 31?

9          THE COURT:  Juror 32, Staropoli.

10          MR. CLARK:  Accept.

11          THE COURT:  All right.  She will be our 10th juror.

12          That takes us to Juror Number 33, Jese Feijoo.

13          Government, do you accept?

14          MR. CLARK:  Strike.

15          THE COURT:  That is the government's 7th peremptory.

16          That takes us to Juror Number 34, Diana Nelson.

17          Defense, do you accept?

18          MR. QUINON:  Yes, Judge, we accept.

19          THE COURT:  Government?

20          MR. CLARK:  Accept.

21          THE COURT:  All right.  Ms. Nelson will be our 11th

22   juror.

23          That takes us to Juror Number 36, Etophia Gilliam.

24          Government, do you accept?

25          MR. CLARK:  Accept.

 1          THE COURT:  Defense?

 2          MR. QUINON:  Accept.

 3          THE COURT:  All right.  Ms. Gilliam constitutes, with

 4    her addition, a panel of 12.

 5          Again, I have Juror Number 1, Veronica Jones; Juror

 6    Number 2, Marlene Sanchez; Juror Number -- I'm sorry, Juror

 7    Number 5, Veronica Jones.

 8          Juror Number 7, Marlene Sanchez.

 9          Juror Number 14, Daylin Breijo.

10          Juror Number 18, Lance Kaplan.

11          Juror Number 20, Rode Gonzalez.

12          Juror Number 22, Lorraine Rodriguez.

13          Juror Number 23, Hector Barrios.

14          Juror Number 27, Yessica Gonzalez Ramos.

15          Juror Number 31, Evan Peters.

16          Juror Number 32, Rose Marie Staropoli.

17          Juror Number 34, Diana Nelson.

18          Juror Number 36, Etophia Gilliam.

19          Does the government tender that panel?

20          MR. CLARK:  Yes, Your Honor.

21          THE COURT:  Does the defense tender the panel?

22          MR. QUINON:  Yes, Your Honor.

23          THE COURT:  All right.  We will move on to the

24    alternates.

25          Starting with Juror Number 38, Stephanie Camargo-

1    Merino.

2              Defense, do you accept her as the first alternate?

3              MR. QUINON:  If I could just have a second, Judge.

4              We will challenge her.

5              THE COURT:  Okay.

6              MR. QUINON:  For alternates, how many challenges do you

7    get?

8              THE COURT:  I think one is enough.

9              MR. QUINON:  That's what I thought.  I'm just checking.

10             THE COURT:  That takes us -- of course, you can raise

11   cause challenge.

12             That takes us to Juror Number 39, Pedro Cosculluela.

13             Government, do you accept?

14             MR. CLARK:  If you give us just a moment.

15             Accept.

16             THE COURT:  Accept?

17             MR. CLARK:  Yes.

18             THE COURT:  Defense, do you accept him?

19             MR. QUINON:  Yes.

20             THE COURT:  All right.  He will be our first alternate.

21             That takes us to Juror Number 40, Erica Marines.

22             Defense, do you accept?

23             MR. QUINON:  Yes.

24             THE COURT:  Government?

25             MR. CLARK:  Accept.

```
 1              THE COURT:  All right.  She will be our second
 2   alternate.
 3              That takes us to Juror Number 42, Patrick Metz.
 4              MR. CLARK:  Accept.
 5              THE COURT:  Government accepts.
 6              What about the defense?
 7              MR. QUINON:  Yes.
 8              THE COURT:  He will be our third alternate.
 9              I mean, we have other jurors.
10              Are you sure three is enough?
11              MR. CLARK:  By the skin of our teeth, Judge, we have
12   one spare.
13              MR. QUINON:  We have two.
14              MR. CLARK:  We have three alternates and how many
15   jurors are left?  Just one.
16              MR. QUINON:  Two.
17              THE COURT:  There is two left.
18              I was wondering if we want a fourth alternate or not.
19              MR. QUINON:  We did it.
20              THE COURT:  Do you want a fourth alternate?
21              MR. CLARK:  Sure, let's go with four.
22              MR. QUINON:  All right.  Yes.
23              MR. CLARK:  You never know.
24              With COVID, you know, but still, it's not that long of
25   a trial.  I don't know if you want to impose upon people.
```

 1          THE COURT:  Three weeks, I would feel a little safer

 2   just in case, if the parties are fine with it.

 3          MR. QUINON:  We are fine with it.

 4          THE COURT:  Next up would be Michelle Pierre-Louise.

 5   Wait a minute, no, it's Edison Berdugo, Juror Number 45.

 6          Does the government accept him?

 7          MR. CLARK:  Yes.

 8          THE COURT:  Defense?

 9          MR. QUINON:  I don't have any challenges, right?

10          THE COURT:  Well, you had some unused peremptories.

11          If you want to exercise one as to him, I will let you.

12          MR. QUINON:  I will do one and hopefully we will take

13   the next one.

14          THE COURT:  I will let you use a peremptory as to

15   Edison Berdugo.

16          As to Michelle Pierre-Louis, defense, do you accept

17   her?

18          MR. QUINON:  Yes.

19          THE COURT:  Government?

20          MR. CLARK:  Yes.

21          THE COURT:  All right.  So, we will have her as our

22   fourth alternate.

23          We will bring them in.  I will give them the

24   preliminary instructions and we will recess for the evening.

25          We will have to start no earlier than ten tomorrow

 1   because one of our jurors is the one that has to take his car

 2   in.  That was Mr. -- isn't he still on the jury?  Is that

 3   Mr. Barrios?

 4          We will start at ten tomorrow.

 5          All right.

 6          COURT SECURITY OFFICER:  All rise for the jury, please.

 7    (The prospective jurors entered the courtroom at 4:23 p.m.)

 8          THE COURT:  All right.  Please be seated, everyone.

 9          I know I told you all maybe 15 to 20 minutes, but it

10   took us much longer than that, but the good news is we have

11   selected a jury.

12          When I call your name, I am going to ask that you

13   please stand.

14          Juror Number 5, Veronica Jones.  Juror Number 7,

15   Marlene Sanchez.  Juror Number 14, Daylin Breijo.  Juror Number

16   18, Lance Kaplan.

17          Juror Number 20, Rode Gonzalez.  Juror Number 22,

18   Lorraine Rodriguez.  Juror Number 23, Hector Barrios.  Juror

19   Number 23, Yessica Gonzalez Ramos.

20          Juror Number 21, Evan Peters.  Juror Number 32, Rose

21   Marie Staropoli.

22          Juror Number 34, Diana Nelson.  And Juror Number 36,

23   Etophia Gilliam.

24          Juror Number 39, Pedro Cosculluela.

25          PROSPECTIVE JUROR:  Cosculluela.

1          THE COURT:  Thank you.

2          I will get the pronunciation right before we end the

3    trial.

4          PROSPECTIVE JUROR:  No problem.

5          THE COURT:  Juror Number 40, Erica Marines.

6          Juror Number 42, Patrick Metz and Juror Number 48,

7    Michelle Pierre-Louis.

8          I need the 16 of you to please raise your right hands

9    and be sworn.

10          (The jurors were duly sworn.)

11          THE COURT:  Those of you that are selected, I am going

12    to have you stay in the jury box, so those of you in the rear,

13    you will make your way up to the jury box.

14          Everyone else, you have to go to the fifth floor.  But

15    I am sure no one else is starting a trial at this time, so they

16    may excuse you.

17          Those of you not selected, please report to the fifth

18    floor.

19          Those of you that were selected, come up to the jury

20    box.

21          Those of you already in the jury box that were

22    selected, feel free to sit anywhere you like.

23          You don't have to stay in the same seats.

24          You can move if you like.  Sit anywhere you like,

25    please.

1          You can have a seat.  That's fine.  There is a seat in

2     the first row at the end.

3          Yes.

4          All right.  Please be seated.

5          All right.  Ladies and gentlemen, I know it's been a

6     long day.  I have some preliminary instructions I have to give

7     you and then we will recess for the evening.  We will have to

8     resume at ten tomorrow.

9          Mr. Barrios, you are taking your car in, right?

10         JUROR BARRIOS:  Right.

11         THE COURT:  So we will start a little later to give you

12    that opportunity.

13         You don't have to take any notes.

14         Just listen attentively, and again, after these

15    preliminary instructions, we will recess for the evening.

16         Members of the jury, now that you have been sworn, I

17    need to explain some basics principles about a criminal trial

18    and your duty as jurors.

19         These are preliminary instructions.

20         At the end of the trial, I will give you more detailed

21    instructions.

22         It will be your duty to decide what happened so you can

23    decide or determine whether the defendant is guilty or not

24    guilty of the crimes charged in the indictment.

25         At the end of the trial, I will explain the law that

1    you must follow to reach a verdict.

2         You must follow the law as I explain it to you even if

3    you do not agree with the law.  You must decide the case solely

4    on the evidence presented here in the courtroom.  Evidence can

5    come in many forms.  It can be testimony about what someone saw

6    or heard or smelled.  It can be an exhibit admitted into

7    evidence.  It can be someone's opinion.

8         Some evidence proves a fact indirectly, such as a

9    witness who saw wet grass outside and people walking into the

10   courthouse carrying wet umbrellas.

11        Indirect evidence, sometimes called circumstantial

12   evidence, is simply a chain of circumstances that proves a

13   fact.  As far as the law is concerned, it makes no difference

14   whether evidence is direct or indirect.

15        You may choose to believe or disbelieve either kind and

16   should give every piece of evidence whatever weight you believe

17   it deserves.

18        Certain things are not evidence and must not be

19   considered.  I will list them for you now.

20        First, the statements and arguments of the lawyers.  In

21   their opening statements and closing arguments the lawyers will

22   discuss the case but their remarks are not evidence.

23        Second, the questions and objections of the lawyers.

24   The lawyers' questions are not evidence.

25        Only the witness's answers are evidence.

1      You should not think that something is true just
2  because a lawyer's question suggests that it is.
3      For instance, if a lawyer asks a witness, "You saw the
4  defendant hit his sister, didn't you," that question is not
5  evidence whatsoever of what a witness saw or what the defendant
6  did unless the witness agrees with it.
7      There are rules of evidence that control what can be
8  received into evidence.  When a lawyer asks a question or
9  offers an exhibit and a lawyer on the other side thinks that it
10  is not permitted by the rules of evidence, that lawyer may
11  object.  If I overrule the objection, then the question may be
12  answered or the exhibit received.  If I sustain the objection,
13  then the question cannot be answered and the exhibit cannot be
14  received.
15      Whenever I sustain an objection to the question, you
16  must ignore the question and not try to guess what the answer
17  would have been.
18      Sometimes I may order that evidence be stricken and
19  that you disregard or ignore the evidence.  That means that
20  when you are deciding the case, you must not consider that
21  evidence.
22      Some evidence is admitted only for a limited purpose.
23      When I instruct you that an item of evidence has been
24  admitted for a limited purpose, you must consider it only for
25  that limited purpose and no other.

1          In reaching your verdict, you may have to decide what

2    testimony to believe and what testimony not to believe.  You

3    may believe everything a witness says or part of it or none of

4    it.

5          In considering the testimony of any witness, you may

6    take into account the following:  The opportunity and ability

7    of the witness to see or hear or know the things testified to,

8    the witness's memory, the witness's manner while testifying,

9    the witness's interest in the outcome of the case and any bias

10   or prejudice, whether other evidence contradicted the witness's

11   testimony, the reasonableness of the witness's testimony in

12   light of all the evidence, and any other factors that bear on

13   believability.

14         I will give you additional guidelines for determining

15   credibility of witnesses at the end of the case.

16         As you know, this is a criminal case.  There are three

17   basic rules about a criminal case that you must keep in mind.

18         First, the defendant is presumed innocent until proven

19   guilty.  The indictment against the defendant brought by the

20   government is only an accusation, nothing more.  It is not

21   proof of guilt or anything else.  The defendant, therefore,

22   starts out with a clean slate.

23         Second, the burden of proof is on the government until

24   the very end of the case.  The defendant has no burden to prove

25   his innocence or to present any evidence or to testify.  Since

1    the defendant has the right to remain silent and choose whether

2    to testify, you cannot put any weight on the defendant's choice

3    not to testify.  It is not evidence.

4          Third, the government must prove the defendant's guilt

5    beyond a reasonable doubt.

6          I will give you further instructions on this point

7    later, but bear in mind that the level of proof required is

8    high.

9          Our law requires jurors to follow certain instructions

10   regarding their personal conduct in order to help them assure a

11   just and fair trial.

12         I will now give you those instructions.

13         First, do not talk, either among yourselves or with

14   anyone else, about anything related to this case.  You may tell

15   the people with whom you live and your employer that you are a

16   juror and give them information about when you will be required

17   to be in court, but you may not discuss with them or anyone

18   else anything related to the case.

19         Two, do not, at any time during the trial, request,

20   accept, agree to accept, or discuss with any person any type of

21   payment or benefit in return for supplying any information

22   about the trial.

23         Third, you must promptly tell me about any incident you

24   know of involving an attempt by any person to improperly

25   influence you or any member of the jury.

1          Fourth, do not visit or view the premises or place

2    where the charged crimes were allegedly committed, or any other

3    premises or place involved in the case, and, you must not use

4    Internet maps or Google Earth or any other programs or device

5    to search for a view of any location discussed in the

6    testimony.

7          Fifth, do not read, watch or listen to any accounts or

8    discussions related to this case which may be reported by any

9    newspapers, television, radio, the Internet or any other news

10   media.

11         Sixth, do not attempt to research any fact, issue or

12   law related to this case, whether by discussions with others,

13   by library or Internet research, or by any other means or

14   course.

15         In this age of instant electronic communication and

16   research, I want to emphasize that in addition to not talking

17   face-to-face with anyone about the case, you must not

18   communicate with anyone about this case by any other means,

19   including by telephone, text messages, e-mail, Internet chat,

20   chat rooms, logs or social networking websites, such as

21   Facebook, Instagram or Twitter.

22         You must not provide any information about the case to

23   anyone, by any means whatsoever, and that includes posting

24   information about the case or what you are doing in the case on

25   any device or Internet site including blogs, chat rooms, social

1    websites or any other means.

2            So, also, if you posted on Facebook or Twitter that you

3    were called for jury service, which is usually followed by a

4    sad face emoji, if you did that, take it down.

5            It's going to elicit a response and we don't want

6    anyone to say anything that would either affect your ability to

7    be fair or the parties' perception of your ability to be fair.

8            You also must not use Google or otherwise conduct

9    searches for any information about the case, or the law that

10   applies to the case, or the people involved in the case,

11   including the defendant, the witnesses, the lawyers or the

12   Judge.

13           It is important that you understand why these rules

14   exist and why they are so important.  Our law does not permit

15   jurors to talk with anyone else about the case or to permit

16   anyone to talk to them about the case because only jurors are

17   authorized to render a verdict.  Only you have been found to be

18   fair and only you have promised to be fair.

19           No one else is so qualified.

20           Our law also does not permit jurors to talk among

21   themselves about the case until the Court tells them to begin

22   deliberations because premature discussions can lead to a

23   premature final decision.

24           Our law also does not permit you to visit a place

25   discussed in the testimony.

1          First, you can't be sure that the place is in the same

2    condition as it was on the day in question.

3          Second, even if it were in the same condition, once you

4    go to a place discussed in the testimony to evaluate the

5    testimony in light of what you see, you become a witness, not a

6    juror.

7          As a witness you may have now -- or you may now have a

8    mistaken view of the scene that neither party may have a chance

9    to correct, and that is not fair.

10          Finally, our law requires that you not read or listen

11    to any news accounts of the case and that you not attempt to

12    research any fact, issue or law related to the case.

13          Your decision must be based solely on the testimony and

14    other evidence presented in this courtroom.

15          Also, the law often use words and phrases in special

16    ways.  So it is important that any definitions you hear come

17    only from me and not from any other source.  It would not be

18    fair to the parties for you to base your decision on some

19    reporter's view or opinion or upon other information you

20    acquire outside the courtroom.

21          These rules are designed to help guarantee a fair trial

22    and our law accordingly sets forth serious consequences if the

23    rules are not followed.

24          I trust that you understand and appreciate the

25    importance of following these rules, and in accord with your

1   oath and promise, I know you will do so.

2          Moving on now, if you wish you may take notes to help

3   remember what witnesses said.  If you do take notes, please

4   keep them to yourself until you and your fellow jurors go to

5   the jury room to decide the case.

6          Do not let note-taking distract you so that you do not

7   hear other answers by witnesses.  When you leave the courtroom,

8   your notes should be left in the jury room.

9          Whether or not you take notes, you should rely on your

10  own memory of what was said.  Notes are to assist your memory

11  only.  They are not entitled to any greater weight than your

12  memory or impression about the testimony.

13         Now, the trial will begin tomorrow morning.

14         First, the government will make an opening statement,

15  which is simply an outline to help you understand the evidence

16  as it comes into the trial.

17         Afterwards, the defendant's attorney may, but does not

18  have to, make an opening statement.  Opening statements are

19  neither evidence nor argument.

20         The government will then present its witnesses and the

21  counsel for the defendant may cross-examine them.

22         Following the government's case, the defendant may, if

23  he wishes, present witnesses whom the government may

24  cross-examine.

25         After all the evidence is in, the attorneys will

1   present the closing arguments to summarize and interpret the

2   evidence for you and I will instruct you on the law.

3          After that, you will go to the jury room to decide your

4   verdict.

5          Now that concludes my instructions.  You are now free

6   to go.

7          Before you leave, Mr. Ahmad is going to walk you into

8   the jury room so you are going to see where you are going to

9   report to tomorrow morning.

10          So, tomorrow morning, report directly to the jury room

11   on this floor, although you can also use -- walk about the

12   hallway here.

13          Also, tomorrow please don't use the restrooms on the

14   floor, use the restrooms in the jury room.  That way, the

15   witnesses and the attorneys can use the restrooms on this

16   floor.

17          So, again, use the space here.

18          Please report back here at ten o'clock tomorrow morning

19   and hopefully we will have everyone assembled so we can start

20   promptly.

21          With that said, have a good evening.

22          We will see you tomorrow.

23          Also, we talked a lot about employers.

24          So, the time you have off, so we are not in session on

25   the weekends.  So, this week we are going to work Monday --

1  well, today, Tuesday, Wednesday and Thursday full days.

2          We are off on Friday.  Of course, we are off Saturday

3  and Sunday, and we are also off on Monday.

4          So, if you chose to work on those days, that's up to

5  you.

6          But, as far as receiving your salary, you each are

7  entitled to have your employer pay your full-time salary, your

8  regular rate.  That doesn't include what you would get in

9  overtime, but your regular rate.

10          If you have any issues, please let Rehan know and we

11  will take care of it from there.

12          Otherwise, we will see you tomorrow morning.

13          Have a good evening.

14          (The jury exited the courtroom at 4:45 p.m.)

15          THE COURT:  Please be seated.

16          I believe the parties requested 30 minutes for opening.

17          Is that right?

18          MR. MCLAUGHLIN:  That's correct, Your Honor.

19          MR. QUINON:  That's right.

20          THE COURT:  Tomorrow morning you will let me know if

21  you want any time alerts for the opening statements.

22          Anything else we need to take up from the government?

23          MR. MCLAUGHLIN:  Just a couple matter, Your Honor, I am

24  talking to Mr. Quinon, but it would be good to alert the Court.

25          We have provided our copies of the trial exhibits to

1    Mr. Quinon months ago.

2           Mr. Quinon has been gracious.  We have talked on the

3    phone, we have e-mailed each other back and forth about exactly

4    how this trial is going to go.

5           We have provided Mr. Quinon an expected witness order,

6    and also for our first five witnesses, which exhibits those

7    witnesses are going to touch, talk about.

8           We are going to work tonight to see if we can come to

9    some sort of agreement in terms of a stipulation, probably a

10   verbal stipulation.

11          We were not able to get a written stipulation on any

12   exhibits, to make the trial move as fast as possible.

13          I gave Rehan a copy of all trial exhibits, Your Honor,

14   on a thumb drive so the Court has a copy as well.

15          But I wanted to let the Court know, and after talking

16   with Mr. Quinon, we are working together very well to make this

17   trial go as fast and as smooth as possible.

18          I know sometimes that doesn't happen in a trial, but I

19   wanted to let the Court know that.

20          THE COURT:  All right.  Well, I certainly appreciate

21   that.

22          Just so I am clear, I only have the -- Rehan gave me

23   two government's exhibit lists.  One is titled, "Final

24   Government Exhibit List."  The other is titled, "Updated."

25          Which one is the operative one?

1          MR. MCLAUGHLIN:  That would be Docket Entry 237, Your

2   Honor.

3          Just so the Court is aware, and I have told Mr. Quinon,

4   there are two pen and ink changes, and I apologize.  One is on

5   Page 3.  It should read 15B1 through 15B9, not B8.

6          And secondly, on Page 5, where it says, "Amscot

7   Financial records," that should be 25G, not 25D.  If the Court

8   would like, tonight I can go re-file a corrected version, but I

9   wanted to let the Court know there were a couple pending

10  changes we needed to make.

11         THE COURT:  25G instead of D?

12         MR. MCLAUGHLIN:  Correct.  The Amscot records should be

13  25G.

14         THE COURT:  I mean, if those are the only two changes,

15  I don't need a new copy.

16         MR. MCLAUGHLIN:  Very well.

17         THE COURT:  All right.  Anything from the defense?

18         MR. QUINON:  No, Your Honor, thank you.

19         THE COURT:  Who do you expect to call tomorrow?

20         MR. MCLAUGHLIN:  We think we might be able to get

21  through three witnesses, Your Honor.

22         The first witness will be Special Agent Slattery.

23         Just so the Court is aware, there are actually other

24  two matters.

25         Agent Slattery is also the case agent.  We are going to

1   call him first to introduce a series of exhibits, and I have

2   talked with Mr. Quinon about this.  We are going to recall him

3   later in the trial to go through summary exhibits and evidence

4   that will be in once he testifies a second time.

5        We have had an issue with one of our expected

6   witnesses, so we have had to use Special Agent Slattery twice.

7        Secondly, there is another witness, CART witness,

8   Special Agent Herbster.  His father died Saturday suddenly.

9   So, instead of trying to force him to come down here on such

10  short notice, the other CART witnesses adopted Agent Herbster's

11  report.  So there is going to be one less witness on that.

12       I informed Mr. Quinon on that as well.

13       But tomorrow, Your Honor, I think we can get through

14  three witnesses, Agent Slattery, Donna Richards, who is the DEA

15  diversion witness, and then, three, we can start with Special

16  Agent Gordon, who is a CART witness.  So I think we can get

17  three witnesses done.

18       Agent Slattery is going to be fairly lengthy to start.

19  So if we can get through three, we are making progress.

20       THE COURT:  Just so you all can anticipate.  I usually

21  give the court reporter a break after an hour and a half, so

22  you can kind of start anticipating when we are going to have

23  breaks, and then the hour lunch break, depending on where we

24  are with the witnesses, it will be sometime between 12 and

25  12:30, depending on where we are with the witness.

1          We will recess for the evening.

2          (The proceedings were adjourned at 4:50 p.m., to be

3     continued in Volume 2.)

4

                    C E R T I F I C A T E

5

6

7          I hereby certify that the foregoing is an

      accurate transcription of the proceedings in the

8
      above-entitled matter.

9

10

11    April 1, 2024          /s/Patricia Diaz
      DATE                   PATRICIA DIAZ, RPR, FPR, FCRR
12                           Official Court Reporter
                             United States District Court
13                           400 North Miami Avenue, Eleventh Floor
                             Miami, Florida 33128
14                           (305) 523-5178

15

16

17

18

19

20

21

22

23

24

25

## /

**/s/Patricia** [1] - 202:11

## 1

**1** [11] - 1:7, 1:8, 4:13, 4:19, 12:7, 12:23, 31:14, 77:16, 172:4, 182:5, 202:11
**10** [27] - 4:16, 4:20, 14:9, 14:19, 32:9, 33:8, 36:18, 37:2, 60:3, 60:13, 65:16, 69:4, 75:21, 76:3, 82:23, 82:25, 97:11, 110:18, 120:19, 120:20, 125:14, 131:16, 131:18, 132:9, 134:7, 137:13, 137:15
**10:16** [1] - 7:16
**10th** [3] - 31:11, 179:3, 181:11
**11** [24] - 23:5, 46:15, 60:7, 65:16, 69:4, 75:25, 76:4, 76:7, 82:23, 82:25, 83:1, 85:23, 90:25, 107:21, 116:12, 116:15, 120:19, 121:2, 125:15, 127:15, 131:16, 132:12, 137:14, 137:16
**11-32** [1] - 39:6
**117th** [1] - 26:22
**11:30** [3] - 35:1, 35:2, 51:19
**11:45** [1] - 53:19
**11:50** [1] - 57:2
**11th** [3] - 1:24, 70:8, 181:21
**12** [7] - 88:24, 112:12, 131:19, 154:2, 173:8, 182:4, 201:24
**12:06** [1] - 67:8
**12:15** [2] - 71:11, 72:15
**12:30** [2] - 51:12, 201:25
**13** [7] - 23:13, 60:19, 92:4, 173:12, 174:4, 174:6, 175:13
**14** [12] - 36:18, 37:2, 41:12, 94:18, 95:5, 101:1, 117:3, 121:13, 124:3, 175:18, 182:9, 186:15

**142** [1] - 2:3
**15** [12] - 25:4, 60:13, 60:25, 65:17, 66:14, 69:6, 71:24, 85:15, 105:12, 123:6, 169:19, 186:9
**15-plus** [1] - 92:7
**1512(b)(3** [2] - 13:14, 14:2
**1512(c)(2** [1] - 14:17
**1512(k)** [2] - 13:15, 14:18
**152nd** [1] - 26:22
**15B1** [1] - 200:5
**15B9** [1] - 200:5
**15th** [4] - 18:14, 18:15, 31:1, 31:2
**16** [5] - 29:6, 61:4, 66:14, 96:4, 187:8
**160** [1] - 2:4
**16th** [2] - 18:15, 68:1
**17** [6] - 37:11, 42:11, 61:12, 72:2, 97:7, 176:4
**17-year** [1] - 132:13
**171** [1] - 2:5
**17th** [10] - 14:5, 28:13, 28:23, 31:12, 42:12, 62:5, 63:21, 115:18, 116:1, 179:3
**18** [10] - 13:13, 13:14, 14:1, 14:16, 14:17, 42:11, 100:11, 176:10, 182:10, 186:16
**187** [1] - 2:6
**188** [1] - 2:7
**18th** [1] - 44:19
**19** [7] - 22:16, 44:5, 44:7, 44:9, 66:5, 101:22, 176:17
**19th** [2] - 22:16, 23:6
**1:15** [5] - 70:4, 70:8, 71:6, 71:18, 72:13
**1:19** [1] - 73:2
**1:20** [1] - 55:21

## 2

**2** [7] - 17:20, 26:17, 58:4, 65:14, 68:24, 182:6, 202:3
**2)** [1] - 14:2
**20** [11] - 38:25, 86:22, 87:10, 104:15, 116:20, 121:3, 169:20, 176:23, 182:11, 186:9, 186:17
**2000s** [1] - 154:10
**2005** [1] - 92:19

**2011** [1] - 105:9
**2016** [1] - 12:8
**2018** [1] - 120:1
**2019** [2] - 13:3, 14:10
**2020** [6] - 12:9, 13:4, 14:3, 14:5, 14:7, 14:11
**2023** [1] - 1:5
**2024** [1] - 202:11
**20th** [2] - 14:6, 29:16
**21** [10] - 12:14, 12:15, 12:22, 107:5, 177:4, 177:7, 177:8, 186:20
**21-CR-20005** [1] - 3:3
**21-CR-20005-DPG** [1] - 1:2
**21st** [12] - 12:9, 13:4, 14:11, 18:20, 29:16, 29:18, 34:13, 35:6, 35:7, 61:8, 62:21, 96:8
**22** [4] - 109:3, 177:10, 182:12, 186:17
**23** [8] - 31:22, 32:3, 61:20, 110:14, 177:22, 182:13, 186:18, 186:19
**237** [1] - 200:1
**24** [4] - 113:2, 137:19, 167:3, 178:4
**25** [12] - 31:9, 61:18, 62:2, 78:1, 85:24, 115:17, 143:5, 143:24, 144:5, 171:16, 171:20, 178:10
**250** [1] - 153:20
**25D** [1] - 200:7
**25G** [3] - 200:7, 200:11, 200:13
**25th** [1] - 23:7
**26** [9] - 53:5, 53:15, 53:18, 54:1, 57:1, 57:7, 62:10, 65:17, 69:8
**26th** [2] - 20:1, 44:19
**27** [7] - 40:6, 117:17, 167:22, 180:3, 180:20, 180:21, 182:14
**27th** [2] - 42:12, 63:21
**28** [5] - 118:20, 180:10, 180:18, 180:20, 180:21
**29** [6] - 30:18, 62:11, 65:18, 69:9, 90:4,

90:5
**2:43** [1] - 139:4
**2:57** [1] - 140:9
**2:59** [1] - 141:10

## 3

**3** [6] - 18:9, 58:9, 65:15, 68:25, 135:14, 200:5
**3-day** [1] - 154:18
**30** [10] - 45:25, 62:16, 65:18, 69:10, 100:18, 107:22, 108:4, 125:23, 153:19, 198:16
**30-day** [1] - 153:24
**305** [2] - 1:25, 202:14
**31** [8] - 66:5, 66:6, 66:13, 119:19, 180:16, 180:22, 181:8, 182:15
**32** [5] - 121:24, 181:3, 181:9, 182:16, 186:20
**33** [4] - 34:12, 62:20, 124:12, 181:12
**33128** [2] - 1:25, 202:13
**33132** [1] - 1:16
**33134** [1] - 1:20
**34** [4] - 124:25, 181:16, 182:17, 186:22
**35** [6] - 39:17, 62:25, 65:19, 69:11, 78:2, 108:4
**36** [5] - 83:25, 127:2, 181:23, 182:18, 186:22
**37** [3] - 63:5, 65:19, 69:12
**38** [2] - 128:9, 182:25
**39** [5] - 129:9, 140:3, 140:8, 183:12, 186:24
**3:38** [1] - 169:25
**3:55** [1] - 27:14

## 4

**4** [7] - 18:24, 58:15, 60:14, 67:16, 78:16, 157:23, 172:11
**40** [3] - 130:9, 183:21, 187:5
**400** [2] - 1:24, 202:13
**41** [4] - 41:9, 63:14, 65:20, 69:14
**42** [3] - 133:2, 184:3, 187:6

**43** [4] - 42:9, 63:19, 65:20, 69:16
**44** [5] - 6:4, 42:16, 63:25, 65:20, 69:16
**45** [4] - 6:15, 6:19, 136:6, 185:5
**46** [6] - 6:18, 43:25, 64:5, 65:21, 69:18
**47** [4] - 44:17, 64:10, 65:21, 69:18
**48** [2] - 137:25, 187:6
**49** [5] - 45:2, 64:14, 65:22, 69:20, 179:25
**4:00** [1] - 174:7
**4:02** [1] - 175:13
**4:23** [1] - 184:7
**4:30** [3] - 26:13, 27:2, 27:6
**4:45** [1] - 198:14
**4:50** [2] - 1:6, 202:2

## 5

**5** [10] - 4:13, 4:19, 13:1, 13:16, 82:12, 140:23, 172:16, 182:7, 186:14, 200:6
**50** [12] - 6:3, 6:15, 45:24, 63:15, 64:20, 64:25, 65:4, 65:6, 65:8, 65:11, 65:22, 69:20
**523-5178** [2] - 1:25, 202:14
**5:30** [5] - 16:24, 23:22, 24:23, 24:24, 90:22
**5:30-ish** [1] - 68:10

## 6

**6** [5] - 21:2, 58:17, 65:15, 69:1, 140:15
**6th** [2] - 178:9

## 7

**7** [12] - 1:5, 2:3, 4:13, 4:20, 13:18, 14:3, 14:7, 26:12, 84:13, 172:22, 182:8, 186:14
**7,000** [1] - 28:6
**75** [1] - 1:19
**7:30** [2] - 26:13, 27:2
**7th** [4] - 178:2, 180:14, 180:22, 181:15

## 8

**8** [12] - 4:13, 4:20, 13:18, 14:5, 14:7, 22:8, 59:16, 65:15, 69:2, 80:9, 110:18, 114:24
**800** [1] - 1:19
**841(a)(1** [1] - 12:15
**841(b)(1)(C)** [1] - 12:22
**846** [1] - 12:16
**8th** [1] - 14:3

## 9

**9** [10] - 4:13, 4:20, 13:18, 14:6, 14:8, 46:15, 80:7, 85:2, 143:1, 173:4
**9/11** [2] - 105:9, 105:10
**91** [1] - 44:1
**91-year-old** [1] - 64:6
**99** [1] - 1:16
**9:30** [6] - 16:24, 32:16, 35:1, 35:2, 62:1, 111:1
**9:39** [1] - 1:6
**9th** [2] - 26:16, 181:1

## A

**a.m** [16] - 1:6, 7:16, 26:12, 26:13, 26:17, 27:2, 27:22, 28:22, 32:10, 33:8, 51:19, 53:19, 57:2, 110:18, 111:21
**Abel** [2] - 23:5, 60:7
**ability** [35] - 55:11, 55:16, 73:17, 80:3, 81:2, 86:17, 93:13, 98:18, 101:2, 104:5, 108:8, 108:24, 110:8, 112:10, 114:6, 114:18, 115:14, 116:24, 117:4, 121:6, 121:14, 123:21, 126:20, 128:2, 129:3, 132:6, 132:24, 135:16, 136:19, 137:22, 151:2, 151:21, 191:6, 194:6, 194:7
**able** [36] - 22:19, 39:22, 40:12, 42:1, 55:6, 59:12, 61:24, 62:8, 78:23, 79:18, 87:2, 89:24, 90:18,

91:7, 91:10, 91:23, 100:7, 120:17, 134:5, 162:14, 162:19, 162:21, 162:22, 163:18, 166:9, 166:17, 166:25, 167:1, 167:15, 167:25, 168:16, 168:17, 179:13, 199:11, 200:20
**above-entitled** [1] - 202:8
**absolute** [1] - 16:17
**absolutely** [7] - 126:22, 132:7, 151:12, 151:15, 157:18, 167:19, 168:2
**abstract** [1] - 88:6
**abuse** [2] - 156:5, 156:16
**abused** [2] - 103:6, 152:9
**Aby** [1] - 176:17
**accept** [64] - 172:5, 172:6, 172:12, 172:17, 172:18, 172:20, 172:23, 172:24, 173:1, 173:5, 173:9, 173:13, 173:14, 173:15, 175:19, 175:22, 176:1, 176:5, 176:11, 176:12, 176:14, 176:18, 176:24, 176:25, 177:2, 177:5, 177:11, 177:12, 177:18, 177:23, 177:24, 178:1, 178:5, 178:11, 178:12, 180:5, 180:6, 180:8, 180:11, 180:17, 180:23, 180:25, 181:4, 181:6, 181:10, 181:13, 181:17, 181:18, 181:20, 181:24, 181:25, 182:2, 183:2, 183:13, 183:15, 183:16, 183:18, 183:22, 183:25, 184:4, 185:6, 185:16, 192:20
**accepts** [1] - 184:5
**access** [1] - 150:19
**accident** [1] - 152:15
**accident-prone** [1] - 152:15
**accidents** [1] - 154:14
**accommodate** [5] - 61:24, 64:22, 95:14,

96:24, 110:16
**accommodates** [1] - 71:24
**accommodating** [1] - 96:17
**accommodation** [3] - 32:20, 124:8, 124:9
**accord** [1] - 195:25
**according** [1] - 27:15
**accordingly** [1] - 195:22
**account** [3] - 79:16, 120:23, 191:6
**accounting** [2] - 29:21, 29:22
**accounts** [2] - 193:7, 195:11
**accurate** [3] - 10:17, 38:16, 202:7
**accusation** [2] - 164:8, 191:20
**accuse** [1] - 164:10
**accused** [20] - 8:24, 76:1, 76:5, 76:8, 76:12, 77:3, 85:23, 86:2, 103:4, 116:16, 116:17, 116:21, 125:17, 125:19, 125:20, 127:18, 137:16, 150:18, 151:25, 164:9
**acknowledge** [1] - 70:20
**ACL** [1] - 152:16
**acquire** [1] - 195:20
**acronym** [1] - 147:3
**act** [1] - 104:8
**acting** [2] - 150:17, 151:19
**actions** [2] - 168:18, 168:21
**ad** [1] - 88:25
**add** [2] - 72:1, 134:23
**added** [1] - 5:15
**addicted** [2] - 155:9, 155:11
**addition** [5] - 16:8, 74:7, 180:1, 182:4, 193:16
**additional** [6] - 6:15, 66:16, 72:18, 72:21, 175:14, 191:14
**address** [3] - 10:10, 60:15, 124:19
**addressed** [1] - 21:22
**adjourned** [1] - 202:2
**adjudication** [2] -

116:20, 166:9
**adjust** [1] - 62:22
**adjustment** [1] - 7:5
**administered** [2] - 8:13, 8:17
**administers** [1] - 146:7
**Administration** [2] - 50:4, 77:24
**admitted** [3] - 189:6, 190:22, 190:24
**adopted** [1] - 201:10
**ads** [1] - 89:3
**advance** [2] - 142:6, 153:8
**advised** [3] - 153:5, 159:11, 159:19
**Aerotech** [2] - 109:7, 109:8
**Aetna** [1] - 94:24
**afar** [1] - 101:5
**affairs** [1] - 74:14
**affect** [34] - 55:11, 55:16, 80:3, 81:1, 86:17, 93:12, 98:18, 101:1, 104:5, 104:9, 108:8, 108:24, 110:8, 112:10, 114:6, 114:18, 115:14, 116:24, 117:3, 121:6, 121:14, 123:21, 124:5, 126:20, 128:2, 129:3, 131:10, 132:6, 132:24, 135:16, 136:19, 137:22, 151:21, 194:6
**affected** [2] - 86:7, 168:6
**affidavit** [1] - 158:9
**after-sales** [2] - 128:12, 128:18
**afternoon** [37] - 17:2, 70:18, 82:13, 85:3, 85:4, 88:24, 100:12, 100:13, 101:22, 101:23, 107:6, 107:7, 109:4, 109:5, 113:3, 113:4, 115:17, 117:9, 117:19, 117:20, 118:22, 119:20, 119:21, 121:25, 122:1, 125:1, 125:2, 128:10, 128:11, 130:10, 133:3, 133:4, 136:7, 142:1, 142:11, 160:16, 169:12
**afterwards** [2] - 59:23, 196:17
**age** [1] - 193:15
**agencies** [5] - 113:9,

146:12, 146:18, 147:3, 148:4
**agency** [3] - 28:5, 146:4, 146:22
**agency's** [1] - 148:8
**agent** [15] - 3:9, 11:1, 11:7, 12:1, 70:16, 150:18, 151:19, 163:16, 163:17, 165:6, 200:25, 201:18
**Agent** [27] - 3:9, 11:8, 49:10, 49:11, 49:12, 49:14, 49:15, 49:16, 49:17, 49:18, 49:20, 49:21, 49:22, 50:3, 50:9, 50:10, 146:20, 149:13, 149:15, 163:15, 200:22, 201:6, 201:8, 201:10, 201:14, 201:16
**agents** [9] - 80:17, 80:19, 80:23, 147:17, 148:24, 149:7, 158:9, 160:3
**ago** [37] - 31:5, 41:11, 42:18, 79:12, 79:13, 79:14, 85:24, 86:5, 86:7, 86:22, 87:10, 92:20, 97:19, 102:23, 107:22, 108:4, 112:18, 116:20, 121:3, 123:19, 125:22, 125:23, 131:19, 134:8, 135:1, 137:19, 143:3, 143:5, 143:6, 143:24, 144:5, 155:16, 166:6, 166:16, 199:1
**agree** [15] - 12:12, 13:7, 14:14, 57:12, 57:18, 57:21, 57:25, 58:21, 60:23, 62:7, 65:12, 164:12, 174:1, 189:3, 192:20
**agreed** [9] - 58:16, 170:14, 170:17, 170:18, 171:14, 171:24, 171:25, 178:20, 179:25
**agreement** [4] - 57:6, 58:23, 159:23, 199:9
**agrees** [2] - 36:22, 190:6
**Ahias** [10] - 3:4, 5:18, 5:19, 5:22, 5:23, 8:3, 11:17, 12:10, 13:6, 14:13
**AHIAS** [1] - 1:7

**Ahmad** [4] - 9:15, 10:6, 123:2, 197:7
**aide** [3] - 46:3, 46:13, 46:14
**Air** [1] - 46:1
**aircraft** [1] - 130:20
**airline** [1] - 122:10
**Airlines** [3] - 122:15, 123:3, 130:17
**Airport** [2] - 109:13, 110:3
**airport** [3] - 130:13, 130:15, 137:6
**AI** [2] - 160:18, 163:22
**ALBERICO** [1] - 1:7
**Alberico** [11] - 3:4, 3:13, 5:18, 5:19, 8:3, 11:17, 12:10, 13:5, 14:12, 150:7, 160:18
**alberico** [1] - 5:20
**alert** [1] - 198:24
**alerted** [1] - 158:5
**alerts** [1] - 198:21
**Alexander** [1] - 49:16
**alike** [1] - 162:6
**allegation** [1] - 15:13
**allegations** [7] - 4:22, 4:23, 55:15, 55:16, 151:6, 158:5, 161:2
**allegedly** [1] - 193:2
**alleges** [4] - 12:7, 13:2, 13:18, 14:9
**alleviate** [2] - 20:16, 54:10
**allotted** [2] - 46:3, 47:8
**allow** [1] - 46:8
**allowed** [1] - 122:24
**almost** [3] - 88:9, 132:22, 143:5
**alone** [2] - 34:1, 34:4
**alternate** [8] - 170:15, 183:2, 183:20, 184:2, 184:8, 184:18, 184:20, 185:22
**alternates** [8] - 66:13, 66:16, 71:19, 71:21, 72:6, 182:24, 183:6, 184:14
**alternating** [2] - 170:18, 170:25
**Altman** [2] - 66:8, 72:19
**Alvarez** [3] - 49:20, 50:6, 50:12
**AM** [1] - 26:6
**Amaro** [1] - 50:6

**amend** [13] - 76:18, 76:19, 76:24, 97:11, 102:20, 107:21, 120:18, 124:3, 131:16, 132:11, 134:7, 137:13, 140:13
**amendment** [1] - 125:17
**Amendment** [2] - 159:20, 159:22
**America** [2] - 3:4, 8:3
**AMERICA** [1] - 1:4
**American** [8] - 19:22, 24:21, 122:11, 122:15, 122:17, 123:3, 130:16, 131:4
**amount** [4] - 12:20, 111:24, 160:10
**Amscot** [2] - 200:6, 200:12
**Anais** [1] - 50:8
**analysis** [2] - 107:13, 117:22
**analyst** [2] - 113:5, 146:1
**analytics** [2] - 113:11, 113:18
**Anibal** [1] - 50:6
**answer** [29] - 54:24, 74:17, 74:19, 74:25, 75:2, 75:23, 76:11, 76:15, 76:19, 76:22, 76:24, 80:7, 82:24, 94:12, 118:3, 125:14, 132:12, 134:7, 140:13, 140:14, 140:15, 140:24, 141:3, 141:16, 166:24, 167:12, 190:16
**answered** [5] - 21:22, 85:22, 118:7, 190:12, 190:13
**answering** [2] - 83:2, 85:23
**answers** [10] - 73:22, 74:23, 75:11, 77:6, 77:10, 102:21, 129:3, 141:17, 189:25, 196:7
**anticipate** [1] - 201:20
**anticipating** [1] - 201:22
**Antonio** [2] - 45:24, 64:20
**anxiety** [1] - 121:15
**anyway** [1] - 37:1
**apologize** [1] - 200:4
**appearance** [1] - 70:23

**APPEARANCES** [1] - 1:12
**appearances** [1] - 3:5
**application** [2] - 165:11, 165:24
**applied** [4] - 165:1, 165:3, 165:6, 165:8
**applies** [2] - 166:19, 194:10
**apply** [7] - 36:20, 88:13, 106:6, 141:15, 161:5, 165:10, 165:22
**appointment** [13] - 25:12, 25:14, 26:6, 27:20, 31:14, 33:7, 33:12, 54:16, 62:5, 110:19, 115:19, 179:18, 180:2
**appointments** [6] - 32:9, 55:2, 55:19, 61:21, 110:21, 179:7
**appreciate** [4] - 34:9, 142:9, 169:9, 169:13, 195:24, 199:20
**appropriate** [1] - 27:10
**approximation** [1] - 111:5
**April** [1] - 202:11
**Arabella** [1] - 180:10
**area** [4] - 93:17, 94:1, 158:3, 158:21
**argued** [1] - 178:20
**argument** [2] - 57:13, 196:19
**arguments** [3] - 189:20, 189:21, 197:1
**arise** [1] - 47:19
**armed** [1] - 9:4
**arrangements** [1] - 179:13
**arrest** [3] - 132:21, 134:11, 151:20
**arrested** [5] - 76:10, 120:24, 121:4, 131:22, 132:15
**arrests** [1] - 81:5
**arrives** [1] - 130:20
**as-needed** [1] - 154:1
**aside** [2] - 22:2, 166:25
**assaulted** [1] - 134:8
**assembled** [1] - 197:19
**assess** [2] - 168:1, 168:16
**assigned** [1] - 96:15
**assignments** [4] -

30:3, 30:5, 30:9, 96:14
**assist** [6] - 44:11, 75:14, 118:13, 150:20, 152:1, 196:10
**assistance** [4] - 44:5, 44:7, 118:11, 156:17
**Assistant** [3] - 11:4, 11:6, 49:18
**ASSISTANT** [1] - 1:15
**assisted** [1] - 53:4
**assisting** [1] - 11:20
**associated** [2] - 153:6, 159:4
**Association** [1] - 19:23
**assume** [3] - 37:20, 61:16, 84:7
**assuming** [2] - 43:16, 126:1
**assurances** [1] - 142:21
**assure** [2] - 153:8, 192:10
**ATF** [1] - 147:6
**athlete** [1] - 157:14
**Atmospheric** [1] - 77:24
**atrial** [1] - 117:7
**attempt** [3] - 192:24, 193:11, 195:11
**attempted** [1] - 135:5
**attend** [11] - 23:21, 94:15, 108:5, 126:9, 126:12, 127:23, 132:2, 137:17, 143:8, 152:23, 171:19
**attendant** [1] - 122:2
**attending** [1] - 24:20
**attention** [6] - 10:9, 50:19, 56:14, 142:10, 152:19, 160:13
**attentively** [1] - 188:14
**Attorney** [2] - 11:4, 11:6
**ATTORNEY** [1] - 1:15
**attorney** [11] - 11:11, 23:17, 25:12, 92:13, 92:15, 92:16, 159:14, 159:16, 173:22, 196:17
**Attorney's** [3] - 83:16, 93:24, 159:4
**ATTORNEY'S** [1] - 1:15
**attorneys** [24] - 8:8,

8:18, 10:24, 12:1, 15:21, 23:19, 24:17, 26:7, 29:3, 53:1, 70:16, 72:17, 74:15, 74:22, 75:15, 94:6, 138:17, 138:23, 139:24, 141:14, 169:16, 171:7, 196:25, 197:15
**attributable** [1] - 12:18
**Audi** [5] - 37:16, 37:18, 37:22, 38:3, 61:13
**auditor** [1] - 107:8
**auditorium** [1] - 116:7
**August** [10] - 1:5, 22:16, 23:7, 26:16, 29:16, 42:11, 42:12, 96:8, 179:3
**aunt** [1] - 125:20
**AUSA** [1] - 3:8
**authorities** [1] - 151:20
**authority** [1] - 158:10
**authorization** [1] - 158:16
**authorized** [1] - 194:17
**automatically** [1] - 81:19
**avail** [1] - 28:6
**available** [8] - 38:6, 42:21, 90:12, 90:13, 90:14, 90:18, 91:1, 91:9
**Ave** [1] - 26:22
**Avenue** [3] - 1:19, 1:24, 202:13
**average** [1] - 102:14
**awake** [1] - 7:2
**aware** [9] - 100:3, 103:14, 136:3, 151:17, 153:3, 154:16, 165:21, 200:3, 200:23
**awkward** [1] - 168:23
**Ayala** [1] - 50:3
**AZA** [1] - 19:22

---

**B**

**B8** [1] - 200:5
**backstrikes** [1] - 170:13
**bad** [5] - 22:15, 142:8, 156:15, 161:19, 168:19

**badge** [3] - 71:4, 151:20, 151:25
**baggage** [3] - 109:10, 110:2, 130:22
**Bank** [1] - 107:15
**banking** [1] - 120:20
**Baptist** [3] - 85:8, 104:24, 134:16
**Bar** [1] - 92:6
**Barrameda** [3] - 118:20, 180:10, 180:19
**Barranco** [1] - 49:18
**BARRIOS** [1] - 188:10
**Barrios** [9] - 31:22, 32:2, 110:14, 177:22, 178:2, 182:13, 186:3, 186:18, 188:9
**bartender** [2] - 42:19, 42:24
**bartending** [1] - 43:16
**base** [1] - 195:18
**based** [9] - 21:11, 36:15, 55:5, 73:22, 81:15, 81:23, 107:12, 179:21, 195:13
**basic** [1] - 191:17
**basics** [1] - 188:17
**basis** [2] - 173:23, 178:25
**battery** [1] - 134:8
**Beach** [2] - 109:11, 109:13
**bear** [2] - 191:12, 192:7
**bearing** [1] - 32:12
**became** [1] - 154:15
**become** [3] - 80:17, 142:14, 195:5
**becoming** [2] - 80:19, 80:22
**BEFORE** [1] - 1:10
**began** [1] - 28:4
**begin** [10] - 50:21, 50:25, 61:8, 106:23, 142:12, 142:25, 145:24, 194:21, 196:13
**beginning** [9] - 12:7, 13:2, 14:9, 45:18, 82:4, 116:3, 179:9, 179:22, 179:24
**begun** [1] - 34:3
**behalf** [5] - 3:7, 3:13, 142:3, 148:4, 151:1
**behavior** [2] - 117:21, 117:22
**behavioral** [1] -

117:24
**behind** [1] - 6:11
**believability** [1] - 191:13
**belligerent** [1] - 46:11
**below** [4] - 13:19, 13:21, 40:22, 52:11
**Benedict** [2] - 45:1, 64:14
**benefit** [8] - 36:11, 113:5, 145:25, 146:7, 162:8, 162:13, 166:19, 192:21
**benefits** [1] - 162:16
**Berdugo** [4] - 136:6, 165:5, 185:5, 185:15
**best** [2] - 27:13, 128:24
**better** [1] - 48:2
**between** [8] - 16:24, 46:6, 46:15, 82:23, 98:1, 148:24, 170:15, 201:24
**beyond** [10] - 15:15, 15:24, 16:11, 85:19, 92:24, 151:14, 161:7, 161:12, 161:23, 192:5
**bias** [1] - 191:9
**big** [14] - 19:24, 37:8, 40:19, 99:13, 106:14, 109:16, 116:8, 116:9, 118:8, 118:9, 129:18, 133:17, 133:18, 160:10
**bipolar** [1] - 33:18
**bit** [15] - 6:23, 7:1, 29:2, 52:23, 54:4, 61:11, 61:16, 73:15, 75:20, 86:8, 98:14, 98:15, 100:19, 103:6
**black** [1] - 103:1
**black-market** [1] - 103:1
**blacking** [1] - 117:13
**blame** [1] - 168:20
**blank** [2] - 133:23, 135:22
**Bliss** [2] - 49:23, 150:1
**blogs** [1] - 193:25
**blood** [2] - 46:2, 117:14
**board** [2] - 19:21, 26:20
**Board** [2] - 46:7, 46:21
**Bombino** [5] - 85:2, 142:25, 143:2, 166:4,

173:4
**Bombino's** [1] - 144:5
**Border** [1] - 136:9
**boss** [2] - 40:10, 59:15
**Boston** [2] - 18:1, 42:10
**bought** [1] - 79:22
**box** [13] - 6:4, 17:15, 31:24, 71:24, 101:7, 101:17, 101:18, 106:2, 174:9, 187:12, 187:13, 187:20, 187:21
**brain** [3] - 86:8, 86:20, 86:21
**Braulia** [1] - 50:6
**break** [22] - 17:1, 51:2, 51:11, 51:12, 51:21, 51:25, 52:3, 52:17, 53:3, 68:14, 69:23, 70:12, 104:25, 135:24, 135:25, 138:19, 138:20, 138:22, 139:6, 139:19, 201:21, 201:23
**breaking** [2] - 146:14, 147:14
**breaks** [3] - 17:2, 95:14, 201:23
**breast** [1] - 86:7
**Breijo** [7] - 94:18, 94:19, 175:18, 175:19, 175:23, 182:9, 186:15
**Brief** [1] - 7:7
**brief** [2] - 7:11, 52:20
**bring** [20] - 3:24, 53:11, 53:15, 60:13, 66:2, 66:10, 66:12, 66:22, 67:5, 72:18, 72:21, 72:25, 101:19, 122:17, 140:6, 141:8, 163:10, 174:2, 174:4, 185:23
**broke** [2] - 114:12, 114:13
**brother** [5] - 97:24, 119:9, 137:16, 137:18, 137:21
**brother's** [1] - 98:12
**brought** [3] - 126:4, 167:7, 191:19
**building** [7] - 7:4, 83:10, 83:18, 108:18, 108:19, 108:20, 144:8
**bulk** [2] - 22:1, 22:3
**Buono** [1] - 50:10

**burden** [18] - 15:23, 16:4, 16:6, 16:9, 16:11, 85:19, 92:23, 144:24, 151:13, 161:7, 161:8, 161:12, 161:13, 161:15, 161:22, 161:24, 191:23, 191:24
**Bureau** [4] - 49:10, 49:12, 49:13, 146:19
**burglary** [2] - 93:8, 135:6
**bus** [6] - 26:1, 32:18, 60:25, 111:3, 111:9, 111:18
**business** [7] - 17:23, 29:23, 44:20, 101:24, 102:1, 128:18, 129:18
**buy** [1] - 97:24
**BY** [4] - 1:21, 2:3, 2:3, 2:4
**bypass** [1] - 25:15
**bypassed** [1] - 25:16

## C

**C-section** [1] - 156:10
**C-Y-C-L-O-N-E** [1] - 40:16
**cafeteria** [1] - 70:13
**calculus** [2] - 45:11, 45:12
**calendar** [1] - 18:17
**Calero** [5] - 53:16, 53:25, 57:8, 65:18, 69:8
**calm** [1] - 46:16
**Camargo** [2] - 128:9, 182:25
**Camargo-Merino** [1] - 128:9
**cameras** [1] - 44:2
**camp** [1] - 34:2
**campus** [3] - 29:13, 29:14, 96:6
**canal** [1] - 164:22
**cancelling** [1] - 68:5
**cancer** [3] - 46:1, 86:7, 157:23
**candidate** [1] - 99:12
**candor** [1] - 142:9
**cannot** [25] - 15:1, 39:3, 78:12, 82:8, 97:3, 110:10, 114:20, 118:15, 119:14, 121:20, 123:7, 123:9, 123:23, 128:5, 129:5, 131:13, 135:19, 137:7, 138:13, 164:1,

164:5, 166:23, 190:13, 192:2
**capacity** [6] - 85:7, 91:13, 92:10, 107:10, 120:11, 137:4
**Capital** [2] - 103:17, 103:19
**car** [17] - 32:11, 32:21, 37:18, 61:21, 79:23, 97:22, 110:21, 110:25, 111:13, 111:19, 111:25, 112:8, 113:21, 114:12, 154:14, 186:1, 188:9
**card** [7] - 79:6, 79:7, 79:13, 79:15, 79:17, 137:15, 137:21
**Cardenas** [2] - 88:24, 173:8
**cardio** [1] - 175:3
**Care** [1] - 125:6
**care** [11] - 3:23, 20:19, 39:10, 47:20, 48:6, 78:24, 78:25, 123:3, 124:4, 128:17, 198:11
**career** [1] - 78:19
**caregiver** [3] - 43:25, 44:6, 64:5
**caretaker** [1] - 47:7
**cargo** [2] - 136:14, 137:6
**Carlos** [1] - 50:3
**Carolina** [1] - 22:10
**Carrera** [4] - 29:6, 61:4, 96:4, 175:25
**carry** [1] - 151:20
**carrying** [1] - 189:10
**CART** [3] - 201:7, 201:10, 201:16
**case** [154] - 3:3, 3:9, 8:2, 11:7, 12:5, 14:25, 15:3, 15:5, 16:4, 17:11, 51:6, 51:7, 55:7, 55:8, 56:13, 67:15, 70:9, 70:11, 71:4, 73:14, 73:19, 75:7, 76:14, 76:24, 78:13, 81:24, 82:9, 84:7, 84:10, 85:17, 86:23, 87:1, 87:8, 94:21, 98:19, 99:22, 102:19, 103:2, 103:4, 103:8, 104:6, 104:11, 106:5, 106:23, 106:24, 107:24, 108:9, 112:10, 112:13, 112:20, 112:24, 114:7,

116:25, 118:16,
119:15, 120:21,
123:8, 123:10,
123:12, 123:24,
125:24, 126:1,
126:21, 126:24,
128:3, 130:6, 131:14,
131:24, 134:17,
134:19, 135:2, 135:7,
135:17, 136:2,
136:19, 137:8,
138:14, 139:1, 142:3,
142:5, 142:15,
142:22, 143:9,
143:13, 143:18,
143:24, 144:11,
150:7, 150:17,
150:19, 150:25,
151:6, 151:19,
151:22, 151:25,
152:4, 155:20, 156:6,
156:14, 156:19,
158:4, 158:11,
159:12, 159:20,
160:5, 160:23, 161:1,
161:23, 162:3, 162:9,
162:20, 166:11,
166:14, 167:1,
167:18, 167:20,
167:25, 168:3, 168:7,
168:17, 168:18,
169:21, 171:23,
185:2, 189:3, 189:22,
190:20, 191:9,
191:15, 191:16,
191:17, 191:24,
192:14, 192:18,
193:3, 193:8, 193:12,
193:17, 193:18,
193:22, 193:24,
194:9, 194:10,
194:15, 194:16,
194:21, 195:11,
195:12, 196:5,
196:22, 200:25
**CASE** [1] - 1:2
**cases** [3] - 60:21,
92:8, 148:10
**category** [1] - 171:20
**caught** [6] - 79:9,
98:7, 112:6, 114:14,
132:14, 132:15
**caused** [1] - 145:6
**CBP** [2] - 136:8,
147:3
**cell** [2] - 47:22, 71:16
**center** [1] - 30:15
**Center** [1] - 146:4
**Centers** [1] - 113:24
**central** [1] - 8:25

**certain** [11] - 36:17,
51:22, 74:7, 77:1,
113:18, 142:14,
161:5, 162:10, 163:3,
189:18, 192:9
**certainly** [2] - 53:13,
199:20
**certify** [1] - 202:6
**chain** [1] - 189:12
**chair** [1] - 174:11
**chairs** [1] - 72:2
**challenge** [8] - 74:6,
171:24, 172:1, 172:8,
172:13, 178:22,
183:4, 183:11
**challenges** [8] -
57:9, 74:8, 170:17,
170:19, 171:12,
171:14, 183:6, 185:9
**chambers** [1] -
133:25
**chance** [8] - 28:9,
51:3, 67:17, 67:18,
68:15, 92:4, 99:1,
195:8
**Chanel** [1] - 128:16
**change** [4] - 25:13,
26:7, 28:1, 28:9
**changed** [1] - 98:15
**changes** [4] - 100:2,
200:4, 200:10, 200:14
**Charge** [1] - 49:18
**charge** [4] - 3:23,
4:4, 86:3, 143:3
**charged** [19] - 4:19,
9:17, 12:5, 12:23,
13:1, 13:16, 14:8,
14:19, 15:23, 50:25,
85:16, 106:22,
137:21, 143:19,
146:13, 150:17,
151:18, 188:24, 193:2
**charges** [13] - 4:12,
4:21, 9:12, 15:9,
15:17, 51:8, 55:11,
83:5, 120:21, 126:4,
136:19, 152:4, 156:16
**charging** [4] - 12:6,
14:24, 14:25, 15:5
**Charles** [1] - 49:11
**charts** [1] - 66:24
**chat** [3] - 193:19,
193:20, 193:25
**Chavez** [1] - 49:14
**check** [3] - 25:21,
59:9, 71:13
**checked** [1] - 153:2
**checking** [4] - 28:18,
28:21, 120:23, 183:9
**cheerleading** [1] -

41:14
**Chernea** [3] - 23:12,
60:19, 173:12
**Children** [2] - 33:25,
34:8
**children** [1] - 136:22
**chiropractor** [2] -
54:14, 55:19
**choice** [2] - 48:5,
192:2
**choices** [1] - 74:1
**choose** [8] - 25:15,
26:14, 26:16, 27:10,
27:13, 27:16, 189:15,
192:1
**chose** [1] - 198:4
**Chris** [2] - 3:9, 11:6
**CHRISTOPHER** [1] -
1:14
**Christopher** [3] -
40:5, 63:5, 142:7
**circle** [1] - 168:7
**circumstances** [2] -
179:14, 189:12
**circumstantial** [1] -
189:11
**citizen** [1] - 163:23
**citizens** [2] - 9:9,
166:18
**City** [5] - 46:24,
80:12, 80:13, 80:14,
107:15
**civil** [9] - 75:8,
103:23, 104:2, 104:3,
108:14, 119:12,
119:13, 133:16, 135:3
**civilian** [1] - 9:3
**claims** [1] - 148:7
**Clara** [2] - 107:5,
177:4
**clarification** [2] -
75:13, 149:11
**clarifications** [1] -
147:24
**clarify** [3] - 105:3,
105:5, 114:24
**clarity** [1] - 75:20
**Clark** [10] - 3:9, 11:6,
142:2, 160:11,
160:22, 160:24,
163:15, 166:5, 167:7,
168:4
**CLARK** [183] - 1:14,
2:3, 6:2, 6:7, 6:9,
6:19, 53:14, 56:19,
57:16, 57:22, 58:1,
58:5, 58:10, 58:16,
58:19, 58:22, 59:17,
59:20, 60:4, 60:9,
60:21, 61:1, 61:5,

62:3, 62:13, 62:17,
63:2, 63:8, 63:16,
63:22, 64:2, 64:7,
64:11, 64:15, 64:18,
64:22, 65:1, 65:4,
65:7, 65:24, 66:5,
71:19, 71:24, 72:4,
72:23, 141:25, 143:6,
143:8, 143:11,
143:17, 143:22,
144:1, 144:8, 144:10,
144:14, 144:17,
144:19, 144:21,
145:4, 145:8, 145:13,
145:18, 145:20,
146:4, 146:7, 146:11,
146:18, 146:22,
147:2, 147:6, 147:8,
147:11, 147:16,
147:20, 147:25,
148:3, 148:6, 148:11,
148:13, 148:15,
148:19, 148:23,
149:2, 149:6, 149:13,
149:15, 149:18,
149:22, 149:25,
150:6, 150:9, 150:11,
150:13, 150:16,
150:24, 151:5, 151:8,
151:11, 151:13,
151:16, 152:13,
152:19, 152:23,
153:5, 153:8, 153:12,
153:14, 153:17,
153:24, 154:3, 154:5,
154:8, 154:12,
154:20, 154:25,
155:3, 155:6, 155:10,
155:13, 155:15,
155:18, 155:25,
156:3, 156:8, 156:13,
156:21, 156:25,
157:2, 157:11,
157:14, 157:16,
157:19, 158:2, 159:3,
159:7, 159:14,
159:16, 159:19,
159:24, 160:2,
160:12, 163:2,
171:16, 171:18,
172:6, 172:18, 173:1,
173:6, 173:14,
173:25, 175:8,
175:22, 176:2,
176:12, 176:21,
176:25, 177:2, 178:1,
178:6, 178:14,
178:17, 178:23,
179:1, 180:6, 180:18,
180:20, 180:23,
181:8, 181:10,

181:14, 181:20,
181:25, 182:20,
183:14, 183:17,
183:25, 184:4,
184:11, 184:14,
184:21, 184:23,
185:7, 185:20
**class** [4] - 29:25,
30:6, 30:12, 34:19
**classes** [9] - 29:8,
29:15, 30:3, 30:11,
34:24, 35:2, 61:8,
96:5, 96:9
**clean** [1] - 191:22
**clear** [6] - 19:3,
20:17, 20:23, 58:14,
174:3, 199:22
**clearcut** [1] - 59:8
**cleared** [1] - 175:4
**clearly** [1] - 61:13
**clerk** [8] - 35:17,
37:24, 37:25, 38:5,
124:15, 124:17,
130:13, 130:18
**clerks** [1] - 61:15
**client** [3] - 11:13,
52:22, 166:11
**clients** [6] - 8:9,
24:12, 35:18, 94:11,
124:18, 128:18
**clinical** [2] - 85:5,
85:9
**close** [14] - 20:13,
21:5, 26:21, 26:22,
55:20, 76:1, 76:5,
101:10, 116:16,
127:15, 168:6
**closely** [2] - 167:8,
167:13
**closing** [2] - 189:21,
197:1
**cloud** [1] - 169:1
**CMS** [2] - 146:5,
146:7
**co** [6] - 3:8, 4:25, 5:7,
5:10, 11:5, 64:19
**co-counsel** [3] - 3:8,
11:5, 64:19
**co-defendants** [3] -
4:25, 5:7, 5:10
**Code** [8] - 12:14,
12:16, 12:22, 13:13,
13:15, 14:2, 14:17,
14:18
**codefendant** [1] -
158:11
**coder** [1] - 82:13
**collaborative** [1] -
106:22
**collar** [1] - 159:18

**colleagues** [1] - 21:20

**collecting** [1] - 148:3

**college** [1] - 22:10

**College** [2] - 29:12, 61:7

**colon** [1] - 157:23

**color** [1] - 151:2

**combine** [3] - 12:11, 13:7, 14:14

**comfortable** [1] - 54:7

**coming** [12] - 5:8, 5:12, 19:14, 19:21, 19:23, 21:4, 21:21, 38:8, 54:15, 58:18, 83:20, 144:14

**commercial** [2] - 21:3, 21:8

**commission** [4] - 13:12, 13:25, 14:1

**commit** [5] - 13:17, 33:23, 34:3, 43:15, 62:6

**commitments** [2] - 171:22, 179:2

**committed** [2] - 17:21, 193:2

**commonly** [1] - 146:5

**communicate** [1] - 193:18

**communication** [2] - 13:10, 13:24, 193:15

**community** [2] - 102:9, 132:20

**commute** [1] - 109:16

**companies** [1] - 131:5

**company** [46] - 21:3, 21:11, 37:2, 40:7, 40:8, 40:13, 40:19, 40:21, 48:25, 63:6, 79:11, 84:16, 89:11, 89:12, 89:13, 89:15, 91:14, 94:21, 94:23, 98:24, 99:13, 99:25, 100:16, 102:2, 102:22, 103:2, 103:15, 104:9, 107:14, 109:9, 109:25, 113:15, 117:23, 118:1, 118:8, 125:3, 125:5, 133:7, 133:17, 137:2, 137:5, 159:3, 159:9, 159:12

**compensated** [1] - 174:21

**competent** [1] - 81:7

**complete** [2] - 75:11, 138:24

**completely** [2] - 74:25, 75:3

**complicated** [1] - 106:1

**compound** [1] - 26:21

**compromised** [1] - 79:16

**computer** [6] - 10:19, 10:21, 34:18, 35:12, 101:7, 101:10

**concentrate** [2] - 56:16, 56:17

**concentration** [1] - 29:22

**concern** [3] - 48:21, 54:10, 142:20

**concerned** [1] - 189:13

**concerning** [2] - 158:5, 162:5

**conclude** [1] - 17:11

**concludes** [1] - 197:5

**conclusions** [1] - 73:16

**condense** [1] - 67:2

**condensing** [1] - 66:25

**condition** [3] - 124:4, 195:2, 195:3

**conditions** [2] - 159:22, 165:21

**conduct** [8] - 12:18, 12:19, 13:9, 13:22, 150:17, 151:18, 192:10, 194:8

**conference** [3] - 3:23, 4:4, 19:21

**confidential** [1] - 160:7

**confirm** [3] - 67:23, 68:8, 99:5

**confirmed** [1] - 36:5

**conflict** [6] - 19:16, 20:8, 23:20, 25:8, 53:7, 91:4

**conflicts** [6] - 17:5, 17:6, 23:14, 28:16, 44:17, 67:13

**confused** [1] - 65:7

**congratulations** [1] - 42:14

**connection** [2] - 159:7, 160:3

**cons** [1] - 27:9

**consequences** [1] - 195:22

**consider** [3] - 106:19, 190:20, 190:24

**considered** [1] - 189:19

**considering** [2] - 27:4, 191:5

**conspiracy** [4] - 12:17, 12:24, 13:17, 14:20

**conspirators** [1] - 12:19

**conspire** [3] - 12:11, 13:7, 14:14

**constitutes** [1] - 182:3

**Constitution** [6] - 8:23, 9:5, 9:8, 16:2, 16:9, 166:20

**construction** [1] - 68:3

**consult** [1] - 158:20

**consultation** [1] - 28:3

**consulting** [1] - 16:22

**contact** [11] - 52:12, 52:18, 70:22, 72:10, 90:15, 123:3, 133:25, 135:25, 147:18, 147:23, 149:11

**contacted** [1] - 96:21

**contacts** [1] - 124:19

**containing** [1] - 12:20

**contentious** [1] - 93:9

**contest** [1] - 76:13

**continued** [2] - 142:10, 202:3

**continuing** [3] - 12:8, 13:3, 14:10

**contracting** [1] - 120:12

**contractor** [1] - 113:23

**contradicted** [1] - 191:10

**control** [5] - 7:3, 95:10, 117:11, 148:8, 190:7

**controlled** [6] - 12:13, 12:17, 12:21, 12:25, 42:4, 152:8

**controls** [1] - 107:11

**convenience** [1] - 157:5

**convenient** [1] - 8:21

**conversation** [1] - 160:20

**conversations** [2] - 158:11, 158:16

**conversely** [1] - 75:25

**convicted** [2] - 76:9, 143:3

**cooler** [3] - 6:22, 6:23, 7:1

**coordinator** [4] - 47:23, 85:5, 85:9, 128:12

**copies** [3] - 4:18, 71:15, 198:25

**copy** [4] - 136:2, 199:13, 199:14, 200:15

**Coral** [2] - 1:20, 80:13

**corporate** [1] - 78:11

**correct** [40] - 4:9, 4:10, 4:14, 4:15, 5:17, 31:1, 32:23, 32:24, 33:14, 40:18, 41:1, 93:5, 94:14, 105:8, 112:2, 115:12, 119:24, 130:14, 143:14, 143:20, 146:3, 146:10, 146:17, 147:7, 147:10, 147:15, 148:5, 148:14, 148:17, 149:1, 149:21, 152:3, 163:7, 163:8, 163:12, 163:13, 167:10, 195:9, 198:18, 200:12

**corrected** [1] - 200:8

**corrections** [5] - 115:2, 115:3, 115:11, 165:12, 165:13

**corruptly** [1] - 13:8, 13:22, 14:15

**Cosculluela** [5] - 129:10, 140:5, 183:12, 186:24, 186:25

**costly** [1] - 160:1

**counsel** [10] - 3:4, 3:8, 6:11, 6:24, 11:5, 11:7, 64:19, 196:21

**counselor** [1] - 134:20

**Count** [20] - 4:13, 4:16, 4:19, 4:20, 12:7, 12:23, 13:1, 13:16, 14:3, 14:5, 14:6, 14:9, 14:19, 135:14

**count** [2] - 13:19, 13:21

**country** [1] - 9:3,

9:10, 21:20, 23:6, 23:18, 24:16, 24:17, 44:18, 94:3, 100:1, 163:23

**counts** [3] - 4:24, 14:7, 135:14

**Counts** [1] - 13:18

**County** [13] - 12:9, 13:4, 13:20, 14:11, 19:9, 25:7, 36:16, 39:6, 46:20, 109:14, 112:15, 115:6, 127:6

**county** [1] - 19:7, 20:18, 33:9, 40:23, 43:5, 165:11

**couple** [11] - 4:5, 19:14, 23:14, 23:18, 26:3, 70:5, 72:1, 143:3, 164:19, 198:23, 200:9

**course** [12] - 9:3, 9:6, 9:10, 11:20, 106:19, 129:21, 151:10, 152:18, 160:1, 183:10, 193:14, 198:2

**courses** [2] - 30:2, 61:8

**COURT** [804] - 1:1, 2:3, 3:2, 3:11, 3:16, 3:19, 3:21, 4:2, 4:7, 4:11, 4:16, 4:21, 5:14, 5:20, 5:22, 5:24, 6:8, 6:10, 6:21, 7:3, 7:8, 7:13, 7:14, 7:17, 7:21, 8:6, 8:8, 8:16, 11:10, 11:23, 17:23, 18:2, 18:5, 18:11, 18:13, 18:16, 18:19, 18:22, 18:25, 19:8, 19:10, 19:16, 20:7, 20:10, 20:14, 20:25, 21:7, 21:10, 21:13, 21:15, 21:23, 21:25, 22:6, 22:11, 22:13, 22:17, 22:19, 22:22, 23:1, 23:3, 23:8, 23:23, 24:1, 24:4, 24:6, 24:14, 24:17, 24:20, 24:23, 25:1, 25:6, 25:24, 26:1, 26:3, 26:8, 26:10, 26:18, 26:23, 27:7, 27:12, 27:17, 27:20, 27:23, 28:3, 28:11, 28:14, 28:25, 29:2, 29:7, 29:11, 29:13, 29:15, 29:18, 29:20, 29:24, 30:6, 30:11, 30:14, 30:24, 31:2, 31:7,

31:16, 31:18, 31:21,
31:23, 32:6, 32:14,
32:16, 32:20, 32:25,
33:6, 33:9, 33:12,
33:15, 34:9, 34:14,
34:17, 34:19, 34:23,
35:2, 35:5, 35:8,
35:11, 35:13, 35:16,
35:19, 35:21, 35:25,
36:3, 36:7, 36:9,
36:11, 37:7, 37:15,
37:17, 37:20, 37:22,
37:25, 38:2, 38:9,
38:12, 38:16, 38:20,
38:22, 39:4, 39:14,
39:22, 39:25, 40:2,
40:4, 40:13, 40:15,
40:17, 40:19, 40:22,
41:2, 41:5, 41:18,
41:21, 41:24, 42:6,
42:13, 42:25, 43:3,
43:5, 43:8, 43:11,
43:16, 43:20, 44:7,
44:10, 44:14, 44:20,
44:22, 44:25, 45:3,
45:7, 45:10, 45:13,
45:20, 46:19, 46:22,
47:3, 47:5, 47:14,
47:17, 48:9, 48:11,
48:19, 49:2, 51:15,
51:16, 51:20, 52:5,
52:9, 52:14, 52:21,
52:24, 53:7, 53:15,
53:17, 53:20, 54:3,
54:19, 54:23, 55:2,
55:5, 55:10, 55:14,
55:18, 55:24, 56:2,
56:5, 56:10, 56:13,
56:17, 56:20, 56:22,
57:3, 57:7, 57:20,
57:24, 58:4, 58:7,
58:12, 58:17, 58:23,
58:25, 59:5, 59:14,
59:19, 59:24, 60:3,
60:6, 60:10, 60:12,
60:19, 60:24, 61:3,
61:9, 61:23, 62:4,
62:9, 62:15, 62:19,
63:4, 63:12, 63:18,
63:24, 64:4, 64:9,
64:13, 64:17, 64:20,
65:3, 65:5, 65:10,
65:13, 65:25, 66:6,
66:20, 67:3, 67:6,
67:9, 68:11, 68:14,
71:8, 71:9, 71:12,
71:21, 72:1, 72:7,
72:16, 72:25, 73:3,
73:5, 73:7, 77:20,
77:22, 77:25, 78:3,
78:5, 78:8, 78:10,

78:12, 78:15, 78:19,
79:3, 79:9, 79:12,
79:15, 79:20, 79:24,
80:2, 80:8, 80:18,
80:25, 81:9, 81:14,
82:8, 82:11, 82:15,
82:17, 82:19, 82:22,
83:1, 83:4, 83:8,
83:11, 83:15, 83:22,
84:3, 84:7, 84:9,
84:12, 84:16, 84:18,
84:20, 84:23, 85:1,
85:5, 85:7, 85:10,
85:12, 85:15, 86:1,
86:4, 86:10, 86:14,
86:19, 86:25, 87:4,
87:12, 87:15, 87:18,
87:25, 88:4, 88:17,
88:20, 88:23, 89:2,
89:5, 89:8, 89:10,
89:13, 89:15, 89:18,
89:21, 89:24, 90:3,
90:5, 90:7, 90:13,
90:15, 90:21, 90:24,
91:2, 91:4, 91:10,
91:13, 91:16, 91:25,
92:3, 92:8, 92:10,
92:13, 92:16, 92:18,
92:21, 93:3, 93:7,
93:12, 93:16, 93:19,
94:2, 94:6, 94:11,
94:17, 94:20, 94:23,
94:25, 95:2, 95:5,
95:9, 95:12, 95:21,
95:25, 96:3, 96:9,
96:12, 96:16, 96:23,
97:3, 97:6, 97:10,
97:12, 97:15, 97:17,
97:19, 97:21, 98:5,
98:7, 98:10, 98:17,
98:21, 98:25, 99:9,
99:18, 99:22, 100:4,
100:7, 100:10,
100:14, 100:16,
100:20, 100:22,
100:25, 101:6, 101:9,
101:12, 101:16,
101:24, 102:1, 102:3,
102:9, 102:18, 103:9,
103:12, 103:15,
103:18, 103:20,
103:23, 104:1, 104:4,
104:10, 104:13,
104:15, 104:17,
104:20, 104:23,
104:25, 105:5,
105:12, 105:23,
106:11, 106:16,
107:3, 107:5, 107:8,
107:10, 107:14,
107:16, 107:18,

107:24, 108:1, 108:5,
108:7, 108:11,
108:14, 108:16,
108:18, 108:21,
108:23, 109:1, 109:3,
109:6, 109:8, 109:12,
109:14, 109:16,
109:19, 109:21,
109:24, 110:4, 110:7,
110:10, 110:13,
110:19, 110:22,
110:25, 111:5,
111:13, 111:16,
111:19, 111:22,
112:6, 112:9, 112:12,
112:16, 112:18,
112:20, 112:23,
113:1, 113:5, 113:7,
113:13, 113:15,
113:17, 113:21,
114:1, 114:5, 114:9,
114:14, 114:17,
114:20, 114:23,
115:4, 115:7, 115:10,
115:13, 115:16,
115:23, 116:2,
116:12, 116:15,
116:18, 116:21,
116:23, 117:2,
117:15, 117:17,
117:19, 117:21,
117:23, 117:25,
118:3, 118:5, 118:8,
118:10, 118:13,
118:15, 118:18,
118:20, 118:22,
118:25, 119:2, 119:5,
119:8, 119:10,
119:12, 119:14,
119:17, 119:19,
119:21, 119:25,
120:3, 120:5, 120:7,
120:11, 120:14,
120:17, 120:22,
120:24, 121:1, 121:5,
121:8, 121:13,
121:17, 121:23,
122:2, 122:4, 122:6,
122:10, 122:12,
122:15, 122:24,
123:5, 123:13,
123:18, 123:23,
124:1, 124:7, 124:11,
124:14, 124:21,
124:24, 125:2, 125:5,
125:7, 125:9, 125:11,
125:14, 125:19,
125:22, 125:24,
126:1, 126:5, 126:7,
126:9, 126:12,
126:19, 126:23,

127:1, 127:4, 127:6,
127:10, 127:12,
127:14, 127:18,
127:21, 127:23,
128:1, 128:5, 128:8,
128:11, 128:14,
128:19, 128:21,
128:24, 129:5, 129:8,
129:11, 129:13,
129:15, 129:18,
129:21, 129:24,
130:2, 130:5, 130:8,
130:11, 130:13,
130:15, 130:18,
130:23, 131:1, 131:3,
131:11, 131:13,
131:17, 131:21,
131:24, 132:2, 132:5,
132:8, 132:11,
132:16, 132:23,
133:1, 133:5, 133:7,
133:10, 133:12,
133:17, 133:19,
133:23, 134:3,
134:10, 134:17,
134:22, 134:25,
135:5, 135:9, 135:12,
135:15, 135:19,
135:22, 136:8,
136:10, 136:12,
136:15, 136:18,
136:22, 136:25,
137:3, 137:7, 137:10,
137:12, 137:17,
137:20, 137:24,
138:2, 138:4, 138:6,
138:8, 138:10,
138:13, 138:16,
139:2, 139:5, 139:12,
139:15, 139:16,
139:17, 139:19,
139:23, 140:3, 140:7,
140:10, 140:17,
140:20, 140:22,
141:4, 141:6, 141:11,
143:15, 148:18,
157:1, 160:11,
160:14, 163:4, 166:2,
169:14, 169:24,
170:2, 170:12,
170:25, 171:4, 171:6,
171:11, 171:24,
172:2, 172:7, 172:9,
172:14, 172:19,
172:21, 172:25,
173:2, 173:7, 173:11,
173:16, 174:2, 174:8,
174:25, 175:7, 175:9,
175:11, 175:16,
175:21, 175:23,
176:3, 176:8, 176:13,

176:15, 176:20,
176:22, 177:1, 177:3,
177:8, 177:13,
177:15, 177:18,
177:20, 177:25,
178:2, 178:7, 178:9,
178:13, 178:16,
178:19, 178:25,
179:11, 179:17,
180:7, 180:9, 180:14,
180:19, 180:21,
180:24, 181:1, 181:7,
181:9, 181:11,
181:15, 181:19,
181:21, 182:1, 182:3,
182:21, 182:23,
183:5, 183:8, 183:10,
183:16, 183:18,
183:20, 183:24,
184:1, 184:5, 184:8,
184:17, 184:20,
185:1, 185:4, 185:8,
185:10, 185:14,
185:19, 185:21,
186:6, 186:8, 187:1,
187:5, 187:11,
188:11, 198:15,
198:20, 199:20,
200:11, 200:14,
200:17, 200:19,
201:20

**Court** [20] - 1:23,
1:23, 3:1, 5:9, 5:13,
139:8, 158:7, 158:15,
161:10, 194:21,
198:24, 199:14,
199:15, 199:19,
200:3, 200:7, 200:9,
200:23, 202:12,
202:12

**court** [32] - 9:22,
10:1, 10:6, 10:11,
12:1, 33:23, 39:9,
54:23, 83:22, 88:6,
92:18, 108:2, 108:5,
108:16, 126:9,
126:12, 127:21,
127:23, 132:2, 135:4,
136:1, 137:17,
138:19, 143:8,
144:12, 149:2,
150:14, 161:5, 164:9,
192:17, 201:21

**Court's** [1] - 139:8
**Court-ordered** [2] -
158:7, 158:15
**courthouse** [9] -
68:19, 70:15, 71:3,
135:9, 144:15,
144:16, 145:9, 189:10

**courtroom** [30] - 7:15, 9:13, 9:14, 10:1, 10:9, 30:16, 37:8, 43:21, 51:18, 53:18, 54:3, 57:1, 67:7, 71:10, 73:1, 102:7, 139:3, 140:8, 141:9, 164:3, 169:17, 169:25, 174:6, 175:13, 186:7, 189:4, 195:14, 195:20, 196:7, 198:14

**COURTROOM** [11] - 3:3, 6:5, 6:18, 6:20, 18:18, 53:6, 59:22, 60:2, 60:18, 72:14, 174:5

**cousin** [5] - 107:21, 115:1, 115:5, 115:7, 115:13

**cousin's** [3] - 108:7, 115:2, 115:10

**cousins** [2] - 80:13, 126:15

**cover** [2] - 46:24, 66:16

**covering** [4] - 23:19, 24:18, 90:2, 94:6

**COVID** [1] - 184:24

**crafty** [1] - 120:9

**CRD** [5] - 10:6, 53:3, 53:4, 59:25

**created** [1] - 144:22

**credibility** [1] - 191:15

**credit** [6] - 79:6, 79:7, 79:13, 79:15, 137:15, 137:21

**CRESPO** [1] - 1:7

**Crespo** [23] - 3:4, 3:13, 5:18, 8:3, 11:18, 12:10, 13:6, 14:13, 150:7, 158:6, 158:10, 160:18, 160:19, 163:15, 163:17, 163:22, 166:14, 166:19, 167:16, 167:24, 168:21

**crime** [21] - 8:25, 75:22, 76:1, 76:2, 76:6, 76:8, 76:9, 76:12, 77:1, 77:3, 79:4, 85:24, 93:4, 97:13, 97:15, 114:10, 116:16, 116:17, 143:19, 145:6, 145:7

**crimes** [4] - 14:21, 15:23, 188:24, 193:2

**criminal** [27] - 9:1, 15:25, 75:8, 80:17,

80:23, 85:16, 85:17, 88:5, 92:8, 92:11, 92:12, 93:15, 93:16, 93:17, 104:2, 112:15, 119:12, 135:2, 135:7, 152:2, 159:1, 159:16, 161:1, 162:3, 188:17, 191:16, 191:17

**criminals** [1] - 87:5

**cross** [2] - 196:21, 196:24

**cross-examine** [2] - 196:21, 196:24

**CSO** [1] - 71:17

**culpability** [1] - 168:21

**current** [1] - 114:25

**custom** [1] - 136:9

**customer** [1] - 84:13

**Customs** [1] - 165:6

**cut** [1] - 51:23

**Cutler** [2] - 47:1, 48:25

**Cyclone** [2] - 40:8, 40:14

**cyclone** [1] - 40:17

**D**

**Dade** [24] - 12:9, 13:4, 13:20, 14:11, 19:9, 25:7, 25:24, 29:12, 31:10, 31:17, 36:16, 39:6, 45:6, 46:6, 46:20, 61:7, 80:15, 80:16, 109:14, 112:14, 112:15, 115:6, 115:12, 127:6

**Dade's** [1] - 96:5

**dance** [1] - 42:20

**dark** [1] - 98:1

**DARRIN** [1] - 1:10

**Darrin** [1] - 7:22

**data** [1] - 148:3

**date** [3] - 13:19, 14:4, 14:6

**DATE** [1] - 202:11

**dates** [2] - 30:3, 68:9

**daughter** [5] - 41:12, 41:22, 132:14, 134:8, 134:14

**David** [1] - 9:23

**Daylin** [4] - 94:18, 175:18, 182:9, 186:15

**days** [2] - 17:3, 17:4, 33:22, 34:22, 38:15, 42:20, 46:4, 46:10, 46:18, 48:15, 48:16, 78:24, 91:2, 98:9, 115:21, 131:9,

131:11, 133:14, 157:25, 198:1, 198:4

**days'** [2] - 153:19, 154:23

**De** [2] - 24:2, 24:14

**DEA** [6] - 50:4, 50:5, 103:2, 147:4, 167:22, 201:14

**dead** [1] - 80:22

**dead-set** [1] - 80:22

**deal** [9] - 9:20, 26:8, 64:25, 65:1, 79:23, 102:11, 144:23, 147:17, 156:11

**dealer** [1] - 107:23

**dealership** [3] - 37:18, 97:23, 98:10

**dealerships** [1] - 100:1

**dealt** [1] - 149:6

**debit** [1] - 79:17

**decide** [11] - 27:12, 50:23, 73:18, 81:22, 88:9, 188:22, 188:23, 189:3, 191:1, 196:5, 197:3

**decides** [1] - 88:11

**deciding** [4] - 82:2, 82:6, 88:10, 190:20

**decision** [6] - 74:16, 104:9, 123:15, 194:23, 195:13, 195:18

**decisions** [3] - 25:11, 81:7, 82:1

**Decor** [2] - 133:9, 133:17

**dedicated** [1] - 148:24

**defend** [3] - 9:4, 9:8, 164:10

**Defendant** [2] - 158:5, 158:10

**defendant** [69] - 1:8, 4:12, 4:19, 5:1, 11:11, 11:12, 12:2, 12:5, 12:10, 12:18, 12:23, 13:1, 13:5, 13:16, 13:21, 14:4, 14:6, 14:7, 14:8, 14:12, 14:19, 15:10, 15:11, 15:12, 15:16, 15:23, 15:25, 16:10, 16:11, 16:12, 16:16, 52:9, 53:1, 55:15, 70:17, 72:17, 85:16, 85:18, 88:21, 92:22, 92:24, 96:1, 104:11, 107:1, 112:24, 114:21,

137:8, 139:24, 143:18, 145:15, 150:13, 150:16, 151:11, 151:18, 151:24, 152:2, 171:8, 188:23, 190:4, 190:5, 191:18, 191:19, 191:21, 191:24, 192:1, 194:11, 196:21, 196:22

**DEFENDANT** [5] - 1:18, 5:19, 5:21, 5:23, 52:13

**defendant's** [7] - 3:21, 5:2, 5:17, 156:16, 192:2, 192:4, 196:17

**defendants** [3] - 4:25, 5:7, 5:10

**defense** [54] - 3:19, 4:2, 6:11, 6:24, 8:6, 52:16, 60:10, 65:10, 65:25, 82:9, 87:22, 92:1, 93:20, 97:4, 100:23, 118:16, 121:21, 124:22, 130:6, 141:23, 160:14, 170:15, 170:24, 172:7, 172:12, 172:19, 172:23, 173:9, 175:9, 175:19, 176:5, 176:13, 176:18, 177:1, 177:5, 177:13, 177:23, 178:7, 178:11, 180:7, 180:11, 180:21, 180:24, 181:4, 181:17, 182:1, 182:21, 183:2, 183:18, 183:22, 184:6, 185:8, 185:16, 200:17

**defense's** [7] - 172:9, 172:14, 173:11, 176:8, 177:8, 178:9, 180:14

**defers** [1] - 99:24

**definitely** [1] - 25:16

**definitions** [2] - 14:21, 195:16

**degree** [1] - 106:21

**delay** [2] - 13:10, 13:23

**deliberate** [1] - 162:25

**deliberation** [1] - 91:20

**deliberations** [4] - 16:15, 50:25, 156:6,

194:22

**dementia** [1] - 46:1

**dentist** [1] - 164:22

**Department** [15] - 33:25, 34:7, 35:14, 49:19, 49:20, 49:22, 49:23, 49:24, 50:2, 50:9, 50:11, 80:16, 124:16, 126:8, 146:25

**department** [14] - 19:2, 19:6, 115:2, 115:5, 115:8, 122:18, 126:5, 133:22, 135:23, 136:25, 165:12, 165:13, 165:14

**deputies** [1] - 54:4

**DEPUTY** [11] - 3:3, 6:5, 6:18, 6:20, 18:18, 53:6, 59:22, 60:2, 60:18, 72:14, 174:5

**deputy** [1] - 9:14

**described** [1] - 179:22

**deserves** [1] - 189:17

**designations** [1] - 6:4

**designed** [1] - 195:21

**desk** [2] - 10:19, 98:3

**despite** [2] - 151:24, 156:3

**detail** [1] - 179:23

**detailed** [1] - 188:20

**details** [2] - 86:22, 121:11

**detectable** [1] - 12:20

**determine** [1] - 188:23

**determining** [1] - 191:14

**develop** [1] - 167:17

**development** [2] - 115:25, 116:10

**device** [3] - 147:12, 193:4, 193:25

**diagnosed** [1] - 157:22

**Diana** [4] - 124:25, 181:16, 182:17, 186:22

**diaz** [1] - 21:16

**Diaz** [5] - 10:12, 10:17, 50:7, 50:8, 202:11

**DIAZ** [2] - 1:22, 202:11

**died** [2] - 156:5,

201:8

**Dieppa** [1] - 119:11

**dies** [1] - 117:8

**difference** [2] - 82:23, 189:13

**different** [12] - 9:7, 46:22, 46:25, 52:17, 130:23, 144:17, 144:18, 144:19, 144:20, 147:22, 164:14, 167:20

**differently** [3] - 162:18, 170:22

**difficult** [2] - 164:23, 179:14

**difficulties** [2] - 54:5, 116:5

**difficulty** [4] - 53:8, 54:6, 116:4, 158:19

**digital** [2] - 120:6, 120:9

**DIRE** [2] - 2:2, 7:20

**direct** [2] - 21:20, 189:14

**directed** [1] - 36:13

**directly** [2] - 147:16, 197:10

**director** [3] - 21:3, 21:8, 47:23

**directors** [1] - 19:22

**disabled** [1] - 146:8

**disadvantaged** [1] - 146:9

**disagree** [1] - 122:21

**disagreement** [1] - 57:12

**disbelieve** [2] - 81:20, 189:15

**disclose** [2] - 75:5, 160:8

**discomfort** [1] - 152:25

**discontinued** [1] - 154:3

**discovery** [1] - 160:8

**discriminating** [1] - 36:14

**discrimination** [2] - 140:15, 140:19

**discs** [1] - 154:18

**discuss** [11] - 16:21, 56:23, 67:14, 70:9, 106:24, 139:1, 169:21, 170:5, 189:22, 192:17, 192:20

**discussed** [8] - 59:2, 102:7, 104:20, 131:7, 174:18, 193:5, 194:25, 195:4

**discussing** [2] - 106:23, 135:12

**discussion** [3] - 58:2, 134:1, 136:1

**discussions** [5] - 105:1, 169:16, 193:8, 193:12, 194:22

**dishonoring** [1] - 151:25

**dismissed** [1] - 125:24

**dispensing** [1] - 168:14

**disposed** [2] - 143:18, 145:14

**disputed** [1] - 120:21

**disregard** [1] - 190:19

**distant** [1] - 143:11

**distract** [1] - 196:6

**distribute** [4] - 12:13, 12:24

**distributed** [1] - 152:6

**distributing** [1] - 158:12

**DISTRICT** [3] - 1:1, 1:1, 1:11

**district** [1] - 7:25

**District** [11] - 1:23, 7:23, 7:24, 12:9, 13:5, 13:20, 14:12, 103:3, 103:10, 202:12

**diversion** [3] - 50:4, 76:14, 201:15

**DIVISION** [1] - 1:2

**divorce** [2] - 93:9, 140:25

**divorced** [2] - 98:21, 141:1

**Docket** [1] - 200:1

**doctor** [7] - 31:15, 33:4, 117:12, 147:13, 152:25, 153:5, 175:3

**doctor's** [3] - 33:7, 179:17, 180:1

**doctors** [2] - 146:23, 153:2

**doctors'** [3] - 32:8, 61:21, 110:20

**document** [4] - 12:6, 14:24, 14:25, 15:5

**documentation** [1] - 9:20

**DOH** [1] - 147:7

**DOJ** [2] - 113:25, 147:7

**domestic** [2] - 131:20, 134:8

**done** [11] - 26:23,

30:21, 31:5, 48:7, 48:8, 78:25, 132:19, 132:22, 164:3, 175:5, 201:17

**Donna** [2] - 50:5, 201:14

**Doral** [1] - 43:7

**dorm** [2] - 18:10, 18:13

**doubt** [10] - 15:15, 15:24, 16:12, 85:19, 92:24, 151:14, 161:8, 161:13, 161:23, 192:5

**down** [17] - 8:1, 8:16, 10:13, 21:5, 27:8, 44:1, 46:16, 47:1, 51:23, 66:13, 71:9, 71:17, 78:16, 117:8, 157:4, 194:4, 201:9

**downstairs** [3] - 5:25, 66:7, 71:13

**downtown** [1] - 26:20

**draw** [1] - 15:2

**drawing** [2] - 133:23, 135:22

**dream** [1] - 93:14

**drilling** [1] - 153:21

**drive** [2] - 101:3, 199:14

**driven** [1] - 111:11

**driver** [2] - 26:1, 60:25

**drop** [5] - 32:18, 32:21, 61:21, 145:8, 145:11

**dropped** [1] - 76:14

**dropping** [1] - 111:19

**drove** [1] - 48:24

**drug** [11] - 22:24, 86:3, 86:4, 107:22, 127:18, 143:3, 150:20, 152:1, 156:15, 168:25

**Drug** [1] - 50:3

**drugs** [3] - 152:5, 156:17, 168:15

**due** [2] - 30:3, 30:20

**DUI** [3] - 92:11, 137:16, 137:22

**Dulce** [2] - 39:16, 62:25

**duly** [2] - 8:15, 187:10

**duration** [1] - 67:15

**durations** [1] - 34:1

**during** [23] - 8:19, 9:16, 10:13, 11:20, 14:22, 36:3, 36:19,

40:12, 44:2, 44:10, 46:14, 49:7, 52:17, 53:3, 70:12, 74:12, 81:10, 104:25, 126:16, 135:24, 154:15, 160:8, 192:19

**duties** [3] - 130:19, 145:25, 149:3

**duty** [7] - 8:20, 89:22, 96:18, 105:7, 113:9, 188:18, 188:22

## E

**e-mail** [2] - 99:5, 193:19

**e-mailed** [1] - 199:3

**e-mails** [1] - 147:21

**early** [2] - 46:4, 154:10

**earned** [1] - 100:19

**Earth** [1] - 193:4

**easier** [2] - 45:17, 57:22

**easy** [1] - 70:10

**Edison** [3] - 136:6, 185:5, 185:15

**Eduardo** [2] - 21:2, 58:17

**EEOC** [1] - 140:20

**effect** [6] - 59:10, 86:16, 152:8, 155:21, 155:25, 161:10

**eight** [10] - 28:21, 30:2, 30:10, 32:9, 32:18, 33:8, 40:21, 59:21, 111:21, 153:2

**eight-hour** [1] - 28:21

**eight-week** [1] - 30:2

**eighth** [1] - 180:9

**either** [23] - 27:2, 27:3, 36:18, 52:11, 52:15, 82:9, 83:13, 84:10, 96:19, 97:4, 101:9, 106:25, 114:14, 118:16, 121:20, 124:22, 137:8, 138:3, 170:4, 179:13, 189:15, 192:13, 194:6

**elderly** [1] - 146:8

**elective** [1] - 30:20

**electronic** [1] - 193:15

**electronics** [1] - 19:12

**elementary** [1] - 127:9

**elevator** [1] - 70:24

40:12, 44:2, 44:10, 46:14, 49:7, 52:17, 53:3, 70:12, 74:12, 81:10, 104:25, 126:16, 135:24, 154:15, 160:8, 192:19

**Eleventh** [1] - 202:13

**elicit** [1] - 194:5

**eliminate** [1] - 23:8

**eliminated** [2] - 70:1, 70:2

**elimination** [1] - 74:10

**ELMO** [1] - 101:10

**Elon** [1] - 22:12

**Elsa** [1] - 178:4

**elsewhere** [4] - 12:10, 13:5, 13:21, 14:12

**embarrass** [2] - 74:13, 77:2

**embarrassing** [1] - 77:4

**emergencies** [1] - 94:15

**emergency** [2] - 124:19, 157:8

**emoji** [1] - 194:4

**emotional** [6] - 54:20, 54:25, 55:5, 56:8, 56:15, 87:11

**emotionally** [1] - 57:6

**emphasize** [2] - 77:9, 193:16

**employed** [1] - 120:13

**employee** [26] - 19:1, 21:4, 35:19, 37:3, 37:13, 39:12, 47:3, 78:3, 82:17, 84:18, 85:10, 90:5, 94:25, 99:15, 104:21, 107:16, 109:19, 117:25, 118:25, 125:9, 127:10, 128:19, 131:1, 131:4, 133:10, 138:8

**employees** [11] - 36:12, 36:17, 36:21, 36:25, 37:1, 37:2, 37:20, 40:25, 63:6, 89:13, 114:25

**employer** [11] - 36:21, 37:3, 38:18, 39:9, 41:2, 67:18, 99:1, 105:1, 174:19, 192:15, 198:7

**employers** [5] - 36:14, 36:17, 36:24, 96:17, 197:23

**employment** [3] - 41:6, 42:18, 49:3

**end** [17] - 6:19, 19:15, 48:17, 51:17, 83:24, 106:5, 116:6,

160:9, 162:9, 162:14, 162:20, 187:2, 188:2, 188:20, 188:25, 191:15, 191:24
**endangering** [1] - 116:22
**ended** [1] - 116:7
**enforcement** [29] - 13:11, 13:24, 79:24, 80:6, 80:10, 81:1, 81:4, 81:9, 81:17, 84:4, 110:8, 113:9, 113:18, 113:25, 126:2, 137:4, 146:2, 147:25, 148:2, 165:2, 165:3, 165:17, 167:8, 167:15, 167:17, 167:21, 167:24
**Enforcement** [1] - 50:3
**engage** [2] - 13:9, 13:22
**engaged** [2] - 149:7, 158:17
**engine** [1] - 89:4
**English** [5] - 22:15, 39:18, 41:25, 102:5, 102:10
**enjoy** [1] - 71:7
**enjoyable** [1] - 164:21
**enrolled** [1] - 120:4
**entered** [10] - 7:15, 15:10, 53:18, 67:7, 73:1, 76:13, 140:8, 141:9, 174:6, 186:7
**entitled** [7] - 163:23, 164:4, 166:18, 166:20, 196:11, 198:7, 202:8
**Entry** [1] - 200:1
**entry** [1] - 136:14
**EOC** [1] - 140:18
**equipment** [3] - 25:21, 28:19, 28:22
**Erica** [6] - 37:11, 61:12, 130:9, 176:4, 183:21, 187:5
**err** [1] - 71:21
**especially** [2] - 91:18, 141:19
**ESQ** [3] - 1:14, 1:14, 1:18
**essentially** [1] - 162:10
**estate** [3] - 102:2, 102:23, 128:17
**Etophia** [3] - 181:23, 182:18, 186:23
**evaluate** [2] - 81:11,

195:4
**evaluator** [1] - 88:25
**Evan** [4] - 119:19, 180:16, 182:15, 186:20
**evening** [6] - 185:24, 188:7, 188:15, 197:21, 198:13, 202:1
**event** [7] - 19:13, 19:24, 43:12, 43:13, 43:19, 79:1
**events** [3] - 19:14, 19:19, 20:2
**everyday** [1] - 109:17
**evidence** [53] - 15:1, 15:14, 16:1, 16:13, 81:24, 82:6, 87:1, 87:24, 88:8, 106:2, 106:3, 106:19, 123:12, 123:15, 158:4, 163:6, 163:10, 163:12, 164:11, 168:1, 168:12, 168:14, 189:4, 189:7, 189:8, 189:11, 189:12, 189:14, 189:16, 189:18, 189:22, 189:24, 189:25, 190:5, 190:7, 190:8, 190:10, 190:18, 190:19, 190:21, 190:22, 190:23, 191:10, 191:12, 191:25, 192:3, 195:14, 196:15, 196:19, 196:25, 197:2, 201:3
**ex** [9] - 78:8, 87:13, 87:20, 98:22, 107:22, 108:7, 163:16, 166:13
**Entry** [1] - 200:1
**ex-agent** [1] - 163:16
**ex-husband** [4] - 87:13, 87:20, 107:22, 166:13
**ex-spouse** [1] - 98:22
**ex-wife** [1] - 78:8
**exact** [2] - 86:22, 180:1
**exactly** [7] - 21:17, 89:2, 113:7, 128:14, 131:19, 153:16, 199:3
**examination** [1] - 95:16
**examine** [2] - 196:21, 196:24
**examined** [1] - 153:8
**example** [1] - 20:14
**except** [2] - 57:19,

171:12
**exchange** [2] - 70:18, 70:19
**exchanges** [1] - 167:14
**excitement** [1] - 93:23
**exclude** [2] - 74:3, 74:8
**exclusion** [1] - 15:14
**excusal** [1] - 65:8
**excuse** [9] - 51:22, 66:2, 66:22, 137:1, 171:19, 178:17, 178:23, 179:10, 187:16
**excused** [3] - 66:5, 68:17, 68:21
**executive** [1] - 100:14
**exercise** [2] - 170:23, 185:11
**exercises** [1] - 16:14
**exhausted** [2] - 158:22, 174:23
**Exhibit** [1] - 199:24
**exhibit** [6] - 19:11, 189:6, 190:9, 190:12, 190:13, 199:23
**exhibits** [8] - 101:4, 101:9, 198:25, 199:6, 199:12, 199:13, 201:1, 201:3
**exist** [1] - 194:14
**exit** [1] - 68:24
**exited** [7] - 51:18, 57:1, 71:10, 139:3, 169:25, 175:13, 198:14
**expect** [4] - 17:11, 70:19, 102:12, 200:19
**expected** [2] - 199:5, 201:5
**expedite** [2] - 57:5, 57:14
**experience** [18] - 80:2, 80:3, 98:18, 104:5, 108:23, 112:9, 116:23, 121:5, 123:20, 123:22, 126:20, 128:18, 135:16, 152:14, 156:3, 156:4, 166:12, 168:25
**experiences** [3] - 50:15, 114:17, 154:6
**expert** [1] - 81:18
**expertise** [1] - 93:18
**explain** [13] - 14:23, 39:9, 53:11, 73:12,

76:12, 87:5, 105:24, 124:4, 124:6, 170:10, 188:17, 188:25, 189:2
**explained** [2] - 82:22, 126:16
**explanation** [3] - 74:22, 75:13, 76:15
**explore** [1] - 61:11
**exposed** [1] - 158:25
**exposure** [2] - 154:25, 158:1
**extended** [3] - 142:9, 146:8, 146:12
**extent** [4] - 101:12, 101:19, 118:10, 124:7
**eye** [4] - 30:18, 30:24, 31:5, 62:12

---

# F

**face** [7] - 149:6, 149:9, 193:17, 194:4
**face-to-face** [3] - 149:6, 149:9, 193:17
**Facebook** [2] - 193:21, 194:2
**facility** [3] - 19:24, 104:23, 165:20
**fact** [19] - 8:25, 20:14, 80:25, 96:20, 110:7, 150:16, 150:25, 151:17, 151:24, 152:5, 152:24, 155:19, 167:7, 167:13, 168:19, 189:8, 189:13, 193:11, 195:12
**factor** [1] - 16:14
**factors** [1] - 191:12
**facts** [7] - 50:23, 50:24, 88:11, 106:4, 106:6, 156:18, 175:14
**fair** [83] - 73:17, 74:5, 75:15, 75:17, 78:12, 80:4, 81:2, 81:6, 82:8, 84:10, 84:24, 87:5, 87:21, 87:22, 88:17, 88:21, 92:1, 93:13, 96:1, 97:3, 98:18, 100:8, 100:22, 102:19, 104:5, 104:11, 105:13, 106:25, 108:8, 108:12, 110:10, 112:10, 112:24, 114:6, 114:18, 114:20, 115:14, 116:24, 118:15, 119:14, 121:6,

121:20, 123:7, 123:9, 123:24, 124:22, 126:20, 126:24, 128:2, 128:5, 129:3, 129:6, 130:6, 130:7, 131:14, 132:6, 135:16, 135:19, 136:20, 137:7, 137:22, 138:13, 145:13, 151:2, 151:21, 157:17, 166:9, 166:10, 166:11, 166:14, 166:21, 167:1, 167:16, 167:18, 167:25, 192:11, 194:7, 194:18, 195:9, 195:18, 195:21
**fairly** [7] - 87:16, 88:8, 145:4, 156:8, 156:18, 168:1, 201:18
**falls** [3] - 40:22, 46:9, 171:20
**familiar** [6] - 83:20, 92:25, 93:2, 148:15, 150:2, 150:8
**familiarity** [2] - 152:10, 152:14
**Families** [2] - 33:25, 34:8
**Family** [1] - 117:24
**family** [29] - 24:5, 41:10, 41:19, 72:9, 75:22, 75:25, 76:4, 76:5, 79:4, 79:20, 80:3, 80:6, 80:11, 81:1, 85:24, 86:1, 93:3, 93:10, 93:17, 97:12, 114:9, 116:15, 119:5, 121:11, 127:15, 127:17, 142:17, 153:2, 168:7
**far** [9] - 22:20, 26:19, 28:1, 39:23, 40:1, 42:2, 54:11, 189:13, 198:6
**fast** [3] - 21:16, 199:12, 199:17
**faster** [2] - 70:1, 164:20
**father** [1] - 45:25, 47:6, 47:19, 110:4, 110:7, 126:11, 201:8
**father's** [1] - 126:19
**favor** [1] - 169:8
**favorably** [1] - 145:14
**fax** [1] - 147:11
**FBI** [23] - 3:9, 11:7, 49:12, 49:14, 49:15,

49:16, 49:17, 80:17, 80:19, 80:22, 113:25, 146:19, 146:22, 147:3, 147:9, 148:24, 149:7, 149:19, 151:2, 158:4, 158:9, 158:15
**FCRR** [2] - 1:22, 202:11
**federal** [21] - 7:25, 13:12, 14:1, 36:13, 39:9, 77:9, 83:6, 100:5, 108:1, 108:16, 108:17, 127:21, 127:22, 140:16, 142:18, 146:7, 146:12, 146:24, 147:2, 151:19, 158:8
**Federal** [4] - 49:10, 49:12, 49:13, 146:19
**feelings** [2] - 87:11, 156:22
**Feijoo** [4] - 34:12, 62:20, 124:12, 181:12
**fellow** [3] - 58:20, 61:7, 196:4
**felt** [1] - 86:12
**fence** [1] - 93:22
**Fernandez** [4] - 23:5, 60:7, 65:16, 69:4
**Fernando** [1] - 50:1
**few** [15] - 5:25, 7:9, 8:8, 33:22, 37:20, 50:22, 56:23, 66:15, 77:17, 98:9, 102:23, 131:3, 157:25, 171:2, 174:13
**FHP** [1] - 110:5
**fibrillation** [1] - 117:7
**field** [1] - 156:11
**fifteen** [1] - 92:6
**fifteen-plus** [1] - 92:6
**Fifth** [2] - 159:19, 159:21
**fifth** [22] - 68:18, 68:23, 68:24, 68:25, 69:2, 69:3, 69:5, 69:7, 69:9, 69:10, 69:13, 69:15, 69:17, 69:21, 70:7, 70:12, 157:15, 177:3, 177:9, 187:14, 187:17, 193:7
**figure** [3] - 139:21, 150:6, 156:6
**file** [1] - 200:8
**filed** [1] - 4:3
**filled** [1] - 153:14
**final** [2] - 194:23, 199:23

**finally** [2] - 126:4, 195:10
**finance** [1] - 100:14
**financial** [4] - 41:3, 91:11, 120:15, 175:1
**Financial** [1] - 200:7
**financially** [1] - 146:9
**findings** [1] - 107:12
**fine** [22] - 5:1, 6:25, 32:22, 52:24, 57:24, 58:22, 70:19, 72:2, 72:3, 77:5, 81:14, 95:24, 139:12, 141:4, 142:24, 161:18, 171:4, 173:25, 177:15, 185:2, 185:3, 188:1
**finish** [2] - 47:17, 48:11
**firm** [1] - 23:15
**first** [40] - 6:7, 8:11, 17:19, 26:8, 29:9, 44:18, 45:14, 47:17, 48:12, 51:25, 73:21, 83:20, 87:7, 89:10, 102:6, 102:11, 119:8, 126:15, 141:23, 142:16, 160:19, 170:13, 170:18, 170:23, 172:9, 172:21, 173:7, 174:11, 183:2, 183:20, 188:2, 189:20, 191:18, 192:13, 195:1, 196:14, 199:6, 200:22, 201:1
**firsthand** [1] - 149:6
**fit** [1] - 91:6
**FIU** [4] - 34:16, 34:17, 62:20, 120:1
**five** [13] - 25:5, 46:4, 49:1, 52:19, 55:20, 55:23, 72:5, 79:14, 91:3, 138:25, 143:6, 157:8, 199:6
**fixed** [1] - 59:23
**Flagler** [1] - 46:24
**flex** [2] - 35:24, 175:5
**flight** [1] - 122:2
**Floor** [3] - 1:24, 133:8, 202:13
**floor** [30] - 46:12, 52:11, 52:17, 52:23, 68:18, 68:23, 68:25, 69:1, 69:2, 69:3, 69:5, 69:7, 69:9, 69:10, 69:13, 69:15, 69:17, 69:19, 69:21, 70:6,

70:7, 70:8, 70:12, 133:17, 187:14, 187:18, 197:11, 197:14, 197:16
**FLORIDA** [1] - 1:1
**Florida** [21] - 1:4, 1:16, 1:20, 1:25, 7:24, 12:10, 13:5, 13:20, 14:12, 35:13, 46:24, 92:6, 102:9, 103:13, 107:24, 118:9, 124:16, 148:11, 148:12, 202:13
**fluctuating** [1] - 90:19
**flying** [1] - 22:9
**focused** [1] - 179:19
**foggy** [3] - 86:8, 86:20, 86:21
**follow** [22] - 28:8, 29:2, 39:10, 61:16, 75:23, 94:7, 99:2, 105:1, 142:16, 144:1, 147:23, 151:9, 161:10, 162:14, 162:19, 162:22, 163:11, 163:18, 164:1, 189:1, 189:2, 192:9
**follow-up** [4] - 75:23, 105:1, 142:16, 147:23
**followed** [3] - 141:23, 194:3, 195:23
**following** [11] - 17:10, 28:13, 28:18, 32:7, 43:15, 70:21, 132:19, 142:12, 191:6, 195:25, 196:22
**follows** [1] - 73:20
**FOR** [2] - 1:14, 1:18
**force** [2] - 36:22, 201:9
**Force** [4] - 46:1, 148:16, 148:21, 148:23
**forefront** [1] - 143:12
**foregoing** [1] - 202:6
**foreseeable** [1] - 12:19
**form** [1] - 9:2
**formal** [3] - 12:6, 14:24, 15:5
**former** [1] - 173:18
**forms** [1] - 189:5
**Fort** [1] - 7:25
**forth** [5] - 13:19, 13:21, 170:25, 195:22, 199:3
**four** [11] - 17:3, 26:5, 43:2, 43:3, 48:15,

132:18, 136:11, 157:1, 157:8, 184:21
**Fourth** [1] - 1:16
**fourth** [6] - 176:8, 176:15, 184:18, 184:20, 185:22, 193:1
**FPR** [2] - 1:22, 202:11
**Franco** [4] - 25:4, 60:25, 65:17, 69:6
**frankly** [1] - 74:25
**fraud** [6] - 79:8, 146:13, 147:9, 148:25, 149:16, 149:20
**free** [3] - 29:10, 187:22, 197:5
**freelance** [2] - 119:22, 120:8
**frequently** [2] - 48:9, 48:13
**Friday** [31] - 17:5, 17:8, 17:9, 17:11, 20:11, 20:15, 25:18, 26:16, 26:18, 30:7, 32:5, 32:6, 32:9, 33:4, 33:6, 41:16, 42:23, 43:13, 43:14, 55:23, 55:25, 56:2, 61:21, 110:21, 110:22, 115:21, 198:2
**Fridays** [3] - 43:11, 43:12, 43:15
**friend** [6] - 76:1, 76:5, 116:16, 119:5, 127:15, 128:24
**friends** [4] - 72:9, 80:15, 81:4, 132:14
**front** [7] - 10:11, 10:24, 11:10, 15:22, 74:18, 134:12, 157:21
**fulfill** [1] - 147:22
**full** [41] - 16:24, 17:4, 35:19, 35:20, 35:21, 35:25, 36:12, 36:17, 37:3, 37:13, 39:11, 47:3, 47:14, 47:18, 56:14, 78:3, 82:17, 84:18, 85:10, 89:8, 94:25, 99:15, 104:21, 107:16, 109:19, 117:25, 118:25, 119:1, 122:4, 122:8, 122:12, 122:16, 122:20, 125:9, 127:10, 128:19, 131:1, 133:10, 138:8, 198:1, 198:7
**full-time** [34] - 35:19, 35:20, 35:21, 35:25,

36:12, 36:17, 37:3, 37:13, 39:11, 47:3, 47:14, 47:18, 78:3, 82:17, 84:18, 85:10, 89:8, 94:25, 99:15, 104:21, 107:16, 109:19, 117:25, 118:25, 119:1, 122:4, 122:20, 125:9, 127:10, 128:19, 131:1, 133:10, 138:8, 198:7
**fully** [1] - 17:11
**fundamental** [1] - 158:14
**furnish** [1] - 16:1

---

**G**

**Gables** [2] - 1:20, 80:13
**Gabriela** [1] - 18:9
**gallery** [1] - 6:11
**Galsky** [3] - 101:22, 158:24, 176:17
**game** [1] - 41:17
**games** [1] - 10:22
**Garcia** [5] - 53:16, 53:25, 57:8, 65:17, 69:8
**Gayles** [4] - 7:22, 142:14, 142:23, 158:8
**GAYLES** [1] - 1:10
**general** [3] - 4:22, 73:21, 121:15
**gentleman** [2] - 61:20, 62:11
**gentlemen** [11] - 7:21, 11:3, 11:15, 11:24, 67:10, 68:16, 138:17, 141:13, 142:1, 169:14, 188:5
**Georgia** [1] - 100:2
**gesture** [1] - 131:5
**Gianmarco** [3] - 29:6, 61:4, 175:25
**gift** [1] - 69:19
**gig** [1] - 43:13
**gigs** [2] - 42:19, 43:12
**Gilliam** [5] - 127:2, 181:23, 182:3, 182:18, 186:23
**girl** [1] - 126:15
**given** [6] - 20:14, 25:16, 27:16, 30:9, 46:5, 93:20
**glasses** [2] - 101:3, 101:19
**goal** [1] - 80:22

**Gonzalez** [15] - 3:14, 9:23, 11:19, 38:24, 60:7, 65:17, 69:5, 104:15, 117:17, 176:23, 180:3, 182:11, 182:14, 186:17, 186:19

**goodwill** [1] - 131:5

**Google** [2] - 193:4, 194:8

**Gordon** [2] - 49:16, 201:16

**government** [83] - 3:17, 3:25, 8:4, 10:25, 15:21, 15:22, 16:3, 16:6, 16:10, 52:15, 56:18, 60:8, 60:20, 65:23, 72:23, 82:9, 85:18, 87:21, 88:18, 92:1, 92:23, 96:1, 97:4, 102:19, 102:24, 103:6, 104:6, 106:25, 112:24, 113:23, 114:21, 118:16, 121:21, 124:22, 130:6, 137:8, 141:22, 141:24, 142:18, 142:19, 151:13, 156:21, 161:9, 161:12, 161:15, 161:23, 162:8, 162:13, 170:15, 170:23, 172:5, 172:17, 172:25, 173:5, 173:13, 175:7, 175:21, 176:1, 176:20, 176:24, 177:11, 177:25, 178:5, 178:13, 180:5, 180:17, 181:7, 181:13, 181:19, 181:24, 182:19, 183:13, 183:24, 184:5, 185:6, 185:19, 191:20, 191:23, 192:4, 196:14, 196:20, 196:23, 198:22

**Government** [4] - 3:5, 100:23, 176:11, 199:24

**GOVERNMENT** [1] - 1:14

**government's** [10] - 3:22, 16:9, 64:21, 70:17, 173:7, 176:3, 176:22, 181:15, 196:22, 199:23

**grabbed** [1] - 98:3

**gracious** [1] - 199:2

**graduated** [1] - 120:1

**grand** [2] - 164:13, 164:15

**granddaughter** [1] - 125:21

**grandmother** [1] - 33:20

**grandson** [1] - 134:15

**granted** [1] - 158:10

**grass** [1] - 189:9

**Gray** [3] - 33:17, 62:16, 65:18

**gray** [1] - 69:10

**great** [3] - 9:9, 101:11, 179:23

**greater** [1] - 196:11

**group** [3] - 72:6, 148:23, 155:7

**Group** [1] - 148:16

**groups** [1] - 46:25

**gruesome** [2] - 30:4, 30:9

**guarantee** [1] - 195:21

**guaranteed** [1] - 16:1

**guarantees** [2] - 8:23, 16:9

**guess** [12] - 71:24, 86:25, 87:7, 87:9, 87:24, 91:6, 106:10, 119:5, 159:18, 165:11, 165:25, 190:16

**guidelines** [1] - 191:14

**guilt** [4] - 15:1, 15:2, 191:21, 192:4

**guilty** [15] - 15:10, 15:23, 16:11, 76:10, 76:13, 85:19, 92:22, 92:24, 107:23, 151:11, 158:12, 163:11, 188:23, 188:24, 191:19

**gun** [2] - 83:5, 98:2

**gunpoint** [2] - 97:16, 97:18

**Gutierrez** [5] - 18:9, 50:8, 58:9, 65:15, 68:25

**guy** [3] - 20:20, 67:24, 98:2

### H

**half** [6] - 22:21, 22:22, 42:5, 94:5,
138:19, 201:21

**hall** [1] - 51:4

**hallway** [1] - 197:12

**hand** [15] - 8:13, 10:9, 17:16, 17:17, 18:6, 22:7, 23:3, 31:8, 31:21, 37:5, 38:6, 50:19, 75:13, 87:19, 169:8

**handful** [1] - 66:12

**handle** [4] - 24:12, 48:3, 58:19, 133:24

**handler** [2] - 136:23, 137:3

**handling** [1] - 21:19

**hands** [10] - 8:14, 8:16, 12:4, 15:8, 15:20, 16:7, 16:20, 34:11, 50:14, 187:8

**hard** [8] - 31:25, 33:24, 56:16, 56:17, 58:19, 66:18, 67:12, 101:4

**hardship** [8] - 17:14, 41:3, 91:11, 102:4, 120:15, 129:24, 175:1

**Harris** [4] - 77:16, 162:24, 163:18, 172:4

**Havard** [8] - 45:24, 64:20, 64:21, 65:4, 65:8, 65:11, 65:22, 69:21

**Havard's** [1] - 65:1

**head** [5] - 54:22, 133:19, 133:21, 135:23, 145:10

**Health** [14] - 35:13, 49:19, 49:20, 49:22, 49:23, 49:24, 50:9, 50:11, 85:8, 104:24, 124:16, 125:6, 146:25, 147:8

**health** [4] - 94:21, 94:23, 125:3, 156:10

**healthcare** [9] - 146:13, 146:15, 146:24, 147:9, 148:25, 149:7, 149:16, 149:20, 150:21

**hear** [13] - 57:13, 59:6, 81:4, 82:6, 87:24, 142:6, 143:15, 152:4, 155:10, 158:4, 191:7, 195:16, 196:7

**heard** [6] - 10:23, 160:22, 163:6, 189:6

**hearing** [2] - 61:19, 62:24

**hearings** [2] - 23:18,
170:9

**heart** [4] - 48:4, 145:8, 145:11, 166:25

**heartbeat** [1] - 117:7

**hearted** [1] - 156:1

**HEAT** [3] - 148:17, 148:20, 148:21

**Hector** [6] - 31:22, 32:2, 110:14, 177:22, 182:13, 186:18

**hello** [7] - 30:17, 31:9, 43:24, 104:16, 104:17, 117:18, 128:10

**help** [19] - 7:1, 20:16, 33:23, 35:24, 44:3, 44:9, 46:8, 46:11, 46:12, 56:5, 73:16, 100:5, 105:5, 113:18, 134:21, 192:10, 195:21, 196:2, 196:15

**helpful** [2] - 52:3, 102:16

**helping** [2] - 28:7, 46:16

**helps** [2] - 38:4, 46:14

**Henry** [1] - 50:9

**Herbster** [2] - 49:17, 201:8

**Herbster's** [1] - 201:10

**hereby** [1] - 202:6

**Hernandez** [1] - 50:8

**herniated** [1] - 154:18

**herself** [1] - 73:6

**hesitation** [1] - 106:11

**HHS** [8] - 147:1, 147:6, 148:24, 149:7, 149:19, 150:18, 151:2, 167:22

**HHS-OIG** [3] - 148:24, 150:18, 167:22

**Hi** [1] - 41:8

**hi** [8] - 31:22, 42:15, 44:16, 45:1, 97:10, 97:11, 127:4, 127:5

**Hialeah** [2] - 50:1, 80:14

**high** [6] - 46:1, 117:14, 161:15, 161:22, 179:1, 192:8

**High** [3] - 31:10, 31:17, 41:14

**highest** [3] - 9:2, 161:13, 161:24

**highlight** [1] - 58:1

**himself** [1] - 153:9

**hinder** [2] - 13:10, 13:23

**hit** [2] - 144:21, 190:4

**hold** [10] - 16:13, 70:21, 84:3, 121:7, 121:9, 151:13, 152:2, 156:21, 173:16, 181:5

**holding** [1] - 161:11

**holes** [1] - 153:21

**home** [10] - 33:18, 34:2, 44:1, 46:6, 46:8, 47:6, 48:14, 125:3, 134:14, 144:21

**Home** [1] - 125:6

**Homestead** [2] - 47:2, 48:23

**honest** [2] - 75:10, 161:20

**honestly** [3] - 24:9, 74:25, 111:11

**honesty** [1] - 166:15

**honor** [1] - 142:3

**Honor** [50] - 3:6, 3:12, 3:18, 3:20, 4:1, 4:3, 4:10, 4:15, 4:17, 5:8, 5:21, 5:23, 6:25, 8:5, 8:7, 11:2, 11:14, 33:16, 52:2, 52:8, 53:13, 53:14, 56:19, 56:21, 60:2, 60:9, 60:11, 64:18, 72:23, 73:5, 125:1, 139:7, 139:13, 140:2, 141:25, 160:15, 163:2, 171:10, 175:8, 175:20, 180:12, 182:20, 182:22, 198:18, 198:23, 199:13, 200:2, 200:18, 200:21, 201:13

**HONORABLE** [1] - 1:10

**hope** [3] - 66:20, 93:19, 153:11

**hopefully** [6] - 54:9, 73:11, 118:6, 139:9, 185:12, 197:19

**hospital** [3] - 154:17, 174:22, 174:24

**Hospital** [6] - 112:16, 118:24, 134:16, 135:10

**hospitalized** [1] - 34:5

**hour** [9] - 17:1, 26:12, 27:4, 28:21, 51:12, 70:3, 138:19,

201:21, 201:23
**hours** [16] - 27:22, 28:22, 33:13, 39:2, 39:3, 44:5, 44:7, 44:9, 46:3, 46:13, 47:9, 90:3, 90:9, 90:10, 105:4, 154:2
**house** [5] - 46:17, 47:24, 49:1, 114:13, 134:12
**Human** [9] - 49:19, 49:21, 49:22, 49:23, 49:25, 50:10, 50:11, 146:25, 147:8
**human** [3] - 100:1, 122:18, 135:23
**hundred** [1] - 37:21
**hundred-plus** [1] - 37:21
**Hung** [2] - 18:24, 172:11
**hurts** [1] - 153:21
**husband** [14] - 87:13, 87:14, 87:15, 87:20, 107:22, 108:8, 115:2, 143:23, 154:17, 157:22, 166:6, 166:13, 174:22
**husband's** [1] - 115:14
**HVAC** [1] - 40:7
**hydrocodone** [1] - 155:9

**I**

**Ibrahim** [2] - 25:4, 60:25
**ID** [2] - 79:22, 93:11
**idea** [1] - 22:24
**identity** [3] - 79:7, 79:21, 93:10
**iffy** [1] - 87:10
**ignore** [2] - 190:16, 190:19
**II** [2] - 12:21, 152:7
**illegal** [1] - 158:17
**illegally** [3] - 152:6, 158:13
**immediate** [3] - 75:22, 97:12, 144:4
**immediately** [1] - 50:20
**impartial** [23] - 73:17, 74:5, 75:15, 75:18, 80:4, 93:13, 100:8, 103:8, 104:11, 108:9, 114:7, 114:18, 116:24, 123:24, 126:21, 128:2,

131:14, 132:6, 135:17, 145:14, 151:3, 151:22, 157:17
**impartially** [1] - 156:8
**impede** [1] - 14:16
**impediment** [1] - 142:22
**importance** [2] - 36:25, 195:25
**important** [15] - 8:22, 9:7, 56:11, 74:15, 74:16, 75:10, 86:12, 88:10, 106:18, 161:1, 161:4, 164:11, 194:13, 194:14, 195:16
**impose** [1] - 184:25
**impression** [1] - 196:12
**improperly** [1] - 192:24
**impropriety** [1] - 70:23
**in-person** [2] - 27:18, 27:19
**in-service** [3] - 25:20, 28:20, 45:9
**inappropriately** [1] - 125:21
**incident** [2] - 132:5, 192:23
**incidents** [1] - 114:15
**incline** [4] - 7:18, 53:22, 140:11, 174:10
**include** [2] - 146:19, 198:8
**includes** [2] - 130:21, 193:23
**including** [4] - 146:15, 193:19, 193:25, 194:11
**indicate** [7] - 79:3, 82:22, 83:12, 93:3, 98:21, 112:12, 136:22
**indictment** [19] - 4:7, 4:8, 4:18, 12:6, 13:2, 13:18, 14:24, 15:2, 15:4, 15:9, 15:13, 15:17, 85:17, 150:18, 164:7, 164:11, 188:24, 191:19
**indirect** [2] - 189:11, 189:14
**indirectly** [1] - 189:8
**individual** [3] - 51:1, 81:25, 150:11
**individually** [1] - 164:19

**individuals** [4] - 12:3, 50:13, 149:19, 150:20
**indulgence** [1] - 139:8
**inferences** [1] - 15:2
**influence** [2] - 14:15, 192:25
**Information** [3] - 113:10, 146:12, 151:1
**information** [22] - 13:11, 13:25, 28:1, 38:18, 39:8, 53:7, 75:4, 124:19, 147:12, 149:10, 149:12, 150:19, 160:6, 160:7, 160:8, 167:14, 192:16, 192:21, 193:22, 193:24, 194:9, 195:19
**informed** [1] - 201:12
**injured** [1] - 152:24
**injury** [2] - 154:9, 157:9
**ink** [1] - 200:4
**innocence** [4] - 15:25, 16:8, 163:24, 191:25
**innocent** [7] - 15:11, 15:17, 85:18, 92:22, 163:17, 164:5, 191:18
**inquiry** [1] - 158:3
**inspect** [2] - 136:14, 137:5
**inspector** [1] - 136:13
**Instagram** [1] - 193:21
**installation** [1] - 133:21
**instance** [1] - 190:3
**instant** [1] - 193:15
**instead** [3] - 139:10, 200:11, 201:9
**Institute** [1] - 24:21
**instruct** [3] - 162:3, 190:23, 197:2
**instruction** [7] - 162:8, 162:10, 162:14, 162:15, 162:19, 162:20, 162:22
**instructions** [17] - 3:22, 4:5, 70:22, 102:13, 106:6, 106:21, 161:10, 162:5, 185:24, 188:6, 188:15, 188:19, 188:21, 192:6, 192:9,

192:12, 197:5
**INSTRUCTIONS** [1] - 2:7
**insurance** [3] - 79:11, 94:21, 94:23
**integrity** [2] - 113:5, 146:1
**intended** [1] - 74:13
**intent** [4] - 12:13, 12:24, 13:9, 13:23
**interactives** [1] - 19:13
**interest** [2] - 25:8, 191:9
**interesting** [1] - 89:5
**interface** [1] - 146:18
**interferes** [1] - 55:22
**internal** [1] - 148:10
**International** [2] - 110:2, 130:16
**Internet** [5] - 193:4, 193:9, 193:13, 193:19, 193:25
**interpret** [1] - 197:1
**interview** [2] - 159:8, 166:1
**introduce** [5] - 8:9, 9:13, 10:25, 11:13, 201:1
**introduced** [2] - 11:25, 83:11
**invest** [1] - 102:22
**investigate** [1] - 158:9
**investigated** [6] - 102:23, 103:2, 126:1, 149:16, 149:20, 159:4
**investigates** [1] - 147:9
**investigating** [4] - 113:12, 146:13, 148:25
**investigation** [7] - 103:10, 103:13, 103:21, 146:23, 147:13, 159:7, 160:4
**Investigations** [4] - 49:11, 49:12, 49:13, 146:19
**investigations** [7] - 113:19, 113:21, 137:4, 148:9, 148:10, 149:8, 159:1
**investigative** [2] - 113:11, 158:6
**Investigator** [1] - 50:4
**investigator** [1] - 11:19
**investment** [1] -

102:2
**investors** [2] - 102:25, 103:1
**involved** [10] - 12:17, 102:22, 103:13, 121:9, 146:2, 150:20, 156:4, 165:20, 193:3, 194:10
**involves** [1] - 155:20
**involving** [2] - 167:14, 192:24
**irregular** [1] - 117:7
**issue** [45] - 21:16, 30:15, 41:6, 41:7, 42:7, 42:17, 43:25, 45:21, 45:22, 47:15, 48:21, 49:4, 60:15, 61:14, 61:15, 63:1, 65:2, 72:8, 78:5, 78:7, 82:19, 85:12, 95:2, 95:6, 100:20, 100:25, 102:11, 105:20, 107:18, 109:21, 110:23, 118:5, 119:2, 122:6, 125:11, 127:12, 128:21, 133:12, 138:10, 166:5, 174:18, 193:11, 195:12, 201:5
**issued** [1] - 22:4
**issues** [19] - 10:5, 40:4, 41:21, 47:18, 53:12, 54:11, 56:15, 62:16, 62:24, 84:20, 95:13, 110:16, 110:18, 117:2, 117:13, 142:14, 144:23, 158:14, 198:10
**IT** [7] - 19:12, 77:18, 78:1, 107:8, 107:11, 165:13, 165:14
**item** [1] - 190:23
**itself** [1] - 86:20
**Ivan** [1] - 50:12

**J**

**JA** [1] - 173:18
**Jackson** [4] - 105:10, 112:16, 118:24, 135:9
**jail** [2] - 107:22, 131:25
**Jairo** [2] - 42:9, 63:19
**Jason** [2] - 33:17, 62:16
**JBT** [2] - 109:7, 109:8

**JC** [1] - 112:22
**Jennifer** [2] - 49:23, 150:1
**Jese** [3] - 34:12, 62:20, 181:12
**Jessie** [1] - 172:4
**Jesus** [1] - 49:18
**job** [27] - 19:7, 35:21, 35:25, 39:18, 40:6, 40:11, 46:5, 46:16, 47:14, 47:18, 47:19, 47:21, 47:22, 50:23, 54:16, 54:17, 89:5, 113:8, 140:16, 146:11, 147:16, 165:2, 165:3, 165:7, 165:8, 167:9
**jobs** [1] - 169:7
**Joel** [1] - 49:21
**joint** [1] - 148:23
**Jones** [9] - 82:12, 144:1, 144:3, 144:4, 145:21, 172:16, 182:5, 182:7, 186:14
**Jorge** [2] - 50:7, 50:8
**Jose** [6] - 3:12, 3:14, 11:17, 11:18, 49:12, 160:17
**JOSE** [2] - 1:18, 1:18
**jot** [1] - 27:8
**Jouissance** [3] - 64:14, 65:22, 69:20
**Juan** [1] - 49:14
**Judge** [67] - 5:4, 6:2, 7:12, 7:23, 18:18, 52:22, 53:6, 57:5, 57:22, 58:1, 58:22, 59:2, 59:18, 59:22, 60:18, 60:21, 61:20, 62:14, 64:24, 65:2, 65:7, 65:24, 66:8, 66:13, 66:19, 71:19, 72:19, 72:24, 84:7, 84:8, 100:5, 122:19, 126:16, 142:13, 142:23, 144:17, 144:18, 148:19, 149:23, 157:2, 158:8, 158:20, 160:12, 161:6, 162:3, 162:9, 162:15, 162:20, 164:7, 169:10, 170:7, 171:1, 171:20, 171:25, 173:19, 173:25, 174:1, 175:14, 176:7, 178:14, 179:12, 180:18, 181:5, 181:18, 183:3, 184:11, 194:12

**judge** [2] - 156:18, 158:8
**JUDGE** [1] - 1:11
**Judge's** [2] - 94:16, 151:9
**judges** [2] - 170:21, 173:19
**judgment** [1] - 169:1
**judicial** [1] - 7:25
**July** [6] - 12:8, 13:4, 14:3, 14:5, 14:6, 14:11
**junior** [2] - 23:16, 109:3
**JUROR** [697] - 17:20, 17:24, 18:4, 18:9, 18:12, 18:14, 18:20, 18:24, 19:1, 19:9, 19:11, 19:18, 20:8, 20:12, 20:17, 21:2, 21:8, 21:11, 21:14, 21:18, 21:24, 22:3, 22:8, 22:12, 22:14, 22:18, 22:21, 22:23, 23:2, 23:5, 23:12, 23:25, 24:2, 24:5, 24:8, 24:16, 24:19, 24:21, 24:24, 25:3, 25:7, 25:25, 26:2, 26:5, 26:9, 26:11, 26:21, 26:25, 27:8, 27:14, 27:19, 27:22, 27:24, 28:4, 28:12, 28:18, 29:1, 29:6, 29:8, 29:12, 29:14, 29:16, 29:19, 29:21, 30:1, 30:8, 30:13, 30:17, 30:25, 31:4, 31:9, 31:17, 31:19, 31:22, 32:2, 32:8, 32:15, 32:17, 32:24, 33:3, 33:8, 33:10, 33:14, 33:16, 34:12, 34:16, 34:18, 34:21, 34:25, 35:4, 35:7, 35:10, 35:12, 35:15, 35:17, 35:20, 35:23, 36:2, 36:4, 36:8, 36:10, 37:6, 37:11, 37:16, 37:18, 37:21, 37:24, 38:1, 38:4, 38:11, 38:13, 38:19, 38:21, 38:24, 39:13, 39:16, 39:24, 40:1, 40:3, 40:5, 40:14, 40:16, 40:18, 40:20, 41:1, 41:4, 41:8, 41:20, 41:23, 42:3, 42:8, 42:15, 43:2, 43:4, 43:7, 43:10,

43:12, 43:18, 43:24, 44:8, 44:13, 44:16, 44:21, 44:24, 45:1, 45:4, 45:8, 45:11, 45:16, 45:23, 46:20, 46:23, 47:4, 47:7, 47:16, 47:21, 48:10, 48:15, 48:22, 54:2, 54:13, 54:22, 54:25, 55:4, 55:8, 55:12, 55:17, 55:20, 55:25, 56:4, 56:7, 56:12, 56:16, 67:19, 68:12, 77:19, 77:21, 77:23, 78:1, 78:4, 78:7, 78:9, 78:11, 78:14, 78:18, 78:23, 79:6, 79:10, 79:14, 79:17, 79:21, 80:1, 80:5, 80:12, 80:20, 81:3, 81:12, 82:7, 82:10, 82:14, 82:16, 82:18, 82:21, 82:24, 83:3, 83:5, 83:9, 83:14, 83:17, 83:24, 84:6, 84:8, 84:11, 84:15, 84:17, 84:19, 84:22, 84:25, 85:4, 85:6, 85:8, 85:11, 85:14, 85:21, 86:3, 86:5, 86:11, 86:18, 86:21, 87:3, 87:7, 87:14, 87:17, 87:23, 88:3, 88:16, 88:19, 88:22, 89:1, 89:3, 89:7, 89:9, 89:12, 89:14, 89:16, 89:20, 89:23, 90:1, 90:4, 90:6, 90:11, 90:14, 90:17, 90:23, 90:25, 91:3, 91:7, 91:12, 91:15, 91:24, 92:2, 92:6, 92:9, 92:11, 92:15, 92:17, 92:19, 93:2, 93:6, 93:8, 93:14, 93:17, 93:22, 94:5, 94:9, 94:14, 94:19, 94:22, 94:24, 95:1, 95:4, 95:8, 95:11, 95:20, 95:23, 96:2, 96:8, 96:11, 96:13, 96:21, 97:2, 97:5, 97:9, 97:11, 97:14, 97:16, 97:18, 97:20, 97:22, 98:6, 98:8, 98:12, 98:20, 98:23, 99:3, 99:16, 99:20, 99:24, 100:6, 100:9, 100:13, 100:15, 100:17, 100:21, 100:24, 101:3, 101:8, 101:11,

101:15, 101:23, 101:25, 102:2, 102:5, 102:17, 102:20, 103:11, 103:14, 103:17, 103:19, 103:22, 103:25, 104:3, 104:7, 104:12, 104:14, 104:16, 104:19, 104:22, 104:24, 105:2, 105:9, 105:15, 106:10, 106:13, 107:2, 107:4, 107:7, 107:9, 107:11, 107:15, 107:17, 107:20, 107:25, 108:3, 108:6, 108:10, 108:13, 108:15, 108:17, 108:20, 108:22, 108:25, 109:2, 109:5, 109:7, 109:10, 109:13, 109:15, 109:17, 109:20, 109:23, 110:1, 110:6, 110:9, 110:12, 110:17, 110:20, 110:24, 111:2, 111:7, 111:15, 111:18, 111:21, 112:3, 112:7, 112:11, 112:14, 112:17, 112:19, 112:21, 112:25, 113:4, 113:6, 113:8, 113:14, 113:16, 113:20, 113:23, 114:3, 114:8, 114:11, 114:16, 114:19, 114:22, 114:24, 115:6, 115:9, 115:12, 115:15, 115:20, 115:24, 116:5, 116:14, 116:17, 116:19, 116:22, 117:1, 117:5, 117:16, 117:18, 117:20, 117:22, 117:24, 118:2, 118:4, 118:6, 118:9, 118:12, 118:14, 118:17, 118:19, 118:21, 118:24, 119:1, 119:4, 119:7, 119:9, 119:11, 119:13, 119:16, 119:18, 119:20, 119:24, 120:1, 120:4, 120:6, 120:8, 120:13, 120:16, 120:18, 120:23, 120:25, 121:2, 121:7, 121:10, 121:15, 121:22, 122:1, 122:3, 122:5, 122:8, 122:11,

122:13, 123:4, 123:11, 123:17, 123:22, 123:25, 124:2, 124:10, 124:13, 124:18, 124:23, 125:1, 125:4, 125:6, 125:8, 125:10, 125:13, 125:16, 125:20, 125:23, 125:25, 126:3, 126:6, 126:8, 126:11, 126:14, 126:22, 126:25, 127:3, 127:5, 127:8, 127:11, 127:13, 127:17, 127:20, 127:22, 127:25, 128:4, 128:7, 128:10, 128:13, 128:15, 128:20, 128:23, 129:1, 129:7, 129:10, 129:12, 129:14, 129:17, 129:19, 129:23, 130:1, 130:4, 130:7, 130:10, 130:12, 130:14, 130:16, 130:19, 130:25, 131:2, 131:7, 131:12, 131:15, 131:18, 131:23, 131:25, 132:4, 132:7, 132:10, 132:13, 132:17, 132:25, 133:4, 133:6, 133:8, 133:11, 133:14, 133:18, 133:21, 134:2, 134:6, 134:11, 134:19, 134:24, 135:3, 135:8, 135:11, 135:14, 135:18, 135:21, 136:7, 136:9, 136:11, 136:13, 136:17, 136:21, 136:24, 137:1, 137:5, 137:9, 137:11, 137:13, 137:19, 137:23, 138:1, 138:3, 138:5, 138:7, 138:9, 138:12, 138:15, 140:14, 140:18, 140:21, 140:23, 141:5, 143:5, 143:7, 143:10, 143:14, 143:16, 143:21, 143:25, 144:7, 144:9, 144:13, 144:16, 144:18, 144:20, 144:22, 145:6, 145:11, 145:17, 145:19, 146:3, 146:6, 146:10, 146:17, 146:21,

147:1, 147:5, 147:7, 147:10, 147:15, 147:18, 147:21, 148:1, 148:5, 148:9, 148:12, 148:14, 148:17, 148:21, 149:1, 149:4, 149:9, 149:14, 149:17, 149:21, 149:24, 150:1, 150:8, 150:10, 150:12, 150:15, 150:23, 151:4, 151:7, 151:10, 151:12, 151:15, 152:12, 152:15, 152:21, 153:1, 153:7, 153:11, 153:13, 153:16, 153:19, 153:25, 154:4, 154:7, 154:9, 154:13, 154:21, 155:2, 155:5, 155:8, 155:11, 155:14, 155:16, 155:23, 156:1, 156:7, 156:9, 156:20, 156:24, 157:7, 157:12, 157:15, 157:18, 157:22, 159:2, 159:6, 159:9, 159:15, 159:18, 159:21, 160:1, 160:5, 163:5, 163:8, 163:13, 163:20, 165:10, 165:15, 165:18, 165:24, 166:15, 167:2, 167:6, 167:10, 167:19, 168:2, 168:22, 169:3, 174:20, 175:2, 175:20, 186:25, 187:4, 188:10

**juror** [74] - 10:15, 17:18, 25:4, 29:5, 37:10, 38:22, 53:5, 53:17, 55:6, 60:19, 63:14, 66:8, 69:16, 74:8, 75:6, 75:8, 80:4, 88:1, 88:2, 93:13, 95:14, 96:20, 98:18, 101:17, 108:9, 112:13, 114:7, 114:18, 116:2, 116:24, 121:6, 123:24, 124:5, 126:21, 128:2, 131:14, 132:6, 135:17, 136:6, 136:20, 140:7, 142:22, 143:13, 143:17, 145:14, 150:25, 151:3, 151:8,

155:19, 155:22, 156:6, 156:19, 157:17, 170:14, 170:16, 171:23, 172:21, 173:3, 175:24, 176:16, 177:3, 177:21, 178:3, 178:17, 178:23, 179:24, 180:9, 181:2, 181:8, 181:9, 181:11, 181:22, 192:16, 195:6

**Juror** [186] - 17:20, 18:9, 18:24, 21:2, 22:8, 23:5, 23:13, 29:6, 37:11, 42:9, 42:16, 43:25, 44:16, 45:1, 45:24, 53:5, 53:15, 53:18, 53:25, 57:1, 57:7, 58:4, 58:9, 58:15, 58:17, 59:16, 60:3, 60:7, 60:14, 60:25, 61:4, 61:12, 61:18, 62:9, 62:11, 62:16, 62:20, 62:25, 63:5, 63:19, 63:25, 64:5, 64:10, 64:14, 64:20, 65:4, 65:6, 65:10, 65:14, 65:15, 65:16, 65:17, 65:18, 65:19, 65:20, 65:21, 65:22, 67:16, 68:24, 68:25, 69:1, 69:2, 69:4, 69:6, 69:8, 69:9, 69:10, 69:11, 69:12, 69:14, 69:16, 69:18, 69:20, 77:15, 78:16, 82:12, 84:13, 85:2, 88:24, 94:18, 96:4, 97:7, 100:11, 101:22, 104:15, 107:5, 110:14, 113:2, 115:17, 117:17, 118:20, 119:19, 121:24, 124:12, 124:25, 127:2, 128:9, 129:9, 130:9, 133:2, 137:25, 140:3, 140:8, 143:1, 167:3, 172:4, 172:11, 172:16, 172:22, 173:4, 173:8, 173:12, 174:4, 174:6, 175:13, 175:18, 176:4, 176:10, 176:17, 176:23, 177:4, 177:7, 177:8, 177:10, 177:22, 178:4, 178:10, 179:25, 180:3, 180:10, 180:16, 180:21, 180:22, 181:3, 181:12,

181:16, 181:23, 182:5, 182:6, 182:8, 182:9, 182:10, 182:11, 182:12, 182:13, 182:14, 182:15, 182:16, 182:17, 182:18, 182:25, 183:12, 183:21, 184:3, 185:5, 186:14, 186:15, 186:17, 186:18, 186:20, 186:22, 186:24, 187:5, 187:6

**JUROR0** [1] - 122:22

**jurors** [71] - 5:7, 6:3, 6:5, 6:15, 7:15, 8:14, 8:15, 9:10, 10:14, 50:24, 51:18, 51:23, 52:18, 54:9, 59:20, 66:6, 66:7, 66:16, 67:7, 71:10, 71:13, 72:10, 72:18, 72:21, 73:1, 73:6, 73:19, 74:2, 74:20, 76:17, 76:22, 81:16, 81:21, 82:1, 91:16, 91:19, 91:21, 91:22, 95:12, 106:18, 121:19, 139:3, 139:17, 139:20, 141:9, 141:17, 142:5, 142:15, 142:17, 151:17, 151:22, 154:5, 155:6, 156:13, 157:17, 157:19, 163:3, 169:25, 171:21, 179:7, 184:9, 184:15, 186:1, 186:7, 187:10, 188:18, 192:9, 194:15, 194:16, 194:20, 196:4

**JURORS** [1] - 2:6

**JURY** [5] - 1:10, 2:2, 2:5, 2:7, 7:20

**jury** [105] - 3:22, 3:25, 4:12, 5:24, 6:13, 7:6, 7:14, 8:19, 8:20, 8:24, 8:25, 9:2, 9:8, 10:8, 17:3, 17:15, 18:8, 20:19, 22:20, 31:24, 36:3, 36:15, 36:19, 36:25, 40:12, 40:24, 50:18, 50:21, 51:15, 51:24, 52:6, 52:12, 59:11, 66:9, 67:6, 67:15, 68:23, 70:1, 70:4, 71:4, 71:8, 72:19, 73:12, 74:4, 74:11, 74:18, 75:15, 81:13, 88:7, 88:11,

88:12, 89:22, 91:19, 96:18, 101:7, 105:7, 105:25, 106:2, 106:4, 106:20, 106:22, 108:14, 120:14, 121:17, 123:14, 123:18, 124:5, 133:15, 134:25, 135:13, 138:24, 139:2, 139:9, 144:10, 145:9, 162:25, 164:13, 164:14, 164:15, 166:20, 169:15, 169:23, 174:5, 174:8, 174:16, 179:16, 186:2, 186:6, 186:11, 187:12, 187:13, 187:19, 187:21, 188:16, 192:25, 194:3, 196:5, 196:8, 197:3, 197:8, 197:10, 197:14, 198:14

**jury's** [1] - 50:23

**justice** [4] - 9:1, 14:20, 88:5, 145:5

**juvenile** [1] - 132:17

**K**

**K9** [2] - 136:23, 137:3

**Kaplan** [5] - 100:11, 176:10, 176:15, 182:10, 186:16

**Karina** [1] - 173:8

**keep** [8] - 35:21, 61:16, 67:14, 82:1, 128:18, 157:4, 191:17, 196:4

**Kendall** [10] - 29:14, 33:10, 33:11, 96:5, 111:8, 111:9, 111:14, 111:23, 115:9

**kept** [2] - 54:9, 121:11

**Kevin** [1] - 49:24

**Key** [1] - 8:1

**kids** [4] - 33:19, 34:1, 34:2, 34:4

**kind** [30] - 20:2, 24:4, 25:22, 53:9, 58:19, 78:10, 79:23, 88:5, 93:23, 93:25, 99:9, 102:4, 109:25, 112:20, 120:2, 120:7, 120:15, 125:17, 142:21, 146:1, 152:15, 153:21, 156:1, 161:12,

164:21, 166:22, 168:23, 189:15, 201:22

**kinds** [1] - 70:18

**knee** [2] - 153:21, 157:9

**KNOW** [1] - 21:14

**knowing** [2] - 87:8, 121:12

**knowingly** [5] - 12:11, 13:6, 13:8, 13:22, 14:13

**knowledge** [5] - 103:12, 103:20, 150:9, 159:20, 160:25

**Knowmad** [2] - 21:9, 21:11

**known** [7] - 12:12, 13:7, 14:14, 50:4, 146:5, 161:13, 164:4

**knows** [1] - 47:25

**L**

**L-A-B-S** [1] - 89:17

**lab** [1] - 33:4

**Labs** [3] - 89:16, 89:19

**ladies** [11] - 7:21, 11:3, 11:14, 11:24, 67:10, 68:16, 138:17, 141:13, 142:1, 169:14, 188:5

**lady** [3] - 84:8, 154:6, 157:4

**Lakes** [1] - 24:3

**Lance** [4] - 100:11, 176:10, 182:10, 186:16

**landscaping** [1] - 129:13

**language** [4] - 60:4, 62:25, 102:6, 102:11

**laptop** [1] - 10:19

**larger** [1] - 36:24

**last** [11] - 6:5, 6:12, 19:3, 28:9, 31:4, 50:21, 54:15, 158:23, 169:14, 169:17, 174:22

**lasts** [2] - 90:19, 132:18

**late** [6] - 32:17, 97:25, 139:10, 142:10, 157:22, 164:21

**Latimer** [1] - 49:24

**laundering** [1] - 102:24

**Law** [2] - 24:2, 24:21

**law** [77] - 13:10, 13:24, 23:15, 23:21, 24:4, 24:5, 24:20, 36:14, 38:12, 39:10, 78:10, 79:24, 80:6, 80:10, 80:12, 80:17, 80:24, 81:1, 81:4, 81:9, 81:17, 84:4, 88:13, 99:17, 99:21, 100:5, 102:14, 106:6, 106:7, 110:8, 113:9, 113:18, 113:25, 122:15, 122:19, 122:25, 126:2, 131:4, 137:4, 146:2, 146:14, 147:14, 147:25, 148:1, 148:2, 151:9, 155:8, 156:12, 159:17, 161:5, 161:13, 163:11, 165:1, 165:3, 165:17, 167:8, 167:14, 167:17, 167:21, 167:24, 174:15, 188:25, 189:2, 189:3, 189:13, 192:9, 193:12, 194:9, 194:14, 194:20, 194:24, 195:10, 195:12, 195:15, 195:22, 197:2

**lawfully** [1] - 40:23

**Lawler** [1] - 49:15

**Lawless** [1] - 49:11

**laws** [3] - 146:24, 150:21

**lawyer** [13] - 27:21, 78:8, 78:9, 93:15, 93:16, 119:6, 159:10, 159:11, 190:3, 190:8, 190:9, 190:10

**lawyer's** [1] - 190:2

**lawyers** [10] - 52:5, 73:15, 73:18, 73:23, 73:25, 102:12, 189:20, 189:21, 189:23, 194:11

**lawyers'** [1] - 189:24

**Lazaro** [1] - 50:12

**lead** [2] - 146:22, 194:22

**leads** [1] - 148:10

**learn** [1] - 152:7

**least** [6] - 20:1, 37:2, 48:15, 50:21, 54:9

**leave** [12] - 47:19, 48:5, 48:13, 48:20, 60:24, 61:11, 65:3, 66:25, 67:3, 68:9, 196:7, 197:7

**leaves** [1] - 66:14

**leaving** [3] - 17:21, 34:1, 34:4

**left** [7] - 6:9, 11:10, 24:8, 66:13, 184:15, 184:17, 196:8

**leftovers** [1] - 66:9

**legal** [3] - 102:8, 102:13, 161:24

**legally** [1] - 153:1

**lengthy** [1] - 201:18

**leniency** [1] - 46:5

**less** [8] - 9:7, 20:19, 22:23, 49:1, 63:6, 71:22, 136:13, 201:11

**lesser** [1] - 122:23

**letter** [1] - 147:3

**level** [1] - 192:7

**liberty** [1] - 161:16

**library** [1] - 193:13

**life** [5] - 50:15, 155:9, 155:12, 155:19, 167:24

**light** [2] - 191:12, 195:5

**lighting** [1] - 19:13

**lightly** [1] - 106:17

**likelihood** [1] - 152:9

**likewise** [3] - 52:14, 61:12, 77:2

**limited** [5] - 154:19, 154:21, 190:22, 190:24, 190:25

**line** [1] - 158:25

**Lisa** [1] - 17:20

**List** [1] - 199:24

**list** [5] - 5:13, 5:15, 49:6, 149:19, 189:19

**listed** [1] - 6:3

**listen** [12] - 49:8, 81:10, 81:21, 88:8, 106:2, 123:14, 158:10, 158:16, 164:2, 188:14, 193:7, 195:10

**listening** [3] - 76:22, 86:25, 105:17

**lists** [1] - 199:23

**live** [7] - 33:10, 47:2, 48:22, 102:9, 109:14, 111:7, 192:15

**lived** [2] - 112:5, 126:16

**liver** [1] - 157:23

**lives** [2] - 9:5, 168:6

**living** [2] - 21:7, 98:22

**Lizandra** [2] - 42:15, 63:25

**Llado** [5] - 21:2,

**leaves** [1] - 66:14

58:17, 58:25, 65:15, 69:1

**LLC** [2] - 113:14, 113:16

**local** [3] - 113:25, 126:5, 136:2

**locally** [1] - 167:23

**location** [1] - 193:5

**locations** [1] - 46:22

**log** [1] - 90:17

**logs** [1] - 193:20

**look** [9] - 10:4, 10:18, 26:19, 27:7, 36:18, 52:1, 106:3, 107:11, 167:7

**looking** [5] - 10:21, 162:7, 162:12, 162:16, 163:22

**lookout** [1] - 162:11

**Lorenzo** [1] - 50:8

**Lorraine** [4] - 109:3, 177:10, 182:12, 186:18

**lose** [1] - 66:15

**lost** [2] - 42:18, 122:14

**Louis** [5] - 137:25, 138:2, 185:16, 187:7

**Louise** [1] - 185:4

**love** [1] - 68:5

**loved** [1] - 156:4

**lower** [2] - 56:4, 156:22

**Lucia** [1] - 50:6

**Luna** [1] - 50:9

**lunch** [14] - 17:1, 44:3, 44:4, 51:11, 66:4, 69:23, 70:3, 71:7, 73:11, 99:1, 201:23

**Lunch** [1] - 72:15

**luxury** [1] - 72:5

# M

**M-A-D** [1] - 21:14

**ma'am** [29] - 18:5, 22:13, 23:1, 23:11, 38:20, 40:2, 42:6, 43:20, 44:14, 53:23, 84:12, 85:1, 88:23, 92:3, 94:17, 95:1, 96:3, 100:10, 107:3, 109:1, 110:13, 114:23, 118:18, 124:1, 127:1, 128:8, 143:15, 148:20, 155:10

**mail** [2] - 99:5, 193:19

**mailed** [1] - 199:3

**mails** [1] - 147:21

**Maily** [2] - 22:14, 60:3

**main** [1] - 38:5

**major** [1] - 50:1

**majority** [1] - 102:10

**manage** [1] - 109:10

**management** [6] - 29:23, 98:23, 128:17, 154:14, 169:5, 169:7

**manager** [9] - 7:4, 94:21, 100:1, 101:24, 109:6, 109:25, 133:5, 133:8, 133:19

**managers** [1] - 169:8

**manages** [1] - 110:2

**mandatory** [9] - 25:10, 25:14, 25:18, 25:20, 25:22, 28:21, 45:9, 115:22, 179:5

**manifest** [1] - 86:20

**manner** [4] - 4:22, 157:20, 191:8

**maps** [1] - 193:4

**Marcus** [1] - 84:17

**Mariana** [1] - 53:25

**Marie** [3] - 121:24, 182:16, 186:21

**Marines** [3] - 130:9, 183:21, 187:5

**market** [1] - 103:1

**marketing** [1] - 125:3

**Marlene** [4] - 172:22, 182:6, 182:8, 186:15

**married** [4] - 42:10, 63:20, 140:24, 141:2

**Massachusetts** [1] - 42:11

**material** [1] - 15:12

**math** [1] - 45:11

**Matos** [4] - 42:15, 63:25, 65:20, 69:16

**matter** [6] - 5:11, 56:6, 56:7, 155:20, 198:23, 202:8

**matters** [1] - 200:24

**McLaughlin** [7] - 1:14, 3:7, 11:4, 142:3, 142:7, 142:20, 143:23

**MCLAUGHLIN** [23] - 3:6, 3:18, 4:1, 4:10, 4:15, 4:17, 5:5, 6:24, 8:5, 11:2, 52:2, 52:8, 66:12, 139:7, 139:13, 140:2, 177:12, 198:18, 198:23, 200:1, 200:12, 200:16, 200:20

**mean** [38] - 20:3,

26:1, 30:6, 38:6, 39:1, 42:11, 43:16, 45:14, 50:24, 56:13, 57:18, 61:13, 79:15, 86:20, 87:6, 88:5, 89:24, 95:9, 95:17, 95:21, 96:16, 98:12, 98:13, 98:14, 99:4, 99:7, 99:11, 99:13, 99:17, 99:24, 105:2, 123:11, 129:2, 134:4, 164:23, 184:9, 200:14

**meaning** [2] - 15:21, 120:22

**means** [8] - 4:22, 15:10, 158:6, 190:19, 193:13, 193:18, 193:23, 194:1

**meant** [4] - 59:7, 59:8, 86:21, 105:14

**mechanic** [5] - 32:11, 46:21, 110:21, 110:25, 111:13

**Mechanical** [2] - 40:8, 40:14

**mechanics** [2] - 9:17, 9:21

**media** [3] - 120:6, 120:9, 193:10

**Medicaid** [3] - 113:24, 146:5, 148:7

**medical** [8] - 82:13, 95:6, 95:13, 100:25, 117:2, 124:3, 152:19, 179:7

**Medical** [1] - 82:16

**medically** [1] - 153:10

**Medicare** [3] - 113:24, 146:5, 148:7

**medication** [1] - 95:15

**medications** [1] - 146:16

**medicine** [2] - 95:23, 117:9

**meet** [2] - 40:24, 74:1

**meeting** [5] - 25:20, 28:20, 68:1, 68:3, 79:1

**meetings** [4] - 26:4, 31:13, 115:22, 116:9

**member** [15] - 75:22, 76:1, 76:4, 76:5, 79:4, 85:24, 86:1, 93:3, 97:12, 114:9, 116:15, 119:6, 127:16, 127:17, 192:25

**members** [7] - 72:10,

79:20, 80:10, 81:1, 93:10, 142:17, 188:16

**members'** [1] - 80:3

**Memorial** [2] - 105:10, 118:24

**memory** [5] - 120:2, 191:8, 196:10, 196:12

**men** [1] - 9:3

**mention** [4] - 59:13, 86:12, 95:11, 117:2

**mentioned** [13] - 28:14, 40:6, 95:5, 100:25, 102:5, 121:16, 143:2, 147:6, 149:18, 159:3, 168:4, 168:8, 179:6

**Mercedes** [1] - 50:6

**mere** [1] - 164:8

**merely** [4] - 14:25, 15:2, 15:5, 156:16

**Merino** [2] - 128:9, 183:1

**mess** [1] - 79:23

**messages** [1] - 193:19

**messes** [1] - 153:23

**met** [4] - 9:14, 150:11, 165:25, 166:7

**metastasized** [1] - 157:23

**method** [1] - 170:9

**Metro** [1] - 26:21

**Metrorail** [6] - 32:19, 48:24, 111:3, 111:9, 111:18, 111:23

**Metz** [3] - 133:2, 184:3, 187:6

**Mexico** [1] - 103:1

**MIAMI** [1] - 1:2

**Miami** [40] - 1:4, 1:16, 1:24, 1:25, 12:9, 13:4, 13:20, 14:11, 18:12, 19:9, 24:3, 25:24, 29:12, 37:16, 37:19, 37:23, 38:3, 39:6, 41:13, 45:6, 46:6, 46:20, 61:7, 61:13, 80:12, 80:15, 80:16, 96:5, 110:2, 112:14, 112:15, 115:6, 115:12, 126:8, 127:6, 130:16, 202:13, 202:13

**Miami-Dade** [19] - 12:9, 13:4, 13:20, 14:11, 19:9, 25:24, 29:12, 39:6, 45:6, 46:6, 46:20, 61:7, 80:15, 80:16, 112:14, 112:15, 115:6,

115:12, 127:6

**Miami-Dade's** [1] - 96:5

**Michelle** [3] - 185:4, 185:16, 187:7

**microphone** [10] - 17:17, 18:7, 37:7, 37:8, 67:17, 78:16, 143:1, 144:3, 145:22, 152:13

**might** [22] - 5:7, 32:17, 48:10, 48:17, 50:16, 55:11, 55:16, 61:10, 61:14, 61:24, 62:21, 77:1, 77:2, 87:21, 87:22, 96:20, 101:4, 114:6, 200:20

**military** [1] - 48:7

**milligrams** [1] - 153:20

**mind** [8] - 17:13, 82:2, 83:2, 86:7, 143:12, 166:10, 191:17, 192:7

**mindful** [1] - 95:18

**mine** [4] - 79:6, 93:8, 125:20, 144:24

**minor** [1] - 116:22

**minute** [2] - 27:16, 185:5

**minutes** [13] - 7:9, 49:1, 51:10, 51:13, 52:19, 60:13, 138:21, 139:15, 157:1, 169:20, 171:2, 186:9, 198:16

**Miramar** [1] - 148:12

**miramar** [1] - 148:13

**mishaps** [1] - 28:8

**misleading** [2] - 13:9, 13:22

**miss** [1] - 45:14

**missed** [1] - 158:24

**Mississippi** [2] - 83:7, 83:8

**mistaken** [1] - 195:8

**Mithza** [3] - 41:8, 63:14, 69:14

**mixture** [1] - 12:20

**modify** [1] - 131:11

**modifying** [1] - 131:9

**mom** [1] - 79:7

**moment** [12] - 9:13, 16:21, 34:14, 60:1, 64:18, 68:15, 135:1, 151:7, 158:20, 170:3, 178:19, 183:14

**moments** [4] - 5:25, 8:8, 50:22, 56:23

**momma** [1] - 46:11

**Monday** [25] - 17:7, 17:10, 18:20, 20:10, 20:15, 24:24, 25:20, 28:19, 29:18, 30:7, 32:7, 32:25, 34:21, 34:24, 41:15, 45:5, 45:7, 45:8, 62:22, 115:22, 116:9, 142:11, 197:25, 198:3

**Mondays** [2] - 23:22, 35:3

**money** [5] - 47:10, 68:4, 102:24, 102:25, 103:1

**Monroe** [1] - 24:2

**month** [5] - 19:15, 21:5, 21:21, 22:5, 31:5

**months** [4] - 83:25, 132:18, 134:8, 199:1

**Mood** [2] - 21:9, 21:11

**MOOD** [1] - 21:14

**morning** [28] - 3:6, 3:11, 3:12, 3:16, 7:21, 11:3, 11:9, 11:14, 11:15, 11:22, 11:25, 17:2, 25:3, 32:9, 33:16, 34:25, 39:16, 42:2, 42:8, 46:4, 117:9, 145:9, 196:13, 197:9, 197:10, 197:18, 198:12, 198:20

**mortgage** [1] - 79:22

**most** [7] - 27:10, 45:16, 81:15, 86:15, 102:6, 154:1, 154:24

**mother** [4] - 44:1, 47:6, 64:6, 121:3

**motion** [2] - 61:18, 63:25

**move** [9] - 18:10, 18:13, 62:24, 97:7, 171:19, 178:23, 182:23, 187:24, 199:12

**move-in** [2] - 18:10, 18:13

**moved** [3] - 98:15, 178:14, 178:17

**moving** [3] - 17:25, 18:15, 196:2

**MR** [322] - 2:3, 2:4, 3:6, 3:12, 3:18, 3:20, 4:1, 4:3, 4:10, 4:15, 4:17, 5:4, 5:5, 5:11, 6:2, 6:7, 6:9, 6:14, 6:19, 6:23, 6:24, 7:1, 7:10, 7:12, 8:5, 8:7,

11:2, 11:14, 52:2, 52:8, 52:22, 53:13, 53:14, 56:19, 56:21, 57:5, 57:14, 57:16, 57:18, 57:22, 58:1, 58:5, 58:6, 58:10, 58:11, 58:16, 58:19, 58:21, 58:22, 58:24, 59:2, 59:7, 59:17, 59:18, 59:20, 60:4, 60:5, 60:9, 60:11, 60:21, 60:23, 61:1, 61:2, 61:5, 61:6, 61:20, 62:3, 62:7, 62:13, 62:14, 62:17, 62:18, 63:2, 63:3, 63:8, 63:9, 63:16, 63:17, 63:22, 63:23, 64:2, 64:3, 64:7, 64:8, 64:11, 64:12, 64:15, 64:16, 64:18, 64:22, 64:25, 65:1, 65:4, 65:7, 65:12, 65:24, 66:1, 66:5, 66:12, 66:18, 67:2, 71:19, 71:24, 72:3, 72:4, 72:23, 72:24, 139:7, 139:13, 139:14, 140:2, 141:25, 143:6, 143:8, 143:11, 143:17, 143:22, 144:1, 144:8, 144:10, 144:14, 144:17, 144:19, 144:21, 145:4, 145:8, 145:13, 145:18, 145:20, 146:4, 146:7, 146:11, 146:18, 146:22, 147:2, 147:6, 147:8, 147:11, 147:16, 147:20, 147:25, 148:3, 148:6, 148:11, 148:13, 148:15, 148:19, 148:23, 149:2, 149:6, 149:13, 149:15, 149:18, 149:22, 149:25, 150:6, 150:9, 150:11, 150:13, 150:16, 150:24, 151:5, 151:8, 151:11, 151:13, 151:16, 152:13, 152:19, 152:23, 153:5, 153:8, 153:12, 153:14, 153:17, 153:24, 154:3, 154:5, 154:8, 154:12, 154:20, 154:25, 155:3, 155:6, 155:10, 155:13, 155:15, 155:18, 155:25,

156:3, 156:8, 156:13, 156:21, 156:25, 157:2, 157:11, 157:14, 157:16, 157:19, 158:2, 159:3, 159:7, 159:14, 159:16, 159:19, 159:24, 160:2, 160:12, 160:15, 163:2, 163:6, 163:9, 163:14, 163:21, 165:14, 165:16, 165:22, 166:3, 166:17, 167:3, 167:7, 167:11, 167:20, 168:3, 168:23, 169:4, 170:7, 170:21, 171:1, 171:10, 171:16, 171:17, 171:18, 171:25, 172:6, 172:8, 172:13, 172:18, 172:20, 172:24, 173:1, 173:6, 173:10, 173:14, 173:15, 173:25, 174:1, 175:8, 175:10, 175:14, 175:22, 176:2, 176:6, 176:12, 176:14, 176:19, 176:21, 176:25, 177:2, 177:6, 177:12, 177:14, 177:17, 177:19, 177:24, 178:1, 178:6, 178:8, 178:12, 178:14, 178:17, 178:23, 179:1, 179:12, 180:6, 180:8, 180:12, 180:18, 180:20, 180:23, 180:25, 181:5, 181:8, 181:10, 181:14, 181:18, 181:20, 181:25, 182:2, 182:20, 182:22, 183:3, 183:6, 183:9, 183:14, 183:17, 183:19, 183:23, 183:25, 184:4, 184:7, 184:11, 184:13, 184:14, 184:16, 184:19, 184:21, 184:22, 184:23, 185:3, 185:7, 185:9, 185:12, 185:18, 185:20, 198:18, 198:19, 198:23, 200:1, 200:12, 200:16, 200:18, 200:20

**municipality** [1] - 167:24

**murder** [1] - 92:11
**muscle** [1] - 120:2
**must** [24] - 15:11, 16:13, 50:24, 75:3, 75:18, 121:10, 144:21, 159:24, 164:3, 189:1, 189:2, 189:3, 189:18, 190:16, 190:20, 190:24, 191:17, 192:4, 192:23, 193:3, 193:17, 193:22, 194:8, 195:13
**my..** [1] - 56:4

# N

**name** [46] - 5:2, 5:16, 5:18, 7:22, 10:15, 11:3, 11:6, 11:17, 17:18, 18:8, 22:14, 23:12, 25:4, 29:5, 30:18, 31:22, 32:2, 33:16, 34:12, 37:10, 38:22, 38:24, 39:16, 40:5, 40:15, 41:8, 42:9, 42:15, 43:24, 44:16, 45:1, 45:23, 50:16, 61:10, 68:16, 68:22, 103:15, 113:15, 119:10, 125:7, 142:2, 149:17, 150:6, 150:9, 160:19, 186:12
**names** [6] - 5:3, 5:6, 5:15, 149:18, 149:22, 150:3
**National** [2] - 77:23, 107:15
**nationwide** [1] - 19:23
**natural** [1] - 144:14
**nature** [5] - 56:10, 114:5, 136:12, 136:18, 167:9
**near** [1] - 135:9
**necessary** [3] - 38:17, 105:6, 153:10
**need** [45] - 3:24, 5:6, 6:12, 6:22, 7:9, 8:14, 9:20, 20:1, 22:1, 22:16, 33:1, 38:9, 38:22, 43:5, 48:20, 49:7, 51:21, 51:23, 51:25, 52:10, 53:10, 61:25, 67:14, 72:21, 76:18, 76:19, 77:8, 95:18, 95:22, 99:9, 99:12, 101:19, 105:3, 114:24, 118:10,

124:7, 139:5, 154:2, 162:17, 170:4, 187:8, 188:17, 198:22, 200:15
**needed** [6] - 6:17, 46:22, 134:23, 153:9, 154:1, 200:10
**needs** [3] - 21:22, 78:25, 95:14
**neglected** [1] - 170:7
**Neil** [1] - 92:17
**Neiman** [1] - 84:17
**Nelson** [8] - 124:25, 155:13, 156:25, 168:3, 181:16, 181:21, 182:17, 186:22
**nerve** [1] - 56:8
**nervous** [1] - 91:17
**networking** [1] - 193:20
**neutral** [1] - 50:24
**never** [5] - 81:12, 88:1, 103:4, 105:7, 105:21, 106:13, 106:14, 136:17, 155:3, 159:13, 159:23, 160:6, 160:9, 166:7, 184:23
**nevertheless** [1] - 144:21
**new** [5] - 19:1, 20:20, 67:24, 79:22, 200:15
**New** [5] - 103:3, 103:10, 116:19, 128:24, 159:5
**news** [4] - 81:6, 186:10, 193:9, 195:11
**newspapers** [1] - 193:9
**Nexcy** [1] - 24:2
**next** [29] - 17:7, 17:21, 18:6, 18:10, 18:23, 22:7, 22:9, 23:3, 28:15, 28:16, 30:18, 30:25, 31:8, 32:5, 32:9, 32:25, 33:5, 33:6, 41:11, 41:21, 45:4, 45:5, 73:11, 94:4, 141:21, 158:3, 171:19, 185:4, 185:13
**nice** [1] - 79:23
**Nicholas** [1] - 50:11
**nieces** [2] - 80:16, 80:18
**night** [2] - 68:9, 134:15
**nine** [2] - 27:24, 59:21

**nitroglycerin** [1] - 117:6
**NO** [1] - 1:2
**NOAA** [1] - 77:21
**nOAA** [1] - 77:23
**nobody** [4] - 44:13, 94:15, 164:16, 179:19
**non** [1] - 102:12
**non-lawyers** [1] - 102:12
**none** [10] - 60:9, 60:11, 61:19, 62:24, 64:11, 145:19, 155:24, 175:8, 175:10, 191:3
**nonprofit** [1] - 28:7
**nonrefundable** [1] - 44:24
**noon** [1] - 66:3
**normal** [2] - 160:20, 162:12
**normally** [7] - 20:10, 72:7, 90:9, 90:24, 90:25, 91:2, 138:18
**North** [8] - 1:24, 22:10, 37:16, 37:18, 37:22, 38:3, 61:13, 202:13
**north** [1] - 135:4
**Northeast** [1] - 1:16
**note** [6] - 52:25, 72:16, 76:7, 139:23, 171:7, 196:6
**note-taking** [1] - 196:6
**notes** [9] - 52:1, 158:20, 170:3, 188:13, 196:2, 196:3, 196:8, 196:9, 196:10
**nothing** [8] - 5:24, 32:12, 72:24, 105:21, 105:22, 126:17, 143:12, 191:20
**notice** [3] - 10:3, 174:20, 201:10
**notifies** [1] - 100:5
**notify** [2] - 10:6, 10:7
**Nova** [1] - 77:22
**November** [1] - 12:8
**Number** [204] - 17:20, 18:9, 18:24, 21:2, 22:8, 23:5, 23:13, 29:6, 30:17, 31:9, 34:12, 37:11, 38:24, 40:6, 42:9, 42:16, 44:17, 45:2, 45:24, 53:5, 53:15, 53:25, 57:7, 58:4, 58:9, 58:15, 58:17, 59:16, 60:3, 60:7,

60:14, 60:25, 61:4, 61:12, 61:18, 62:10, 62:11, 62:16, 62:20, 62:25, 63:5, 63:14, 63:19, 63:25, 64:10, 64:14, 64:20, 65:6, 65:8, 65:11, 65:14, 65:15, 65:16, 65:17, 65:18, 65:19, 65:20, 65:21, 65:22, 67:16, 68:24, 68:25, 69:1, 69:2, 69:4, 69:6, 69:8, 69:9, 69:10, 69:11, 69:12, 69:14, 69:16, 69:18, 69:20, 77:16, 78:16, 80:7, 80:9, 82:12, 84:13, 85:2, 88:24, 94:18, 96:4, 97:7, 97:11, 100:11, 101:22, 104:15, 107:5, 107:21, 109:3, 110:14, 113:2, 114:24, 115:17, 117:17, 118:20, 119:19, 120:18, 120:20, 121:2, 121:24, 124:3, 124:12, 124:25, 127:2, 128:9, 129:9, 130:9, 131:18, 133:2, 134:7, 136:6, 137:13, 137:14, 137:16, 137:25, 140:3, 140:15, 140:23, 143:1, 171:16, 171:20, 172:4, 172:11, 172:16, 172:22, 173:4, 173:8, 173:12, 174:4, 175:18, 176:4, 176:10, 176:17, 176:23, 177:4, 177:8, 177:10, 177:22, 178:4, 178:10, 179:25, 180:3, 180:10, 180:16, 180:21, 180:22, 181:3, 181:12, 181:16, 181:23, 182:5, 182:6, 182:7, 182:8, 182:9, 182:10, 182:11, 182:12, 182:13, 182:14, 182:15, 182:16, 182:17, 182:18, 182:25, 183:12, 183:21, 184:3, 185:5, 186:14, 186:15, 186:17, 186:18, 186:19, 186:20, 186:22, 186:24,

187:5, 187:6
**number** [21] - 10:15, 17:18, 18:8, 22:15, 25:4, 29:5, 34:5, 36:17, 37:10, 38:23, 39:17, 40:22, 40:25, 41:9, 64:25, 67:13, 74:7, 81:9, 92:4, 137:15, 167:4
**numbers** [1] - 71:16
**Nurse** [1] - 118:23

# O

**o'clock** [4] - 26:5, 111:22, 138:25, 197:18
**oath** [6] - 8:13, 8:17, 75:2, 75:5, 75:6, 196:1
**object** [2] - 5:5, 190:11
**objection** [47] - 56:19, 56:21, 58:5, 58:6, 58:8, 58:10, 58:11, 58:13, 59:17, 59:18, 60:4, 60:5, 60:7, 60:20, 61:1, 61:2, 61:5, 62:3, 62:13, 62:14, 62:17, 62:18, 63:2, 63:3, 63:8, 63:9, 63:13, 63:16, 63:17, 63:22, 63:23, 64:2, 64:3, 64:7, 64:8, 64:10, 64:12, 64:15, 64:16, 65:4, 65:8, 163:2, 175:15, 175:16, 190:11, 190:12, 190:15
**objections** [3] - 3:21, 4:5, 189:23
**obligated** [1] - 38:12
**obligation** [1] - 17:25
**obligations** [1] - 134:1
**obstruct** [2] - 14:15, 14:20
**obtained** [1] - 152:6
**obtaining** [3] - 158:6, 158:7, 158:15
**obvious** [1] - 171:12
**obviously** [2] - 4:25, 165:21
**occasionally** [1] - 10:18
**occur** [2] - 97:21, 125:22
**occurred** [1] - 126:17

**Oceanographic** [1] - 77:23
**Odessky** [1] - 92:17
**OF** [2] - 1:1, 1:4
**offense** [2] - 13:13, 14:1
**offers** [1] - 190:9
**Office** [3] - 83:16, 93:24, 159:4
**office** [15] - 11:20, 21:6, 21:19, 23:20, 24:9, 24:10, 24:18, 94:8, 94:9, 94:10, 94:16, 149:10, 173:22, 174:15, 174:17
**OFFICE** [1] - 1:15
**OFFICER** [11] - 7:14, 51:15, 53:17, 67:6, 71:8, 73:5, 139:2, 139:17, 140:7, 169:24, 186:6
**Officer** [2] - 9:23
**officer** [8] - 13:11, 13:24, 81:17, 110:5, 115:3, 128:24, 165:12, 167:23
**officers** [6] - 9:22, 10:2, 10:6, 12:1, 79:25, 81:10
**Official** [1] - 202:12
**official** [2] - 1:23, 14:16
**officially** [1] - 29:1
**often** [2] - 36:24, 195:15
**OIG** [7] - 147:5, 147:6, 147:7, 148:24, 149:7, 150:18, 167:22
**old** [5] - 108:20, 121:11, 132:14, 141:7, 141:11
**older** [1] - 48:3
**once** [10] - 39:8, 106:22, 114:9, 143:10, 145:16, 158:4, 170:13, 174:20, 195:3, 201:4
**one** [103] - 4:17, 6:2, 19:6, 21:18, 23:14, 23:20, 24:10, 24:13, 24:18, 25:5, 27:12, 33:4, 34:22, 35:3, 37:14, 38:13, 44:4, 48:17, 51:21, 54:3, 55:23, 58:18, 60:21, 61:9, 61:10, 61:12, 62:4, 62:7, 66:8, 68:5, 70:25, 71:4, 73:5, 73:23, 75:20, 77:1,

79:1, 80:13, 80:15, 83:13, 83:18, 87:19, 87:25, 91:21, 93:24, 94:12, 95:6, 96:9, 102:25, 103:4, 105:10, 105:13, 106:15, 112:15, 112:17, 126:7, 126:15, 136:22, 138:3, 139:17, 139:20, 140:13, 148:18, 149:24, 149:25, 150:6, 153:24, 154:1, 158:12, 158:23, 160:22, 161:7, 161:9, 162:4, 169:17, 170:20, 170:24, 171:13, 172:2, 172:3, 173:18, 178:21, 183:8, 184:12, 184:15, 185:11, 185:12, 185:13, 186:1, 187:15, 194:19, 199:23, 199:25, 200:4, 201:5, 201:11
**one-five** [1] - 25:5
**onerous** [1] - 171:22
**ones** [5] - 5:11, 57:20, 57:25, 66:22, 156:4
**ongoing** [1] - 134:17
**online** [9] - 23:21, 24:22, 30:8, 34:22, 61:8, 89:3, 96:9, 96:10, 96:11
**op** [1] - 115:20
**open** [5] - 27:1, 27:24, 32:18, 82:2, 111:21
**opening** [6] - 189:21, 196:14, 196:18, 198:16, 198:21
**openings** [2] - 139:10
**openly** [1] - 169:16
**operative** [1] - 199:25
**opinion** [7] - 161:19, 161:20, 163:5, 164:4, 189:7, 195:19
**opinions** [1] - 161:20
**opportunity** [8] - 8:9, 73:15, 73:24, 76:12, 138:18, 141:14, 188:12, 191:6
**opposed** [3] - 61:25, 82:2, 95:15
**options** [1] - 70:14

**Order** [1] - 3:1
**order** [10] - 25:15, 27:9, 57:5, 57:16, 57:23, 73:16, 152:23, 190:18, 192:10, 199:5
**ordered** [2] - 158:7, 158:15
**ordinance** [3] - 36:16, 36:20, 136:2
**Ordinance** [1] - 39:6
**ordinarily** [1] - 47:5
**organization** [2] - 152:1, 156:17
**orientations** [1] - 179:4
**original** [3] - 4:7, 73:4
**Orlando** [1] - 9:23
**orthopedic** [1] - 152:21
**otherwise** [12] - 14:15, 25:15, 30:23, 62:23, 70:20, 76:14, 91:20, 100:7, 101:12, 170:19, 194:8, 198:12
**outbound** [1] - 130:21
**outcome** [1] - 191:9
**outline** [1] - 196:15
**outset** [1] - 170:8
**outside** [13] - 10:5, 17:7, 21:20, 51:13, 56:22, 74:19, 141:16, 169:18, 169:22, 170:5, 175:12, 189:9, 195:20
**overall** [1] - 9:17
**overanalyzed** [1] - 105:18
**overcome** [1] - 15:14
**overrule** [1] - 190:11
**overruled** [1] - 163:4
**oversees** [1] - 146:4
**overtime** [2] - 20:21, 198:9
**own** [13] - 12:18, 73:16, 81:7, 90:9, 102:1, 131:8, 144:22, 145:1, 148:10, 156:3, 159:9, 159:10, 196:10
**owner** [2] - 97:23, 101:24
**Oxy** [7] - 154:16, 154:19, 154:22, 155:1, 156:4, 156:5, 156:14
**oxycodone** [1] - 152:10
**Oxycodone** [17] - 12:21, 42:4, 152:7,

152:14, 152:25, 153:6, 153:17, 155:4, 155:21, 156:23, 157:10, 157:24, 158:12, 168:5, 168:8, 168:20, 168:25
**Oxys** [1] - 154:10

---

# P

**P.A** [1] - 1:18
**p.m** [17] - 1:6, 26:17, 31:14, 43:3, 67:8, 71:11, 72:15, 73:2, 139:4, 140:9, 141:10, 170:1, 174:7, 175:13, 186:7, 198:14, 202:2
**PA** [1] - 120:9
**Page** [2] - 200:5, 200:6
**PAGE** [2] - 2:1
**Pages** [1] - 1:8
**paid** [22] - 36:1, 36:7, 36:9, 63:7, 63:11, 78:5, 79:11, 82:19, 85:12, 95:2, 107:18, 109:21, 118:5, 119:2, 125:11, 128:21, 133:12, 134:5, 138:10, 174:16, 174:25
**pain** [5] - 56:3, 56:15, 152:25, 154:14, 157:24
**painkillers** [1] - 152:18
**painless** [1] - 164:24
**Palm** [3] - 109:11, 109:12, 109:13
**Palmeri** [1] - 50:11
**pandemic** [1] - 30:20
**panel** [7] - 68:20, 74:18, 164:18, 164:20, 182:4, 182:19, 182:21
**PAPD** [1] - 129:2
**papers** [1] - 141:1
**paralegal** [10] - 11:19, 12:2, 23:16, 23:17, 23:24, 24:7, 92:5, 92:7, 154:10, 173:17
**paralegal/ investigator** [1] - 3:15
**Pardo** [5] - 41:8, 41:24, 63:14, 65:20, 69:14
**pardon** [1] - 177:17
**parents'** [1] - 48:14
**part** [25] - 33:9,

35:19, 36:20, 36:21, 37:1, 43:1, 43:5, 43:21, 51:24, 55:22, 67:20, 73:14, 81:23, 90:5, 94:7, 119:25, 131:2, 131:4, 142:14, 143:8, 145:25, 149:2, 159:11, 165:17, 191:3
**part-time** [8] - 35:19, 36:20, 36:21, 37:1, 43:1, 90:5, 131:2, 131:4
**partially** [1] - 156:18
**particular** [3] - 115:7, 147:13, 162:5
**particularly** [1] - 142:18
**parties** [1] - 16:22, 57:12, 73:14, 74:15, 75:14, 123:7, 171:15, 179:25, 185:2, 195:18, 198:16
**parties'** [1] - 194:7
**partner's** [1] - 119:9
**parts** [2] - 53:2, 114:13
**party** [2] - 74:8, 195:8
**Parx** [2] - 125:6, 125:8
**pass** [6] - 18:7, 37:8, 78:16, 142:25, 144:3, 145:22
**passengers** [1] - 136:14
**past** [4] - 116:6, 117:13, 143:11, 167:1
**patience** [1] - 67:11
**patient** [1] - 169:11
**Patricia** [1] - 10:12
**PATRICIA** [1] - 1:22, 202:11
**Patrick** [3] - 133:2, 184:3, 187:6
**pay** [44] - 9:10, 20:18, 20:21, 36:19, 36:22, 36:25, 37:3, 37:14, 38:7, 38:12, 38:13, 39:2, 39:7, 39:11, 40:12, 40:23, 41:2, 61:13, 99:14, 105:3, 122:8, 122:12, 122:13, 122:14, 122:15, 122:17, 122:20, 122:21, 122:22, 122:23, 129:22, 131:4, 131:6, 133:14, 134:3, 136:3, 145:7, 160:9, 169:2, 173:21, 198:7

**payment** [3] - 40:7, 90:2, 192:21

**peddling** [1] - 156:17

**Pedro** [3] - 129:9, 183:12, 186:24

**peers** [1] - 8:24

**pen** [1] - 200:4

**penalized** [1] - 40:11

**penalties** [1] - 75:8

**penalty** [1] - 103:24

**pending** [3] - 54:18, 175:3, 200:9

**Penn** [1] - 128:25

**Penney** [1] - 112:22

**people** [36] - 11:25, 20:24, 31:25, 40:9, 40:21, 49:9, 54:6, 57:9, 66:20, 68:17, 70:2, 77:3, 81:15, 81:19, 82:1, 89:18, 102:10, 106:1, 129:20, 133:23, 156:11, 156:15, 164:2, 164:19, 165:6, 167:14, 167:17, 168:17, 168:21, 169:6, 179:12, 184:25, 189:9, 192:15, 194:10

**pep** [1] - 41:16

**per** [1] - 21:6

**percent** [1] - 63:15

**perception** [1] - 194:7

**peremptories** [1] - 185:10

**peremptory** [14] - 74:8, 172:10, 172:15, 173:7, 173:11, 176:3, 176:9, 176:22, 177:9, 178:9, 180:15, 180:22, 181:15, 185:14

**Perez** [2] - 50:7, 50:12

**perfect** [3] - 101:8, 124:10, 171:1

**performing** [1] - 151:19

**period** [3] - 21:6, 34:4, 154:15

**permit** [4] - 194:14, 194:15, 194:20, 194:24

**permitted** [2] - 168:12, 190:10

**person** [34] - 10:4, 13:6, 13:8, 13:9, 13:23, 14:13, 18:6, 18:23, 24:8, 27:18,

27:19, 36:14, 38:2, 47:8, 50:17, 70:19, 74:3, 74:5, 81:7, 94:8, 102:15, 119:8, 127:14, 127:18, 129:21, 131:21, 131:22, 134:13, 162:12, 173:16, 173:22, 179:1, 192:20, 192:24

**personal** [8] - 17:24, 48:21, 74:14, 154:9, 156:3, 156:22, 160:25, 192:10

**personally** [2] - 75:9, 80:1

**personnel** [1] - 9:13

**persons** [4] - 74:10, 146:9, 158:16, 158:25

**perspective** [1] - 142:8

**persuade** [2] - 13:8, 13:22

**peso** [1] - 103:1

**Peters** [7] - 119:19, 157:6, 157:21, 180:16, 181:1, 182:15, 186:20

**pharmacies** [2] - 146:14, 146:23

**pharmacy** [3] - 138:4, 147:13, 153:14

**phone** [6] - 47:22, 71:16, 147:20, 147:21, 158:7, 199:3

**phones** [1] - 94:12

**phrased** [1] - 168:24

**phrases** [1] - 195:15

**physical** [6] - 54:19, 55:1, 55:5, 56:3, 56:15, 106:3

**physician** [1] - 152:20

**physicians** [1] - 146:14

**Pichs** [4] - 44:16, 64:10, 65:21, 69:19

**pick** [3] - 46:12, 139:9, 149:10

**picking** [2] - 167:4, 167:5

**pictures** [1] - 98:8

**piece** [1] - 189:16

**Pierce** [1] - 7:25

**Pierre** [4] - 137:25, 185:4, 185:16, 187:7

**Pierre-Louis** [3] - 137:25, 185:16, 187:7

**Pierre-Louise** [1] - 185:4

**piling** [1] - 116:7

**pills** [1] - 117:6

**pinching** [1] - 56:8

**place** [6] - 43:17, 193:1, 193:3, 194:24, 195:1, 195:4

**plain** [1] - 79:21

**Plaintiff** [1] - 1:5

**planned** [1] - 19:4

**planning** [2] - 131:8, 140:25

**play** [1] - 168:20

**playing** [1] - 10:21

**plea** [3] - 15:10, 76:13, 83:25

**plea-out** [1] - 83:25

**plead** [1] - 158:11

**pleasantries** [1] - 70:19

**pleasure** [6] - 8:2, 17:23, 22:17, 22:18, 41:11, 44:20

**pledge** [1] - 9:4

**plus** [2] - 37:21, 92:6

**pocket** [1] - 117:6

**point** [21] - 4:11, 93:24, 142:10, 142:24, 161:2, 161:3, 162:23, 162:24, 163:1, 163:5, 163:9, 163:10, 163:14, 163:17, 163:19, 164:6, 165:1, 179:22, 192:6

**points** [1] - 158:23

**Police** [3] - 50:1, 80:16, 126:8

**police** [6] - 46:17, 98:5, 115:1, 126:5, 128:24, 167:23

**pool** [1] - 165:11

**popping** [1] - 33:21

**port** [1] - 136:14

**portion** [1] - 24:11

**pose** [4] - 17:13, 41:3, 120:14, 174:25

**posed** [1] - 157:16

**poses** [1] - 25:23

**position** [10] - 57:6, 59:3, 59:4, 59:5, 64:21, 65:10, 103:7, 105:21, 152:1, 169:7

**positions** [1] - 169:5

**possess** [2] - 12:13, 12:24

**possible** [5] - 13:12, 13:25, 125:16, 199:12, 199:17

**possibly** [1] - 75:11

**posted** [1] - 194:2

**posting** [1] - 193:23

**postponement** [1] - 30:22

**postsurgical** [1] - 152:18

**potency** [1] - 153:4

**potent** [1] - 152:8

**potential** [2] - 5:16, 49:6

**potentially** [1] - 147:14

**power** [1] - 103:7

**practice** [6] - 24:4, 25:18, 26:17, 41:15, 78:10, 173:20

**practiced** [1] - 159:16

**practitioner** [5] - 23:24, 94:3, 173:17, 173:18, 174:14

**pre** [2] - 45:11, 68:3

**pre-construction** [1] - 68:3

**preclude** [1] - 124:5

**preconditioning** [1] - 163:3

**prefer** [2] - 74:17, 141:16

**prejudice** [2] - 145:20, 191:10

**preliminary** [4] - 185:24, 188:6, 188:15, 188:19

**PRELIMINARY** [1] - 2:7

**premature** [2] - 194:22, 194:23

**premises** [2] - 193:1, 193:3

**preparation** [1] - 31:13

**prescribed** [7] - 152:17, 152:25, 153:1, 153:18, 154:18, 155:3, 157:10

**prescription** [2] - 153:15, 153:24

**presence** [9] - 10:5, 10:7, 53:1, 70:20, 71:5, 72:16, 74:19, 139:24, 141:16

**present** [9] - 16:12, 53:2, 141:1, 141:21, 142:3, 191:25, 196:20, 196:23, 197:1

**presentation** [1] - 171:7

**presented** [3] - 106:2, 189:4, 195:14

**presiding** [1] - 8:2

**press** [1] - 33:24

**pressure** [2] - 46:2, 117:14

**presumably** [1] - 52:15

**presume** [4] - 15:11, 85:18, 151:11, 164:5

**presumed** [2] - 15:17, 163:17, 191:18

**presumption** [3] - 15:12, 16:8, 163:24

**pretty** [4] - 28:12, 99:20, 117:11, 157:9

**prevent** [3] - 13:10, 13:23, 166:13

**previously** [4] - 79:4, 134:25, 142:13, 178:17

**primarily** [4] - 92:18, 148:3, 148:25, 152:6

**primary** [2] - 9:25, 152:20

**principles** [3] - 92:21, 93:1, 188:17

**prison** [1] - 83:6

**private** [9] - 74:19, 77:6, 77:7, 92:15, 92:16, 102:25, 141:16, 141:18, 170:5

**privileged** [1] - 150:19

**probability** [1] - 31:20

**probable** [1] - 158:17

**probate** [1] - 78:11

**problem** [29] - 5:9, 22:24, 25:23, 32:12, 33:22, 34:7, 38:8, 39:8, 39:18, 42:10, 45:25, 48:23, 54:8, 58:15, 72:11, 76:20, 76:25, 96:14, 99:9, 99:10, 115:21, 116:8, 116:9, 160:5, 163:21, 163:25, 166:6, 166:23, 187:4

**problems** [2] - 48:4, 53:11

**procedure** [1] - 141:22

**proceed** [10] - 3:17, 3:19, 8:4, 8:6, 66:10, 67:16, 72:20, 141:24, 169:23, 171:9

**proceeding** [4] - 10:14, 14:16, 53:2, 110:18

**proceedings** [10] - 83:22, 108:5, 126:10, 126:13, 127:24,

132:3, 137:17,
162:23, 202:2, 202:7
**process** [15] - 8:19,
17:25, 25:13, 28:4,
73:13, 74:10, 74:13,
75:14, 77:13, 80:17,
80:19, 106:22, 150:2,
158:15, 170:5
  **processed** [1] -
150:4
  **processes** [1] -
158:18
  **prodding** [1] -
166:22
  **production** [1] -
120:9
  **professional** [5] -
114:3, 115:25,
116:10, 149:3, 149:4
  **professor** [1] - 30:4
  **professors** [1] -
96:19
  **program** [2] - 76:14,
132:18
  **programming** [1] -
179:4
  **programs** [3] -
146:8, 171:18, 193:4
  **progress** [1] -
201:19
  **prohibit** [1] - 36:14
  **prominently** [1] -
150:7
  **promise** [1] - 196:1
  **promised** [1] -
194:18
  **promotion** [1] -
166:1
  **promptly** [2] -
192:23, 197:20
  **prone** [1] - 152:15
  **pronounce** [1] -
138:2
  **pronunciation** [2] -
5:17, 187:2
  **proof** [8] - 16:4, 16:6,
16:9, 92:23, 161:7,
191:21, 191:23, 192:7
  **property** [1] - 128:17
  **Proposal** [1] - 21:24
  **proposed** [2] - 3:22,
4:5
  **proprietor** [1] - 23:15
  **pros** [1] - 27:9
  **prosecuted** [4] -
83:8, 87:10, 142:18,
143:23
  **prosecuting** [1] -
143:24
  **prosecution** [3] -

93:20, 145:20, 155:20
  **Prosecutor** [1] -
163:15
  **prosecutor** [1] -
93:23
  **prosecutors** [8] -
83:12, 84:4, 103:12,
144:19, 144:20,
160:3, 160:6, 160:23
  **PROSPECTIVE** [697]
- 17:20, 17:24, 18:4,
18:9, 18:12, 18:14,
18:20, 18:24, 19:1,
19:9, 19:11, 19:18,
20:8, 20:12, 20:17,
21:2, 21:8, 21:11,
21:14, 21:18, 21:24,
22:3, 22:8, 22:12,
22:14, 22:18, 22:21,
22:23, 23:2, 23:5,
23:12, 23:25, 24:2,
24:5, 24:8, 24:16,
24:19, 24:21, 24:24,
25:3, 25:7, 25:25,
26:2, 26:5, 26:9,
26:11, 26:21, 26:25,
27:8, 27:14, 27:19,
27:22, 27:24, 28:4,
28:12, 28:18, 29:1,
29:6, 29:8, 29:12,
29:14, 29:16, 29:19,
29:21, 30:1, 30:8,
30:13, 30:17, 30:25,
31:4, 31:9, 31:17,
31:19, 31:22, 32:2,
32:8, 32:15, 32:17,
32:24, 33:3, 33:8,
33:10, 33:14, 33:16,
34:12, 34:16, 34:18,
34:21, 34:25, 35:4,
35:7, 35:10, 35:12,
35:15, 35:17, 35:20,
35:23, 36:2, 36:4,
36:8, 36:10, 37:6,
37:11, 37:16, 37:18,
37:21, 37:24, 38:1,
38:4, 38:11, 38:13,
38:19, 38:21, 38:24,
39:13, 39:16, 39:24,
40:1, 40:3, 40:5,
40:14, 40:16, 40:18,
40:20, 41:1, 41:4,
41:8, 41:20, 41:23,
42:3, 42:8, 42:15,
43:2, 43:4, 43:7,
43:10, 43:12, 43:18,
43:24, 44:8, 44:13,
44:16, 44:21, 44:24,
45:1, 45:4, 45:8,
45:11, 45:16, 45:23,
46:20, 46:23, 47:4,

47:7, 47:16, 47:21,
48:10, 48:15, 48:22,
54:2, 54:13, 54:22,
54:25, 55:4, 55:8,
55:12, 55:17, 55:20,
55:25, 56:4, 56:7,
56:12, 56:16, 67:19,
68:12, 77:19, 77:21,
77:23, 78:1, 78:4,
78:7, 78:9, 78:11,
78:14, 78:18, 78:23,
79:6, 79:10, 79:14,
79:17, 79:21, 80:1,
80:5, 80:12, 80:20,
81:3, 81:12, 82:7,
82:10, 82:14, 82:16,
82:18, 82:21, 82:24,
83:3, 83:5, 83:9,
83:14, 83:17, 83:24,
84:6, 84:8, 84:11,
84:15, 84:17, 84:19,
84:22, 84:25, 85:4,
85:6, 85:8, 85:11,
85:14, 85:21, 86:3,
86:5, 86:11, 86:18,
86:21, 87:3, 87:7,
87:14, 87:17, 87:23,
88:3, 88:16, 88:19,
88:22, 89:1, 89:3,
89:7, 89:9, 89:12,
89:14, 89:16, 89:20,
89:23, 90:1, 90:4,
90:6, 90:11, 90:14,
90:17, 90:23, 90:25,
91:3, 91:7, 91:12,
91:15, 91:24, 92:2,
92:6, 92:9, 92:11,
92:15, 92:17, 92:19,
93:2, 93:6, 93:8,
93:14, 93:17, 93:22,
94:5, 94:9, 94:14,
94:19, 94:22, 94:24,
95:1, 95:4, 95:8,
95:11, 95:20, 95:23,
96:2, 96:8, 96:11,
96:13, 96:21, 97:2,
97:5, 97:9, 97:11,
97:14, 97:16, 97:18,
97:20, 97:22, 98:6,
98:8, 98:12, 98:20,
98:23, 99:3, 99:16,
99:20, 99:24, 100:6,
100:9, 100:13,
100:15, 100:17,
100:21, 100:24,
101:3, 101:8, 101:11,
101:15, 101:23,
101:25, 102:2, 102:5,
102:17, 102:20,
103:11, 103:14,
103:17, 103:19,

103:22, 103:25,
104:3, 104:7, 104:12,
104:14, 104:16,
104:19, 104:22,
104:24, 105:2, 105:9,
105:15, 106:10,
106:13, 107:2, 107:4,
107:7, 107:9, 107:11,
107:15, 107:17,
107:20, 107:25,
108:3, 108:6, 108:10,
108:13, 108:15,
108:17, 108:20,
108:22, 108:25,
109:2, 109:5, 109:7,
109:10, 109:13,
109:15, 109:17,
109:20, 109:23,
110:1, 110:6, 110:9,
110:12, 110:17,
110:20, 110:24,
111:2, 111:7, 111:15,
111:18, 111:21,
112:3, 112:7, 112:11,
112:14, 112:17,
112:19, 112:21,
112:25, 113:4, 113:6,
113:8, 113:14,
113:16, 113:20,
113:23, 114:3, 114:8,
114:11, 114:16,
114:19, 114:22,
114:24, 115:6, 115:9,
115:12, 115:15,
115:20, 115:24,
116:5, 116:14,
116:17, 116:19,
116:22, 117:1, 117:5,
117:16, 117:18,
117:20, 117:22,
117:24, 118:2, 118:4,
118:6, 118:9, 118:12,
118:14, 118:17,
118:19, 118:21,
118:24, 119:1, 119:4,
119:7, 119:9, 119:11,
119:13, 119:16,
119:18, 119:20,
119:24, 120:1, 120:4,
120:6, 120:8, 120:13,
120:16, 120:18,
120:23, 120:25,
121:2, 121:7, 121:10,
121:15, 121:22,
122:1, 122:3, 122:5,
122:8, 122:11,
122:13, 122:22,
123:4, 123:11,
123:17, 123:22,
123:25, 124:2,
124:10, 124:13,

124:18, 124:23,
125:1, 125:4, 125:6,
125:8, 125:10,
125:13, 125:16,
125:20, 125:23,
125:25, 126:3, 126:6,
126:8, 126:11,
126:14, 126:22,
126:25, 127:3, 127:5,
127:8, 127:11,
127:13, 127:17,
127:20, 127:22,
127:25, 128:4, 128:7,
128:10, 128:13,
128:15, 128:20,
128:23, 129:1, 129:7,
129:10, 129:12,
129:14, 129:17,
129:19, 129:23,
130:1, 130:4, 130:7,
130:10, 130:12,
130:14, 130:16,
130:19, 130:25,
131:2, 131:7, 131:12,
131:15, 131:18,
131:23, 131:25,
132:4, 132:7, 132:10,
132:13, 132:17,
132:25, 133:4, 133:6,
133:8, 133:11,
133:14, 133:18,
133:21, 134:2, 134:6,
134:11, 134:19,
134:24, 135:3, 135:8,
135:11, 135:14,
135:18, 135:21,
136:7, 136:9, 136:11,
136:13, 136:17,
136:21, 136:24,
137:1, 137:5, 137:9,
137:11, 137:13,
137:19, 137:23,
138:1, 138:3, 138:5,
138:7, 138:9, 138:12,
138:15, 140:14,
140:18, 140:21,
140:23, 141:5, 143:5,
143:7, 143:10,
143:14, 143:16,
143:21, 143:25,
144:7, 144:9, 144:13,
144:16, 144:18,
144:20, 144:22,
145:6, 145:11,
145:17, 145:19,
146:3, 146:6, 146:10,
146:17, 146:21,
147:1, 147:5, 147:7,
147:10, 147:15,
147:18, 147:21,
148:1, 148:5, 148:9,

148:12, 148:14,
148:17, 148:21,
149:1, 149:4, 149:9,
149:14, 149:17,
149:21, 149:24,
150:1, 150:8, 150:10,
150:12, 150:15,
150:23, 151:4, 151:7,
151:10, 151:12,
151:15, 152:12,
152:15, 152:21,
153:1, 153:7, 153:11,
153:13, 153:16,
153:19, 153:25,
154:4, 154:7, 154:9,
154:13, 154:21,
155:2, 155:5, 155:8,
155:11, 155:14,
155:16, 155:23,
156:1, 156:7, 156:9,
156:20, 156:24,
157:7, 157:12,
157:15, 157:18,
157:22, 159:2, 159:6,
159:9, 159:15,
159:18, 159:21,
160:1, 160:5, 163:5,
163:8, 163:13,
163:20, 165:10,
165:15, 165:18,
165:24, 166:15,
167:2, 167:6, 167:10,
167:19, 168:2,
168:22, 169:3,
174:20, 175:2,
175:20, 186:25, 187:4
  **prospective** [12] -
7:15, 8:15, 51:18,
57:1, 67:7, 71:10,
73:1, 139:3, 140:8,
141:9, 169:25, 186:7
  **Prospective** [3] -
53:18, 174:6, 175:13
  **protect** [2] - 9:4, 9:7
  **Protection** [1] -
136:9
  **prove** [6] - 15:25,
79:18, 92:23, 161:23,
191:24, 192:4
  **proven** [2] - 92:22,
191:18
  **proves** [2] - 189:8,
189:12
  **provide** [13] - 9:19,
36:18, 39:8, 74:22,
75:20, 76:15, 102:13,
113:10, 113:17,
142:21, 147:12,
166:9, 193:22
  **provided** [6] - 14:22,

142:13, 149:12,
158:9, 198:25, 199:5
  **providers** [1] -
146:23
  **provides** [1] - 44:8
  **providing** [2] -
146:15, 167:13
  **proving** [3] - 15:23,
16:11, 85:19
  **pry** [1] - 74:14
  **psychiatric** [1] -
55:22
  **psychiatrist** [1] -
54:16
  **PTO** [4] - 39:2, 39:3,
105:4, 174:22
  **Public** [1] - 127:6
  **public** [8] - 53:8,
53:10, 54:5, 77:4,
91:18, 111:16,
121:16, 124:4
  **Puerto** [3] - 112:4,
112:5
  **pulled** [1] - 165:24
  **purchase** [1] - 79:19
  **purchased** [1] -
44:23
  **purpose** [4] - 75:16,
190:22, 190:24,
190:25
  **push** [1] - 51:16
  **put** [9] - 6:15, 8:16,
124:18, 142:24,
154:23, 156:10,
166:25, 167:16, 192:2

### Q

  **qualified** [1] - 194:19
  **questioning** [3] -
10:14, 138:24, 158:25
  **questionnaire** [3] -
41:25, 86:12, 135:1
  **questionnaires** [4] -
6:1, 71:15, 75:19,
81:16
  **questions** [47] -
8:18, 48:11, 51:1,
56:18, 56:20, 73:21,
73:22, 73:24, 73:25,
74:12, 74:23, 74:25,
75:2, 75:16, 75:24,
76:23, 77:10, 77:17,
82:23, 83:2, 84:2,
87:18, 138:16,
138:18, 140:13,
140:14, 141:14,
141:15, 142:13,
144:2, 147:19,
147:23, 149:11,

157:16, 160:12,
160:25, 164:18,
164:19, 164:20,
166:5, 166:22, 167:4,
169:10, 175:7, 175:9,
189:23, 189:24
  **quick** [5] - 37:6,
37:12, 52:3, 153:22,
156:10
  **quickly** [1] - 164:24
  **quietly** [1] - 10:3
  **Quinon** [14] - 3:12,
11:17, 52:4, 72:9,
139:7, 160:17,
198:24, 199:1, 199:2,
199:5, 199:16, 200:3,
201:2, 201:12
  **QUINON** [119] - 1:18,
1:18, 2:4, 3:12, 3:20,
4:3, 5:4, 5:11, 6:14,
6:23, 7:1, 7:10, 7:12,
8:7, 11:14, 52:22,
53:13, 56:21, 57:5,
57:14, 57:18, 58:6,
58:11, 58:21, 58:24,
59:2, 59:7, 59:18,
60:5, 60:11, 60:23,
61:2, 61:6, 61:20,
62:7, 62:14, 62:18,
63:3, 63:9, 63:17,
63:23, 64:3, 64:8,
64:12, 64:16, 64:25,
65:12, 66:1, 66:18,
67:2, 72:3, 72:24,
139:14, 160:15,
163:6, 163:9, 163:14,
163:21, 165:14,
165:16, 165:22,
166:3, 166:17, 167:3,
167:7, 167:11,
167:20, 168:3,
168:23, 169:4, 170:7,
170:21, 171:1,
171:10, 171:17,
171:25, 172:8,
172:13, 172:20,
172:24, 173:10,
173:15, 174:1,
175:10, 175:14,
176:6, 176:14,
176:19, 177:6,
177:14, 177:17,
177:19, 177:24,
178:8, 178:12,
179:12, 180:8,
180:12, 180:25,
181:5, 181:18, 182:2,
182:22, 183:3, 183:6,
183:9, 183:19,
183:23, 184:7,

184:13, 184:16,
184:19, 184:22,
185:3, 185:9, 185:12,
185:18, 198:19,
200:18
  **quite** [6] - 9:16,
19:24, 37:20, 76:17,
105:14, 160:17

### R

  **radiation** [3] - 86:6,
86:9, 86:16
  **radio** [1] - 193:9
  **Rafkin** [4] - 17:20,
58:4, 65:14, 68:24
  **raise** [11] - 8:12,
8:14, 10:9, 17:16,
38:6, 50:19, 75:12,
169:8, 170:19,
183:10, 187:8
  **raised** [2] - 31:25,
102:24
  **rally** [1] - 41:16
  **Ramos** [4] - 117:17,
180:4, 182:14, 186:19
  **ramp** [2] - 130:13,
130:18
  **ran** [1] - 98:4
  **Raphaely** [4] - 30:18,
62:11, 65:18, 66:9
  **rate** [4] - 89:3,
122:23, 198:8, 198:9
  **Rater** [3] - 89:16,
89:19, 91:11
  **RATER** [1] - 89:16
  **rather** [3] - 26:13,
26:15, 28:19
  **ray** [1] - 104:18
  **Raymond** [5] - 31:9,
61:18, 115:17,
119:11, 178:10
  **re** [1] - 200:8
  **re-file** [1] - 200:8
  **reach** [3] - 106:7,
135:13, 189:1
  **reached** [1] - 159:23
  **reaching** [1] - 191:1
  **read** [16] - 4:11, 4:21,
4:22, 4:23, 5:3, 5:6,
5:13, 5:16, 14:24,
49:6, 57:25, 106:6,
149:23, 193:7,
195:10, 200:5
  **reading** [1] - 5:9
  **ready** [10] - 3:17,
3:19, 8:4, 8:6, 19:18,
27:9, 140:1, 141:24,
170:4, 171:9
  **real** [5] - 10:20,

33:24, 102:2, 102:23,
128:17
  **real-time** [1] - 10:20
  **really** [15] - 4:4,
21:18, 25:8, 28:7,
51:7, 84:1, 90:19,
91:7, 91:8, 91:19,
91:21, 105:24, 106:1,
130:1, 144:22
  **rear** [2] - 30:16,
187:12
  **reason** [36] - 74:4,
74:9, 75:17, 78:12,
82:8, 84:9, 84:23,
85:22, 87:18, 91:25,
95:25, 97:3, 100:22,
102:18, 104:10,
106:25, 108:11,
110:10, 112:23,
114:20, 118:15,
119:14, 121:20,
123:6, 123:9, 123:23,
124:21, 126:23,
128:5, 129:5, 130:5,
131:13, 135:19,
137:7, 138:13, 180:1
  **reasonable** [11] -
15:15, 15:24, 16:11,
85:19, 92:24, 111:24,
151:14, 161:8,
161:12, 161:23, 192:5
  **reasonableness** [1] -
191:11
  **reasonably** [1] -
12:19
  **receive** [1] - 147:21
  **received** [7] - 3:21,
47:12, 144:10,
174:20, 190:8,
190:12, 190:14
  **receiving** [1] - 198:6
  **recent** [4] - 86:15,
144:6, 154:24, 155:15
  **recently** [2] - 23:16,
154:17
  **Recess** [2] - 139:22,
171:5
  **recess** [11] - 7:6, 7:7,
7:11, 52:20, 70:3,
72:13, 72:15, 185:24,
188:7, 188:15, 202:1
  **recognize** [7] -
36:24, 50:16, 50:18,
149:13, 149:22,
150:13
  **recommendations**
[1] - 107:12
  **reconstructions** [1] -
152:16
  **record** [16] - 10:17,

12:4, 15:8, 15:20, 16:7, 16:20, 50:14, 52:25, 54:8, 72:16, 132:21, 139:23, 162:1, 164:16, 166:2, 171:6

**records** [4] - 148:6, 158:7, 200:7, 200:12

**recovery** [2] - 31:2, 152:18

**reductions** [1] - 162:17

**refer** [2] - 10:18, 160:18

**referendum** [3] - 156:14, 168:4, 168:10

**referrals** [1] - 148:10

**referring** [1] - 39:6

**refuse** [1] - 39:10

**regard** [1] - 75:19

**regarding** [12] - 23:3, 34:11, 35:25, 40:4, 40:6, 43:21, 54:19, 83:3, 106:11, 113:10, 132:9, 192:10

**regimens** [1] - 154:23

**Regina** [2] - 22:8, 59:16

**Regino** [1] - 49:14

**register** [3] - 35:17, 124:18, 150:22

**registered** [1] - 92:7

**Registered** [1] - 118:23

**registration** [1] - 38:1

**Rego** [1] - 50:6

**regular** [5] - 53:4, 91:4, 137:1, 198:8, 198:9

**regulations** [1] - 107:12

**Rehan** [6] - 9:14, 53:3, 71:16, 198:10, 199:13, 199:22

**reintroduce** [1] - 160:16

**reintroduction** [1] - 142:2

**rejected** [1] - 178:15

**related** [5] - 192:14, 192:18, 193:8, 193:12, 195:12

**relates** [4] - 14:3, 14:5, 14:6, 156:16

**relating** [2] - 13:12, 13:25

**relationships** [1] - 167:16

**relative's** [1] - 128:1

**released** [1] - 154:17

**rely** [3] - 56:10, 159:19, 196:9

**remain** [9] - 8:12, 16:10, 16:17, 50:24, 51:13, 56:22, 92:25, 169:22, 192:1

**remainder** [1] - 27:11

**remaining** [4] - 66:6, 69:22, 74:10, 75:4

**remarks** [1] - 189:22

**remember** [13] - 17:18, 46:10, 74:23, 83:14, 83:18, 86:6, 86:11, 86:22, 97:25, 108:3, 131:18, 149:17, 196:3

**remind** [1] - 76:23

**remote** [1] - 24:10

**render** [1] - 194:17

**repair** [1] - 128:15

**repeat** [3] - 21:15, 32:4, 72:12

**report** [25] - 9:19, 31:10, 45:5, 45:8, 68:18, 68:22, 68:25, 69:1, 69:2, 69:6, 69:8, 69:9, 69:12, 69:14, 69:17, 69:19, 69:21, 70:6, 70:8, 107:12, 187:17, 197:9, 197:10, 197:18, 201:11

**reported** [2] - 179:2, 193:8

**REPORTED** [1] - 1:21

**reporter** [4] - 10:11, 54:23, 138:19, 201:21

**Reporter** [2] - 1:23, 202:12

**reporter's** [1] - 195:19

**represent** [2] - 11:17, 160:17

**representation** [1] - 159:14

**representing** [1] - 11:11

**Request** [2] - 113:10, 146:11

**request** [5] - 7:4, 21:24, 147:12, 147:22, 192:19

**requested** [2] - 9:11, 198:16

**requests** [2] - 147:22, 150:2

**Requests** [1] - 151:1

**require** [1] - 174:15

**required** [16] - 15:25, 37:3, 39:7, 39:11, 40:23, 61:13, 91:22, 99:14, 116:11, 129:21, 131:4, 134:3, 136:3, 159:13, 192:7, 192:16

**requirement** [1] - 173:20

**requires** [6] - 36:16, 122:15, 122:19, 169:15, 192:9, 195:10

**requisite** [1] - 40:24

**rescheduled** [3] - 55:22, 68:2, 79:2

**rescheduled** [1] - 18:3

**research** [9] - 85:5, 85:9, 113:9, 113:11, 150:4, 193:11, 193:13, 193:16, 195:12

**resentment** [2] - 121:7, 121:9

**reserved** [1] - 41:11

**residency** [1] - 25:13

**resign** [2] - 23:16, 48:1

**resolved** [7] - 103:23, 112:13, 131:24, 132:16, 134:18, 134:19, 159:12

**resources** [3] - 100:1, 122:18, 135:23

**respect** [1] - 146:15

**respond** [3] - 58:3, 146:11, 157:19

**responded** [1] - 151:1

**responding** [1] - 10:16

**response** [16] - 83:1, 85:15, 95:5, 101:1, 105:12, 107:21, 112:12, 116:12, 117:3, 121:13, 123:5, 127:14, 162:1, 179:11, 194:5

**responses** [3] - 142:13, 151:23, 157:3

**responsibility** [2] - 9:25, 106:15

**responsible** [2] - 9:17, 179:23

**rest** [5] - 27:10, 32:22, 44:6, 70:1, 74:18

**restroom** [4] - 51:3, 52:3, 52:10, 52:16

**restrooms** [5] - 51:4, 52:6, 197:13, 197:14, 197:15

**result** [4] - 12:18, 75:6, 75:8, 156:5

**results** [2] - 33:4, 33:5

**resume** [8] - 17:7, 17:8, 17:10, 52:19, 70:4, 138:23, 140:1, 188:8

**retaliate** [1] - 143:22

**retired** [6] - 84:19, 110:5, 115:1, 115:2, 115:5, 136:8

**return** [3] - 73:3, 73:4, 192:21

**returned** [1] - 15:3

**review** [2] - 26:10, 175:3

**reviewed** [1] - 158:8

**revs** [1] - 117:8

**RFAs** [1] - 146:17

**RFIs** [1] - 146:17

**RFP** [4] - 21:4, 21:21, 21:23, 58:18

**Rican** [1] - 112:5

**Richards** [2] - 50:5, 201:14

**Rico** [2] - 112:4, 112:5

**Ridge** [2] - 47:1, 49:1

**ridiculous** [1] - 126:4

**rise** [11] - 7:14, 51:15, 53:17, 67:6, 71:8, 72:14, 139:2, 140:7, 169:24, 174:5, 186:6

**risks** [1] - 153:5

**robbed** [1] - 112:21

**robbery** [3] - 97:16, 97:17, 135:5

**Robert** [1] - 49:17

**Rode** [4] - 38:24, 176:23, 182:11, 186:17

**Rodriguez** [27] - 39:17, 43:25, 53:4, 54:3, 59:25, 62:25, 64:5, 65:19, 65:21, 69:11, 69:18, 109:3, 113:2, 123:2, 145:24, 145:25, 151:16, 151:24, 158:2, 167:3, 177:10, 177:16, 177:18, 177:20, 178:4, 182:12, 186:18

**ROIs** [1] - 146:12

**Rojkes** [4] - 37:11, 61:12, 97:8, 176:4

**Rolando** [1] - 49:20

**room** [10] - 10:8, 52:6, 68:23, 145:23, 157:8, 162:25, 171:3, 196:5, 196:8, 197:3, 197:8, 197:10, 197:14

**rooms** [2] - 170:5, 193:20, 193:25

**root** [1] - 164:22

**Rosa** [2] - 24:2, 24:15

**Rosa-Monroe** [1] - 24:2

**Rose** [3] - 121:24, 182:16, 186:20

**Rosemary** [3] - 43:24, 64:5, 181:3

**roster** [1] - 6:3

**rotate** [1] - 10:2

**route** [3] - 25:15, 47:1, 48:14

**routes** [8] - 25:10, 26:4, 26:6, 26:10, 26:19, 27:7, 46:8, 46:23

**row** [5] - 6:7, 6:14, 155:7, 157:4, 188:2

**rows** [1] - 6:12

**RPR** [2] - 1:22, 202:11

**rule** [1] - 162:2

**ruled** [1] - 178:22

**rules** [11] - 107:11, 141:15, 161:5, 161:6, 190:7, 190:10, 191:17, 194:13, 195:21, 195:23, 195:25

**run** [4] - 25:18, 26:17, 46:6, 46:15

**running** [1] - 52:23

**runs** [1] - 7:25

**rush** [1] - 48:14

**rushing** [1] - 139:10

---

**S**

**sabbatical** [1] - 100:19

**sad** [1] - 194:4

**safeguard** [2] - 113:14, 113:16

**Safeguard** [2] - 146:1, 150:25

**safer** [1] - 185:1

**sake** [1] - 157:5

**salary** [7] - 37:4, 41:3, 122:16, 122:20,

24

136:4, 198:6, 198:7
**sales** [2] - 128:12, 128:18
**Sanchez** [8] - 84:13, 107:5, 172:22, 173:2, 177:4, 182:6, 182:8, 186:15
**Sandelman** [3] - 101:22, 158:24, 176:17
**Santana** [4] - 22:14, 60:3, 65:16, 69:4
**sat** [3] - 170:14, 180:20, 180:21
**satisfy** [1] - 48:21
**Saturday** [8] - 20:15, 42:23, 48:18, 134:15, 134:16, 198:2, 201:8
**save** [1] - 57:12
**saw** [4] - 189:5, 189:9, 190:3, 190:5
**scared** [1] - 98:14
**scene** [1] - 195:8
**schedule** [15] - 17:13, 28:14, 29:25, 32:4, 34:11, 34:19, 35:24, 42:17, 61:24, 62:1, 62:22, 90:20, 91:6, 96:12, 124:15
**Schedule** [2] - 12:21, 152:7
**scheduled** [9] - 18:10, 23:6, 23:17, 23:19, 25:9, 26:14, 26:25, 27:14, 30:19
**scheduling** [17] - 16:22, 17:6, 23:4, 30:15, 40:4, 41:6, 41:21, 42:7, 43:22, 45:21, 49:3, 54:4, 60:15, 67:13, 110:15, 131:8, 133:24
**schizophrenia** [1] - 33:18
**school** [36] - 9:20, 18:11, 18:19, 22:9, 22:11, 23:21, 24:20, 26:20, 28:12, 28:23, 29:11, 31:12, 31:13, 34:3, 34:13, 34:15, 35:22, 41:13, 41:15, 62:4, 62:21, 80:21, 96:7, 115:18, 116:3, 120:3, 124:14, 127:9, 171:22, 179:1, 179:8, 179:9, 179:22
**School** [4] - 25:24, 41:14, 46:7, 46:20
**schools** [1] - 97:1

**Schools** [2] - 25:7, 127:7
**science** [2] - 34:18, 35:12
**screens** [1] - 101:7
**SDF** [1] - 148:17
**se** [1] - 21:6
**SEAN** [1] - 1:14
**Sean** [5] - 3:6, 3:9, 11:3, 11:8, 49:10
**search** [3] - 89:3, 165:25, 193:5
**searches** [1] - 194:9
**seat** [7] - 36:13, 53:21, 140:12, 141:7, 174:11, 188:1
**seated** [26] - 3:2, 6:11, 7:8, 7:19, 8:12, 10:11, 10:24, 11:10, 15:21, 51:20, 52:21, 53:24, 57:3, 67:9, 70:17, 71:12, 73:9, 141:12, 142:22, 151:8, 155:22, 170:2, 174:12, 186:8, 188:4, 198:15
**seats** [5] - 59:21, 73:4, 141:11, 187:23
**second** [18] - 4:17, 28:17, 83:21, 87:8, 169:8, 172:14, 173:2, 176:3, 176:6, 177:6, 180:12, 181:5, 183:3, 184:1, 189:23, 191:23, 195:3, 201:4
**secondly** [2] - 200:6, 201:7
**secretary** [1] - 127:8
**secretary-treasurer** [1] - 127:8
**Section** [7] - 12:15, 12:16, 12:22, 13:14, 13:15, 14:17, 14:18
**section** [1] - 156:10
**Sections** [1] - 14:2
**secure** [1] - 40:11
**security** [5] - 9:22, 9:25, 10:2, 10:6, 12:1
**SECURITY** [1] - 7:14, 51:15, 53:17, 67:6, 71:8, 73:5, 139:2, 139:17, 140:7, 169:24, 186:6
**see** [46] - 6:3, 6:4, 7:5, 9:16, 10:1, 10:4, 10:18, 10:22, 12:4, 15:8, 15:20, 16:7, 16:20, 23:8, 27:21, 31:24, 31:25, 32:19, 50:14, 50:17, 70:16,

71:6, 71:13, 71:18, 72:20, 78:14, 81:5, 98:8, 101:4, 101:12, 101:13, 117:12, 134:13, 141:19, 150:4, 151:23, 158:21, 166:10, 166:23, 169:8, 191:7, 195:5, 197:8, 197:22, 198:12, 199:8
**seek** [1] - 134:20
**seem** [2] - 58:14, 171:12
**Sefira** [1] - 103:17
**SEFIRA** [1] - 103:19
**select** [8] - 17:3, 50:22, 73:12, 75:15, 99:10, 130:2, 169:15, 179:16
**selected** [52] - 9:18, 36:1, 48:19, 50:18, 74:11, 78:6, 82:20, 84:21, 85:13, 89:25, 95:3, 95:7, 95:17, 96:23, 99:7, 99:11, 100:20, 100:23, 101:14, 102:3, 106:1, 107:19, 109:22, 112:13, 118:5, 119:3, 120:17, 122:7, 124:8, 125:12, 127:12, 128:22, 129:22, 129:25, 133:13, 138:11, 142:4, 142:7, 142:15, 143:13, 143:17, 150:24, 155:19, 156:19, 166:8, 169:23, 174:16, 186:11, 187:11, 187:17, 187:19, 187:22
**selecting** [1] - 66:9
**selection** [12] - 8:19, 26:23, 26:24, 51:24, 67:15, 70:1, 70:4, 72:19, 73:12, 91:19, 121:18, 138:24
**SELECTION** [1] - 2:5
**self** [1] - 120:13
**self-employed** [1] - 120:13
**Selin** [2] - 44:16, 64:10
**selling** [1] - 168:14
**semester** [1] - 34:20
**seminars** [1] - 179:5
**send** [2] - 66:3, 147:11
**senior** [4] - 23:17, 23:24, 107:8, 124:15

**Senior** [4] - 31:10, 31:17, 41:13
**seniority** [3] - 26:23, 27:1, 27:15
**sense** [2] - 51:22, 81:25
**sensing** [1] - 87:20
**sent** [3] - 69:24, 103:1, 165:23
**sentenced** [1] - 85:25
**sentences** [1] - 162:17
**separate** [2] - 156:2, 168:17
**separated** [1] - 152:16
**September** [2] - 13:3, 14:10
**sergeant** [4] - 80:16, 115:1, 115:9, 129:1
**series** [1] - 201:1
**serious** [1] - 195:22
**serve** [27] - 9:10, 44:12, 55:6, 55:11, 55:16, 57:6, 62:23, 86:17, 88:6, 89:24, 95:7, 100:7, 101:2, 102:3, 108:24, 110:8, 117:4, 120:17, 121:14, 123:21, 123:24, 130:2, 132:24, 134:5, 135:16, 136:19, 171:23
**served** [8] - 88:1, 88:2, 105:7, 108:14, 123:18, 134:25, 164:13, 164:15
**service** [19] - 9:2, 9:8, 25:20, 28:20, 36:3, 36:15, 36:19, 36:25, 40:12, 40:24, 45:9, 46:1, 84:14, 105:25, 124:6, 132:20, 145:9, 194:3
**Services** [13] - 49:19, 49:21, 49:22, 49:24, 49:25, 50:10, 50:11, 113:14, 113:16, 113:24, 146:5, 146:25, 147:8
**services** [2] - 9:4, 146:15
**servicing** [2] - 128:16, 130:21
**serving** [8] - 54:12, 74:3, 84:20, 94:11, 100:20, 120:14, 122:6, 127:12

**session** [2] - 26:18, 197:24
**set** [11] - 13:19, 13:21, 19:24, 20:2, 22:1, 30:12, 43:13, 47:1, 80:22, 90:9, 90:19
**sets** [1] - 195:22
**setting** [1] - 28:19
**settled** [2] - 103:4, 160:10
**settlement** [6] - 103:25, 104:1, 104:2, 159:13, 160:9
**seven** [3] - 46:18, 98:1, 129:20
**seventeen** [1] - 72:1
**several** [4] - 46:17, 99:25, 112:19, 154:18, 179:2, 179:7
**shaken** [1] - 53:9
**shaking** [1] - 145:10
**share** [1] - 161:21
**shared** [1] - 160:6
**shift** [1] - 168:20
**shoes** [1] - 145:15
**shoplifting** [2] - 112:21, 132:14
**short** [6] - 12:23, 17:2, 51:2, 157:11, 157:12, 201:10
**short-term** [2] - 157:11, 157:12
**shot** [2] - 166:11, 167:25
**shoulder** [1] - 152:16
**show** [5] - 26:15, 41:16, 46:17, 116:1, 132:21
**showed** [1] - 84:1
**shown** [1] - 101:9
**sick** [1] - 38:14
**side** [15] - 6:6, 42:19, 43:23, 73:23, 74:3, 74:7, 84:10, 93:20, 93:25, 128:17, 145:22, 170:14, 190:9
**sides** [13] - 58:23, 78:13, 84:24, 108:12, 110:11, 119:15, 123:10, 126:24, 128:6, 129:4, 129:6, 135:20, 138:14
**significant** [1] - 88:7
**silent** [5] - 16:10, 16:17, 75:4, 92:25, 192:1
**Silva** [1] - 9:23
**similar** [6] - 151:23, 154:5, 157:3, 157:20,

179:13, 179:24
**similarly** [1] - 171:21
**simple** [4] - 88:8,
88:9, 102:14, 120:21
**simply** [4] - 4:23,
45:14, 189:12, 196:15
**sink** [1] - 67:24
**sister** [7] - 79:7,
80:12, 114:11,
114:13, 155:8,
156:12, 190:4
**sister-in-law** [3] -
80:12, 155:8, 156:12
**sit** [11] - 6:5, 6:12,
50:18, 73:6, 73:7,
95:15, 106:2, 131:13,
151:21, 187:22,
187:24
**site** [1] - 193:25
**sits** [1] - 101:17
**sitting** [7] - 3:14,
11:1, 59:21, 141:21,
145:15, 150:13,
153:12
**situated** [2] - 171:21,
179:14
**situation** [8] - 48:1,
48:2, 60:22, 87:9,
106:14, 128:1, 144:4,
159:25
**six** [8] - 40:9, 40:20,
66:16, 79:14, 89:7,
98:1, 129:19, 134:7
**sixth** [2] - 177:20,
193:11
**skin** [1] - 184:11
**Skittles** [2] - 154:11,
154:12
**slate** [1] - 191:22
**Slattery** [11] - 3:10,
11:8, 49:10, 146:20,
149:13, 149:15,
200:22, 200:25,
201:6, 201:14, 201:18
**slight** [1] - 32:20
**small** [3] - 63:6,
129:19, 174:17
**smelled** [1] - 189:6
**smooth** [1] - 199:17
**sneaking** [1] - 33:22
**so..** [2] - 98:16,
106:15
**social** [2] - 193:20,
193:25
**soft** [1] - 154:14
**sole** [1] - 23:15
**solely** [2] - 189:3,
195:13
**solo** [6] - 23:24,
94:3, 173:17, 173:18,

173:20, 174:14
**Solorzano** [4] - 22:8,
59:16, 65:16, 69:2
**Solution** [1] - 117:24
**someone** [11] -
19:17, 44:9, 79:5,
79:16, 93:7, 111:25,
116:13, 120:22,
122:17, 129:16, 189:5
**sometime** [2] -
133:15, 201:24
**sometimes** [12] -
50:16, 76:16, 76:22,
86:19, 88:5, 95:12,
117:5, 117:8, 189:11,
190:18, 199:18
**somewhat** [1] -
91:17
**son** [13] - 17:25,
42:10, 63:20, 83:3,
83:5, 83:23, 84:5,
134:13, 134:14,
137:15, 137:20,
144:22, 145:15
**soon** [5] - 28:13,
66:3, 66:21, 71:14,
96:19
**soon-to-be** [1] -
96:19
**sorry** [27] - 4:16,
21:10, 21:15, 21:24,
26:15, 30:24, 31:23,
34:14, 37:6, 37:17,
38:22, 54:23, 55:13,
86:5, 86:24, 87:12,
118:3, 118:4, 125:7,
135:8, 139:16,
143:15, 148:19,
155:10, 166:2,
178:16, 182:6
**sort** [4] - 120:8,
120:9, 168:5, 199:9
**sought** [1] - 152:19
**sound** [1] - 150:8
**sounds** [1] - 150:1
**source** [1] - 195:17
**South** [6] - 31:10,
102:9, 103:13,
107:24, 126:8, 148:11
**south** [1] - 31:17
**Southern** [8] - 7:23,
7:24, 12:9, 13:4,
13:20, 14:11, 103:3,
103:10
**SOUTHERN** [1] - 1:1
**Southwest** [1] -
26:22
**southwest** [2] -
33:11, 111:8
**space** [2] - 6:12,

197:17
**Spain** [1] - 21:12
**spare** [1] - 184:12
**speaking** [4] - 4:11,
33:17, 44:11, 53:8,
91:18, 121:16, 139:7
**special** [5] - 49:14,
50:9, 70:16, 150:18,
195:15
**Special** [19] - 3:9,
11:8, 49:10, 49:11,
49:12, 49:14, 49:15,
49:16, 49:17, 49:18,
49:19, 49:21, 49:22,
50:3, 50:10, 200:22,
201:6, 201:8, 201:15
**specialist** [3] -
128:15, 152:20,
152:21
**specialize** [1] -
128:16
**specific** [3] - 73:24,
74:9, 113:8
**specifically** [1] -
55:18
**speed** [1] - 20:20
**spell** [3] - 21:13,
40:15, 103:18
**spend** [1] - 51:23
**spent** [1] - 28:6
**spoken** [1] - 96:19
**spouse** [6] - 87:10,
98:22, 109:24,
115:10, 143:2, 143:19
**Springs** [1] - 41:13
**sprinkler** [1] - 46:21
**stable** [1] - 33:20
**staff** [3] - 11:25,
94:9, 111:23
**stage** [1] - 15:13
**Stage** [1] - 157:23
**stand** [7] - 31:24,
33:17, 81:22, 95:15,
106:3, 150:3, 186:13
**standard** [3] - 15:24,
152:2, 156:22
**standards** [1] -
165:25
**standing** [1] - 56:5
**Staropoli** [6] -
121:24, 130:24,
181:3, 181:9, 182:16,
186:21
**start** [37] - 7:12,
10:15, 17:15, 18:14,
18:19, 19:1, 20:4,
28:22, 29:15, 32:21,
34:13, 35:6, 41:13,
43:18, 45:7, 45:17,
51:1, 51:14, 57:16,

61:25, 66:25, 77:15,
79:12, 90:8, 91:1,
96:7, 119:25, 139:9,
171:22, 179:8,
185:25, 186:4,
188:11, 197:19,
201:15, 201:18,
201:22
**started** [7] - 19:2,
20:7, 45:17, 72:22,
98:16, 162:23, 170:8
**starting** [12] - 3:5,
6:15, 6:18, 19:17,
28:12, 28:13, 32:15,
44:19, 161:4, 172:4,
182:25, 187:15
**starts** [11] - 23:22,
28:23, 31:12, 35:22,
62:5, 62:21, 110:17,
110:18, 115:18,
115:20, 191:22
**state** [15] - 3:5,
17:18, 36:13, 37:10,
44:8, 55:6, 92:18,
92:20, 99:25, 108:1,
108:16, 113:25,
127:21, 173:19
**State** [1] - 93:24
**statement** [3] -
87:22, 196:14, 196:18
**statements** [4] -
189:20, 189:21,
196:18, 198:21
**STATES** [5] - 1:1,
1:4, 1:11, 1:15, 1:15
**States** [22] - 1:23,
3:4, 3:7, 7:23, 8:3,
8:23, 11:4, 11:6,
12:14, 12:15, 12:22,
13:11, 13:13, 13:14,
13:25, 14:2, 14:17,
14:18, 16:2, 142:4,
146:25, 202:12
**station** [2] - 111:10,
128:25
**stationed** [1] -
148:11
**statistics** [1] - 31:20
**status** [4] - 25:13,
26:7, 28:2, 28:10
**stay** [4] - 7:1, 33:21,
187:12, 187:23
**stays** [1] - 15:12
**stemming** [1] - 93:9
**STENOGRAPHICA
LLY** [1] - 1:21
**step** [7] - 7:17,
53:22, 71:9, 140:11,
169:18, 171:2, 174:10
**Stephanie** [2] -

128:9, 182:25
**stick** [1] - 86:14
**still** [16] - 5:24, 7:8,
23:19, 54:17, 68:19,
72:18, 72:19, 93:22,
103:7, 134:17,
140:24, 141:2,
165:19, 175:2,
184:24, 186:2
**stipulation** [3] -
199:9, 199:10, 199:11
**stole** [1] - 114:12
**stood** [1] - 126:17
**stop** [1] - 162:11
**stopped** [1] - 98:13
**store** [2] - 132:14,
135:24
**stories** [1] - 81:4
**straight** [1] - 100:18
**street** [3] - 44:2,
70:14, 108:21
**Street** [2] - 1:16,
26:22
**strength** [2] -
153:17, 154:22
**stressful** [1] - 56:8
**stretch** [1] - 33:23
**stricken** [8] - 58:7,
58:12, 59:19, 60:6,
62:9, 63:4, 65:14,
190:18
**Strike** [3] - 148:15,
148:21, 148:23
**strike** [28] - 57:7,
57:11, 58:25, 61:3,
62:15, 62:19, 63:12,
63:18, 63:24, 64:4,
64:9, 64:13, 64:17,
65:13, 173:6, 173:10,
173:23, 175:17,
176:2, 176:7, 176:21,
177:7, 178:8, 178:14,
179:21, 179:25,
180:13, 181:14
**strikes** [1] - 66:14
**striking** [2] - 170:10,
180:20
**Stringer** [1] - 49:21
**stripped** [2] - 112:7,
112:8
**struck** [2] - 66:23,
180:19
**student** [5] - 61:7,
62:20, 96:5, 119:21,
119:25
**students** [3] - 96:17,
116:1, 116:7
**studio** [1] - 43:2
**study** [5] - 29:20,
34:17, 35:10, 80:23,

120:5
**studying** [2] - 29:21, 35:9
**stuff** [12] - 19:14, 20:2, 26:8, 77:11, 79:23, 80:24, 81:5, 81:8, 124:20, 133:24, 153:23
**Subias** [1] - 49:13
**SUBIAS** [1] - 49:13
**subject** [1] - 155:20
**subjects** [1] - 113:10
**submit** [1] - 168:11
**submitted** [1] - 148:7
**substance** [7] - 12:14, 12:17, 12:20, 12:21, 12:25, 42:4, 152:8
**substancia** [1] - 42:4
**substantive** [1] - 4:23
**substitute** [2] - 45:15, 116:4
**substitutes** [2] - 45:19, 179:10
**suddenly** [1] - 201:8
**suffer** [1] - 156:15
**suffering** [1] - 152:24
**suffers** [1] - 33:18
**suffice** [1] - 72:4
**sufficient** [1] - 173:23
**suggest** [1] - 72:19
**suggesting** [1] - 71:23
**suggests** [1] - 190:2
**Suite** [1] - 1:19
**Suits** [10] - 31:9, 61:18, 62:2, 62:4, 115:17, 171:16, 171:20, 178:10, 179:17, 180:1
**sum** [3] - 13:16, 14:19, 75:14
**summarize** [1] - 197:1
**summary** [1] - 201:3
**summer** [1] - 34:2
**summons** [2] - 8:20, 144:11
**Sunday** [7] - 20:12, 20:15, 42:23, 48:18, 134:15, 134:16, 198:3
**superseding** [1] - 4:8
**supervision** [1] - 29:23
**supervisor** [10] - 20:5, 20:23, 59:10,

60:15, 67:22, 68:13, 78:21, 89:21, 140:16, 140:23
**supply** [1] - 154:19
**supplying** [1] - 192:21
**support** [3] - 52:15, 84:1, 113:11
**suppose** [1] - 144:10
**supposed** [6] - 25:9, 25:10, 26:14, 39:4, 55:25, 115:24
**surgeon** [1] - 152:22
**surgeries** [1] - 30:21
**surgery** [4] - 30:18, 30:24, 62:12, 152:17
**surveillance** [2] - 19:12, 165:13
**Susana** [2] - 85:2, 173:4
**sustain** [2] - 190:12, 190:15
**Suyima** [1] - 50:7
**SUYIMA** [1] - 50:7
**swapped** [1] - 59:22
**swim** [1] - 67:24
**sworn** [4] - 8:15, 187:9, 187:10, 188:16
**SWORN** [1] - 2:6
**synced** [1] - 67:19
**system** [7] - 9:1, 88:5, 109:10, 110:2, 124:20, 145:5, 161:24
**systems** [1] - 19:12
**Systems** [1] - 104:24

# T

**table** [6] - 3:8, 3:14, 11:5, 11:7, 15:22, 70:17
**talks** [1] - 71:4
**tampering** [2] - 13:17, 14:8
**tangentially** [1] - 146:1
**target** [1] - 145:24
**Task** [1] - 148:16
**task** [1] - 148:23
**tasks** [5] - 90:12, 90:14, 90:23, 91:8, 91:10
**taxes** [1] - 9:10
**teach** [4] - 31:16, 31:18, 45:10, 45:11
**teacher** [8] - 31:10, 42:19, 42:20, 45:4, 45:13, 64:14, 81:17, 179:1
**teachers** [1] - 31:10

**teaching** [4] - 31:19, 42:21, 45:5, 171:18
**technically** [2] - 19:6, 20:7
**technician** [3] - 19:11, 40:7, 138:4
**technicians** [2] - 40:10, 40:20
**technologist** [1] - 104:18
**technology** [1] - 101:6
**teeth** [1] - 184:11
**telephone** [1] - 193:19
**television** [1] - 193:9
**temperature** [2] - 6:21, 7:4
**temperature-wise** [1] - 6:21
**ten** [19] - 22:15, 27:16, 27:24, 51:10, 51:13, 61:25, 63:6, 82:24, 97:20, 111:6, 111:12, 111:22, 121:10, 138:21, 139:15, 185:25, 186:4, 188:8, 197:18
**ten-minute** [1] - 27:16
**tender** [2] - 156:1, 182:19, 182:21
**tender-hearted** [1] - 156:1
**term** [2] - 157:11, 157:12
**terms** [4] - 102:8, 102:13, 102:14, 199:9
**terrible** [1] - 125:20
**test** [1] - 168:9
**testified** [1] - 191:7
**testifies** [2] - 149:5, 201:4
**testify** [13] - 5:12, 16:12, 49:7, 50:19, 81:10, 101:16, 114:2, 136:15, 149:2, 162:17, 191:25, 192:2, 192:3
**testifying** [1] - 191:8
**testimony** [16] - 81:11, 81:21, 81:23, 152:5, 189:5, 191:2, 191:5, 191:11, 193:6, 194:25, 195:4, 195:5, 195:13, 196:12
**text** [1] - 193:19
**THE** [799] - 1:10, 1:14, 1:18, 2:3, 3:2, 3:11, 3:16, 3:19, 3:21,

4:2, 4:7, 4:11, 4:16, 4:21, 5:14, 5:19, 5:20, 5:21, 5:22, 5:23, 5:24, 6:8, 6:10, 6:21, 7:3, 7:8, 7:13, 7:17, 7:21, 8:6, 8:8, 8:16, 11:10, 11:23, 17:23, 18:2, 18:5, 18:11, 18:13, 18:16, 18:19, 18:22, 18:25, 19:8, 19:10, 19:16, 20:7, 20:10, 20:14, 20:25, 21:7, 21:10, 21:13, 21:15, 21:23, 21:25, 22:6, 22:11, 22:13, 22:17, 22:19, 22:22, 23:1, 23:3, 23:8, 23:23, 24:1, 24:4, 24:6, 24:14, 24:17, 24:20, 24:23, 25:1, 25:6, 25:24, 26:1, 26:3, 26:8, 26:10, 26:18, 26:23, 27:7, 27:12, 27:17, 27:20, 27:23, 28:3, 28:11, 28:14, 28:25, 29:2, 29:7, 29:11, 29:13, 29:15, 29:18, 29:20, 29:24, 30:6, 30:11, 30:14, 30:24, 31:2, 31:7, 31:16, 31:18, 31:21, 31:23, 32:6, 32:14, 32:16, 32:20, 32:25, 33:6, 33:9, 33:12, 33:15, 34:9, 34:14, 34:17, 34:19, 34:23, 35:2, 35:5, 35:8, 35:11, 35:13, 35:16, 35:19, 35:21, 35:25, 36:3, 36:7, 36:9, 36:11, 37:7, 37:15, 37:17, 37:20, 37:22, 37:25, 38:2, 38:9, 38:12, 38:16, 38:20, 38:22, 39:4, 39:14, 39:22, 39:25, 40:2, 40:4, 40:13, 40:15, 40:17, 40:19, 40:22, 41:2, 41:5, 41:18, 41:21, 41:24, 42:6, 42:13, 42:25, 43:3, 43:5, 43:8, 43:11, 43:16, 43:20, 44:7, 44:10, 44:14, 44:20, 44:22, 44:25, 45:3, 45:7, 45:10, 45:13, 45:20, 46:19, 46:22, 47:3, 47:5, 47:14, 47:17, 48:9, 48:11, 48:19, 49:2, 51:16, 51:20, 52:5, 52:9,

52:13, 52:14, 52:21, 52:24, 53:7, 53:15, 53:20, 54:3, 54:19, 54:23, 55:2, 55:5, 55:10, 55:14, 55:18, 55:24, 56:2, 56:5, 56:10, 56:13, 56:17, 56:20, 56:22, 57:3, 57:7, 57:20, 57:24, 58:4, 58:7, 58:12, 58:17, 58:23, 58:25, 59:5, 59:14, 59:19, 59:24, 60:3, 60:6, 60:10, 60:12, 60:19, 60:24, 61:3, 61:9, 61:23, 62:4, 62:9, 62:15, 62:19, 63:4, 63:12, 63:18, 63:24, 64:4, 64:9, 64:13, 64:17, 64:20, 65:3, 65:5, 65:10, 65:13, 65:25, 66:6, 66:20, 67:3, 67:9, 68:11, 68:14, 71:9, 71:12, 71:21, 72:1, 72:7, 72:16, 72:25, 73:3, 73:7, 77:20, 77:22, 77:25, 78:3, 78:5, 78:8, 78:10, 78:12, 78:15, 78:19, 79:3, 79:9, 79:12, 79:15, 79:20, 79:24, 80:2, 80:8, 80:18, 80:25, 81:9, 81:14, 82:8, 82:11, 82:15, 82:17, 82:19, 82:22, 83:1, 83:4, 83:8, 83:11, 83:15, 83:22, 84:3, 84:7, 84:9, 84:12, 84:16, 84:18, 84:20, 84:23, 85:1, 85:5, 85:7, 85:10, 85:12, 85:15, 86:1, 86:4, 86:10, 86:14, 86:19, 86:25, 87:4, 87:12, 87:15, 87:18, 87:25, 88:4, 88:17, 88:20, 88:23, 89:2, 89:5, 89:8, 89:10, 89:13, 89:15, 89:18, 89:21, 89:24, 90:3, 90:5, 90:7, 90:13, 90:15, 90:21, 90:24, 91:2, 91:4, 91:10, 91:13, 91:16, 91:25, 92:3, 92:8, 92:10, 92:13, 92:16, 92:18, 92:21, 93:3, 93:7, 93:12, 93:16, 93:19, 94:2, 94:6, 94:11, 94:17, 94:20, 94:23, 94:25,

95:2, 95:5, 95:9, 95:12, 95:21, 95:25, 96:3, 96:9, 96:12, 96:16, 96:23, 97:3, 97:6, 97:10, 97:12, 97:15, 97:17, 97:19, 97:21, 98:5, 98:7, 98:10, 98:17, 98:21, 98:25, 99:9, 99:18, 99:22, 100:4, 100:7, 100:10, 100:14, 100:16, 100:20, 100:22, 100:25, 101:6, 101:9, 101:12, 101:16, 101:24, 102:1, 102:3, 102:9, 102:18, 103:9, 103:12, 103:15, 103:18, 103:20, 103:23, 104:1, 104:4, 104:10, 104:13, 104:15, 104:17, 104:20, 104:23, 104:25, 105:5, 105:12, 105:23, 106:11, 106:16, 107:3, 107:5, 107:8, 107:10, 107:14, 107:16, 107:18, 107:24, 108:1, 108:5, 108:7, 108:11, 108:14, 108:16, 108:18, 108:21, 108:23, 109:1, 109:3, 109:6, 109:8, 109:12, 109:14, 109:16, 109:19, 109:21, 109:24, 110:4, 110:7, 110:10, 110:13, 110:19, 110:22, 110:25, 111:5, 111:13, 111:16, 111:19, 111:22, 112:6, 112:9, 112:12, 112:16, 112:18, 112:20, 112:23, 113:1, 113:5, 113:7, 113:13, 113:15, 113:17, 113:21, 114:1, 114:5, 114:9, 114:14, 114:17, 114:20, 114:23, 115:4, 115:7, 115:10, 115:13, 115:16, 115:23, 116:2, 116:12, 116:15, 116:18, 116:21, 116:23, 117:2, 117:15, 117:17, 117:19, 117:21, 117:23, 117:25,

118:3, 118:5, 118:8, 118:10, 118:13, 118:15, 118:18, 118:20, 118:22, 118:25, 119:2, 119:5, 119:8, 119:10, 119:12, 119:14, 119:17, 119:19, 119:21, 119:25, 120:3, 120:5, 120:7, 120:11, 120:14, 120:17, 120:22, 120:24, 121:1, 121:5, 121:8, 121:13, 121:17, 121:23, 122:2, 122:4, 122:6, 122:10, 122:12, 122:15, 122:24, 123:5, 123:13, 123:18, 123:23, 124:1, 124:7, 124:11, 124:14, 124:21, 124:24, 125:2, 125:5, 125:7, 125:9, 125:11, 125:14, 125:19, 125:22, 125:24, 126:1, 126:5, 126:7, 126:9, 126:12, 126:19, 126:23, 127:1, 127:4, 127:6, 127:10, 127:12, 127:14, 127:18, 127:21, 127:23, 128:1, 128:5, 128:8, 128:11, 128:14, 128:19, 128:21, 128:24, 129:5, 129:8, 129:11, 129:13, 129:15, 129:18, 129:21, 129:24, 130:2, 130:5, 130:8, 130:11, 130:13, 130:15, 130:18, 130:23, 131:1, 131:3, 131:11, 131:13, 131:17, 131:21, 131:24, 132:2, 132:5, 132:8, 132:11, 132:16, 132:23, 133:1, 133:5, 133:7, 133:10, 133:12, 133:17, 133:19, 133:23, 134:3, 134:10, 134:17, 134:22, 134:25, 135:5, 135:9, 135:12, 135:15, 135:19, 135:22, 136:8, 136:10, 136:12, 136:15, 136:18, 136:22, 136:25,

137:3, 137:7, 137:10, 137:12, 137:17, 137:20, 137:24, 138:2, 138:4, 138:6, 138:8, 138:10, 138:13, 138:16, 139:5, 139:12, 139:15, 139:16, 139:19, 139:23, 140:3, 140:10, 140:17, 140:20, 140:22, 141:4, 141:6, 141:11, 143:15, 148:18, 157:1, 160:11, 160:14, 163:4, 166:2, 169:14, 170:2, 170:12, 170:25, 171:4, 171:6, 171:11, 171:24, 172:2, 172:7, 172:9, 172:14, 172:19, 172:21, 172:25, 173:2, 173:7, 173:11, 173:16, 174:2, 174:8, 174:25, 175:7, 175:9, 175:11, 175:16, 175:21, 175:23, 176:3, 176:8, 176:13, 176:15, 176:20, 176:22, 177:1, 177:3, 177:8, 177:13, 177:15, 177:18, 177:20, 177:25, 178:2, 178:7, 178:9, 178:13, 178:16, 178:19, 178:25, 179:11, 179:17, 180:7, 180:9, 180:14, 180:19, 180:21, 180:24, 181:1, 181:7, 181:9, 181:11, 181:15, 181:19, 181:21, 182:1, 182:3, 182:21, 182:23, 183:5, 183:8, 183:10, 183:16, 183:18, 183:20, 183:24, 184:1, 184:5, 184:8, 184:17, 184:20, 185:1, 185:4, 185:8, 185:10, 185:14, 185:19, 185:21, 186:8, 187:1, 187:5, 187:11, 188:11, 198:15, 198:20, 199:20, 200:11, 200:14, 200:17, 200:19, 201:20

**theft** [11] - 79:6, 79:7, 79:13, 79:15, 79:21, 93:11, 112:1,

120:20, 137:15, 137:21
**thefts** [1] - 113:21
**themselves** [4] - 8:9, 11:1, 162:17, 194:21
**therapies** [1] - 54:14
**therapy** [2] - 117:21, 132:20
**therefore** [3] - 15:1, 134:12, 191:21
**thinks** [1] - 190:9
**third** [16] - 17:10, 17:12, 23:9, 28:17, 29:8, 29:22, 35:5, 62:22, 155:7, 157:4, 173:11, 175:23, 176:22, 184:8, 192:4, 192:23
**three** [30] - 14:7, 16:23, 19:20, 21:5, 30:19, 33:23, 34:4, 36:6, 37:14, 38:8, 43:18, 71:21, 72:3, 72:4, 84:21, 86:7, 133:14, 147:3, 152:16, 154:20, 154:23, 184:10, 184:14, 185:1, 191:16, 200:21, 201:14, 201:15, 201:17, 201:19
**three-week** [3] - 33:23, 34:4, 71:21
**throughout** [2] - 10:2, 33:21
**thumb** [1] - 199:14
**Thursday** [16] - 17:4, 17:9, 28:24, 30:7, 31:14, 41:10, 41:14, 41:18, 62:5, 115:20, 115:21, 117:12, 179:6, 179:18, 180:2, 198:1
**Thursdays** [4] - 20:12, 42:22, 43:1, 43:9
**ticket** [1] - 164:8
**tickets** [1] - 44:22
**timing** [1] - 48:23
**Timothy** [1] - 49:15
**tissue** [1] - 154:14
**Title** [8] - 12:14, 12:15, 12:22, 13:13, 13:14, 14:1, 14:16, 14:17
**title** [6] - 19:7, 37:24, 37:25, 38:1, 38:5, 61:15
**titled** [2] - 199:23, 199:24

**Tod** [2] - 30:18, 62:11
**today** [19] - 8:22, 9:22, 17:3, 25:9, 26:5, 26:12, 27:1, 36:5, 53:5, 55:20, 56:24, 59:11, 59:15, 83:12, 139:9, 150:14, 153:12, 161:18, 198:1
**together** [1] - 199:16
**tomorrow** [26] - 20:4, 25:12, 26:6, 27:20, 32:11, 32:12, 32:13, 32:14, 32:22, 59:12, 110:21, 111:1, 139:9, 185:25, 186:4, 188:8, 196:13, 197:9, 197:10, 197:13, 197:18, 197:22, 198:12, 198:20, 200:19, 201:13
**tonight** [2] - 199:8, 200:8
**took** [13] - 31:5, 79:22, 114:24, 153:3, 153:25, 155:9, 155:11, 156:9, 157:24, 158:6, 166:1, 178:19, 186:10
**total** [1] - 40:21
**touch** [2] - 168:6, 199:7
**touched** [2] - 168:7, 168:19
**touching** [1] - 125:21
**tough** [1] - 45:18
**toward** [1] - 13:9
**towards** [2] - 4:4, 104:11
**town** [2] - 17:21, 24:15
**traffic** [1] - 92:11, 164:8
**trafficking** [3] - 127:19, 150:20, 152:1
**tragic** [2] - 156:4, 156:12
**training** [1] - 19:3, 165:20
**transcription** [2] - 10:20, 202:7
**Transportation** [1] - 25:8
**transportation** [2] - 25:25, 111:17
**traumatic** [1] - 155:18
**travel** [2] - 22:16, 41:10
**traveling** [4] - 41:18,

42:12, 44:18, 63:14
**treasurer** [1] - 127:8
**treat** [1] - 166:17
**treated** [5] - 87:15,
145:4, 160:2, 162:18
**TRIAL** [1] - 1:10
**trial** [65] - 5:8, 8:24,
8:25, 9:16, 9:18, 9:21,
10:2, 11:21, 14:22,
15:13, 16:23, 20:3,
20:7, 43:14, 49:7,
56:11, 68:17, 68:20,
68:21, 71:21, 72:8,
72:11, 76:11, 77:9,
81:2, 81:10, 85:16,
86:17, 91:5, 102:3,
102:8, 103:5, 106:5,
114:2, 129:25,
136:16, 160:8, 160:9,
166:14, 166:20,
166:21, 167:1,
167:16, 167:18,
168:13, 170:9,
184:25, 187:3,
187:15, 188:17,
188:20, 188:25,
192:11, 192:19,
192:22, 195:21,
196:13, 196:16,
198:25, 199:4,
199:12, 199:13,
199:17, 199:18, 201:3
**trials** [3] - 68:19,
71:2, 85:9
**tried** [1] - 5:1
**triggers** [1] - 105:22
**trip** [1] - 23:6
**true** [2] - 144:13,
190:1
**Trujillo** [1] - 50:7
**trust** [1] - 195:24
**trusted** [1] - 100:6
**truthful** [3] - 77:14,
129:2, 167:12
**truthfully** [1] - 75:3
**try** [9] - 16:23, 34:8,
75:7, 86:14, 102:14,
105:24, 123:1,
164:24, 190:16
**trying** [5] - 10:22,
46:16, 166:7, 166:22,
201:9
**Tuesday** [17] - 17:7,
17:8, 17:9, 17:21,
18:18, 22:9, 25:21,
26:13, 28:21, 30:7,
30:18, 30:25, 41:15,
45:9, 115:24, 198:1
**Tuesdays** [3] -
42:22, 42:25, 43:8

**turn** [1] - 155:6
**turned** [1] - 46:18
**twelve** [1] - 155:16
**twenty** [1] - 136:11
**Twenty** [1] - 143:6
**Twenty-five** [1] -
143:6
**twenty-four** [1] -
136:11
**twice** [2] - 117:10,
201:6
**Twitter** [2] - 193:21,
194:2
**two** [34] - 6:12, 9:22,
19:2, 19:19, 28:16,
29:9, 30:1, 32:8,
33:13, 33:19, 42:20,
44:17, 45:14, 46:3,
46:13, 47:8, 57:19,
59:6, 59:20, 61:8,
61:21, 80:16, 85:25,
110:20, 135:14,
154:7, 184:13,
184:16, 184:17,
192:19, 199:23,
200:4, 200:14, 200:24
**twos** [1] - 46:25
**type** [8] - 21:16,
86:4, 97:15, 162:5,
164:14, 168:4, 192:20
**types** [2] - 77:1,
162:10
**typically** [2] - 4:21,
16:24
**typing** [2] - 10:13,
138:20

## U

**U.S** [13] - 21:4,
21:19, 21:20, 49:19,
49:20, 49:22, 49:23,
49:24, 50:9, 50:11,
83:15, 159:4
**ultimately** [2] -
50:17, 77:10
**umbrella** [1] - 165:19
**umbrellas** [1] -
189:10
**unable** [1] - 74:5
**uncomfortable** [1] -
159:24
**under** [7] - 95:10,
98:3, 99:20, 117:11,
122:24, 147:13,
166:20
**understood** [7] -
59:7, 61:23, 61:24,
63:15, 74:21, 167:8,
171:1

**unemployed** [2] -
42:18, 100:17
**unfair** [1] - 161:14
**unfairly** [1] - 87:16
**unfortunately** [4] -
19:14, 64:22, 145:7,
174:21
**unique** [1] - 179:21
**UNITED** [5] - 1:1,
1:4, 1:11, 1:15, 1:15
**united** [1] - 1:23
**United** [21] - 3:3, 3:7,
7:23, 8:2, 8:23, 11:4,
11:6, 12:14, 12:15,
12:22, 13:11, 13:13,
13:14, 13:24, 14:2,
14:16, 14:18, 16:2,
142:4, 146:25, 202:12
**universities** [1] -
96:17
**University** [2] -
18:12, 22:12
**unknown** [3] - 12:12,
13:8, 14:15
**unless** [3] - 15:14,
36:21, 190:6
**unnecessarily** [1] -
74:14
**unnecessary** [1] -
52:18
**unused** [1] - 185:10
**up** [68] - 3:24, 7:17,
10:4, 10:5, 10:8,
16:23, 18:17, 19:14,
19:21, 19:24, 20:2,
20:20, 20:23, 21:5,
21:21, 23:23, 28:9,
28:19, 29:2, 31:24,
33:10, 34:11, 37:8,
37:9, 46:12, 46:17,
47:10, 48:17, 51:14,
53:22, 57:10, 58:18,
61:9, 61:16, 75:23,
83:24, 84:1, 94:7,
99:2, 101:10, 105:1,
116:1, 116:7, 117:8,
126:17, 133:14,
135:4, 139:5, 140:10,
140:11, 142:12,
142:16, 144:1,
147:23, 149:10,
153:23, 160:9, 167:7,
172:2, 174:8, 174:10,
178:19, 185:4,
187:13, 187:19,
198:4, 198:22
**upcoming** [1] - 179:2
**update** [1] - 66:21
**updated** [1] - 199:24

## V

**VA** [3] - 47:8, 48:7,
82:16
**vacation** [6] - 38:14,
39:5, 39:14, 122:13,
122:21, 122:22
**Valdes** [1] - 50:7
**Valencia** [5] - 1:19,
42:9, 63:19, 65:20,
69:16
**Valenzuela** [1] -
49:15
**variety** [1] - 95:13,
130:19
**various** [1] - 158:6
**Vasquez** [4] - 40:6,
63:5, 65:19, 69:12
**vehicle** [1] - 48:25
**verbal** [1] - 199:10
**verdict** [9] - 106:8,
135:12, 135:13,
163:1, 163:11, 189:1,
191:1, 194:17, 197:4
**verify** [1] - 10:22
**Veronica** [4] -
172:16, 182:5, 182:7,
186:14
**version** [1] - 200:8
**versus** [2] - 3:4, 8:3
**victim** [14] - 75:22,
76:4, 77:2, 79:4,
79:13, 93:4, 97:13,
111:25, 112:3, 114:9,
120:20, 131:20,
137:15, 137:21
**Victoria** [1] - 50:10
**video** [1] - 165:13
**view** [6] - 26:6, 27:8,
193:1, 193:5, 195:8,
195:19
**viewing** [1] - 25:10
**Villa** [1] - 50:1
**violates** [1] - 75:6
**violating** [2] -
146:24, 150:21
**violation** [9] - 12:14,
12:15, 12:21, 13:13,
13:14, 14:1, 14:16,
14:17, 75:5
**violence** [2] -
131:20, 134:9
**visibly** [1] - 53:9
**visit** [2] - 193:1,
194:24
**visitation** [1] -
134:20
**vital** [2] - 179:3,
179:8
**VOIR** [2] - 2:2, 7:20

**Volume** [2] - 1:7,
202:3
**vote** [1] - 163:3
**vs** [1] - 1:6

## W

**wait** [4] - 37:7, 82:5,
175:12, 185:5
**waiting** [2] - 30:19,
175:3
**Walgreens** [1] -
138:7
**walk** [3] - 52:6,
197:7, 197:11
**walking** [1] - 189:9
**wants** [2] - 6:24,
139:17
**warehouse** [1] - 98:2
**waste** [1] - 98:23
**watch** [8] - 7:17,
44:2, 53:22, 83:22,
134:15, 140:11,
174:10, 193:7
**watching** [1] - 33:19
**ways** [2] - 147:22,
195:16
**weapon** [1] - 151:21
**wear** [2] - 71:3, 101:3
**websites** [2] -
193:20, 194:1
**wedding** [2] - 43:19
**Wednesday** [20] -
17:9, 18:18, 19:3,
23:18, 25:14, 26:13,
26:15, 27:13, 27:15,
30:7, 34:21, 34:24,
35:4, 41:15, 54:16,
55:21, 62:22, 115:22,
116:10, 198:1
**Wednesdays** [3] -
23:22, 24:25, 35:3
**week** [61] - 17:3,
17:7, 17:10, 17:12,
17:22, 18:10, 18:16,
20:1, 20:16, 23:9,
25:8, 28:13, 28:15,
28:17, 28:18, 29:9,
29:17, 30:2, 31:5,
31:13, 32:22, 32:25,
33:3, 33:4, 33:5, 33:6,
33:23, 34:4, 35:5,
37:14, 38:13, 41:12,
41:21, 42:18, 42:20,
43:15, 44:5, 44:7,
45:4, 45:5, 45:14,
46:4, 46:18, 48:9,
48:13, 54:15, 55:3,
62:23, 71:21, 78:25,
90:3, 91:2, 94:4, 94:5,

96:15, 154:1, 157:13, 171:19, 174:22, 197:25

**weekend** [1] - 42:22
**weekends** [2] - 20:11, 197:25
**weeks** [10] - 16:23, 19:20, 21:5, 28:16, 29:9, 30:10, 36:6, 38:8, 84:21, 185:1
**weight** [3] - 189:16, 192:2, 196:11
**welcome** [5] - 23:2, 40:3, 67:10, 73:10, 170:6
**welfare** [1] - 116:22
**well-earned** [1] - 100:19
**West** [4] - 8:1, 109:11, 109:12, 109:13
**wet** [2] - 189:9, 189:10
**whatnot** [1] - 81:6
**whatsoever** [4] - 16:1, 158:19, 190:5, 193:23
**wheel** [1] - 32:12
**wheels** [1] - 112:8
**Whichever** [1] - 57:18
**white** [1] - 159:18
**whole** [3] - 36:6, 81:23, 158:15
**wife** [7] - 25:13, 26:7, 33:18, 34:4, 62:16, 78:8, 140:15
**willfully** [3] - 12:11, 13:6, 14:13
**willing** [2] - 47:10, 130:2
**window** [2] - 27:3, 27:16
**winter** [1] - 98:1
**wiretap** [2] - 158:7, 158:15
**wise** [1] - 6:21
**wish** [1] - 196:2
**wished** [1] - 158:23
**wishes** [1] - 196:23
**withdraw** [1] - 175:15
**withheld** [1] - 116:20
**witness** [37] - 5:12, 13:17, 14:8, 81:11, 81:17, 81:18, 81:20, 81:22, 101:17, 106:3, 114:3, 136:16, 149:4, 149:19, 150:24, 159:8, 159:11,

160:24, 162:5, 162:12, 189:9, 190:3, 190:5, 190:6, 191:3, 191:5, 191:7, 195:5, 195:7, 199:5, 200:22, 201:7, 201:11, 201:15, 201:16, 201:25
**witness's** [6] - 189:25, 191:8, 191:9, 191:10, 191:11
**witnesses** [23] - 5:16, 49:6, 101:16, 162:4, 162:6, 162:7, 162:11, 162:16, 191:15, 194:11, 196:3, 196:7, 196:20, 196:23, 197:15, 199:6, 199:7, 200:21, 201:6, 201:10, 201:14, 201:17, 201:24
**women** [1] - 9:4
**wondering** [1] - 184:18
**words** [2] - 165:22, 195:15
**works** [8] - 11:19, 52:4, 61:14, 63:5, 73:13, 134:16, 165:19, 173:17
**workshop** [1] - 115:25
**worth** [2] - 153:19, 154:23
**worthy** [1] - 58:2
**write** [13] - 21:16, 39:21, 71:17, 78:8, 80:8, 91:16, 109:24, 110:4, 111:25, 123:18, 127:14, 135:1, 135:5
**writing** [1] - 25:22
**written** [1] - 199:11
**wrongly** [1] - 125:17
**wrote** [6] - 41:24, 87:4, 105:13, 120:2, 123:6, 123:8

**X**

**x-ray** [1] - 104:18

**Y**

**Yandre** [1] - 50:7
**year** [15] - 27:11, 29:22, 31:13, 31:19, 34:5, 45:18, 116:3, 116:5, 116:6, 132:13,

133:15, 179:22, 179:24
**years** [41] - 30:19, 34:6, 41:12, 45:25, 78:1, 78:2, 79:14, 85:24, 85:25, 86:7, 86:22, 87:10, 89:7, 92:6, 97:20, 100:18, 102:23, 107:22, 108:4, 111:12, 112:5, 112:19, 116:20, 121:3, 121:10, 123:19, 125:23, 131:19, 136:11, 137:19, 143:3, 143:5, 143:6, 143:24, 144:5, 155:16, 166:6, 167:22
**Yessica** [3] - 180:3, 182:14, 186:19
**yesterday** [1] - 4:3
**York** [5] - 103:3, 103:10, 116:19, 128:25, 159:5
**Young** [11] - 23:12, 25:1, 60:19, 92:4, 154:8, 173:12, 173:21, 174:4, 174:8, 175:17
**young** [2] - 98:2, 175:11
**yourself** [10] - 11:13, 89:10, 120:12, 129:15, 144:11, 147:25, 152:24, 153:9, 155:3, 196:4
**yourselves** [1] - 192:13
**youth** [1] - 126:17

**Z**

**Zoo** [2] - 19:9, 26:22
**zoo** [2] - 19:11, 20:13
**Zoological** [1] - 19:22
**Zoom** [2] - 34:22, 35:3